# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TABATHA JACKSON, *et al.*, | ) | CASE NO. 1:20-cv-02649 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING PLAINTIFFS'** |
| CUYAHOGA COUNTY, *et al.*, | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | |
| Defendants. | ) | |

Plaintiffs requested a 90-day extension of all case management deadlines due to the death of the mother of Plaintiffs' counsel. (Doc. 36). Defendants did not take a position on the motion for extension of time. (Doc. 37). The Court finds good cause for the motion and **GRANTS** Plaintiffs' motion. The Court will not grant future requests for extension of these deadlines without exceptional circumstances. Any future request for continuance/extension by any party must indicate whether it is opposed or unopposed.

Plaintiffs' depositions and Defendants' Fed. R. Civ. P. 30(b)(6) depositions must be completed by August 13, 2022. Plaintiffs' expert reports must be completed by September 17, 2022. Defendants' expert reports must be completed by November 1, 2022. The deadline to complete class-certification discovery is November 4, 2022. The deadline to amend the class definition without leave of the Court is November 26, 2022. Expert depositions must be completed by December 30, 2022. Discovery must be completed by December 30, 2022. Plaintiff's motion to certify a class and/or all dispositive motions must be filed by February 1, 2023, with responses due March 3, 2023, and replies due March 19, 2023.

IT IS SO ORDERED.

Date: April 28, 2022

*Charles Fleming*

---

**HONORABLE CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**