AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

| | | |
|---|---|---|
| TABATHA JACKSON, et al., | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  1:20-cv-02649 |
| CUYAHOGA COUNTY, et al., | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: _Armond Budish_

(Name of person to whom this subpoena is directed)

☑ _Testimony:_ YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 3637 Green Rd., Beachwood, OH | Date and Time: 5/19/22  11:00 AM |
|---|---|

The deposition will be recorded by this method: _Notary_

☐ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/21/22

CLERK OF COURT

OR

_____
Signature of Clerk or Deputy Clerk

_____
Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing (name of party) _the Plaintiffs_, who issues or requests this subpoena, are:

Lew Zipkin + Kevin Grass, 3637 Grey Rd., Beachwood, OH 44122

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Lawsmith2@gmail.com    Kgrass@zipkinwhiting.com
216 514 6406

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02649

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _Armond Budish_
on *(date)* _4/21/22._

☑ I served the subpoena by delivering a copy to the named individual as follows: _handing to_
_Amy Budish (wife) at Mr._
_Budish's residence:_ ████████ on *(date)* _4/21/22_ ; or

☐ ~~I returned the subpoena unexecuted because:~~ _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _4/21/22_

_____
Server's signature

_Kevin Gross, a Homey_
Printed name and title

_3637 Green Rd., Beachwood, OH 44122_
Server's address

Additional information regarding attempted service, etc.:

| Print | Save As... | Add Attachment | Reset |