IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

TABATHA JACKSON, ET AL.,       )
                               )
                               )
        Plaintiffs,            )
                               )
    VS.                        )    1:20-CV-2469
                               )    JUDGE BARKER
CUYAHOGA COUNTY, OHIO,         )
ET AL.,                        )
                               )
                               )
        Defendants.            )
                               )

- - - - -

DEPOSITION OF TABATHA JACKSON

April 14, 2022

- - - - -

The deposition of TABATHA JACKSON, a Plaintiff herein,

called by the Defendants for examination under the Ohio

Rules of Federal Procedure, taken before me, Michelle

Post, Notary Public in and for the State of Ohio, at

Assistant Prosecuting Attorneys, The Justice Center,

Courts Towers, 1200 Ontario Street, 8th Floor,

Cleveland, Ohio 44113, commencing at 9:12 a.m. on the

date above set forth.

Tabatha Jackson  4/14/2022

```
 1  APPEARANCES:

 2  On Behalf of the Plaintiffs:

 3          KEVIN M. GROSS, ESQ.
            Zipkin Whiting Co., LPA
 4          3637 South Green Road, 2nd Floor
            The Zipken Whiting Building
 5          Beachwood, Ohio 44122
            Kgross.zipkinwhiting@gmail.com
 6

 7  On Behalf of the Defendants:

 8          MICHAEL J. STEWART, ESQ.
            Assistant Prosecuting Attorneys
 9          The Justice Center, Courts Towers
            1200 Ontario Street, 8th Floor
10          Cleveland, Ohio 44113
            Mjstewart@prosecutor.cuyahogacounty.us
11
            JILLIAN ECKART, ESQ.
12          Assistant Prosecuting Attorney
            The Justice Center, Courts Towers
13          1200 Ontario Street, 8th Floor
            Cleveland, Ohio 44113
14          Jeckart@prosecutor.cuyahogacounty.us

15

16

17

18

19

20

21

22

23

24

25
```

Tabatha Jackson   4/14/2022

```
 1                    I N D E X
     WITNESS                           Page
 2   TABATHA JACKSON

 3    EXAMINATION BY MR. STEWART        5

 4

 5   OBJECTIONS

 6    MR. GROSS:  Objection             7

 7    MR. GROSS:  Objection             8

 8    MR. GROSS:  Objection             8

 9    MR. GROSS:  Objection             11

10    MR. GROSS:  Objection             12

11    MR. GROSS:  Objection             13

12    MR. GROSS:  Objection             14

13    MR. GROSS:  Objection             15

14    MR. GROSS:  Objection             15

15    MR. GROSS:  Objection             16

16    MR. GROSS:  Objection             16

17    MR. GROSS:  Objection             16

18    MR. GROSS:  Objection             17

19    MR. GROSS:  Objection             18

20    MR. GROSS:  Objection             18

21    MR. GROSS:  Objection             20

22    MR. GROSS:  Objection             20

23    MR. GROSS:  Objection             21

24    MR. GROSS:  Objection             21

25    MR. GROSS:  Objection             21
```

Tabatha Jackson   4/14/2022

| | | | |
|---|---|---|---|
| 1 | MR. GROSS: | Objection | 37 |
| 2 | MR. GROSS: | Objection | 52 |
| 3 | MR. GROSS: | Objection | 66 |
| 4 | MR. GROSS: | Objection | 68 |
| 5 | MR. GROSS: | Objection | 80 |
| 6 | | | |
| 7 | EXHIBITS | | |
| 8 | Exhibit 1 | | 50 |
| 9 | Exhibit 2 | | 91 |
| 10 | Exhibit 3 | | 107 |
| 11 | Exhibit 4 | | 115 |
| 12 | Exhibit 5 | | 190 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Tabatha Jackson  4/14/2022

```
 1                     TABATHA JACKSON
 2  of lawful age, called for examination, as provided by
 3  the Ohio Rules of Civil Procedure, being by me first
 4  duly sworn, as hereinafter certified, deposed and said
 5  as follows:
 6                      -  -  -  -  -
 7                    EXAMINATION OF
 8                    TABATHA JACKSON
 9  BY MR. STEWART:
10  Q.    Good morning, Ms. Jackson.
11  A.    Good morning.
12  Q.    Would you state and spell your full name for the
13        court reporter?
14  A.    My name is Tabatha Marie Jackson, T-A-B-A-T-H-A,
15        J-A-C-K-S-O-N.  Marie is spelled M-A-R-I-E.
16  Q.    And you understand today we're here to take your
17        deposition in a case concerning the -- that you
18        filed against Cuyahoga County and some other
19        people concerning the jail, correct?
20  A.    Yes.
21  Q.    And my name is Michael Stewart.  I'm an assistant
22        prosecutor for Cuyahoga County in the Civil
23        Division.  I represent the County and some other
24        individuals in this case.  Do you understand
25        that?
```

Tabatha Jackson  4/14/2022

```
 1  A.     Yes.

 2  Q.     Have you ever had your deposition taken before?

 3  A.     What do you mean?

 4  Q.     Have you ever come to a conference room like this

 5         with a court reporter and had your deposition

 6         taken?

 7  A.     No.

 8  Q.     So a couple of ground rules.  I'm sure you have

 9         gone over them with your lawyer before, but I

10         just want to make sure we all understand each

11         other.

12              Because Michelle is taking this down, only

13         one person can talk at a time.  So I would ask

14         that you wait until I finish my question before

15         you start answering.  I will do my very best to

16         wait until you're done answering before I ask my

17         next question so we can keep this going.  Fair?

18  A.     Yes.

19  Q.     And sometimes I'm going to ask a question that

20         doesn't make sense.  I don't mean to do that, but

21         sometimes it happens.  And if I do that, I would

22         ask that you ask me to clarify it before we go

23         on.  Fair?

24  A.     Yes.

25  Q.     And if you answer my question, we are all going
```

Tabatha Jackson  4/14/2022

```
 1            to assume that you understood my question and
 2            gave an answer based on that.  Fair?
 3  A.    Yes.
 4  Q.    What did you do to prepare for your deposition
 5            today?
 6  A.    Well, I talked with my lawyer.  I wrote down some
 7            notes.  That's about it.
 8  Q.    When did you speak to your lawyer?
 9  A.    What do you mean?
10  Q.    Yesterday?  Two days ago?
11  A.    To prepare --
12  Q.    Yeah.  For this.  To prepare.
13  A.    I talked to him yesterday.  I talked to him
14            awhile back.  I don't know the date awhile back,
15            but yeah.
16  Q.    And other than your notes, did you review any
17            documents, any pieces of paper to get ready for
18            today?
19  A.    No.
20  Q.    So in your own words, tell me why we are here.
21            What is this case about?
22                        MR. GROSS:  Objection.  Go
23                ahead.
24  A.    This case is about how I was treated in the
25            County jail; how I was -- what I ate, how my
```

Tabatha Jackson  4/14/2022

```
 1           living condition was, how I was hurt by a CO or
 2           officer.
 3  Q.       Anything else?
 4  A.       Just my conditions.  My medical.
 5  Q.       And you understand you filed this as a class
 6           action, correct?
 7  A.       Yes.
 8  Q.       What does that mean?
 9                       MR. GROSS:  Objection.  Go
10                   ahead.
11  A.       That means that my voice speak for all people
12           that was hurt, all females that was hurt and went
13           through what I went through in here.  And they
14           shouldn't have had to go through that.  We all
15           shouldn't have had to go through that.
16  Q.       Who are the members of the class you're seeking
17           to represent?
18                       MR. GROSS:  Objection.  Go
19                   ahead.
20  A.       I don't know who everybody is in that unit, but
21           I'm speaking for every female that has been
22           through the living conditions, the medical
23           conditions, being hurt or abused by officers.
24           I'm speaking for all of those women that cannot
25           speak for themselves.
```

Tabatha Jackson  4/14/2022

```
1   Q.    Why only women?

2   A.    Because I'm not a man, sir.  I'm sorry.  I'm not

3         a man.  I don't know what they go through.  I'm

4         sorry.  I do know what these women went through.

5   Q.    The men are housed separately than the women in

6         the jail, correct?

7   A.    Yes.

8   Q.    Who is this case against?

9   A.    It is against Cuyahoga County, the way they

10        handle situations and the way the jail is being

11        ran.

12  Q.    Cuyahoga County.  Anybody else?

13  A.    Officer Pritchett.

14  Q.    Anyone else?

15  A.    The people that's in the medical unit, you know,

16        when they supposed to do something for you, and

17        they don't.

18  Q.    Do you know who they are in that answer?

19  A.    The people in the medical unit?

20  Q.    Yeah.  Do you know their names, or anything like

21        that?

22  A.    I only know one.  I don't know her last name.

23  Q.    What is her name?

24  A.    Miss Lori.

25  Q.    And what does Miss Lori do in the medical unit?
```

Tabatha Jackson  4/14/2022

```
 1         What is her job?
 2  A.     Her job is to give you your medication.
 3  Q.     When did you decide to file this as a class
 4         representative or to be a class representative?
 5  A.     After everything happened to me and I got out of
 6         jail.
 7  Q.     And when did you get out of jail?
 8  A.     I got out of jail, and then I went to Hitchcock.
 9         And then from Hitchcock is when I -- that was in
10         August.  I got out of Hitchcock in August.  And
11         then I didn't know who to go to, and then I just
12         went and seeked an attorney.
13  Q.     So it's after you got out of jail and got out of
14         Hitchcock, correct?
15  A.     Yes.
16  Q.     And when do you think you got out of -- when do
17         you think you were last in the Cuyahoga County
18         jail?
19  A.     In May.
20  Q.     Of?
21  A.     2019.
22  Q.     And then you were at Hitchcock for some time
23         after that, correct?
24  A.     Yes.
25  Q.     And you had decided to be a class representative
```

Tabatha Jackson  4/14/2022

```
 1            in a case against the County sometime when you
 2            were at Hitchcock or after?
 3   A.       I was thinking about it, because it's a lot of
 4            people.  I was looking around and it's a lot of
 5            people, a lot of women.  Either they don't know
 6            that they was being hurt or what was going on
 7            with them.  But yes, I thought about it when I
 8            was in Hitchcock, and maybe before that.
 9   Q.       So you thought about it when you were actually in
10            the jail?
11   A.       Yes.
12   Q.       You understand you're asking The Court to be a
13            class representative, correct?
14   A.       I don't know what you mean by that.
15   Q.       Well, you brought this case as a class action,
16            right?
17   A.       Yes.
18   Q.       And what does that mean to you?
19                    MR. GROSS:  Objection.  Go
20                ahead.
21   A.       It means that the women in here and myself, first
22            of all, we shouldn't have lived like that.  We
23            shouldn't have had to go through a lot of stuff
24            that we went through in here.  That means that
25            they could come in and speak they voice, too,
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | because some of them probably afraid to speak |
| 2 | | they voice.  They have to learn their voice.  And |
| 3 | | I'm just showing them they can speak they voice. |
| 4 | Q. | And you personally, Ms. Jackson, what is your |
| 5 | | responsibility in speaking for those women in |
| 6 | | this case? |
| 7 | | MR. GROSS:  Objection.  Go |
| 8 | | ahead. |
| 9 | A. | Well, me, myself personally, I think -- could you |
| 10 | | say the question again? |
| 11 | Q. | Sure. |
| 12 | | I mean, you say that you're speaking for |
| 13 | | some number of women who were in the jail and, as |
| 14 | | you put it, went through some negative or bad |
| 15 | | things, correct? |
| 16 | A. | Yes. |
| 17 | Q. | And not all those women are parties to this |
| 18 | | lawsuit, correct? |
| 19 | A. | I have no idea if they all parties to this |
| 20 | | lawsuit. |
| 21 | Q. | Do you know who the parties to the lawsuit are? |
| 22 | A. | No, sir. |
| 23 | | May I say something? |
| 24 | Q. | Sure. |
| 25 | A. | I do know one.  That's Phyllis Davis. |

Tabatha Jackson  4/14/2022

```
 1   Q.    And how do you know Phyllis Davis?

 2   A.    Phyllis Davis was my roommate.

 3   Q.    In the Cuyahoga County jail?

 4   A.    Yes, sir.

 5   Q.    And do you remember about what time/what pod she

 6         was your roommate?

 7   A.    She was my roommate -- I was in 2D, Room 8.

 8   Q.    Let me just interrupt.  2D is a general pod --

 9   A.    2B.

10   Q.    2B, that's a general population pod, correct?

11   A.    Yes.

12   Q.    Jail II?

13   A.    I believe so.

14   Q.    Go ahead.  I'm sorry to interrupt.

15   A.    I can't remember the dates on that part.  I can't

16         remember the dates of that part, but me and her

17         was roommates.

18   Q.    So other than Ms. Davis and the people you're

19         suing, is there anybody else who is a party to

20         this lawsuit?

21   A.    I have no idea, sir.

22   Q.    Are all of the claims you're bringing in this

23         case on behalf of a class?

24               MR. GROSS:  Objection.

25   A.    No.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    Which ones are?
 2                 MR. GROSS:  Same
 3             objection.
 4   A.    They living conditions, what they went through,
 5         they --- how we was housed.
 6   Q.    Living conditions?
 7   A.    Yes.
 8   Q.    What about medical?
 9   A.    The only one I can speak for -- because I don't
10         know of everybody's situation.  The only person I
11         can speak for is Phyllis Davis.
12   Q.    Do you think that you had a problem with how your
13         medical situation was handled?
14   A.    I have a problem, sir, with everything they did
15         to me in here.  I have a very bad problem with
16         that.
17   Q.    That's fair.  But medical in particular?
18   A.    Medical, yes, is one.
19   Q.    Do you know when this case was filed?
20   A.    Sir, no.  I do not.
21   Q.    Do you have a sense of year?
22   A.    About 2019 or probably 2020.  I'm not quite sure,
23         sir.
24   Q.    Do you know who the judge is?
25   A.    Sir, no.  I do not.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | Do you know what court it's pending in? |
| 2 | A. | Sir, I do not. |
| 3 | Q. | I think we have covered this, but why do you |
| 4 | | think a class action is necessary instead of just |
| 5 | | your own lawsuit? |
| 6 | | MR. GROSS:  Objection.  Go |
| 7 | | ahead. |
| 8 | A. | Because, sir, everybody went through the same |
| 9 | | thing -- mostly the same thing.  Let me rephrase |
| 10 | | that.  Mostly the same thing.  And they all |
| 11 | | deserve to have their voices heard, too. |
| 12 | Q. | Do you think you're going to be able to attend a |
| 13 | | trial in this case if it were to occur? |
| 14 | A. | I should, yes. |
| 15 | Q. | And you understand that could be a ways into the |
| 16 | | future, right? |
| 17 | A. | Yes. |
| 18 | Q. | And it could be a long trial, correct? |
| 19 | A. | Might be. |
| 20 | Q. | How are you paying to bring this action? |
| 21 | | MR. GROSS:  Objection.  Go |
| 22 | | ahead. |
| 23 | A. | How am I paying? |
| 24 | Q. | Yeah. |
| 25 | A. | I put in money out of my own money. |

Tabatha Jackson  4/14/2022

```
 1  Q.    And who is paying your attorneys?
 2                    MR. GROSS:  Objection.  Go
 3              ahead.
 4  A.    I pay my own way, sir.  I can't speak for anybody
 5        else that is in this class action, but I can tell
 6        you about me.  I paid my own.  I put in monies as
 7        I'm supposed to put in my monies.
 8  Q.    And are those for -- when you say you put in
 9        money, is that for your lawyer's time, or is it
10        for costs, or both?  What is your understanding
11        of that?
12                    MR. GROSS:  Objection.
13  A.    Well, sir, it is for if I have to bring someone
14        in to court and I have to subpoena somebody, then
15        that helps to file my paperwork and to get what I
16        need done.
17  Q.    Have you subpoenaed anybody so far in this case?
18  A.    Sir, I don't know what the lawyer done.  I'm
19        sorry.
20  Q.    Do you know if you've hired any experts?
21  A.    I have no idea, sir.
22  Q.    And would you make that decision, or would your
23        lawyers?
24                    MR. GROSS:  Objection.
25              I'm not sure I'm going to allow
```

Tabatha Jackson  4/14/2022

```
 1                      her to answer that one.
 2                      MR. STEWART:  Are you
 3                 instructing her not to answer?
 4                      MR. GROSS:  Yes.
 5  Q.    Ms. Jackson, are you following your lawyer's
 6        instruction not to answer the question?
 7  A.    Yes.
 8  Q.    If somebody needs to hire an expert, would you
 9        pay for that or would your lawyers?
10                      MR. GROSS:  Objection.  Go
11                 ahead.
12  A.    They probably would have to pay for their own.  I
13        pay for my own.  I'm quite sure Phyllis paid for
14        her own.
15  Q.    As we sit here today, have you paid for any
16        expert yourself in this case?
17  A.    I have no idea.  I know what I paid for, but I
18        don't know -- I don't know that part.
19  Q.    What do you hope to get out of bringing this
20        case?
21  A.    I hope that people can be heard, women can be
22        heard, because they feel as though they have like
23        their record or some -- well, some of them, they
24        have drugs and alcohol problems, or whatever, and
25        they won't be heard.  Yes.  You can be heard.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | Anything else? |
| 2 | A. | No.  I just want them to be able to speak their |
| 3 | | voice.  I want somebody to hear them. |
| 4 | Q. | If you win, do you expect to receive any money? |
| 5 | | MR. GROSS:  Objection.  Go |
| 6 | | ahead. |
| 7 | A. | You know, to be very honest, I should.  I should |
| 8 | | get everything I got because they gave me -- |
| 9 | | everything they gave me in here, even down -- |
| 10 | | that's it, sir. |
| 11 | Q. | Any idea how much you would expect to receive? |
| 12 | A. | I have no idea, sir. |
| 13 | Q. | Do you expect to receive or do you -- strike |
| 14 | | that. |
| 15 | | Do you hope to receive more or less than the |
| 16 | | other women who are in the jail? |
| 17 | | MR. GROSS:  Objection.  Go |
| 18 | | ahead. |
| 19 | A. | I expect all of us to get what we need.  And to |
| 20 | | be very honest, sir, I have no idea. |
| 21 | Q. | When do you think you first met Mr. Gross who is |
| 22 | | sitting next to you today? |
| 23 | A. | I met Mr. Gross last year. |
| 24 | Q. | Sometime in '20?  '21? |
| 25 | A. | Roughly in between that. |

Tabatha Jackson 4/14/2022

```
 1  Q.    Do you think he's doing a good job for you?
 2  A.    For who?
 3  Q.    For you.
 4  A.    I think I'm doing the best I can.
 5  Q.    What about Mr. Gross?  Do you think he's doing a
 6        good job for you?
 7  A.    I do.
 8  Q.    Have you ever met Mr. Lewis Zipkin?
 9  A.    A long time ago.  Very nice man.
10  Q.    When you say a long time ago --
11  A.    Long, long time ago.  I can't give you the year,
12        but he's a very nice man.
13  Q.    Do you think you've ever met with or spoken to
14        Mr. Zipkin about this case?
15  A.    To be very --
16                  MR. GROSS:  No.  Don't
17             answer that.
18                  MR. STEWART:  I'm asking
19             if she met him.  I'm not asking
20             what she said.
21                  MR. GROSS:  You said if
22             she spoke with him about this
23             case.
24  Q.    Since this case has been filed, have you spoke to
25        Mr. Zipkin?
```

Tabatha Jackson  4/14/2022

```
 1   A.     No.  Just to say hi.
 2   Q.     Did you speak to him in the kind of immediate
 3          run-up to when the case was filed?
 4   A.     What do you mean?
 5   Q.     Well, the case filed in late 2018 -- or I'm sorry
 6          -- late 2020, correct?
 7   A.     Yes.
 8   Q.     Do you think you spoke to him at some point in
 9          the fall of 2018?
10   A.     No.
11                    MR. GROSS:  Objection.
12   Q.     What about the summer of '18?
13                    MR. GROSS:  Objection.
14   A.     No.  I only said hello.  How are you?
15   Q.     And I think we covered this, but who are your
16          lawyers in this case?
17   A.     Kevin Gross.
18   Q.     Anybody else?
19   A.     Kevin Gross.
20   Q.     Anybody else?
21   A.     No.
22   Q.     Did you consider hiring any other attorneys
23          before -- strike that.
24              Did you consider hiring any other attorneys
25          to bring this case on your behalf?
```

Tabatha Jackson  4/14/2022

```
1   A.    I thought about it.  I thought about it, but no.
2   Q.    And I think we've covered this, but I want to
3         make sure.
4               You're bringing this as a class action,
5         correct?
6                        MR. GROSS:  Objection.
7   A.    Yes.
8   Q.    And do you have any special duties or
9         responsibilities because you're bringing this as
10        a class action?
11                       MR. GROSS:  Objection.
12  A.    No.
13  Q.    So you would have the same duties and
14        responsibilities as all of the other women who
15        were in the jail?
16                       MR. GROSS:  Objection.
17  A.    I would imagine so.
18  Q.    What is your birthday?
19  A.    My birthday is June 26, 1967.
20  Q.    I'm sorry.  What is the date again?
21  A.    June 26, 1967.
22  Q.    And where do you live today?
23  A.    I live in Garfield Heights, Ohio.
24  Q.    And do you have an address?
25  A.    Yes, I do.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    What is that?
 2   A.    10900 Wadsworth, W-A-D-S-W-O-R-T-H Avenue,
 3         Garfield Heights, Ohio 44125.
 4   Q.    Thank you.
 5             Does anybody live with you?
 6   A.    Yes.
 7   Q.    Who?
 8   A.    My live-in aide and my daughter.
 9   Q.    What is your daughter's name?
10   A.    Victoria Jackson.
11   Q.    And you said you have a live-in aide?
12   A.    Yes.
13   Q.    Who is that?
14   A.    Demetrius Williams.
15   Q.    Tell me about Demetrius.  Who does he work for?
16   A.    Demetrius works with Amazon part time, because
17         the other times he's with me.
18   Q.    As a live-in aide, does Mr. Williams receive any
19         monetary compensation?
20   A.    He does from CareSource.
21   Q.    And besides yourself, does Mr. Williams have any
22         other clients via CareSource?
23   A.    I have no idea, sir.
24   Q.    So you don't know if he provides nursing care for
25         anyone else?
```

Tabatha Jackson  4/14/2022

```
 1   A.      I have no idea.

 2   Q.      Ms. Jackson, where were you born?

 3   A.      Here in Cleveland, Ohio.

 4   Q.      Have you always lived in the Cleveland area?

 5   A.      Off and on I moved, and then I come back home.

 6   Q.      When do you think you moved?  What period were

 7           you not living in Cleveland?

 8   A.      I would say about ten years of my life off and on

 9           spaced out.  I would come back and help my mom.

10   Q.      You got me a little confused there.  When you say

11           you come back and help your mom, your mom is in

12           Cleveland?

13   A.      She was.

14   Q.      She's passed now?

15   A.      Yes.

16   Q.      So how far did you go in high school?

17   A.      Well, I dropped out in the 11th grade.

18   Q.      What high school did you go to?

19   A.      Glenville.

20   Q.      Any idea of year?

21   A.      I would say back in the '80s.  The early part of

22           the '80s, late '70s.

23   Q.      Have you ever thought of going back and getting

24           your GED?

25   A.      I'm doing that now.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | That's great. |
| 2 | | Where are you going? |
| 3 | A. | LMM.  That stands for Lutheran Metropolitan |
| 4 | | Ministries. |
| 5 | Q. | LMM? |
| 6 | A. | Yes.  Wonderful place. |
| 7 | Q. | Where is that located? |
| 8 | A. | 4515 Superior Avenue. |
| 9 | Q. | So it's kind of downtown-ish? |
| 10 | A. | Yes.  My GED is in Aspire. |
| 11 | Q. | What does that mean? |
| 12 | A. | That's the name of the company, Aspire. |
| 13 | Q. | So LMM runs a program with Aspire and together |
| 14 | | that's how you're going to get your GED, or you |
| 15 | | hope to? |
| 16 | A. | No, sir.  They do connect together, but LMM is |
| 17 | | also culinary.  I'm a culinary chef. |
| 18 | Q. | Are you employed as a chef someplace? |
| 19 | A. | No.  I just graduated from that part about two |
| 20 | | months ago.  My graduation is on the 21st of this |
| 21 | | month. |
| 22 | Q. | Do you work now? |
| 23 | A. | No, sir. |
| 24 | Q. | When do you think the last time you worked was? |
| 25 | A. | I don't know.  Before I got shot.  In 2017, I |

Tabatha Jackson  4/14/2022

```
 1            worked for the election.  I was out in the field.
 2            I like talking to people.
 3   Q.       Was that a full-time position?
 4   A.       Yes, sir.  I've been there 15 years.
 5   Q.       That's the Cuyahoga County Board of Elections?
 6   A.       Yes.
 7   Q.       You mentioned at some point in 2017 you got shot,
 8            correct?
 9   A.       Yes.
10   Q.       At that time, were you working for the Board of
11            Elections?
12   A.       Yes.
13   Q.       From 2017 going backward, how long do you think
14            you worked full time for the Board of Elections?
15   A.       I worked full time every day.
16   Q.       But in terms of years and months, how long?
17   A.       I've been there 15 years.
18   Q.       So you think you probably started there sometime
19            in the early 2000s?
20   A.       Roughly, yes.
21   Q.       Just as kind of a frame of reference, before or
22            after 9/11?
23   A.       I worked there before 9/11.  And also I worked at
24            the Cleveland Browns.
25   Q.       At the stadium?
```

Tabatha Jackson  4/14/2022

```
 1   A.     Yes.

 2   Q.     Have you worked at the new stadium?

 3   A.     Old stadium.

 4   Q.     What did you do at the old stadium?

 5   A.     Housekeeping.

 6   Q.     Was that a full-time position?

 7   A.     You could say that.  I would work, like, on my

 8          off days.  Then I go -- I had it where the

 9          manager -- the person that I worked for at the

10          Board of Elections and the Cleveland Browns had

11          it to where I could work both parts for them and

12          be full time at both jobs, yes.

13   Q.     So were you, to be clear -- strike that.

14              Did you ever work for the Browns when they

15          came back and were in the new stadium?

16   A.     No.

17   Q.     And you think there was a period of time that you

18          were working for both the Board of Elections and

19          we'll call them the old Browns at the same time?

20   A.     Yes.

21   Q.     So that takes us back into the '90s, right?

22   A.     Yes.

23   Q.     Besides the Browns and the Board of Elections,

24          have you had any other full or part-time jobs in

25          that kind of time frame?
```

Tabatha Jackson  4/14/2022

```
 1   A.    Cleveland Browns, Cleveland Indians, Cleveland
 2         Cavaliers.  I also worked at Target at one
 3         particular time doing housekeeping at nighttime.
 4         I got off in the mornings.
 5   Q.    Which store?
 6   A.    Varies.  I went from Mayfield to -- anywhere
 7         Target needed me at nighttime.  I worked for a
 8         company called Blue Chips at that particular
 9         time.
10   Q.    Blue Chips?
11   A.    Yes.
12   Q.    What kind of business is Blue Chips?
13   A.    It is a janitorial or a cleaning company.
14   Q.    Do you know if they are still in business?
15   A.    I have no idea, sir.
16   Q.    Thinking back to when you worked with them, do
17         you remember sort of an address or where their
18         office was?
19   A.    No, sir.  I didn't know because I applied within
20         Target store.  I met with the manager or the
21         supervisor, and the next thing I know I was
22         working.  I have no idea where the company is.
23   Q.    You never went to kind of Blue Chips place of
24         business?
25   A.    No, sir.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    Did you clean anywhere else besides Target for
 2         Blue Chips?
 3   A.    That's it.
 4   Q.    Just Target?
 5   A.    Yes.
 6   Q.    And since you were shot in 2017, have you had any
 7         kind of employment?
 8   A.    No, sir.
 9   Q.    How do you support yourself today?
10   A.    I get Disability.
11   Q.    Is that Social Security Disability?
12   A.    I get Social Security and Disability.
13   Q.    Social Security and Disability?
14   A.    SSI and Disability.
15   Q.    SSI and SSD?
16   A.    Yes.
17   Q.    How long after you were shot do you think you
18         first started collecting SSI SSD?  Strike that.
19         Those aren't the same things, right?
20             SSD is Disability, correct?
21   A.    Yes.
22   Q.    How long after you were shot do you think you
23         started collecting SSD?
24   A.    I have no idea.
25   Q.    Was it weeks?  Months?  Years?
```

Tabatha Jackson  4/14/2022

```
 1   A.     I don't know.

 2   Q.     Any other kind of benefits?

 3   A.     No.  I get stamps.

 4   Q.     So that would be food stamps?

 5   A.     Yes.

 6   Q.     Anything else?

 7   A.     No.

 8   Q.     Any other sources of income as we sit here today?

 9   A.     No.

10   Q.     What about health problems?  Do you have any kind

11          of chronic health problems today?

12   A.     I have sciatic, neuropathy.

13   Q.     Sciatic neuropathy?

14   A.     Sciatic is one.  Then I have neuropathy.  I have

15          diabetes and emphysema.

16   Q.     What about high blood pressure?

17   A.     Yes.  I do got that.  Thank you for reminding me.

18   Q.     Have you ever been diagnosed with a condition

19          called paranoid schizophrenia?

20   A.     Yes.

21   Q.     And when do you think that was?

22   A.     I have no idea.

23   Q.     And what does that mean or how does that affect

24          your life?

25   A.     It doesn't affect my life.  What it means is that
```

Tabatha Jackson  4/14/2022

```
 1              I -- something happened to me, and I went out of
 2              my mind about it.
 3    Q.        And is this something that kind of comes and
 4              goes, or do you always have some kind of symptoms
 5              or effects?
 6    A.        I don't have any symptoms.
 7    Q.        So, I mean, I've gone through your medical
 8              records from the jail.  And we are going to kind
 9              of cover some things that I think might be
10              related to this case.
11    A.        Okay.
12    Q.        But I also see that you were in the dispensary
13              for some feminine problems, yeast infections,
14              that kind of thing.  That's not what we're
15              talking about today, correct?
16    A.        There wouldn't be no problem, but yeah.
17    Q.        So we're here about some things you alleged
18              happened in the jail in kind of the 2017 to 2019
19              time frame?
20    A.        Yes.
21    Q.        We'll go over this in a little more detail as we
22              need to, but you were obviously in the jail,
23              right?
24    A.        Yes.
25    Q.        What happened or how did you end up in the jail
```

Tabatha Jackson  4/14/2022

```
 1          in that time frame?
 2  A.      Because I was charged with aggravated burglary,
 3          gun spec, and felonous assault.
 4  Q.      And without getting into the details, this has to
 5          do with an incident that happened in September of
 6          '17, correct?
 7  A.      Correct.
 8  Q.      And from '17 to '19, sometimes you're in the
 9          jail, sometimes not, correct?
10  A.      Correct.
11  Q.      But it was all related in some way to this
12          original charge in September of '17, right?
13  A.      Correct.
14  Q.      How has the aggravated burglary and other
15          things/case been resolved?  Is it still going on?
16  A.      No, sir.
17  Q.      What happened with it?
18  A.      I won in appeal.  I didn't commit the crime.
19  Q.      And was that just a complete reversal of all your
20          convictions, or some of them?
21  A.      I think it was some of them.
22  Q.      And before 2017, when do you think the last time
23          before that you were incarcerated?
24  A.      1995.
25  Q.      Where was that?
```

Tabatha Jackson  4/14/2022

```
 1  A.    I got sentenced to Marysville.  I did six months.
 2  Q.    You said '95.  Could it have been '96?
 3  A.    That I got out.  I was sentenced in '95 and got
 4        out in '96.
 5  Q.    Fair enough.
 6              And then maybe one other time before that?
 7  A.    The County or --
 8  Q.    ODRC.
 9  A.    Who?
10  Q.    Marysville.
11  A.    No.  I only been to Marysville one time.
12  Q.    And then before '17, had you ever spent any time
13        in the Cuyahoga County jail?
14  A.    Yes.
15  Q.    About when?
16  A.    About in the '80s, '90s.
17  Q.    2000s at all?
18  A.    No.
19  Q.    And not in the 2010s until --
20  A.    No.
21  Q.    -- 2017, correct?
22  A.    That's the first time -- after the '80s or the
23        '90s, that's the first I have been in jail.
24  Q.    Have you ever been back to the Cuyahoga County
25        jail since you --- strike that.
```

Tabatha Jackson  4/14/2022

```
 1              Have you ever been back to the Cuyahoga
 2         County jail since the end of this aggravated
 3         burglary case?
 4    A.    No, sir.
 5    Q.    So in 2020?
 6    A.    No.
 7    Q.    2021?
 8    A.    No, sir.
 9    Q.    So this particular incarceration started when you
10         were arrested in 2017, correct?
11    A.    Yes.
12    Q.    Just briefly, what happened that led to that
13         arrest?
14    A.    My daughter made a very bad choice.  She didn't
15         do her homework on the person she was going with.
16    Q.    This is a boyfriend or something?
17    A.    Yes.
18              She found out he was gay, and she filmed it
19         and put it on Facebook.  And the young man came
20         and jumped on me and my baby girl.  I had not an
21         idea who the man was, but he jumped on us.
22         However, I did call the police, and the police
23         didn't do nothing.
24              So later on that night I got really sick,
25         and I walked to the store, which is Dollar Tree,
```

Tabatha Jackson  4/14/2022

```
 1          which is up Harvey off of Buckeye.
 2  Q.      Harvey, Buckeye, there is a Dollar Tree?
 3  A.      The Dollar Tree is on 116th where the young man
 4          was shooting.  He walked out his door, and we was
 5          on the street and he started shooting.
 6              So my one daughter, my oldest daughter, she
 7          was -- she turned around and got on the sidewalk.
 8  Q.      What is your oldest daughter's name?
 9  A.      Shanika, S-H-A-N-I-K-A.
10  Q.      Is that Jackson, as well?
11  A.      Yes.
12  Q.      And was your other daughter Victoria involved in
13          this?
14  A.      Yes.
15  Q.      Carry on.
16  A.      She was on the sidewalk, and I watched him shoot
17          her.  And her arm dropped down like a rubber band
18          like a letter U.  I jump out the street.  I ran
19          out of the street and I turned face-to-face to
20          her and I told her he's shooting us.  He's
21          shooting at us.  Run.  Run.  And by that time he
22          had shot me in the lower part of my back.  He
23          stood over me and shot me in my stomach.  I had
24          my hands up like this and I said, Jesus, help me.
25          He shot me in my hands.
```

Tabatha Jackson  4/14/2022

```
 1  Q.    I'm sorry.
 2  A.    I turned around, and I didn't even know Victoria
 3        got shot because I thought she had ran.  He shot
 4        her in the back.  Two bullets came out her chest.
 5        He shot her in the back of the leg and messed up
 6        her kneecap.
 7  Q.    So you and Victoria were shot?
 8  A.    Me, Victoria, and Shanika.
 9  Q.    Shanika was, also.
10             And you said you were shot a total of three
11        times?
12  A.    Yes.
13  Q.    Back --
14  A.    -- my stomach, and my hands.
15                  MR. STEWART:  Let's take
16               about five minutes here.
17                  - - - - -
18             (Thereupon, a recess was had.)
19                  - - - - -
20  BY MR. STEWART:
21  Q.    As part of what we are talking about here, you
22        first came to the jail in September of 2017,
23        correct?
24  A.    Yes.
25  Q.    And did you come right after you were shot, or
```

Tabatha Jackson  4/14/2022

```
 1          were you in the hospital for a period of time?
 2   A.     I was in the hospital.
 3   Q.     Where?
 4   A.     At University Hospital.
 5              Sir, I would like to say something.
 6   Q.     Sure.
 7   A.     As I was thinking, I made a mistake on two
 8          things.  I did talk to Mr. Zipkin and he do
 9          represent me.  I must've forgot.
10   Q.     When do you think that was?
11   A.     I talked to him -- oh, I talked to him when I
12          first was looking for an attorney.  He talked to
13          me for a good while.  And he introduced me to
14          Kevin.
15              And another thing is, I have more
16          responsibilities in this class action.  Because I
17          thought we all should be equal, but then I
18          thought if I'm speaking for them, I have more
19          responsibilities.
20   Q.     And what are those?
21   A.     My responsibility is to really -- if you hear my
22          voice, then maybe, just maybe you will hear the
23          next person's voice.  You know what I'm saying?
24          I mean, it takes one person to speak out.  If
25          everybody don't speak out, you don't hear us.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    It's fair to say it's to be kind of a
 2         spokesperson or voice of this group of people,
 3         this class, correct?
 4   A.    Yes.
 5   Q.    Any specific concrete duties or things you have
 6         to do to be the class representative beyond being
 7         just a spokesperson?
 8                     MR. GROSS:  Objection.  Go
 9              ahead.
10   A.    Well, as of right now I'm -- to be honest, I'm
11         just basically learning.  I'm learning, but I
12         have to start someplace.  I don't want -- I
13         really don't want nobody to live with what we
14         lived in there.  I don't.  And it's for the
15         people that's going to come in that door, the
16         women that going to come in there.  I don't want
17         them to go through what we went through.
18         That's --
19   Q.    Now, when you say you're learning --
20   A.    I'm learning what my duties is.
21   Q.    Like, how are you doing that?
22   A.    I'm learning because -- like, for one, I look at
23         a lot of videos and a lot of things that people
24         do to do get started -- I don't know if I'm
25         putting it right.  You know, I just know I have
```

Tabatha Jackson  4/14/2022

```
 1         to start someplace.  Because the more a person's
 2         mouth is not opening, they're not going to let
 3         you know how we feel.
 4   Q.    And when you said you're looking at some
 5         videos --
 6   A.    I was looking at videos.  You know, like people,
 7         how you learn to speak out?  How did you get the
 8         people to hear your voice?  You know, I go to
 9         narcotics anonymous, and I'm going to tell you
10         something.  A lot of these people out here, women
11         have been hurt, raped, or something, but they're
12         afraid to speak out.  I don't want to be afraid
13         to speak out.  I'm tired of being afraid.  So I
14         want the next people to come through that door
15         not to be afraid to speak out.
16   Q.    When you say that door, what do you mean?
17   A.    The jail door.  When they get booked in and
18         something happens to them, I don't want them to
19         say -- keep a closed mouth.  I want them to speak
20         out.  Speak if somebody doing something to you or
21         you living wrong.  I want you to speak.
22   Q.    Is there anything else you want to add --
23   A.    No.
24   Q.    -- you thought of on our break here?
25   A.    No.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | So I think where we just left off is you had |
| 2 | | spent a little bit of time between the day you |
| 3 | | were shot and the day you came from the jail at |
| 4 | | University Hospital, correct? |
| 5 | A. | Yes. |
| 6 | Q. | Is that the main campus there on University |
| 7 | | Circle? |
| 8 | A. | It's the trauma department.  I don't know if it's |
| 9 | | the main campus, but I know it's the trauma |
| 10 | | department. |
| 11 | Q. | And you were released from the hospital directly |
| 12 | | to the jail, correct? |
| 13 | A. | Yes. |
| 14 | Q. | And how did you get here?  How did you get to the |
| 15 | | jail? |
| 16 | A. | Two sheriff men brought me. |
| 17 | Q. | Sheriffs came and picked you up at the hospital? |
| 18 | A. | Yes. |
| 19 | Q. | Then you were in the jail for how long before you |
| 20 | | posted bond the first time? |
| 21 | A. | Two weeks. |
| 22 | Q. | And you got out because what, you got a bond on |
| 23 | | your felony charge? |
| 24 | A. | On this case. |
| 25 | Q. | Did you post that yourself or did somebody else? |

Tabatha Jackson  4/14/2022

```
 1  A.    No.  My daughter came and got me out, my daughter
 2        Shanika.
 3  Q.    So if you were shot in September of '17 and spent
 4        about two weeks in the jail, you got out late
 5        September/early October of '17 the first time?
 6  A.    Yes.
 7  Q.    And then you were out for kind of a good long
 8        while in '17 and '18, correct?
 9  A.    Yes.
10  Q.    And when was the next time you came back?  What
11        were the circumstances?
12  A.    It wasn't really long after I got out of jail the
13        first time.  I got out like about -- I had a
14        probation violation with Mr. Ben Goodson/Goodman.
15        He was a probation officer.  So it was in
16        October.  The ending part of October I came in
17        and he violated me, and then they took -- then
18        they brought me back in.  I was probably out
19        about probably about 30 days.
20  Q.    So you think you were back again sometime in '17?
21  A.    No.  That was in '18.
22  Q.    So if you got out -- if you first posted bond in
23        September or October of '17, right, to get to
24        '18, we have to go a little ways?
25  A.    Yeah.  That was in '17.  I'm sorry.  That was in
```

Tabatha Jackson  4/14/2022

```
 1              '17.  It was around the ending part of October,

 2              because I remember seeing these lights on

 3              Halloween.  They were just flashing everywhere,

 4              and I didn't know what it was.  So yeah.

 5   Q.    So that was for a probation violation?

 6   A.    Yes.

 7   Q.    And at some point, did you have to serve ten days

 8              in the jail as a result of your conviction?

 9   A.    Yes, sir.

10   Q.    I want you to kind of think this over and put

11              yourself back at this time.  Do you think you

12              were in the jail at all between the time that you

13              first posted bond and the time that you came to

14              serve that sentence?

15   A.    Was I in the jail?

16   Q.    Yeah.  Did you come back?  Were you in custody at

17              some point?

18   A.    No.  I was at home.  Michael P. Donnelly let me

19              go home.

20   Q.    And this is the state judge who is presiding over

21              your criminal case?

22   A.    Yes.  Judge Michael P. Donnelly, he let me go

23              home.

24   Q.    And then you came back for a trial, correct?

25   A.    Yes.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | And what was the end result of that trial? |
| 2 | A. | I was sentenced to 13 years in Marysville. |
| 3 | Q. | But you didn't serve 13 years? |
| 4 | A. | No. |
| 5 | Q. | What part of that did you serve? |
| 6 | A. | My first time was July the 25th to August |
| 7 | | the 4th. It was on a Saturday that they let me |
| 8 | | out. |
| 9 | Q. | And so that's about ten days or so, right? |
| 10 | A. | Yeah. |
| 11 | Q. | And that's in -- |
| 12 | A. | -- 2017. |
| 13 | Q. | The court records say it was in '18. Are they |
| 14 | | wrong? |
| 15 | A. | No. That was me. My bad. That was in 2018. |
| 16 | | I'm sorry. 2018 he let me out because I kept |
| 17 | | falling. He let me out. |
| 18 | Q. | So you served this ten day part of your sentence |
| 19 | | and then you were out? |
| 20 | A. | Yes. |
| 21 | Q. | And when do you think you next come back? How |
| 22 | | long after that? |
| 23 | A. | Two months. |
| 24 | Q. | And was that the probation violation involving |
| 25 | | Officer Goodson or Goodman that you mentioned |

Tabatha Jackson  4/14/2022

```
 1          earlier?
 2   A.     Probation Officer Ben Goodman or Goodson, yes.
 3   Q.     And if I'm kind of looking through the papers
 4          here, there is some talk of possibly sending you
 5          to an inpatient rehab program.  Does that seem
 6          familiar to you?
 7   A.     Yes.
 8   Q.     Did you ever actually go to an inpatient program?
 9   A.     Yes.
10   Q.     One or more than one?
11   A.     One.
12   Q.     And where did you go?
13   A.     Cambridge, Ohio.  I went to -- they told me to go
14          to dual diagnosis.
15   Q.     And what kind of program was this?
16   A.     It was rehab and mental.
17   Q.     And did you complete that program?
18   A.     Yes.
19   Q.     How long do you think you were in the program?
20   A.     30 days.
21   Q.     And then when you completed it, did you go back
22          out on bond or something, or what happened?
23   A.     No.  I went home.  They brought me back home.
24   Q.     And where is -- Cambridge, Ohio, is it a decent
25          ways away from here?
```

Tabatha Jackson  4/14/2022

```
 1   A.      Long ways.

 2   Q.      How did you get down there?

 3   A.      They came and got me.

 4   Q.      The Cambridge people came and got you?

 5   A.      Yes.  They came and got me and my suitcase from

 6           my house.

 7   Q.      How did you get back?

 8   A.      They brought me back.

 9   Q.      Where did they drop you off?

10   A.      At my house.

11   Q.      They took you directly from the inpatient

12           facility to your home?

13   A.      Yes.

14   Q.      Did you ever go to someplace called Matthew

15           Talbot House?

16   A.      That's later on.  That was later on during the

17           sentencing.

18   Q.      So you think you spent some time in a dual

19           diagnosis program in Cambridge, Ohio, correct?

20   A.      Yes.

21   Q.      Do you know who runs that?

22   A.      No.  I don't know.

23   Q.      Is it a government?  Is it a charity?  Is it a

24           private business?

25   A.      I don't know.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    And then you said you did spend some time at
 2         Matthew Talbot House?
 3   A.    Yes.
 4   Q.    What time period do you think that was?
 5   A.    I don't know.  I don't know, but I finished it.
 6   Q.    And what kind of program is Matthew Talbot House?
 7   A.    Matthew Talbot is the same thing, dual diagnosis.
 8         They do dual diagnosis.
 9   Q.    Do you think you did more than one stint at
10         Matthew Talbot House?
11   A.    What do you mean?
12   Q.    Were you there once?  Were you there twice?
13   A.    Only been there one time.
14   Q.    So how long do you think you were there?
15   A.    Probably about 90 days or 60 days.
16   Q.    So we've got one stay in Cambridge of about
17         30 days, correct?
18   A.    Yes.
19   Q.    And another stay at Matthew Talbot House of 60 to
20         90 days?
21   A.    Yes.
22   Q.    And any other inpatient facilities that you were
23         in in kind of the 2017 to '19 time frame?
24   A.    Hitchcock.
25   Q.    Tell me about Hitchcock.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | A. | Hitchcock is the same thing.  They do dual |
| 2 | | diagnosis.  Very good facility.  And I finished |
| 3 | | -- I completed that, too. |
| 4 | Q. | And where is Hitchcock located? |
| 5 | A. | I don't know the address, but I know it's on |
| 6 | | Ansel and Superior. |
| 7 | Q. | It's in Cleveland? |
| 8 | A. | Yes. |
| 9 | Q. | Was it an inpatient program? |
| 10 | A. | Yes. |
| 11 | Q. | And you were living there? |
| 12 | A. | Yes. |
| 13 | Q. | Do you think you were at Hitchcock after the end |
| 14 | | of this criminal case, or sometime while it was |
| 15 | | still going? |
| 16 | A. | At the end. |
| 17 | Q. | So you think what -- how did you get there?  Did |
| 18 | | you leave our jail directly? |
| 19 | A. | Yes. |
| 20 | Q. | And so you were at Hitchcock when your conviction |
| 21 | | was reversed? |
| 22 | A. | Yes. |
| 23 | Q. | And did you leave right after that? |
| 24 | A. | No.  I stayed. |
| 25 | Q. | How long do you think you stayed after you found |

Tabatha Jackson  4/14/2022

```
 1        out your conviction was reversed?
 2   A.   My conviction was reversed when I was there in my
 3        second month.  I just finished the rest of it on
 4        my own.  I liked the program.  It was very nice.
 5        Nice people.
 6   Q.   And then at some point you left Hitchcock,
 7        correct?
 8   A.   Yes.
 9   Q.   And any inpatient program since then?
10   A.   Yes.  Not programs like rehabs, or nothing like
11        that.  I went to Highland Springs.
12   Q.   Where is Highland Springs?
13   A.   It's a behavioral place.  I have problems --
14        like, the only time I really go into these
15        hospitals, to be very honest, I lost 13 sisters
16        and brothers.  My parents is gone.  I often think
17        about them, and I just turn around and go check
18        myself in.  It's my quiet time.  It's my peace
19        time.  I don't be having no schizophrenic
20        problems, or anything.  I just need a little
21        peace.
22             I don't know if you've got brothers and
23        sisters, but they meant the world to me.  And
24        it's nobody but me.  And I often hear them, and I
25        go downstairs and there's nobody.  And I keep
```

Tabatha Jackson  4/14/2022

```
 1            thinking they left me because they didn't like
 2            me.  They left me.  But that's not the truth.
 3            God needed them.
 4                So I cry like this a lot.  It's not because
 5            I'm psychotic, or anything, because I'm not.  I
 6            cry because I miss my family.
 7   Q.    Do you think that spending time in these
 8            hospitals like Highland Springs or Hitchcock, do
 9            you think that helps you?
10   A.    They talk to me.  They give me ways to come up
11            out of it.  They give me ways so I don't get
12            stuck in that time frame.
13                        MR. GROSS:  I need a
14                break.
15                        MR. STEWART:  We're going
16                to go off for a minute.
17                        - - - - -
18            (Thereupon, a recess was had.)
19                        - - - - -
20   BY MR. STEWART:
21   Q.    So before we took a break we were talking about
22            which inpatient hospitals or rehab centers you
23            spent time in in 2017 to 2019.  I think we
24            covered a facility in Cambridge, Ohio?
25   A.    Yes.
```

Tabatha Jackson  4/14/2022

```
 1  Q.    A Matthew Talbot House?

 2  A.    Yes.

 3  Q.    A facility called Hitchcock?

 4  A.    Yes.

 5  Q.    And a facility called Highland Springs, correct?

 6  A.    Yes.

 7  Q.    Anything else?

 8  A.    No.

 9  Q.    And then you have not been back to the Cuyahoga

10        County jail itself since your conviction was

11        reversed, correct?

12  A.    Correct.

13  Q.    Any plans to come back?

14  A.    No.  I didn't mean to laugh, but no.  I'm trying

15        to further myself.  I'm trying to get my GED now

16        so I can go to the next level.  I want to be a

17        pastry chef, as well.  So I don't think I'm going

18        to come back.

19  Q.    I see you're in a wheelchair today, right?

20  A.    Yes.

21  Q.    Do you have to stay in the wheelchair full time

22        now?

23  A.    No.

24  Q.    Kind of explain to me how that works.

25  A.    Because I can walk, but I fall a lot.  And I
```

Tabatha Jackson  4/14/2022

```
 1            can't walk long distance.  But yes.  So when you
 2            saying do I have to be in it for the rest of my
 3            life?  Yes.  Because I can't do all of that.
 4   Q.   You can walk around for short periods unassisted?
 5   A.   Like the therapist, they come out, and then I
 6            walk with them.  I walk up the street with them.
 7            And then I stop a lot of times because I can't --
 8            I be out of breath.
 9   Q.   Can you run errands, say go to the grocery store
10            on your own?
11   A.   Yes.
12   Q.   Do you need your wheelchair for that?
13   A.   Yes.
14   Q.   And do you get one of those --
15   A.   -- scooter carts?
16   Q.   Yeah.
17   A.   No.  Vicki get that.  I wheel myself.  Vicki get
18            the scooter cart.
19   Q.   I'm going to mark Exhibit 1, which is your
20            Complaint in this case.
21                       - - - - -
22     (Thereupon, Exhibit 1 was marked for the purpose of
23                    identification.)
24                       - - - - -
25   Q.   Have you seen this before?
```

Tabatha Jackson  4/14/2022

```
 1   A.    Yes.

 2   Q.    When do you think you last saw this?

 3   A.    I saw this --- I went over this packet about a

 4         couple weeks back, a couple months -- a month.

 5         And then I went over -- I think the last time I

 6         went over this was yesterday, I believe.

 7   Q.    Do you think you reviewed it before it was filed

 8         in court?

 9   A.    I have no idea, sir.

10   Q.    If you look at paragraphs -- so the paragraphs

11         are these numbers here.

12   A.    Can you hold on a second?

13   Q.    Sure.

14   A.    Okay.

15   Q.    Take a look at paragraphs 59 -- starting at

16         paragraph 59.

17             I'm going to read paragraph 59.  Follow

18         along with me.

19             Immediately before she was booked into the

20         Cuyahoga County Correction Center, Plaintiff

21         Tabatha Jackson had undergone surgery because she

22         had been shot in the back, stomach, and arms; is

23         that correct?

24   A.    Yes.

25   Q.    And that surgery was shortly after you were shot
```

Tabatha Jackson  4/14/2022

```
1            in September of 2017, correct?
2    A.     It was the night I got shot, yes.
3    Q.     And it says at the time you were booked into the
4           Cuyahoga County Correction Center, you were in a
5           wheelchair due to the shooting and the surgery.
6           Is that accurate?
7    A.     Yes.
8    Q.     Defendants Cuyahoga County, Pinkney, Mills, and
9           Ivey were deliberately indifferent to you because
10          they took your wheelchair away.  Is that
11          accurate?
12   A.     Yes.
13   Q.     Who are Pinkney, Mills and Ivey?
14                   MR. GROSS:  Objection.  Go
15               ahead.
16   A.     I don't know who Pinkney is or Mills, but I do
17          know Eric Ivey.
18   Q.     Who is he?
19   A.     Eric Ivey I believe was the warden at that time,
20          but I know him other than being a warden.
21   Q.     How do you know Mr. Ivey?
22   A.     Mr. Ivey grew up four houses down from me when I
23          was a kid.
24   Q.     Do you think you knew him pretty well or just
25          socially?
```

Tabatha Jackson  4/14/2022

```
 1   A.    I would speak to him.  He was much older than me.
 2         I would speak to him.  He knew my sisters and
 3         brothers.  But I'd just say hi.  I don't know him
 4         know him all like that.
 5   Q.    Does he still kind of live near you?
 6   A.    No.
 7   Q.    Do you know if he's still a warden at the jail?
 8   A.    No, sir.
 9   Q.    You don't know or he's not?
10   A.    I don't know.
11   Q.    So, I guess, just tell me about this.  What
12         happened when you allege somebody took your
13         wheelchair away?
14   A.    Well, they took my wheelchair.  They took my
15         wheelchair away from me before I got to general
16         population.
17   Q.    And this was the first time you were in?
18   A.    Yes.
19   Q.    And when you say they, who is they?
20   A.    Nurse Lori.  She took my wheelchair because she
21         obviously thought I could walk.  She thought that
22         I was joking.
23   Q.    And was there anybody else that you remember
24         being involved in taking your wheelchair away?
25   A.    I remember the man with the dreadlocks, because
```

Tabatha Jackson  4/14/2022

```
 1           he told Nurse Lori to take my wheelchair.
 2   Q.      The man with the dreadlocks, is he a CO?
 3   A.      Yes.
 4   Q.      He's wearing the County CO uniform?
 5   A.      Yes.
 6   Q.      Anybody else?
 7   A.      I can't remember.
 8   Q.      Now, thinking back to the first time you were in
 9           the jail, so this would be 2017, did they give
10           you a walker, or anything else, or did they just
11           take the wheelchair?
12   A.      They took the wheelchair and they gave me the
13           walker.  So when I -- you're talking about when I
14           got booked in?
15   Q.      When you got booked in the first time.
16   A.      The first time I got booked in I was in the
17           wheelchair.  Mr. Pritchett and another guard took
18           me and Vicki up.  So I was in a wheelchair.
19   Q.      So you mentioned Mr. Pritchett.  Do you mean
20           Randy Pritchett who is a Defendant in this case?
21   A.      Yes.
22   Q.      And where did he see you in the wheelchair?
23   A.      They took us through this basement, through this
24           -- I think they call it the sally port.  They
25           took us down.  On this side is like a big booking
```

Tabatha Jackson  4/14/2022

```
 1           place, a big place with these doors.
 2  Q.    And did you meet Pritchett in the sally port or
 3           somewhere else or later in the process?
 4  A.    No.  He was down there when we came in.  He and
 5           the other officer, they were down there when we
 6           came in.  The sheriff brought me in.
 7  Q.    When you say the other officer --
 8  A.    I don't know his name.
 9  Q.    Any kind of description you can give me; white
10           guy, black guy, big guy, small guy?
11  A.    He's African American.  That's all I know.
12  Q.    Do you know who decided to take your wheelchair
13           away this first time?
14  A.    The man with the dreadlocks.  The CO with the
15           dreadlocks.  And he told Nurse Lori that I didn't
16           need my wheelchair.
17  Q.    If there is a note in your medical records that
18           you were walking behind your wheelchair
19           supporting yourself, is that accurate?
20  A.    Yes.
21  Q.    And that would be kind of like using the
22           wheelchair as a walker, right?
23  A.    It's because certain things like hills or going
24           up stuff I can't wheel it up, and so I would
25           stand behind it and walk with it.  It's like a
```

Tabatha Jackson  4/14/2022

```
 1          walker, yes.
 2   Q.     There's not a hill in the jail, right?
 3   A.     There were other obstacles in the jail that made
 4          me do that.
 5   Q.     And then right after you're booked in September
 6          of 2017, where are you housed?
 7   A.     They put me in the medical units, 6A.
 8   Q.     Could it have been 6G?  6 golf.
 9   A.     I just know it's the sixth floor.  When you get
10          off the elevators, it's this way, and that side
11          you turn.
12   Q.     So it's the sixth floor, but it's a medical pod?
13   A.     Yes.
14   Q.     And if you know, how is the medical pod different
15          than the general population pods?
16   A.     The only thing that's different in there is that
17          on one side you can see four medical beds,
18          hospital beds, and the rest of them it's the same
19          cells as you seeing anyplace else.
20   Q.     So the first time you're in, we are talking about
21          this time right after you're shot in 2017 --
22   A.     Yes.
23   Q.     -- they took your wheelchair and they gave you a
24          walker, correct?
25   A.     No.  Actually, they didn't give me a walker.
```

Tabatha Jackson  4/14/2022

```
 1          They gave the walker to Vicki.  My daughter gave
 2          me the walker so I wouldn't fall.
 3     Q.   So they didn't give you your own walker, correct?
 4     A.   They didn't give me the walker.  My daughter gave
 5          it to me because I have a balance problem.  I
 6          can't balance myself.
 7     Q.   And so was your daughter Vicki housed with you in
 8          the medical pod that whole time?
 9     A.   Yes.
10     Q.   Did she post bail at the same time you did?
11     A.   No.  She did not.
12     Q.   Was she in longer or shorter than you?
13     A.   She was in there longer.
14     Q.   But you were able to use a walker, whether it was
15          your own or Vicki's?
16     A.   Yeah.  But I couldn't use it good.  I still fell.
17     Q.   You fell even though you had the walker?
18     A.   Yes.
19     Q.   Tell me about that.
20     A.   I have sciatica and neuropathy.  I sometimes
21          could feel my right leg and sometimes I can't.
22          Neuropathy seems like I'm walking on billions and
23          billions of pins, and it won't allow me to put my
24          foot all the way down without falling.
25          Neuropathy -- I mean, sciatic, it developed as I
```

Tabatha Jackson  4/14/2022

```
 1          kept falling.  It's a pain that just -- it come

 2          and go every five minutes.  It just made me call

 3          for a guard every five minutes.

 4   Q.     Who do you think diagnosed you with sciatic

 5          neuropathy?

 6   A.     The doctors.

 7   Q.     Which ones?

 8   A.     The doctors when I went back to see Miss Olivia

 9          at University Hospitals, Cleveland Clinic, Metro,

10          and Family Neighborhood Practice.

11   Q.     And you think that that diagnosis occurred before

12          you arrived at our jail?

13   A.     No.  The neuropathy was already there before I

14          got to the jail.  The sciatic pain came after I

15          got to the jail and was released and went back to

16          the doctors.

17   Q.     Do you think you ever left the medical pod during

18          this first stay at the jail?

19   A.     Sure.  I left it.  I left it to go home.

20   Q.     Fair enough.

21              Were you ever sent to general population?

22   A.     Yes.  2B.

23   Q.     Was that the first time you were in the jail?

24   A.     Yes.

25   Q.     How long do you think you were in general
```

Tabatha Jackson  4/14/2022

```
 1            population that time, that first time?
 2   A.   I was in there for ten days.  So I would say I
 3        was in the medical unit maybe about two, three
 4        days, and the rest general population.
 5   Q.   If the County jail records say that you were
 6        housed in medical the whole time you were here in
 7        2017, do you disagree with that?
 8   A.   I disagree, because Saturday the 4th is when I
 9        got out.  I got out of there from general
10        population.
11   Q.   So going back to the Complaint.
12   A.   What page?
13   Q.   Right where we were, paragraph 59, 60, and 61.
14        Is this time they took your wheelchair away and
15        gave you the walker, is that what we're talking
16        about here?
17   A.   I didn't have no walker in general population.
18        So it wasn't my walker.  It was Vicki's walker.
19        I returned it to Vicki when I was leaving.  I
20        didn't have no walker or no wheelchair in general
21        population.
22   Q.   So if you're in general population and Vicki has
23        a walker in medical, how did you return it to
24        her?
25   A.   When I was leaving out, I hand her the walker.
```

Tabatha Jackson  4/14/2022

```
 1            They turned around, and this lady put me in a
 2            wheelchair and wheeled me down to 2B.
 3   Q.       Did Vicki go to general population with you?
 4   A.       No.  Vicki stayed in the medical unit.
 5   Q.       How did you hand her the walker if you're in
 6            general population and she's housed in the
 7            medical unit?
 8   A.       Before I left out the medical unit I hand my
 9            daughter back her walker, and then they put me in
10            a wheelchair and took me downstairs, or wherever
11            it is in 2B.
12   Q.       So you didn't hand it to your daughter as you
13            were leaving the jail.  You handed it to her as
14            you were leaving the medical unit to go to
15            general population?
16   A.       Yes.
17   Q.       And as you sit here today, you're fairly certain
18            that that interaction occurred the first time you
19            were in the jail right after you were shot?
20   A.       Yes.
21   Q.       And is that the same thing you're referencing
22            here in your Complaint?
23   A.       They took my wheelchair and placed me in general
24            population.  They took the wheelchair.  The man
25            said, the one with the dreadlocks -- I can't
```

Tabatha Jackson  4/14/2022

```
 1        think of this man's name to save my life.  They
 2        took my wheelchair while I was in the medical
 3        unit.  So Victoria let me use her walker because
 4        I have a -- I'm a fall risk.  And they didn't
 5        realize that, I guess.  So as I'm leaving, I
 6        still don't have my wheelchair.  The only thing I
 7        had was her walker.  Before I leave the sixth
 8        floor, I give her back her walker, and a CO put
 9        me in a wheelchair and took me down.
10   Q.   And when you say took you down --
11   A.   Took me to 2B.  I'm trying to explain it the best
12        way I can to you.
13   Q.   I think I'm following you.  I just want to make
14        sure this is the incident we're here about --
15   A.   Okay.
16   Q.   -- and not some other incident or something else.
17   A.   No.  This is it.
18   Q.   So then you come back to serve your sentence in
19        2018, correct?
20   A.   Yes.
21   Q.   Do you think you had a wheelchair at that time?
22   A.   Yes, I did.
23   Q.   And you were booked into the jail, right?
24   A.   Yes.
25   Q.   Did you see a doctor or a nurse as you were
```

Tabatha Jackson  4/14/2022

```
 1          getting booked in?
 2   A.     I seen -- when I got booked in, the time I came
 3          is when -- that was in October.  What they did
 4          was just -- they booked me in, took pictures.
 5          Next thing I know I was in 6 -- on the sixth
 6          floor in Room 8 -- or no.  Room 6.
 7   Q.     And the sixth floor is medical, correct?
 8   A.     Yes.
 9   Q.     So you're at least initially in medical when you
10          come to serve your sentence, correct?
11   A.     Yes.
12   Q.     Did you stay there the entire time?
13   A.     No.
14   Q.     What happened?
15   A.     That's the time when they realized they left me
16          in my room when everybody else was gone.  So then
17          they turned around, the same man says, no sense
18          of her having -- her being in here, and she just
19          -- she don't use her wheelchair right.  You
20          supposed -- they said you supposed to use your
21          wheelchair in a certain manner.  I don't know
22          what manner that they want you to use the
23          wheelchair.  Other than me sitting in it and
24          wheeling myself around, I don't know what else to
25          do.  So they put me in general population.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    And how long after you came in -- this is July of
 2         '18 to serve your sentence.  How long do you
 3         think you were in medical before you went to
 4         general population?
 5   A.    Not that long.
 6   Q.    And who do you think it was that made the
 7         decision to move you to general population?
 8   A.    Nurse Lori.
 9   Q.    Did you see a doctor?
10   A.    Dr. Sean Francis.
11   Q.    And he checked you out?
12   A.    Yeah.  He swore up and down I needed to be in
13         general population.
14   Q.    But he talked to you and examined you before that
15         happen?
16   A.    Yes.  The only thing he did was basically change
17         the bandages because I was bleeding.
18   Q.    Is this in 2018?
19   A.    Yes.
20   Q.    Do you have episodes of bleeding today from your
21         wounds?
22   A.    No.
23   Q.    How long after you were shot do you think that
24         you continued to have a wound that bled?
25   A.    To be very honest, my whole stay there.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    So you think you had a wound that was bleeding --
 2   A.    Because I had staples in my stomach.  I had
 3         stitches.  It just kept bleeding.  And I had the
 4         thing on my back.
 5   Q.    So I'm not trying to trip you up here.  I'm just
 6         trying to figure out some time frame issues.
 7   A.    I bled from the time I got shot up until the time
 8         I left and went to Hitchcock.
 9   Q.    And other than the jail, you were receiving
10         medical treatment when you were out, correct?
11   A.    Yes.
12   Q.    Where?
13   A.    Those same hospitals I gave you.
14   Q.    So if I want to find and look at medical records
15         related to your bleeding from your wounds during
16         this time, who is treating you for that?
17   A.    Well, that would be -- I went to University
18         Emergency Room.
19   Q.    They did your whole follow-up for that?
20   A.    They did it that day.  And yes, I followed up
21         with them, yes.
22   Q.    Did you follow-up with anybody else about the
23         wound care?
24   A.    Those hospitals I told you, the Family
25         Neighborhood.  Charles J. Garvin is my primary
```

Tabatha Jackson  4/14/2022

```
 1          doctor.
 2               Let me clear something up.  Dr. Sean
 3          Francis, he was my doctor at Metro, so I don't
 4          understand what his problem was when he decided
 5          to go with them to take my wheelchair.  He was my
 6          doctor.
 7   Q.     And what time period was he your doctor at Metro?
 8   A.     He was my doctor at Metro when -- the time period
 9          when I was out of jail and I went to Metro.
10          Matter of fact, he was the one that thought I
11          should have therapy.
12   Q.     So this is sort of -- to be clear, we are talking
13          about this is the 2017 to 2019 period where you
14          are in and out of the jail?
15   A.     Exactly.
16   Q.     Have you seen Dr. Francis since you got back from
17          Hitchcock?
18   A.     No.
19   Q.     Did you see --
20   A.     No.
21   Q.     Did you see him at Metro before you first came to
22          the jail?
23   A.     Yes.  It wasn't -- I had -- I met him way before
24          I even got shot.
25   Q.     What do you think he was treating you for?  What
```

Tabatha Jackson  4/14/2022

```
 1        medical issues?
 2   A.   When I was here?
 3   Q.   No.  Before then.
 4   A.   He was just treating me for just things that I
 5        would go for.  It wasn't for being shot.  If two
 6        hairs grow on one bump, I'm going to the doctor.
 7        That's just me.  I'm sorry.  It's just me.
 8   Q.   So I think where we were was -- this is this
 9        period in July 2018 when you were serving your
10        sentence.  You said that you were initially in
11        medical, and then you went to general population,
12        right?
13   A.   Yes.
14   Q.   And what happened when you went to general
15        population, if anything?
16                    MR. GROSS:  Objection.  Go
17             ahead.
18   A.   I was on the floor.  I had a mat, and they put me
19        on the floor up underneath the TV.
20   Q.   And this was where you were sleeping?
21   A.   Yes.
22   Q.   Did you have any problems with your wheelchair,
23        walker, that kind of thing, when you were in
24        general population?
25   A.   I didn't have none of that.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | Did you have any problems because you didn't have |
| 2 | | those things? |
| 3 | A. | Yes. |
| 4 | Q. | What were those? |
| 5 | A. | I kept falling.  I had problems because it was -- |
| 6 | | the mat that I had in there that particular time |
| 7 | | was not right.  I couldn't sleep.  I had staples |
| 8 | | in my stomach.  My back was bandaged up.  I |
| 9 | | couldn't even get up off the floor.  I couldn't |
| 10 | | let alone try to walk. |
| 11 | Q. | So you have some concerns about the mat you were |
| 12 | | sleeping on during that time period? |
| 13 | A. | I had it all throughout my stay there, not just |
| 14 | | that particular time. |
| 15 | Q. | So during this time period, again, while you were |
| 16 | | serving your sentence, did you fall? |
| 17 | A. | Lots of times. |
| 18 | Q. | Where in the pod did you fall? |
| 19 | A. | I fell all through that pod, especially going to |
| 20 | | get something to eat.  I had to get my food.  I |
| 21 | | fell going to -- if they took me out of the unit, |
| 22 | | I fell.  I fell in the hallways.  I fell -- if I |
| 23 | | had a visit, I fell.  I had to use the walls to |
| 24 | | walk on -- to walk with. |
| 25 | Q. | Do you think people saw you fall? |

Tabatha Jackson 4/14/2022

| | |
|---|---|
| 1 | A. Everybody saw me. |
| 2 | MR. GROSS: Objection. |
| 3 | A. Everybody saw me fall. |
| 4 | Q. Anybody who you can name? |
| 5 | A. All the COs. I know two female COs and two male |
| 6 | COs. I know this lady who I think she was -- I |
| 7 | can't think of her name, but she up in them |
| 8 | offices. Officer Howard -- a female, Officer |
| 9 | Howard, and Officer Jackson, a female, they |
| 10 | African American COs that I'd really like to |
| 11 | express something about that, too, those two |
| 12 | names. |
| 13 | Officer Sawyer and Officer Dye, those are |
| 14 | male COs that helped me up. |
| 15 | Q. And to be clear, we're talking about the time |
| 16 | that you're serving your sentence? |
| 17 | A. Yes. |
| 18 | Q. Did you ever go to medical as a result of any of |
| 19 | these falls? |
| 20 | A. Once. |
| 21 | Q. And what happened? |
| 22 | A. Nothing. They just basically would prick my |
| 23 | fingers, and then they would just change my |
| 24 | bandages. They didn't really care. They don't |
| 25 | care whether you fell or not. |

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | Do you think you got your wheelchair back this |
| 2 | | time when you were serving your sentence? |
| 3 | A. | I got my wheelchair back when I talked to Judge |
| 4 | | Shannon Gallagher.  God, she's a beautiful woman. |
| 5 | | Not the very last day when she -- she gave it to |
| 6 | | me the very last date that I was sentenced to |
| 7 | | Hitchcock.  I had a court date before that, and I |
| 8 | | kept falling in the hallways and I missed that |
| 9 | | court date.  So when she gave me my sentence the |
| 10 | | very last court date, I told her what happened. |
| 11 | | I told her they took my wheelchair.  I told her |
| 12 | | that I was falling and I'm hurting.  I told her |
| 13 | | my stomach had pus in it.  My stomach was |
| 14 | | bleeding.  The staples was smashed in my stomach. |
| 15 | | I told this woman that.  And God, she's |
| 16 | | beautiful.  She told them to give me back my |
| 17 | | wheelchair, and they gave it to me and put me |
| 18 | | back in general population. |
| 19 | Q. | When you said you talked to Judge Shannon |
| 20 | | Gallagher, was that in a courtroom? |
| 21 | A. | Yes. |
| 22 | Q. | On the record with a court reporter? |
| 23 | A. | Yes. |
| 24 | Q. | And then it looks like after you serve your |
| 25 | | sentence, you came back again in September of |

Tabatha Jackson  4/14/2022

```
 1  |        '18; is that right?
 2  | A.     I served what sentence?  What are you talking
 3  |        about?
 4  | Q.     The ten days.
 5  | A.     The ten days.  What about it?
 6  | Q.     You served that sentence and were released,
 7  |        right?
 8  | A.     August the 4th.
 9  | Q.     And then you came back again in September of
10  |        2018, correct?
11  | A.     Yes.
12  | Q.     If the docket says that has something to do with
13  |        a probation violation, is that accurate?
14  | A.     Yes.
15  | Q.     Did you go through the booking process that time?
16  | A.     Yes.
17  | Q.     Did you see a nurse or a doctor as part of the
18  |        booking process?
19  | A.     When you get booked into that little room, then
20  |        they sit you upstairs in the medical unit, the
21  |        medical place.  That's about it.  And then they
22  |        check you over.  They let you know about your
23  |        diabetes, or things like that.  They let you know
24  |        -- that's basically it.
25  | Q.     So the first probation violation, do you think
```

Tabatha Jackson  4/14/2022

```
 1            you're in a wheelchair when you come into the
 2            jail?
 3  A.    I know I was in a wheelchair when I went to the
 4            jail.  The sheriff wheeled me in there.
 5  Q.    Where did you come from?
 6  A.    Home.  I had to go see Mr. Goodman or Goodson,
 7            Ben Goodman or Goodson.  Then he violated me.
 8  Q.    Why did he violate you?
 9  A.    He violated me because the medication that I was
10            on, I got addicted to it.
11  Q.    What was that?
12  A.    Tramadol at that particular time and alcohol.  It
13            made me drink.  So when I did get out, they
14            tweaked it down and give me a different one
15            called Tizanidine.  It has no addictive -- it's
16            not addictive forming.
17  Q.    And are these painkillers?
18  A.    Yes.  It stops my legs from jiggling.  The nerves
19            in my legs jiggle.
20  Q.    So going back to the first probation violation,
21            you come in in a wheelchair?
22  A.    Yes.
23  Q.    You go through the booking process, right?
24  A.    Yes.
25  Q.    Did they send you -- where were you placed right
```

Tabatha Jackson 4/14/2022

| | | |
|---|---|---|
| 1 | | after you came in? Were you in general |
| 2 | | population or the medical pod? |
| 3 | A. | You're talking about the -- I went to the medical |
| 4 | | unit. I already told you that. |
| 5 | Q. | And so were you housed in the medical unit that |
| 6 | | whole time? |
| 7 | A. | No. |
| 8 | Q. | What happened? |
| 9 | A. | Once again, Nurse Lori don't see fit that -- she |
| 10 | | thinks that I -- I can't stand long and I can't |
| 11 | | sit long. |
| 12 | Q. | Do you need a break now? |
| 13 | A. | No. I'm talking to you. I'm telling you. So I |
| 14 | | do this. I do this because I can't sit long and |
| 15 | | I can't stand long. So to help me try to keep my |
| 16 | | balance without me falling everywhere, I walk |
| 17 | | behind it because I walk -- other than that, if I |
| 18 | | don't have this, this is the next best thing how |
| 19 | | I get around is on the walls. |
| 20 | Q. | And even today you still have to kind of grip the |
| 21 | | walls to get around? |
| 22 | A. | Yeah. |
| 23 | Q. | So we're talking about the first probation |
| 24 | | violation in September of 2018. You start out in |
| 25 | | medical, but you think you went to general |

Tabatha Jackson  4/14/2022

```
 1 |     population at some point?
 2 | A.  I don't think.  I know.  I went to general
 3 |     population.  Yes, sir, I did.  2B once again.
 4 |     They put me there both times.
 5 | Q.  And then did you have any episodes -- did you
 6 |     have any problems with falling at that point?
 7 | A.  Every day.
 8 | Q.  Did you ever have to go to medical because you
 9 |     fell?
10 | A.  Yes.  The very first time I fell I went to
11 |     medical, and the two officers that was on was
12 |     Officer Howard and Officer Jackson.  They both
13 |     females.
14 | Q.  And when you got to medical, did anybody take
15 |     x-rays, or anything like that?
16 | A.  I can't remember if they took an x-ray.  I know I
17 |     didn't go out to no hospital.  I know that much.
18 | Q.  So if they took x-rays, they would have taken
19 |     them --
20 | A.  They would have took it there.  But I didn't go
21 |     out nowhere to go to any hospital or anything.
22 |     So I don't even remember them taking no x-rays.
23 | Q.  Did you go back to medical?
24 | A.  Sir, no.  I went back to general population.  I
25 |     got out of general population about a month
```

Tabatha Jackson  4/14/2022

```
 1          before I went back to -- I went back to medical.
 2          I was there a long period of time before Judge
 3          Gallagher told them to give me my wheelchair.
 4          And I went to the medical unit, and I stayed
 5          there about a couple of months before they rolled
 6          me out to Hitchcock.
 7  Q.      So the judge in your criminal case first was
 8          Judge Michael Donnelly?
 9  A.      Correct.
10  Q.      At some point it became Judge Shannon Gallagher?
11  A.      Yes.  Because he left.
12  Q.      And do you think it was at this first hearing in
13          front of Judge Gallagher that you were told --
14          strike that.
15              Do you think it was at this first hearing in
16          front of Judge Gallagher that you had this
17          discussion about the wheelchair?
18  A.      It was the court date where she sentenced me.
19  Q.      And sentenced you on one of the probation
20          violations?
21  A.      Yeah.  She was sentencing me because they --
22          Judge Michael P. Donnelly, he had sentenced us, I
23          believe, but I don't know.  I talked to her that
24          last day before I got sentenced to Hitchcock.
25  Q.      When you say got sentenced to Hitchcock, that is
```

Tabatha Jackson  4/14/2022

```
 1        different than actually leaving to go there,

 2        correct?

 3   A.   Sentenced, yeah.  She sentenced me -- I didn't

 4        leave there until a long time.  I had to call her

 5        to see why they hadn't rolled me out there.

 6   Q.   And after that happened, did you have any

 7        problems with not having your wheelchair?

 8   A.   No.  I didn't have no problems.

 9   Q.   I want to walk you through some of the people who

10        work in medical, and I want to know if you

11        remember them or if they had anything to do with

12        this whole wheelchair story.

13             Do you know who Dr. Deborah Gordon is?

14   A.   No.

15   Q.   Nurse Kristina Cashin?

16   A.   No.

17   Q.   Nurse Catherine Clack?

18   A.   No.

19   Q.   Nurse Tina Oney?

20   A.   No.

21   Q.   Nurse Lori True?

22   A.   Yes.

23   Q.   Tell me about Nurse True.

24   A.   Nurse Lori True is the lady that don't give you

25        your medication.  She's the one that told whoever
```

Tabatha Jackson  4/14/2022

```
 1           she talked to, and then they wouldn't let me get
 2           my wheelchair and sent me to general population.
 3   Q.   So you think Nurse True played some role in this?
 4   A.   Yes.
 5   Q.   Do you think she made the decision to --
 6   A.   I don't know if she made the decision.  I wasn't
 7           there.  I don't know if she made the decision,
 8           but her voice speaks in that medical part.  And
 9           yes, I believe in my heart that she had something
10           to do with it.
11   Q.   So Sean Francis, he's a physician's assistant,
12           but he might go as Dr. Francis?
13   A.   Dr. Sean Francis, yes.
14   Q.   What role do you think he played in this?
15   A.   I really -- I don't know if I could plead the
16           fifth on that, because some of the things I want
17           to say I don't think it's appropriate right now
18           to say that.  If I would say it in a nice way,
19           but I --
20   Q.   Be as polite as you can, but tell me --
21   A.   He a puppet.
22   Q.   Who is he a puppet of?
23   A.   Of whatever -- he act like he can't speak for
24           himself.  He just act like -- he know me.  He
25           know my situation.  It's not like he just met me
```

Tabatha Jackson  4/14/2022

```
 1          then.  You know my situation and you did not
 2          speak up and say, well, I believe she need a
 3          wheelchair.  You could have said something, but
 4          you closed your mouth.  That's what I don't
 5          understand.  You knew me.  You was my doctor for
 6          Christ's sake, and you shut your mouth.  You
 7          should have said no.  Give her her wheelchair.
 8          He should have been the first person to say give
 9          her back her wheelchair.  That was wrong.  He a
10          puppet.  Please forgive me.
11     Q.   I mean, we are here to find out what your story
12          is.
13     A.   He a puppet.
14     Q.   Who do you think he worked for?  Who did he
15          report to?
16     A.   I don't know who he reported to.  I don't know
17          who he worked for.  I just know on the outside
18          from this place, you were my doctor.  On the
19          inside, to me, I considered you still my doctor,
20          and you still did not help me.  You knew more
21          about me than this jail did, and you did not help
22          me.  So no.  He a puppet.
23     Q.   When you say -- so using that analogy --
24     A.   I can't put it no other way.
25     Q.   If somebody is a puppet, somebody has their hand
```

Tabatha Jackson  4/14/2022

```
 1        up there --
 2   A.   I don't know.  That was the first thing that came
 3        out of my -- I think a lot of people is puppets.
 4        I don't know whatever else other people should
 5        be, but something is controlling you.  You not
 6        yourself.  Something has got to be controlling
 7        you.  So I'm sorry.  I know what puppet means,
 8        but that was -- I don't want to call him no bad
 9        names, so I said a puppet.  I'm a nice person.  I
10        don't want to --
11   Q.   And I understand that.  I'm just trying to figure
12        out what you know about who made or didn't make
13        decisions about --
14   A.   I don't know who made the decisions, sir.  I just
15        know Nurse Lori True had her whole arm up in it.
16        She makes the decision.  She goes back and she
17        tells them we are not doing something.  And she
18        sent a lot of people that are supposed to be in
19        medical, she sends them to the general
20        population.  If a person is having an overdose,
21        you don't send them to general population.  You
22        send that person to a medical unit and you treat
23        that person.
24   Q.   Were you, at any point, having an overdose?
25   A.   Mister, no.  But I watched people overdose.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    Besides yourself, do you know of anybody else who
 2         had problems with getting their wheelchair, not
 3         getting their wheelchair, walkers, that kind of
 4         thing?
 5   A.    I have no idea, sir.  I don't know.  I don't
 6         know.  I just know people wasn't getting their
 7         medication, yes.
 8   Q.    We'll get to the medication later, but now we are
 9         on the wheelchair.
10   A.    Thank you.
11   Q.    Sure.
12             Do you know if the County or the jail has
13         any policies about wheelchairs, walkers, that
14         kind of thing?
15   A.    No, I don't.
16   Q.    You don't know one way or the other?
17   A.    No.
18   Q.    Do you know if they have got any kind of standard
19         practice or procedure about who is supposed to be
20         getting a wheelchair, walker, that kind of thing?
21   A.    No, sir.  I don't.
22   Q.    And for at least some of the time you were in the
23         jail, you had a wheelchair or access to a walker,
24         correct?
25   A.    Yes.  The wheelchair and the walker both was
```

Tabatha Jackson  4/14/2022

```
 1        mine.  They didn't give me anything.  When I came
 2        back in they gave me those, but Vicki had the
 3        walker.  I had my wheelchair.
 4   Q.   And I'm not saying this applies to you, but do
 5        you understand that, say, a wheelchair or a
 6        walker could be used to smuggle things in to the
 7        jail?
 8   A.   I don't know.  I heard of it, yes.
 9   Q.   It could happen?
10   A.   I heard of it, yes.
11   Q.   What about as a weapon?
12   A.   I'm not strong enough to use nothing as a weapon.
13   Q.   Again, not about you particularly, but --
14   A.   I don't know.  I have never seen nobody use
15        anything as a weapon.  I never seen that.  No,
16        sir.  I have not.
17   Q.   But do you think it would be -- it's at least
18        possible somebody could use a cane as a weapon,
19        right?
20                      MR. GROSS:  Objection.
21   A.   They could say that.  But I have never seen it,
22        so I don't know what to say on that.
23   Q.   Sure.  But would you agree that it's important to
24        make sure -- for the people who are running the
25        jail, to make sure that people who have walkers,
```

Tabatha Jackson  4/14/2022

```
 1        wheelchairs, canes, that kind of thing, really
 2        need them?
 3    A.  Yeah.  They should need them, or whatever.  But
 4        they should know who -- they can look at me and
 5        tell.  They bandaged me up.  They know this.  As
 6        many times as I fell in them hallways, in them
 7        units, they automatically should know.  It's not
 8        a time I don't believe -- now, you take this for
 9        what it's worth.  I believe everybody knows what
10        these inmates come in for.  They know whether you
11        been shot.  They know because they have to place
12        you someplace.  How they not know?
13    Q.  Did you ever -- I think you indicated that you
14        have never met Mr. Mills or Mr. Pinkney, correct?
15    A.  I don't know who they is.
16    Q.  But you know who Mr. Ivey is, correct?
17    A.  Yes.
18    Q.  Do you think that -- did you ever talk to him
19        about this wheelchair situation?
20    A.  I didn't myself, no, but my sister did.  My
21        half-sister, Sandra Norris.
22    Q.  When do you think that happened?
23    A.  I don't know, sir.
24    Q.  Were you in the jail at the time?
25    A.  Yes.
```

Tabatha Jackson  4/14/2022

```
 1   Q.   Do you think you ever filed a kite or a grievance

 2        concerning the wheelchair or the walker?

 3   A.   I can't remember.

 4   Q.   Do you think you filed a kite or grievance -- -

 5   A.   Wait a minute.  I'm going to take that back.

 6             I didn't -- I did file a kite with Mr. Sean

 7        Francis about my wheelchair, and I talked to him

 8        like I'm talking to you verbally.

 9   Q.   Any other kites or grievances you think you filed

10        in the jail?

11   A.   Yes, sir.  I have.

12   Q.   Generally what did those concern?

13   A.   They concerned -- my stomach was messed up.  I

14        ate spoiled food and food with bugs in it.  So I

15        wrote a kite because I wasn't feeling good.

16   Q.   Anything else?

17   A.   I wrote to him about --

18   Q.   Who is him?

19   A.   I wrote a kite to Dr. Sean Francis.  I had yeast

20        infections.

21   Q.   And those got worked out?

22   A.   Yes.  That did, yes.

23                  MR. STEWART:  Let's take

24             five minutes here.

25                       - - - - -
```

Tabatha Jackson  4/14/2022

```
 1              (Thereupon, a recess was had.)

 2                      - - - - -

 3  BY MR. STEWART:

 4  Q.     Ms. Jackson, how long after you were shot do you

 5         think you had staples in your stomach and back?

 6  A.     Throughout my whole stay here.

 7  Q.     But in terms of days, months, years.

 8  A.     From July -- I mean, from September 6, 2017 all

 9         the way up until May, roughly, 15th, 16th of

10         2019.

11              Mr. Stewart, you asked me a question about a

12         reason why they would take my wheelchair.  When I

13         first got back and they booked me in the --

14  Q.     When you say you first got back, which time are

15         we talking about?

16  A.     We talking the second frame when I first had got

17         back.

18              Another reason why they took my wheelchair

19         is because I spoke on something.  Because when I

20         got back, I woke up into a room that had feces

21         and urine from the toilet all over the floor.

22         And they left me in that room, me and my little

23         wheelchair.  I couldn't get up.  So I'm stuck in

24         this room with all -- somebody's human waste.

25         And the toilet exploded.  It exploded on me, too,
```

Tabatha Jackson  4/14/2022

```
 1        and my wheelchair.  So when you go and open your
 2        mouth and you go and tell and you go and talk, do
 3        you know those people don't like that?  So they
 4        take your stuff away and put you out there in
 5        general population where you can fall.  They
 6        don't care.
 7             So that is another reason why they turned
 8        around and they took my wheelchair, because I
 9        spoke out against what was all on me.  I had
10        somebody else's human waste on me.  It's like
11        they took a dump on me.
12   Q.   And what pod was this in?
13   A.   That's the medical unit.  I was in Room 6.  I
14        went in there.  I was so tired.
15   Q.   So sixth floor medical unit?
16   A.   Room 6.
17             I was so tired.  That's when I had Ben
18        Goodson or Ben Goodman, and I had my wheelchair.
19        They don't tell you the fact that they broke my
20        wheelchair down from the giddy-up and let a male
21        inmate use the wheelchair while I was in there
22        falling.  They didn't tell you that.  You're not
23        asking me these questions.  I understand what you
24        asking me, but please, sir, ask me what I'm here
25        for.  Right now I understand the dates and
```

Tabatha Jackson  4/14/2022

```
 1            everything, and I think you trying to trip me up.

 2            On some of them you might be, but you're not

 3            talking to me about why I'm here, because this is

 4            all pertaining to some of those dates that you

 5            keep asking me about.

 6  Q.   Let's talk about this.

 7  A.   Thank you.

 8  Q.   Who did you complain to?

 9  A.   I talked to a Mr. -- Corporal or General

10       Speights.

11  Q.   Corporal Speights?

12  A.   Or Lieutenant Speights or Corporal Speights, yes.

13       They left me in that room.  And the man with the

14       dreadlocks --

15  Q.   So that room, is this your cell in the medical

16       pod?

17  A.   Yeah.  When I first had came in and I had fell

18       asleep, I woke up to all of this stuff, human

19       waste on me and all on my wheelchair.  And I'm

20       sitting here screaming for somebody.  But you

21       know what?  The door was open.  So matter of

22       fact, all the doors was open.  They took all them

23       females, even the ones that pregnant, the ones

24       that had a boot on, or whatever, they took them

25       all to another place for them to be safe, but
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | they didn't take me.  They didn't take me in |
| 2 | | there.  And I'm sitting here screaming because |
| 3 | | now I got to get up and use the bathroom, but the |
| 4 | | bathroom is all in my room.  It was all on my |
| 5 | | person, my body, my hair. |
| 6 | Q. | So who else is involved in this.  You have |
| 7 | | Corporal Speights? |
| 8 | A. | And the man with the dreadlocks.  I don't know if |
| 9 | | his name is CO Williams.  And I screamed for |
| 10 | | them.  And this man -- |
| 11 | Q. | Hang on.  Let me just ask a couple questions |
| 12 | | about the man with the dreadlocks. |
| 13 | | It's sounding like he's a CO that works in |
| 14 | | the medical pod? |
| 15 | A. | Yes. |
| 16 | Q. | And he was kind of -- he was sort of permanently |
| 17 | | assigned there? |
| 18 | A. | I don't know if he was permanently assigned |
| 19 | | there. |
| 20 | Q. | But he was there in the medical pod a lot? |
| 21 | A. | Yes.  And he had dreadlocks.  He's a slim guy. |
| 22 | | He's an African American guy.  He had a thin |
| 23 | | mustache. |
| 24 | Q. | And you think this happened, what, the first time |
| 25 | | you were in, or -- |

Tabatha Jackson  4/14/2022

```
 1   A.   The first time I was in, I did ten days.  It's
 2        the period of the second go-around when I came
 3        in.
 4   Q.   And so I can understand this, the toilet, what
 5        happened?  It got backed up or it --
 6   A.   It came up and --
 7   Q.   Kind of a fountain thing going on?
 8   A.   A nasty fountain thing, sir.  It came up and it
 9        was all over everything; the blankets, me, my
10        hair.  Nobody would help me.  And I already had
11        to use -- I woke up to use the bathroom, and I
12        wake up to all this stuff on me.  And I kept
13        screaming, screaming.  This man with the
14        dreadlocks realized then, only then, that he left
15        me in there.  Do you know I was sick beyond that,
16        too?
17   Q.   Sick how?
18   A.   Everything I -- after they decided to clean all
19        that stuff up, everything I went to eat, I kept
20        throwing up.  I had no way of -- you can still
21        smell it.  For awhile I couldn't eat.  That just
22        -- that's disgusting.
23   Q.   Did you talk to anybody outside of the jail about
24        this?
25   A.   Yes, I did.  I talked to -- I wrote my sister, my
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | half-sister Sandra. |
| 2 | Q. | You wrote her? |
| 3 | A. | I wrote her a letter and I told her what was |
| 4 | | going on to me. |
| 5 | Q. | Did you talk to anybody on the phone about it? |
| 6 | A. | I talked to my daughter Nika.  Oh, I talked to my |
| 7 | | friend Terrell Reed. |
| 8 | Q. | How do you think you described this to them? |
| 9 | A. | Like I described it to you. |
| 10 | Q. | And so you said you woke up, or were you |
| 11 | | sleeping -- |
| 12 | A. | I was asleep. |
| 13 | Q. | -- when the toilet had its fountain eruption? |
| 14 | A. | Yes. |
| 15 | Q. | So you kind of woke up and -- |
| 16 | A. | Yeah.  You know when you sleep you start hearing |
| 17 | | stuff.  I kind of woke up, and I'm covered in |
| 18 | | other people's filth.  And the fact that they |
| 19 | | didn't -- they woke everybody up.  They got up |
| 20 | | out their cell.  It ain't nothing but probably |
| 21 | | about 15 to 20 cells in there.  But you got |
| 22 | | everybody out but me.  What have I done?  What |
| 23 | | did I do to deserve not to be treated right? |
| 24 | | That's just nasty.  I don't wish none of that on |
| 25 | | my enemy, not that I got any I don't think. |

Tabatha Jackson  4/14/2022

```
 1              That's probably why another reason they took
 2         my wheelchair, because I told.  Yeah, I'm going
 3         to speak out.  When it comes down to me, I'm all
 4         I got.
 5    Q.   So you told Corporal Speights?
 6    A.   Yes.  They wouldn't bring a white shirt in.  A
 7         white shirt is over the brown shirts.  They
 8         wouldn't bring him in or her.
 9              The whole condition of the place is very,
10         very foul.  I slept on -- I couldn't really get
11         no sleep because it's noisy.  I couldn't get no
12         sleep.  Being shot and I got staples and I'm
13         bandaged up, the little mats that I'm on, I can't
14         get comfortable on that.  I was hurting even
15         more.  I turn around and I had to worry about
16         bugs crawling on me and bugs in my hair.  The
17         mats is really filthy.  They un-sanitized.  They
18         got bugs in them.  You sleeping on women's
19         menstrual cycle, but they dry.  They got other
20         people's filth on them.  That's what I got to
21         worry about in there.  I got to worry about bugs
22         crawling up on me.  I had to take a t-shirt off
23         and wrap it around my head and my face to make
24         sure no bugs go in my ear, my hair.  I got to
25         make sure I'm all right, because I wasn't.  I
```

Tabatha Jackson  4/14/2022

```
 1        wasn't.  You worried about a wheelchair.  I'm
 2        worried about that the little bitty bugs got down
 3        my throat.  Nobody helped me.
 4   Q.   We're going to go through all of this.
 5   A.   Nobody helped me.
 6   Q.   Right now I want to talk about -- you have in
 7        your Complaint an incident with Corporal Randy
 8        Pritchett, correct?
 9   A.   Yes.
10   Q.   In your time in the jail, did you ever spend time
11        in the hole?
12   A.   I sure did.
13   Q.   How long?
14   A.   I just had went there the night before.  That was
15        on the 9th.  And then I went to the dentist on
16        the 10th of December.
17   Q.   So I think we're zeroing in on the same thing.
18        We are talking about the period of December 9th,
19        December 10, 2018, correct?
20   A.   Correct.
21   Q.   And what happened that caused you to be in the
22        hole on the 9th?
23   A.   Because Officer Jackson, she is a female, she got
24        a nasty attitude, and she told those girls -- we
25        already locked down as red zone for 24 hours
```

Tabatha Jackson  4/14/2022

```
 1        basically, or less than that we probably get

 2        20 minutes out.  She told those girls --

 3   Q.   Who are those girls?

 4   A.   I had fell.

 5             The unit.  She told all the girls in the

 6        unit that they couldn't help me.  I fell.  I

 7        couldn't get my balance.  I didn't feel my foot,

 8        and I fell.  And those girls was so sweet to help

 9        me.

10             So I told -- and then she turned around and

11        had a Caucasian girl push me down knowing I

12        didn't have my balance.

13   Q.   Who turned around and had the Caucasian girl push

14        you?

15   A.   Officer Jackson.

16   Q.   What is Officer Jackson's first name?

17   A.   I don't know her first name.  She's nasty.

18   Q.   Was she the officer assigned to the pod that day?

19   A.   That morning, yes.

20   Q.   Do you know who Officer Dominique Bryant is?

21   A.   No, sir.  I don't.

22                  MR. STEWART:  Can we mark

23             Exhibit 2, please?

24                  - - - - -

25     (Thereupon, Exhibit 2 was marked for the purpose of
```

Tabatha Jackson  4/14/2022

```
 1                       identification.)

 2                       - - - - -

 3   A.    How would I know Dominique Bryant?  Where do I

 4         know her from?

 5   Q.    What we are looking at here is a Combination

 6         Report from the Cuyahoga County jail for an

 7         incident that happened on December 9, 2018.  Do

 8         you see that date there?

 9   A.    Yes, I do.

10   Q.    And do you see that it's reported by Officer

11         Dominique Bryant, and she gives her employee

12         number?

13   A.    I think I -- where you see that at?

14   Q.    Where it says Reporting Officer.

15   A.    Yes.

16   Q.    And so let me read the narrative here and we'll

17         talk about it.

18              So it says:  On Sunday, December 9th, I,

19         Officer Bryant, came to your cell to jail 2,

20         2D-cell 11.  So that's a general population cell,

21         correct?

22   A.    Yes.

23   Q.    Something about taking your meds.  And then

24         Officer Bryant is reporting that you said some

25         things to her.  It was witnessed by some other
```

Tabatha Jackson  4/14/2022

```
 1          COs that are listed later in the report, correct?
 2   A.     I see that.  Yes.
 3   Q.     So first of all, does this refresh your memory at
 4          all about who Officer Bryant is?
 5   A.     I don't know her, per se.  I can't remember how
 6          she looked to save my life.  If she was in the
 7          room, I couldn't tell you how she looked.
 8               I'm trying to read this.
 9               Well, first of all, sir, if I was asleep, it
10          says when waking her up, then anything probably
11          come out my mouth.  I don't know.  I don't
12          remember this.
13   Q.     So you don't remember telling a guard to kiss
14          your ass, to leave you the fuck alone, calling
15          her a bitch?
16   A.     Mister, it says when waking her up she became
17          belligerent towards me.
18               When waking anybody up, if -- I have very
19          bad dreams.  I have -- with the medication that I
20          was getting from the hospital or the place
21          upstairs, that medication would put me up under
22          so good that I don't know what I said.  I
23          probably said it.  I probably didn't.  I don't
24          know.  I'm not sure.  And if I did say this, I
25          deeply apologize because that's just not me.
```

Tabatha Jackson  4/14/2022

1   Q.    And this is the incident that -- first of all,

2         your testimony today is you don't remember one

3         way or the other whether you said these things?

4   A.    I don't know.  No, sir.

5   Q.    According to the combination report, and it's

6         been reviewed by a corporal and then a sergeant,

7         this is why you ended up in the hole on the 9th?

8   A.    That's what it says, but I don't know.

9   Q.    Well, but you -- in any case, you ended up --

10  A.    -- in the hole.

11  Q.    -- in the hole on the 9th, right?

12  A.    Yes.

13  Q.    And where is that located physically in the jail?

14  A.    Next door to it.

15  Q.    Next door to what?

16  A.    To the jail -- to the unit.

17  Q.    So is it on the second floor of --

18  A.    Yes.

19  Q.    -- jail 2?

20  A.    Yes.

21  Q.    So that's where you -- and you spent the night

22        there, correct?

23  A.    Yes.

24  Q.    Then the next day there is some kind of incident

25        with Pritchett that we are going to get to,

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | right? |
| 2 | A. | Yes. |
| 3 | Q. | Then where did that incident happened? |
| 4 | A. | With Mr. Pritchett? |
| 5 | Q. | With Corporal Pritchett, yes. |
| 6 | A. | In the unit where you see the doctors.  I was on |
| 7 | | the sixth floor. |
| 8 | Q. | So it happened in kind of the medical dispensary |
| 9 | | area? |
| 10 | A. | Yes. |
| 11 | Q. | And why were you up in medical that day? |
| 12 | A. | I was going to the dentist. |
| 13 | Q. | So you were waiting to see the dentist then? |
| 14 | A. | Yeah. |
| 15 | Q. | Where were you waiting? |
| 16 | A. | In the bullpen with 30 women. |
| 17 | Q. | And this is a bullpen of people who are waiting |
| 18 | | to see medical, or dentists, or things like that? |
| 19 | A. | Well, yeah.  They come to either, yeah, the |
| 20 | | dentist or medical.  But some of them just came |
| 21 | | in from court and they was getting booked in. |
| 22 | Q. | So there's some new commits? |
| 23 | A. | Yes. |
| 24 | Q. | And there are some people who are waiting to see |
| 25 | | medical, correct? |

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And do you think you saw the dentist before the |
| 3 | | incident we're going to talk about? |
| 4 | A. | I saw it afterwards. |
| 5 | Q. | Now while you're waiting there, do you have your |
| 6 | | cane, wheelchair, anything like that with you? |
| 7 | A. | Yes. |
| 8 | Q. | Where is it? |
| 9 | A. | It's in front of me. |
| 10 | Q. | So you think you had it in the bullpen with you? |
| 11 | A. | I had something.  I don't remember what I had to |
| 12 | | be very honest.  I had something in front of me. |
| 13 | Q. | Were you sitting or standing? |
| 14 | A. | I was sitting.  I can't stand. |
| 15 | Q. | And you were sitting on one of the benches in |
| 16 | | there? |
| 17 | A. | Yes. |
| 18 | Q. | And something happened with another inmate, |
| 19 | | right? |
| 20 | A. | That lady wasn't no inmate.  She was just coming |
| 21 | | in. |
| 22 | Q. | She wasn't a guard?  She was -- |
| 23 | A. | Yeah. |
| 24 | Q. | And do you know her name? |
| 25 | A. | No, sir.  I don't. |

Tabatha Jackson  4/14/2022

1   Q.    Tell me what happen with her.

2   A.    Well, I was sitting there and I was just minding

3         my own business.  There's a lot of girls.  Some

4         of them was coming in from off the streets or the

5         courts, and they was all talking.  I don't know

6         none of them in there.

7   Q.    You didn't know any other inmates?

8   A.    No.

9               So my thing is if they was going to send me

10        through that big body search machine that they

11        got.  This lady came up with a razor and she's

12        sitting on my left side.  At first she up there

13        cutting herself.  And so I looked -- I was

14        looking at her, and I don't think she liked me

15        looking at her cut herself.

16  Q.    What do you see?  You see a razor in her hand and

17        she's --

18  A.    Yeah.  She was just cutting her face.

19  Q.    What kind of razor, like a rectangular blade?

20  A.    It's a silver razor about this big.  And she just

21        cutting her face.  And I'm sitting here thinking,

22        now what in the world?  If they just checked this

23        woman, how did they get her through that machine?

24        The machine go all the way around your whole

25        body.  How did this woman come --

Tabatha Jackson  4/14/2022

```
 1  Q.   Did you see her go through the machine?
 2  A.   No.  That's why I didn't understand how did she
 3       get the razor.  I didn't know none of that.
 4            But anyway, I did turn to the lady because
 5       it was squirting.  Something was squirting out of
 6       her face.  Blood was -- I told her don't put no
 7       blood on me.  So the lady turned right around and
 8       she slapped the hell out of me like a Will Smith
 9       to Chris Rock kind of slap.  I'm just going to
10       keep it real.  And I'm thinking at that
11       particular time, I have been shot three times.  I
12       said, I'm just so tired of people putting their
13       hands on me and I ain't done nothing.
14  Q.   So you were shot three times, but at this point
15       that's a year and a half ago, correct?
16  A.   And I still was in pain.
17            So yes.  I defended myself.  Because this
18       lady could have cut me up with that razor.  Yes.
19       I defended myself.
20  Q.   How did you defend yourself?
21  A.   I knocked that -- I hit her back.  I slapped her
22       back.
23  Q.   Where did you hit her?
24  A.   In her face.
25            I'm sorry for laughing, but it's just the
```

Tabatha Jackson  4/14/2022

```
 1        way you looking.  I'm so sorry.  I'm not laughing
 2        at fighting her, per say, because I don't like
 3        fighting people.  I'm a peaceful person.  I
 4        slapped her back like she did me.
 5   Q.   Were you able to stand up to do that?
 6   A.   No.  I got help standing up.  One of the inmates
 7        held my backside so I could stand up.  I was
 8        trying to get up so bad, and basically getting up
 9        to keep her -- thinking that she's going to cut
10        at me now.  Because I just -- actually, to slap
11        her, I did this.  I turned to the side and just
12        grabbed her and I slapped her back.  I was trying
13        to get up because I'm thinking this girl is going
14        to come at me with a razor.  The young lady
15        sitting on this side grabbed me up so that I
16        could get out the way because the girl had her
17        razor.  You don't know what they going to do.
18             I turned to the side like this.  I couldn't
19        stand up.  I turned to the side and grabbed her
20        and slapped her back.  I'm not going to let you
21        put your hands on me.  I'm not trying to be
22        funny, but I just was defending myself.
23   Q.   So you slapped her, but you couldn't stand up so
24        you kind of reached for her?
25   A.   No.  I turned my body like this.  I'm sitting on
```

Tabatha Jackson  4/14/2022

```
 1        the bench.  I turned my body and I grabbed her.
 2        She's sitting right next to me.  I grab her back
 3        and I slapped her back.  And by that time, all
 4        the girls -- there's 30 girls in there.  One girl
 5        grabbed me out the way because she got a razor.
 6        Then you get Ms. Brown -- oh, beautiful woman.
 7        She came in and she already had me detained.  She
 8        talking to me.  She said, don't get in no more
 9        trouble than what you already in.  The object is
10        for you to go home.  And so I'm -- by me talking
11        to her, I'm calm.  It don't take much for me to
12        get calm.  I don't stay mad at people too long.
13        It's over with.
14   Q.   Let me interrupt you there.
15             Do you think Ms. Brown is the first officer
16        who gets there?
17   A.   Exactly.  Not I think.  I know she was the first
18        one.
19   Q.   And when you say that, is she -- Kim
20        Brown-Wiggins is the name?
21   A.   I don't know her whole name.  I just know Ms.
22        Brown.
23   Q.   Who do you think the second officer to get there
24        is?
25   A.   The second officer to get there was Mr.
```

Tabatha Jackson  4/14/2022

```
 1        Pritchett.
 2  Q.    Was there another female officer who was --
 3  A.    Sir, I'm going to just tell you, Ms. Brown was
 4        right here on my side, and the only thing I saw
 5        was that big man coming through that door.
 6        That's all I saw.  Anybody else I don't remember.
 7        I didn't see them.
 8  Q.    So Corporal Pritchett arrives.  Where does he
 9        come from?
10  A.    If the cell -- the holding cell is this way, you
11        have another holding cell that way, you have a
12        door there and a door there.  He come from this
13        way.  While I'm inside the second -- the holding
14        cell, the bullpen --
15  Q.    So you are in the bullpen.  Pritchett --
16  A.    I'm by the door.  Ms. Brown is right here.  She
17        got her hand on my arm, but it's not nothing
18        rough, or nothing like that.
19  Q.    Does she have you --
20  A.    She's talking.
21  Q.    -- cuffed, or no?
22  A.    No.  She just was talking to me.  She talking to
23        me.  She calmed me down.  And so I was already
24        calm.
25  Q.    Then Pritchett, does he come from the area where
```

Tabatha Jackson  4/14/2022

```
 1          the elevators are?
 2   A.     That's the way he came.  And he didn't come
 3          walking.  He come running in there.  He turned
 4          around and he picked me up so hard.  I was with
 5          her.  He picked me up so hard and he slammed me
 6          on this desk.
 7   Q.     And when you say the desk, are you talking about
 8          the type of desk where the nurses are, the
 9          thing --
10   A.     No.  Where the guards be sitting.  The nurses sit
11          somewhere which is new, however they got that set
12          up.  But it's where the guards be sitting.  You
13          got a desk on that side.  You got a desk on this
14          side.  Because I guess they be watching the
15          bullpens, one for the men, one for the women.  So
16          he turned around.  When he ran in there, he
17          picked me up and he slammed me so hard.
18   Q.     And this is the desk where the COs sit outside of
19          the bullpen?
20   A.     Yes.  It's brown.
21   Q.     So it's kind of wooden or something?
22   A.     Yes.
23   Q.     It's kind of a regular office desk?
24   A.     I would say so.  Yes.  I don't know what kind of
25          wood it is, or any of that.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    Doesn't matter, right?  But what he does is you
 2         think he -- does he grab you by the right or left
 3         side?
 4   A.    When he ran in, he grabbed me from this way, and
 5         he picked me up and slammed me.
 6   Q.    He grabs you from the front?
 7   A.    Yes.
 8   Q.    Is he grabbing your --
 9   A.    He got this part and me all in the same motion.
10         Mister, I don't know how to tell you.  You just
11         -- he just picked me up and he slammed me.  He
12         slammed me like I was a man in the streets.  He
13         slammed me so hard, Mister, that my staples
14         smashed in.  That was part of the pus and the
15         blood that I kept telling you that kept bleeding
16         my whole duration of the stay there.  He smashed
17         it in.  And that is -- all of these staples -- I
18         got staples from here, sir, all the way down to
19         my lady parts, and that hurts.
20              Then he turned around and he snatched me
21         from there and he threw me up against the wall.
22         Do you know I have very bad headaches?
23   Q.    Which wall are we talking about?
24   A.    You got a wall that's across from that desk.
25   Q.    So are we inside or outside of the --
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | A. | I'm outside now the bullpen.  I got to be outside |
| 2 | | the bullpen if he slammed me on that desk.  And |
| 3 | | you got the desk here catty-corner.  You got that |
| 4 | | wall.  All of that is space.  And then you got |
| 5 | | rooms on this side. |
| 6 | Q. | And this is in medical, right? |
| 7 | A. | That's in the medical unit, yes. |
| 8 | Q. | And so there are kind of doctors, nurses, that |
| 9 | | kind of thing? |
| 10 | A. | And a video.  Nobody seemed to know where that |
| 11 | | is. |
| 12 | Q. | So he slams you first into the desk and then |
| 13 | | you're saying a wall? |
| 14 | A. | Yes.  Because it's catty-corner.  So he slammed |
| 15 | | -- when he snatched me off that desk and he |
| 16 | | slammed me up against there, that man hit my head |
| 17 | | so hard on that wall, this side of my face was |
| 18 | | swollen.  He took -- |
| 19 | Q. | So you think that he, what -- like you went kind |
| 20 | | of face first into the wall then? |
| 21 | A. | Yes.  Very hard.  You know the sad part about |
| 22 | | this thing, had he just walked in there -- but he |
| 23 | | ran -- had he walked in there and asked what was |
| 24 | | going on, he would've found out I was already |
| 25 | | detained.  No reason to put your hands on me. |

Tabatha Jackson  4/14/2022

```
 1   Q.    Do you know what happened to the other inmate as
 2         a result of this?
 3   A.    I don't know.  Sir, I don't know.
 4   Q.    Would you be surprised if she went to Metro ER?
 5   A.    I don't know.
 6   Q.    Would you be surprised if she had a broken nose?
 7   A.    I wouldn't be surprised.
 8   Q.    So you think you may have hit her that hard?
 9   A.    Well, it is 30 women in there.  The only thing I
10         did, sir, was slapped her back like she slapped
11         me Will Smith style.
12   Q.    But you were strong enough to break her nose?
13   A.    Mister, do you know what I've been through?
14   Q.    It's a yes or no question.
15   A.    I probably did.  I probably did, but I don't
16         know.  I'm not certain.  There's a lot of girls
17         in there.  They could have hit her.
18   Q.    And right after this incident, did you go to
19         medical?  Did you get checked out?
20   A.    I sure did by Mr. Sean Francis.  But they didn't
21         bother to take me to Metro when he slammed me on
22         the desk, slammed my face up against that wall.
23         I didn't get that kind of treatment.  I sat there
24         in pain.
25   Q.    Where was that pain?
```

Tabatha Jackson  4/14/2022

```
 1   A.    Everywhere; my hand --

 2   Q.    You're going to have to be more specific.

 3   A.    Let me finish telling you.  So after this --

 4         because I'm going to tell you where the pain come

 5         in at.

 6              So after he slammed me up against the wall,

 7         right, he putting on the handcuffs, he got me up

 8         -- he's a big dude.  He's really big.  And he had

 9         my arms all the way up -- all the way up putting

10         on handcuffs.  And he put them on backwards.

11         This whole hand -- my hands was swollen.  Here

12         you go.  Handcuff marks right there.  Handcuff

13         marks right there.  He turned around and my hands

14         was swollen.  They was bleeding.  My face hurt.

15         My stomach hurt.  It was bleeding from the

16         staples being --

17   Q.    You think your stomach was bleeding?

18   A.    Mister, my stomach was bleeding.  But they didn't

19         take me to a doctor for that.  You worried about

20         somebody's nose broke after I defended myself.

21         Yes.  I can understand that.  But he should have

22         took me, too.  Then this -- all this is stuck

23         inside.  But my life or what happened to me

24         didn't matter.  But you did got it wrong.  I was

25         defending myself.  And if you found one of the
```

Tabatha Jackson  4/14/2022

```
 1          statements with -- Ms. Brown will tell you.
 2          She'll say that I defended myself.
 3                    MR. STEWART:  So let's
 4          mark Exhibit 3.
 5  A.      Everything.  My face, everything.  I was in more
 6          pain than she was.  You get slammed by that man.
 7          And I'm sure you know how tall and big he is.
 8          And at that particular time I was a hundred
 9          and --
10  Q.      There is not a question pending.
11  A.      I was just saying.
12  Q.      I understand.
13  A.      Oh.
14                       - - - - -
15    (Thereupon, Exhibit 3 was marked for the purpose of
16                    identification.)
17                       - - - - -
18  Q.      I'm going to put before you what's been marked as
19          Exhibit 3.  So turn to the -- I guess we are
20          looking for the fourth page.
21  A.      Number 4?
22  Q.      Yeah.  Can you tell me what this is?
23  A.      This right here is a letter that they told me to
24          write.
25  Q.      And you wrote this?
```

Tabatha Jackson  4/14/2022

```
 1   A.     Yes.  That is my signature.

 2   Q.     And this is related to appealing from -- first of

 3          all, did you initially get any time in the hole

 4          as a result of this incident in medical?

 5   A.     No.  They were trying to give me time, but no.

 6   Q.     So they thought about giving you time, but they

 7          ultimately didn't?

 8   A.     Yeah.

 9   Q.     Why was that?

10   A.     I really don't know.  Because I was defending

11          myself.

12   Q.     So that could be the answer then --

13   A.     I don't know.

14   Q.     -- that the sergeants and the COs found that it

15          was -- that you were not the aggressor in the

16          fight?

17   A.     Right.

18   Q.     But you had to go back to the hole anyway because

19          of the incident the previous day --

20   A.     Yes.

21   Q.     -- with Officer Bryant, correct?

22   A.     Yes.  I still can't remember her.

23   Q.     Do you know who Officer Nancy Muszynec is?

24   A.     Who?

25   Q.     Officer Nancy Muszynec.
```

Tabatha Jackson  4/14/2022

```
1   A.    No.  Can you tell me what page that's on?
2   Q.    She's on -- it's the eighth page in from the
3         front.
4   A.    Are you talking about this page?  That page.
5         Okay.  Sir, I got it.
6   Q.    So this is from an Officer Nancy Muszynec.  She
7         says that she assisted Officer Brown-Wiggins with
8         an altercation.
9             Does hearing this name and looking at this
10        report, does that name -- does Officer Muszynec's
11        name or face come in your mind in any way?
12  A.    No, sir.
13  Q.    And then on the second to next page you have
14        Officer Brown-Wiggins' report.  Do you see that?
15  A.    Is that this one?
16  Q.    No.  One more page.
17            So you remember Officer Brown.  You think
18        that this could be Officer Brown that you were
19        talking about?
20  A.    Could be.  I didn't know her name was
21        Brown-Wiggins.
22  Q.    Other than Officer Brown-Wiggins and Corporal
23        Pritchett, do you remember anybody else being
24        involved in this?
25  A.    No.  I don't remember anybody's name or I don't
```

Tabatha Jackson  4/14/2022

```
 1          remember seeing them.
 2   Q.     Do you remember the names of any of the inmates
 3          who were there in the bullpen with you?
 4   A.     I don't know none of them.
 5   Q.     Do you think you discussed this incident with any
 6          of the other inmates that were with you in the
 7          jail around this time?
 8   A.     I didn't discuss anything.  I went back to the
 9          hole.  So there was nobody in the hole with me
10          but me.
11   Q.     When you came out of the hole, do you think you
12          discussed it with anybody?
13   A.     No.
14   Q.     And that would be true for both an officer and
15          another inmate, correct?
16   A.     I have not talked to anybody.  I don't know them
17          to talk to them.
18   Q.     Do you think you discussed this with anybody
19          outside of the jail say on a call, or anything
20          like that?
21   A.     Yes, I did.
22   Q.     Who did you talk to?
23   A.     I talked to Sandra and I talked to Terrell.
24   Q.     Who is Sandra again?
25   A.     Sandra Norris is my half-sister.  We have the
```

Tabatha Jackson  4/14/2022

```
 1              same father, different mothers.
 2   Q.    What do you think you told Sandra?
 3   A.    I told my sister about how -- first how I was
 4              being treated in here, and that they let somebody
 5              get up there with a razor and I defended myself.
 6              I even told her about Mr. Pritchett.  I was
 7              calling him before Mr. Pruitt.  I thought his
 8              name was Mr. Pruitt.  I tell her about
 9              everything.  And I tell Terrell Reed about
10              everything.  They are the only ones I got to talk
11              to.
12   Q.    And you think you told them about what Mr.
13              Pritchett did to you?
14   A.    Yes.  And I also told the psychiatrist, because I
15              do see a psychiatrist.
16   Q.    Who is the psychiatrist?
17                        THE  WITNESS:  Can I answer
18                  that?
19                        MR. GROSS:  Yes.
20   A.    Her name is Amanda Prince.
21   Q.    P-R-I-N-C-E?
22   A.    Yes.
23   Q.    Where does Ms. Prince work?
24   A.    Signature Health.
25   Q.    And what is Ms. Prince treating you for?
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | A. | For depression.  She treats me for bad |
| 2 | | nightmares.  Psychiatric. |
| 3 | Q. | And who, if anybody, referred you to Ms. Prince? |
| 4 | A. | I talked about it with somebody at the -- this |
| 5 | | lady that came to see me at the jail.  I told her |
| 6 | | I would like to seek psychiatric help.  And the |
| 7 | | lady up on the seventh floor.  She was the |
| 8 | | psychiatrist, the one -- she prescribed me with |
| 9 | | Vistaril and Prazosin. |
| 10 | Q. | So you think you reached Ms. Prince as a result |
| 11 | | of some kind of referral that happened in the |
| 12 | | jail? |
| 13 | A. | Yeah.  That's one of them.  But I was just |
| 14 | | depressed and I just wanted to talk to somebody. |
| 15 | | I just got to start someplace. |
| 16 | Q. | I guess that wasn't exactly the question I was |
| 17 | | asking you.  I was not asking what condition or |
| 18 | | why you were seeing her in that sense.  I was |
| 19 | | asking you, you know, at some point you called |
| 20 | | her up and went to her office, something like |
| 21 | | that.  Who or what or what circumstances led you |
| 22 | | to do that? |
| 23 | A. | Here.  Being in the jail. |
| 24 | Q. | But did somebody give you her name? |
| 25 | A. | No. |

Tabatha Jackson  4/14/2022

```
 1   Q.    Did you find her in the phonebook or on the
 2         internet?
 3   A.    I found her on the internet because she was kind
 4         of close to me.  Her office was kind of close to
 5         me at that particular time where I was staying
 6         at, not where I'm living at now.
 7   Q.    Does Ms. Prince, does she attribute your
 8         depression and nightmares, and that kind of
 9         thing, to any particular cause or event?
10   A.    What are you talking about?  I don't understand
11         that one.
12   Q.    Does she think that anything in particular led to
13         your depression, nightmares --
14   A.    I don't know what she thinks.
15   Q.    Have you had any discussions with her about that?
16   A.    No.  If I did have a discussion about it, I
17         couldn't really tell you what it is because
18         through the -- COVID wouldn't allow me to see her
19         like I wanted to see her.  So I couldn't tell
20         you.
21   Q.    When do you think you last saw her?
22   A.    I last saw her -- it was about the summertime of
23         last year.
24   Q.    Summer of 2021?
25   A.    Yeah.  I saw her by Zoom.  But I have an
```

Tabatha Jackson  4/14/2022

```
 1        appointment with her again May 9th, and we going
 2        to pick up since they stopped the COVID.
 3   Q.   And I think we've covered this, but do you think
 4        you talked to your sister Sandra and Mr. Terrell
 5        Reed about this incident with Corporal Pritchett?
 6   A.   Yes.
 7   Q.   And you think you talked to them around the time
 8        it happened?
 9   A.   Yes.
10   Q.   Would that be by phone?
11   A.   My sister was coming to visit me and she asked me
12        why my hands was swollen and they wrapped up.
13        Well, I told her when I was in the visit.
14        Terrell Reed, I had to write him because I
15        couldn't remember his phone number at the time.
16        They wouldn't let me get no numbers out my phone.
17   Q.   You don't think you were able to call Mr. Reed
18        around the time of the incident from the jail?
19   A.   I probably called him once or twice when I did
20        get the number.  I got it from my sister.  My
21        sister would visit me on a regular basis.  Every
22        visiting day my sister was there.  My sister or
23        my brother, my half-brother Marquette, but
24        considering they really wouldn't let him in there
25        to see me.  But Sandra, yes.
```

Tabatha Jackson  4/14/2022

```
 1                    MR. STEWART:  Five

 2             minutes.

 3                    - - - - -

 4             (Thereupon, a recess was had.)

 5                    - - - - -

 6     (Thereupon, Exhibit 4 was marked for the purpose of

 7                    identification.)

 8                    - - - - -

 9  BY MR. STEWART:

10  Q.    I'd like to mark Exhibit 4.  It's a CD consisting

11        of jail calls.

12             Ms. Jackson, you're aware that the calls

13        from the pods in the jail are recorded, correct?

14  A.    Yes.

15  Q.    And there's a message that kind of plays at the

16        beginning of the call reminding you of that,

17        right?

18  A.    Yes.

19  Q.    I'm going to play for you a call that, according

20        to our system, you made on December 15, 2018 at

21        about 2:55 p.m.

22  A.    You said December the 15th?

23  Q.    December the 15th after you got out of the hole.

24  A.    Okay.  Who am I talking to?

25  Q.    We'll find out.
```

Tabatha Jackson  4/14/2022

```
 1                    - - - - -
 2         (Thereupon, audio recording being played.)
 3                    - - - - -
 4  Q.    That's you, right?
 5  A.    Yes.
 6                    - - - - -
 7         (Thereupon, audio recording being played.)
 8                    - - - - -
 9  Q.    Do you know who that is?
10  A.    I got to hear it.
11                    - - - - -
12         (Thereupon, audio recording being played.)
13                    - - - - -
14  A.    My sister.
15  Q.    This is your sister Sandra?
16  A.    Yes.
17                    - - - - -
18         (Thereupon, audio recording being played.)
19                    - - - - -
20              MR. STEWART:  We're going
21           to go off again for a minute.
22                    - - - - -
23          (Thereupon, a recess was had.)
24                    - - - - -
25  BY MR. STEWART:
```

Tabatha Jackson  4/14/2022

```
 1  Q.    So this is a call December 15, 2018 at 2:55 p.m.
 2                        - - - - -
 3        (Thereupon, audio recording being played.)
 4                        - - - - -
 5  Q.    So I believe you said you jumped up and you broke
 6        the other lady's nose and fingers; is that
 7        correct?
 8  A.    Yes.  That's what I said.
 9  Q.    And is that what happened?
10  A.    Well, I told you, sir, I turned to the side.  My
11        way of talking to my sister is a whole lot
12        different than what you listening to.  You might
13        interpret it wrong.  But if I turn to the side --
14        nobody is in there but me and these inmates.  I
15        just told you, I turned to the side and I grabbed
16        her and I slapped her with everything that I had
17        in me, yes.  I did a Will Smith slap.  And that
18        is a hard slap, because I think the millions of
19        the world heard it.
20  Q.    How did you break her fingers?
21  A.    Because she kept -- I don't know.  Probably
22        grabbing and hitting her again.  I grabbed
23        something and twist.  I don't know if it was her
24        fingers.
25              But like I said, I'm not the only one that
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | was in that thing hitting that lady.  I, per se, |
| 2 | | was fighting her because she started with me. |
| 3 | Q. | You just told your sister that you broke her |
| 4 | | fingers, right? |
| 5 | A. | I did -- did you not hear me, sir? |
| 6 | Q. | I heard you.  I just -- |
| 7 | A. | You not understanding me, sir.  I turned to the |
| 8 | | side.  I turned around and I grabbed her, and |
| 9 | | with every ounce I went off.  My slap, yes, might |
| 10 | | have broke her nose.  And I probably did break |
| 11 | | her finger.  But anything else, because there's |
| 12 | | something else in here, I didn't do.  And I was |
| 13 | | told that I -- |
| 14 | Q. | But if you broke her fingers, you did it sometime |
| 15 | | in this scuffle in the pod? |
| 16 | A. | Exactly.  And it's a lot of people, and I'm |
| 17 | | trying to -- and I did -- I'm trying to run, and |
| 18 | | then I just couldn't.  The lady couldn't -- you |
| 19 | | know, the lady had me back like this with this |
| 20 | | part of me, the lady that was sitting on this |
| 21 | | side.  I probably did.  And I'm not going to say |
| 22 | | I didn't, okay, but it's self-defense.  I |
| 23 | | defended myself. |
| 24 | Q. | We've got one more call here.  So I am going to |
| 25 | | represent to you this is a call you made from the |

Tabatha Jackson  4/14/2022

```
 1           jail again on December 15, 2018 at about
 2           4:10 p.m.
 3   A.      Who did I talk to?
 4                     - - - - -
 5           (Thereupon, audio recording being played.)
 6                     - - - - -
 7   Q.      Who are you talking to here?
 8   A.      Vicki.
 9                     - - - - -
10           (Thereupon, audio recording being played.)
11                     - - - - -
12   Q.      So at this point you're in the jail waiting to go
13           to one of these rehab facilities, correct?
14   A.      Yes.
15   Q.      And you just described the incident to Vicki the
16           same way you did to Sandra, correct?
17   A.      Yes.  I'm not disputing it, sir.  I just told you
18           I did it.  I'm not going to dispute it.  I don't
19           know why you not listening to me.
20               You want me to take this off.
21   Q.      I hear you.
22               So you made a number of calls from the jail
23           kind of 14th, 15th, 16th right after this
24           incident.
25   A.      Yes.
```

Tabatha Jackson  4/14/2022

| 1 | Q. | We have produced them in discovery.  They're on |
| 2 | | the CD I just handed to your lawyer. |
| 3 | A. | Okay. |
| 4 | Q. | Does it surprise you to learn that at no point in |
| 5 | | any of those calls did you mention anything that |
| 6 | | Officer Pritchett or any other CO did to you? |
| 7 | A. | I didn't go to the hole for Mr. Pritchett so |
| 8 | | there was nothing to talk about.  I went to the |
| 9 | | hole.  That was something to talk about.  He was |
| 10 | | nothing to talk about because I didn't go to the |
| 11 | | hole for him.  That's the way I look at it. |
| 12 | Q. | So the way you're figuring it is -- |
| 13 | A. | And no, I didn't. |
| 14 | Q. | -- you're just not talking about this because |
| 15 | | that's not why you went to the hole and you just |
| 16 | | didn't think it was important? |
| 17 | A. | Exactly.  They asked probably if they wondering |
| 18 | | why I hadn't been calling them, or I thought |
| 19 | | that's what they was wondering.  But at that |
| 20 | | particular time, he was only to be brought up to |
| 21 | | a lawyer.  He was not brought up to any inmate. |
| 22 | | And I do know the phones are being recorded.  So |
| 23 | | I wanted to talk to a lawyer.  I didn't want to |
| 24 | | talk to my family about something this man did to |
| 25 | | me.  I wanted to talk to a lawyer, and that's |

Tabatha Jackson  4/14/2022

```
 1            exactly what I did.  I'm sorry.
 2   Q.    So what lawyer were you looking to speak to?
 3   A.    A lawyer that I was intending on hiring when I
 4            found a lawyer.  And I found Zipkin & Whiting,
 5            and so that's who I told my situation to.
 6   Q.    But in December of 2018, are you trying to call
 7            Zipkin & Whiting?
 8   A.    No.
 9   Q.    You just said you were trying to reach a lawyer.
10            Who are you trying to reach?
11   A.    I was trying to -- I can't think of his name.
12            You probably might know it because you have
13            everything else there.  You probably might know
14            who I was trying to reach.  I can't think of his
15            name.  Sweet Jesus.
16   Q.    But you think it's a man?
17   A.    Yes.  I know it was a man.  Did that man -- that
18            man said something really totally different from
19            what I was thinking.  So I said no.  He's not the
20            one for me.
21   Q.    So I don't want to hear anything you talked to a
22            lawyer about.
23   A.    I didn't tell that to you.  I wasn't going to
24            talk to you about what I was saying to a lawyer.
25   Q.    You were kind of saying what he said to you.
```

Tabatha Jackson  4/14/2022

```
1   A.    Okay.  So I decided when I got out that the
2         lawyers that I wanted to talk to, I went through
3         a phone of mine and remembered Mr. Zipkin &
4         Whiting.  And so they helped me a long, long,
5         long time ago.  I think I was in my teens.
6   Q.    What do you think they helped you with?
7   A.    Life.
8   Q.    What kind of issue was it?
9   A.    It's over with.  I don't want to talk about that
10        part.  But I'm talking about -- so I decided to
11        get them.  And they are nice people.  I like
12        niceness.
13  Q.    Other than yourself, do you know anybody who you
14        contend that Officer Randy Pritchett used
15        excessive force on?
16  A.    I sure did.  I wrote it in a letter.
17  Q.    Who did you write the letter to?
18  A.    I wrote it to Terrell Reed.  He's the first
19        cousin of Zack Reed.  I wrote the letter.  That
20        is my significant other.
21  Q.    So Terrell Reed is your significant other?
22  A.    Yes.
23  Q.    Do you think Mr. Reed might still have a copy of
24        this letter?
25  A.    I have no idea.  I really don't know, sir.  He
```

Tabatha Jackson  4/14/2022

```
 1            barely be in Cleveland, but I don't know.
 2   Q.    In that letter, did you discuss somebody else
 3         that you think Officer Pritchett may have done
 4         something to?
 5   A.    No.  I don't know what you're talking about.
 6   Q.    I asked you, other than yourself, do you know
 7         anybody who Officer Pritchett used excessive
 8         force against?
 9   A.    I don't know if he used excessive force on
10         anybody else, but I know he did me.
11   Q.    So obviously other than yourself, you don't know
12         any names of anybody who Officer Pritchett used
13         excessive force on?
14   A.    I don't know anybody but me.
15   Q.    Do you know anybody who accused Officer Pritchett
16         of using --
17   A.    I don't know, sir.  I just know what he did to
18         me.  Anybody else I don't know nothing about it.
19   Q.    Do you know of any other specific person who any
20         County CO used excessive force against?
21   A.    Say that again.  I didn't understand that.  What
22         did you say?
23   Q.    Any other person besides yourself, as you sit
24         here today, that you think one of the COs,
25         corrections officers, jail guards, used excessive
```

Tabatha Jackson  4/14/2022

```
 1        force against?
 2   A.   Against anybody?  Yes.
 3   Q.   Who?
 4   A.   They do excessive force to a lot of women.  The
 5        men in black and one woman, yeah.  They come in
 6        and they beat up people.  Yes.
 7   Q.   Ms. Jackson, I asked if you know of an individual
 8        person.
 9   A.   Do I know individual persons?  I don't know these
10        women.  I ain't never seen these people half a
11        day in my life.  But yeah.  I sat there and just
12        watched them come in and beat --
13   Q.   Can you name anybody?
14   A.   We going to try Veronica Williams.
15   Q.   Veronica Williams?
16   A.   Veronica Williams.  They did stuff.  CO Howard
17        and Ms. Jackson did stuff to her all the time on
18        2D.  They did stuff to that lady all the time.
19        They think she got contraband.  They make her
20        stand outside her room with her t-shirt and
21        panties on.  This is a big girl.  She don't have
22        nothing.  They tear up her room.  They terrorized
23        this lady.  They jump on this lady.  Yeah.  I
24        seen it.
25   Q.   Jump on her, what does that mean?
```

Tabatha Jackson  4/14/2022

```
1   A.   Jump on her mean they fight with her.  Yes.  I
2        have seen these inmates get jumped on by COs and
3        everybody else.
4   Q.   You have personally seen officers -- and I think
5        you just gave me two names -- do something to Ms.
6        Veronica Williams?
7   A.   Yes.
8   Q.   And tell me the two officers' names one more
9        time.
10  A.   Officer Jackson and Officer Howard.
11  Q.   These are female officers?
12  A.   Yes.
13  Q.   Do you know about what time this happen?
14  A.   No.
15  Q.   But it would have been when you were in the jail?
16  A.   Yes.
17  Q.   Other than Ms. Veronica Williams --
18  A.   I don't know nobody else.
19  Q.   Do you know if correction officers undergo any
20       training concerning the use of force?
21  A.   I don't know that.
22  Q.   You don't know one way or the other?
23  A.   I don't know what people do.
24  Q.   Do you know if Randy Pritchett underwent any
25       training concerning use of force?
```

Tabatha Jackson  4/14/2022

```
 1   A.    I don't know.  But if you dealing with the men in
 2         black in these combat uniforms they got on --
 3   Q.    That was a yes or no question.  Do you know
 4         whether or not Mr. Randy Pritchett underwent any
 5         training concerning use of force?
 6   A.    I don't know.
 7   Q.    And do you know if he did or didn't, you don't
 8         know whether he was successful in completing
 9         that, correct?
10   A.    I don't know.
11   Q.    Did you file a kite or grievance concerning this
12         incident with Randy Pritchett?
13   A.    I talked to Dr. Sean Francis.  He know he saw it.
14         He know he saw it.  He did the staples and
15         bandaged me up.  He know.  He saw it.  So did
16         everybody else in that place.
17               Wait a minute.  That's a yes or no question.
18         I don't know.
19   Q.    So you thought you spoke to Dr. Francis, correct?
20   A.    Why you keep saying thought?  I don't think
21         anything.  I know who I be talking to.
22   Q.    You spoke to Dr. Francis?
23   A.    Yes.
24   Q.    And did you file any written grievance with
25         anybody concerning this incident with --
```

Tabatha Jackson  4/14/2022

```
1   A.    I didn't think I should have filed a written
2         grievance when everybody -- and the Pope even saw
3         it.
4   Q.    Yes or no, did you file a written grievance
5         concerning this incident?
6   A.    No, I did not.  I think I saved it best for the
7         person that it was directed to, a lawyer.
8   Q.    So you decided to sue?
9   A.    I sure did.  He decided to beat me up.  Yep.
10  Q.    So we've covered the wheelchair.  We've covered
11        the incident with Officer Pritchett.  You have
12        some other claims in your lawsuit about the
13        conditions in the jail, correct?
14  A.    Yes.  I've been locked up eight months, and I
15        want to talk about the water.  We didn't have no
16        water, no fresh clean water.
17  Q.    We are going to go through these one by one.
18             Let's start with -- so go back to your
19        Complaint.  That is Exhibit 1.
20  A.    This is Exhibit 3.
21  Q.    So Exhibit 1, ma'am.
22  A.    I got you.
23  Q.    If you go to paragraph 30 on page 6.
24  A.    Yes, sir.
25  Q.    So under A there we have a list of conditions
```

Tabatha Jackson  4/14/2022

```
 1          A(1) through 9.  Do you see that?
 2  A.      Yes.
 3  Q.      So I would like to start with having to sleep on
 4          mats approximately two feet wide.  Tell me about
 5          that.
 6  A.      Well, you got these mats about like this.  That's
 7          not really not the cover or turnover.  I don't
 8          know how long the mat has been there.  I know --
 9  Q.      Do you know if they are still there?
10  A.      They might be.
11  Q.      You don't know one way or the other?
12  A.      I don't know right now, but they were there when
13          I left and my stay there.
14              The mats is -- they not clean.  They not
15          sanitized.  You got stains on them.  You got
16          female's menstrual cycle stuff, and it's dried.
17          You got bugs.  Where do bugs come from?
18  Q.      So we are talking about the mats now?
19  A.      That's what I'm talking about.  They are inside
20          the mats.
21  Q.      Bugs in the mats.  Gotcha.
22  A.      And it's just -- they just not clean.  You got
23          people -- women's or men's, because you don't
24          know where the mattress come from -- it could
25          come from a man's department or whatever.  You
```

Tabatha Jackson  4/14/2022

```
 1              got they body -- you got they filth all on you,
 2              and that shouldn't be like that.  They should
 3              have sanitize they mats or get new ones, but they
 4              didn't.  It's just filthy and they stink.
 5   Q.    Let's back up here.
 6              So you said they should sanitize them or get
 7         new ones, correct?
 8   A.    New ones.  They stink.
 9   Q.    And do you know if they've gotten new ones?
10   A.    I don't know what happened or anything as of
11         today, sir.  I know when I was there.
12   Q.    So just speaking of the time you were there, it
13         sounds like you said you had to sleep on these
14         mats when you were in the general population
15         cells?
16   A.    You have to sleep on them mats if you in medical.
17         You have to sleep on them mats.
18   Q.    Are they on the floor or are they mattresses --
19         or are they kind of on the bed?
20   A.    They on the floor.  You have some on the bed.
21         You got two or three, maybe four women to a cell,
22         but they all either on the floor or on the bed.
23   Q.    And while you were in the jail from the entire
24         time from 2017 to '19 --
25   A.    Eight months.
```

Tabatha Jackson  4/14/2022

```
 1  Q.   So when you say eight months, are you saying if
 2       you add up all the time it was eight months?
 3  A.   From July to May.  July to 2018 to May 2019,
 4       that's eight months.  And probably a little bit
 5       more from the other time, but --
 6  Q.   But you're not in there eight months straight.
 7       You're in and out?
 8  A.   No.  I was in there eight months straight.  My
 9       second go-around was eight months straight.  My
10       first go-around was two weeks or -- yep.  No.  A
11       week or two.  But the other one was eight months
12       straight.
13  Q.   And then the entire time that you were in there,
14       I guess we're talking about the time related to
15       this agg burglary charge.  So you first come in
16       from Metro in October of '17, and I think you
17       said you're totally done with this in May of
18       2019, correct?
19  A.   Sir, could you tell me what you're talking about?
20  Q.   During that time period, the whole time you're in
21       there, did you ever sleep on a bed, or was it
22       every single night on a mat?
23  A.   I slept on a mat.  A plastic mat that is white
24       that you can see all kind of germs, filth, hair,
25       bugs.  You name it, you could see this on that
```

Tabatha Jackson  4/14/2022

```
 1            mat.
 2    Q.      And do you think the mats were in both medical
 3            and the general population pods?
 4    A.      Yes.  It was everywhere.
 5    Q.      And was there anybody who was sleeping on a bed?
 6    A.      They sleep on a bed if you say that's a bed.  But
 7            they were sleeping on a bed I would say if they
 8            had something really wrong with them.  I'm
 9            talking about -- I know where you going with
10            this, but I'm talking about eight months.
11                  Now, my first two weeks or -- they put -- I
12            had to wait.  I was on the floor first on a white
13            mat.  I was on the floor, and I had to wait until
14            somebody left.  And they still didn't wipe that
15            down.  That's nasty, too.
16    Q.      Didn't wipe what down?
17    A.      The bed you're talking about in the medical unit.
18            That's nasty, too.  I had to wait until somebody
19            leave then get in that bed.  Nobody sanitize it.
20            But if you have trustees and everything, them
21            trustees supposed to come and clean and sanitize
22            your stuff.  That never happened.
23    Q.      Do you know how the jail determines who -- at
24            that time, how the jail would determine who slept
25            on a mat and who slept on the bunks?
```

Tabatha Jackson  4/14/2022

```
 1   A.    Or who died on them?  No.  I don't know how they
 2         determined all of that.  I just know when they
 3         leave, they pass everything down to they
 4         cellmate.
 5   Q.    And when you were talking about this period
 6         related to the agg burg charge, were you always
 7         assigned to a pod with cells?
 8   A.    Not all the time.  When I first come in, I be on
 9         the floor.
10   Q.    Were there cells?
11   A.    Yeah.  They cells all over the place.
12   Q.    Did you ever live in an open dorm?
13   A.    What do you mean an open dorm?
14   Q.    A big area with bunk beds.
15   A.    No.
16   Q.    Do you know if anybody lived in an open dorm?
17   A.    No.  I just know people just sleep on the floor.
18         They be in units in the cells, but they sleep on
19         the floor.
20   Q.    Are you seriously sitting here and contending
21         that every female in the jail in that eight month
22         period slept on a mat?
23   A.    Not the ones that is pregnant.  The ones that
24         pregnant --
25   Q.    So pregnant ones?
```

Tabatha Jackson  4/14/2022

```
 1   A.    The ones that pregnant and due to have a baby,
 2         they get up in the bed or a --
 3   Q.    Pregnant women.  Anybody else?
 4   A.    Or a person that got a cast on.  They had their
 5         picks and chooses who they want to get up in that
 6         bed if you in the medical unit.  But me myself,
 7         sir, I slept in a bed once, and it was really
 8         springy.  That's when I was on my way going home
 9         and I bonded out.  But the rest of the time, sir,
10         I slept on a white mat, a filthy white mat with
11         somebody else's DNA and germs on it.  Could be a
12         man.  Could be a women.  I slept on that mat.
13         And that mat was very hard.
14   Q.    What about the other inmates?  Did every single
15         one of them also sleep on a mat?
16   A.    Yes.
17   Q.    What about in the hole?  Did you sleep on a mat?
18   A.    I slept on a mat in the hole.
19   Q.    Did you ever go to medical as a result of an
20         injury that occurred because you were sleeping on
21         a mat?
22   A.    No.
23   Q.    Did you ever file a grievance or send a kite
24         about the mats?
25   A.    No.  Because they not going to get heard.  A lot
```

Tabatha Jackson  4/14/2022

```
 1           of grievances or the kites, either they was in
 2           the garbage can -- because sometimes the COs will
 3           throw our stuff away.
 4   Q.      But you didn't file --
 5   A.      I didn't file it, no.
 6   Q.      Do you have any injuries today as a result of
 7           sleeping on a mat?
 8   A.      My back is messed up even better.
 9   Q.      How so?
10   A.      Well, I can't -- you know, when you get shot in
11           the back, you supposed to be propped up a little
12           bit.  So I wasn't propped up.  And two, it's kind
13           of hard -- the mattress is on the floor.  The
14           mattress is already -- if it's on the floor,
15           that's hard enough for me to get up.  Even if
16           it's on that little --
17   Q.      The question was, as you sit here today, do you
18           have any injuries as a result of --
19   A.      Not injuries.  I got -- what I got is still pain
20           from it.  I don't got no injuries.
21   Q.      Where is the pain?
22   A.      My pain is in my back.
23   Q.      And it's in the same area you were shot?
24   A.      No, sir.  It's not.  I was shot on this side.
25           The pain is on this side, and it's going down.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    So you are saying you were shot on your left

 2         side, and you're saying the pain is on your right

 3         side?

 4   A.    No.  That's what you're saying.  I was shot on my

 5         right side, and the pain is on the left side.

 6         I'm sorry.

 7              I mean, sir, that would be painful, too, if

 8         you slept on a mat on the floor, a thin mat.

 9         They really thin.  They about as thin as this

10         table.  If you sleep on that mat for eight

11         months, come on, man, you be hurting, too.

12   Q.    And who treats you for this back pain today?

13   A.    Well, no one treats me for the back pain today.

14         I told you I have to go on May the 9th.  I go

15         May 9th.  I go see the psychiatrist and I go

16         see -- oh.  I just --

17   Q.    What is the psychiatrist going to do for your

18         back pain?

19   A.    Hold on.  Let me finish.  You've got to let me

20         finish because that was part of the agreement,

21         that you finish yours and I finish mine.

22   Q.    But part of the -- Ms. Jackson, also, part of the

23         agreement is that you answer my questions.

24   A.    I'm going to if you let me.

25              I had just remembered they just gave me back
```

Tabatha Jackson  4/14/2022

```
 1            Dr. Charles J. Garvin.  Due to COVID I couldn't
 2            get to see him.  But Dr. Charles J. Garvin know
 3            about my back.  He know about everything, too.
 4            He a sweetie.
 5   Q.       Sure.
 6                 Do you know if any inmates sleep on mats
 7            today in the Cuyahoga County jail?
 8   A.       I don't know, sir.
 9   Q.       Do you know if they -- if anybody slept on a mat
10            in the fall 2019 six months after you were last
11            there?
12   A.       I couldn't tell you that because I wasn't there.
13   Q.       And in the summer of 2019, did they make any
14            changes related to COVID and inmates sleeping on
15            mats?
16   A.       Say that again.
17   Q.       Well, we've gone through a pandemic in the last
18            couple years, right?
19   A.       Yes.
20   Q.       Do you know if the jail made any changes in their
21            policies, practices, that kind of thing?
22   A.       I wouldn't know what they did.
23   Q.       You don't know one way or the other?
24   A.       I just don't know.
25   Q.       Do you know if the County or the sheriff has an
```

Tabatha Jackson  4/14/2022

```
 1         official policy concerning inmates sleeping on
 2         mats?
 3  A.     I don't know, sir.
 4  Q.     Do you know if there is any state or federal law
 5         concerning the use of mats?
 6  A.     I don't know, sir.
 7                    MR. STEWART:  Let's take
 8              five minutes.
 9                    - - - - -
10              (Thereupon, a recess was had.)
11                    - - - - -
12  BY MR. STEWART:
13  Q.     Ms. Jackson, before we took a break, we were
14         discussing some conditions you have identified in
15         your Complaint as being substandard, and we
16         covered mats.
17              The next one I'd like to talk about is -- if
18         you have the Complaint in front of you -- looking
19         at paragraph 30(A)(1), having to sleep in noisy
20         conditions.  Tell me what that is about.
21  A.     Well, first of all, the TV come on like about --
22         they turn it on about 6:00.  It's really loud.
23         You can't --
24  Q.     6:00 a.m.?
25  A.     Yes.  You have inmates fighting inmates.
```

Tabatha Jackson  4/14/2022

```
 1  Q.    Inmate fights.

 2  A.    Yeah.  COs fighting inmates.  You have COs coming

 3        all kinds of hours of the night or day.

 4  Q.    When you say coming, you mean --

 5  A.    I was saying come in.  You know when you come in

 6        the door.

 7  Q.    They're starting their shift is what you mean?

 8  A.    No.  They come in your room and they tear up your

 9        room.  It's bad enough that we are already in

10        lockdown.  We locked down 24 hours, which they

11        call it a red zone.  So we in this room 24 hours

12        or until they decide to let us out our room.  And

13        we possibly can't have contraband in there if we

14        locked down.

15  Q.    How does this relate to the noise?

16  A.    I'm going to tell you.  It relates to the noise

17        is when they come in our room 24 hours, or

18        whenever they want to, they come in, wake us up

19        out of our sleep and make us stand outside in our

20        panties and a t-shirt while they tear up our

21        rooms.  They could come in at 4:00 in the morning

22        and wake us up for contraband.  We in red zone

23        24 hours unless maybe they give us 20 minutes

24        out.  How do we got enough time to get contraband

25        if we in our room?
```

Tabatha Jackson  4/14/2022

```
1    Q.    This isn't about the contraband at this point.
2          This is about the noise.
3    A.    That's part of the noise.  If they wake us up and
4          tear our room up, that's noise.
5    Q.    Is that every day?
6    A.    Yes.
7    Q.    So every single day they would come in and toss
8          your cell?
9    A.    Yes.  That's the word for it, toss your cell.
10         They do at least -- like, sometimes in the middle
11         of the night, maybe third shift may do it.  It
12         never was Officer Dye or Officer Sawyer.  It be
13         them ladies.  Whatever they searching for, they
14         have us practically naked.
15   Q.    Which ladies are you referring to?
16   A.    Officer Jackson, Officer Howard.  Then you have
17         third shift.  I don't know the third shift
18         ladies.
19   Q.    Officer Jackson, Officer Howard, are they on the
20         medical pod or general population?
21   A.    No.  General population.  The unit that I was in,
22         2D.  And they just was coming in.  They do a lot
23         of stuff to us.
24   Q.    So did Officer Jackson or Officer Howard ever
25         toss your cell when you were on the medical pod?
```

Tabatha Jackson  4/14/2022

```
 1  A.    No.  They wasn't over there.

 2  Q.    Did the officers on the medical pod toss your

 3        cell every night?

 4  A.    No.  But they sure put us in red zone.  We stayed

 5        in our rooms.  And if you ain't got no water,

 6        which our cell -- my cell didn't have water.  So

 7        that means that's 24 hours you in your room and

 8        you don't even got -- they won't even let you go

 9        out the one room to --

10  Q.    We are talking about the noise now.

11  A.    No.  They sure didn't.  They didn't.  Medical

12        unit, they never did toss it, but they sure made

13        a lot of noise over there.

14  Q.    You have got the TV at 6:00 a.m.?

15  A.    Fighting.

16  Q.    Fighting.  We've got tossing your cell.

17  A.    And you got COs arguing with the inmates, as

18        well.

19  Q.    And was that all the time?

20  A.    That's all the time.

21  Q.    Both in medical and in the general population?

22  A.    Yes.

23  Q.    Anything else that is noise-related that you are

24        remembering or want to discuss?

25  A.    No.
```

Tabatha Jackson  4/14/2022

1  Q.    Do you have any kind of hearing problems today as

2        a result of the noise in the jail?

3  A.    Not from the jail, but I do have a hearing

4        problem.  It ain't from the jail.

5  Q.    And were you able to sleep most nights in the

6        jail?

7  A.    No.

8  Q.    Were you able to sleep some nights?

9  A.    Not until they put me on that medication.  But I

10       still wasn't able to sleep then.

11  Q.    And that's because of your gunshot wound?

12  A.    Yes.

13  Q.    Have you ever had the noise in the jail measured?

14  A.    Excuse me?

15  Q.    Have you measured the noise in the jail in any

16       way?

17  A.    What you mean measure it?  Was I supposed to

18       measure it with a ruler?

19  Q.    I'm just asking if you ever measured.

20  A.    No.

21  Q.    Do you know if anybody has?

22  A.    No.

23  Q.    Do you know what the noise level in the other

24       female pods that you were not on was?

25  A.    Excuse me?

Tabatha Jackson  4/14/2022

```
 1   Q.    At any given time you were on one pod, correct?
 2   A.    Yes.
 3   Q.    And there are other pods with females, correct?
 4   A.    Yes.
 5   Q.    Do you have any knowledge or information about
 6         the noise level in those pods?
 7   A.    You can hear the noise level in them pods, yes.
 8   Q.    You could hear the noise kind of coming down the
 9         hall or control room?
10   A.    You could hear the noise.  You could hear them
11         fighting.  You could hear a lot of noise on those
12         units.  I don't know why people think you can't
13         hear it.  You can.
14   Q.    Do you know if the County has any kind of
15         official policy or -- does the County have any
16         official policy concerning noise at the jail?
17   A.    No.
18   Q.    No, you don't know?
19   A.    I don't know.
20   Q.    Do you know if there is any specific state or
21         federal law governing noise?
22   A.    I don't know.
23   Q.    Is there anything you can tell us about the noise
24         level in the jail in say the fall of 2019 after
25         you left?
```

Tabatha Jackson  4/14/2022

```
 1   A.    I don't know.
 2   Q.    Anything you can tell us about the noise level in
 3         the jail in the summer of 2020 say after COVID
 4         started?
 5   A.    I don't know.
 6   Q.    Do you know if the County did or didn't do
 7         anything concerning noise levels in response to
 8         COVID?
 9   A.    I don't know.
10   Q.    Have you ever sought any medical care outside of
11         the jail concerning an injury related to noise in
12         the jail?
13   A.    I don't know.
14   Q.    You don't know if you have?
15   A.    I'm just saying I don't know because I'm -- I
16         don't know those answers to those questions, sir.
17   Q.    But you know if you went to the doctor, right?
18   A.    I don't know if they probably dealt with anything
19         at the jail.  I don't know.  I don't get in
20         nobody's business.  Once I'm out, I'm on me.
21   Q.    So to be clear, as you sit here today, you don't
22         know of a doctor that has diagnosed you with
23         anything related to noise in the jail?
24   A.    You're talking about me?
25   Q.    About you.
```

Tabatha Jackson  4/14/2022

```
 1  A.    Not nothing with noise.  My hearing is already
 2        messed up from the gunshot wound, from the
 3        loudness of the gun.  I don't even know what you
 4        talking about there, sir.
 5  Q.    Did the gun go off near your ears?
 6  A.    Near my ears, yes.
 7  Q.    Did you ever --
 8  A.    That don't mean I can't hear.
 9  Q.    You seem to be hearing me fine.
10  A.    Thank you.
11  Q.    Did you ever file a grievance or send a kite
12        concerning the noise?
13  A.    No.
14  Q.    Going back to Exhibit 1, paragraph 30, we're
15        going to go with 7 and 8.  Having to live in an
16        environment with human urine and feces on the
17        floor and having to live in an environment
18        wreaking of human urine and feces.
19            So I think we spoke earlier about an
20        incident which a toilet I think we described like
21        fountained or something?
22  A.    Yes.
23  Q.    And I think you said you thought that that
24        happened on the medical pod?
25  A.    Yes, it did.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    Any other instances where you encountered urine

 2         or feces in the jail?  We'll get to the smell in

 3         a minute.

 4   A.    2D.

 5   Q.    Yeah.  2D.

 6   A.    Yes.  They toilets was messed up just as well.

 7         And those -- the females in them units, like I

 8         said, they don't even have water.  They toilets

 9         overflow.  And that's what they got to deal with

10         until somebody come in there and fix it.

11   Q.    And do you know the process for having somebody

12         come and fix it?

13   A.    Mister, I don't know nothing.  I'm not a plumber.

14         I don't know nothing.

15   Q.    Let's talk about what you do know.  You said

16         sometimes the toilet would be clogged in this pod

17         2D, correct?

18   A.    You know, I think -- what I think on that behalf

19         -- I can't tell you what the problem was on the

20         medical unit.  But I think what that problem is,

21         by us being in the red zone, you got no way to

22         throw your trash, your female --

23   Q.    Sanitary products?

24   A.    They got no other place but to put it down in the

25         toilet.  And a lot of it is because they don't
```

Tabatha Jackson  4/14/2022

```
 1          come past with the trash can.  We locked up.
 2          They figure we don't got no trash, but we do.
 3    Q.    You mentioned a couple of times red zones,
 4          correct?
 5    A.    Yes.
 6    Q.    What is that?
 7    A.    Red zone is when I guess they don't want to let
 8          us out our room.  They think we in prison-prison.
 9          We not in prison-prison, but they put us in red
10          zone in our room like we are in prison-prison.
11    Q.    When you're on red zone, you can't leave your
12          cell?
13    A.    You can't come out your room.  You can come out
14          for your food and go back.  You can't do nothing
15          else.
16    Q.    And you think that the red zoning --
17    A.    Clogged up they toilets on that.  But I'm talking
18          about that one on the medical unit.  That's just
19          pure trifling.  That was all over me and my
20          wheelchair.  Nobody came and got me out of there.
21    Q.    Do you think something like that happened to
22          anyone else?
23    A.    I don't know if it happened to them, but I bet
24          you they got them out of there.  They didn't get
25          me out of there.  Probably if they did, that was
```

Tabatha Jackson  4/14/2022

```
 1        a result from happening.
 2   Q.   So you just don't know one way or another if that
 3        happened to anyone else?
 4   A.   I don't know if it happened to them.  And it
 5        could have on the medical unit.  It could have.
 6        It could have.  But if it did, they should have
 7        got me out of there so it wouldn't have happened
 8        to me.
 9   Q.   So we've talked about that incident.  We've
10        talked about the clogged toilets in the general
11        population cell.  Anything else related to urine
12        and feces that you're kind of encountering?
13   A.   No.
14   Q.   Do you know if there are any specific federal
15        laws or state laws concerning sanitation
16        requirements related to urine and feces in the
17        jail?
18   A.   No, I do not.  They should have had that in the
19        handbook.
20   Q.   How about a County policy?  Do you know if the
21        County has any policy regarding cleaning and
22        sanitation?
23   A.   I don't know, sir.
24   Q.   I think we've covered this both, but anything in
25        particular as to urine on the floor or in the
```

Tabatha Jackson  4/14/2022

```
 1        cell, anything like that, that we have not
 2        already talked about?
 3   A.   We have talked about enough of that because
 4        that's just really --
 5   Q.   Which when we say talked about it, we're talking
 6        about the one instance with the fountaining
 7        toilet and the toilets backing up in the general
 8        population pod, correct?
 9   A.   Yes.
10   Q.   Do you know if the jail uses the practice of red
11        zoning today?
12   A.   I don't know what they do today, sir.  Once
13        again, I don't know what they do today.  I just
14        know what they did back then.
15             Can we talk about the water?
16   Q.   Sure.  We'll get to the water in just a minute.
17             If you look at your Complaint here, 7 and 8,
18        one is encountering the urine and feces, and the
19        next one is wreaking of urine feces.  So I guess
20        that's smell, correct?
21   A.   Yes.
22   Q.   Tell me about that.
23   A.   Well, you have this smell of urine because, like,
24        when the toilet -- say you don't got the feces
25        part in the toilet, say you don't got that part,
```

Tabatha Jackson  4/14/2022

```
 1            but it's all over the floor, and if we in red
 2            zone --
 3   Q.      I'm sorry.  I just am trying to understand what
 4            you're saying.
 5   A.      Let me put it this way:  I was going by at first
 6            without the feces, but then with the urine and
 7            feces, sometimes, like I said, the room just
 8            smell of it.  Because you is in the room, if you
 9            on the floor, you sleeping on the floor, you know
10            -- do you know that water on that toilet or feces
11            or urine, do you know that get on the person that
12            is down there?  Or if the person is on the bed,
13            they have to step down.  There's no way in the
14            world they could get that up.  We locked down
15            with it.  We smell of it.
16                 Then when you go in there to take a shower,
17            sir, do you know, we can't really take a shower
18            to get the smell off of us because for one, the
19            water come to your ankle.  And then you got bugs,
20            hair, little creepy crawlers coming up out the
21            drain.  So we walking around smelling like
22            somebody's urine or feces.
23   Q.      So it's a smell in the environment --
24   A.      Yes.
25   Q.      -- that would sometimes sort of get on inmates
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | and inmates themselves would smell of it? |
| 2 | A. | Exactly.  And we can't take a shower because the |
| 3 | | water -- if we take a shower, you sitting in |
| 4 | | still water.  The water come to your ankles.  And |
| 5 | | then you got hair that come out the drain.  You |
| 6 | | got bugs that come out the drains.  You got |
| 7 | | creepy crawlers that come out the drain.  But you |
| 8 | | sitting in still water and your feet is infected. |
| 9 | | I don't know -- |
| 10 | Q. | Did your feet ever get infected? |
| 11 | A. | No.  But -- |
| 12 | Q. | Did you ever go to medical related to your feet |
| 13 | | being infected? |
| 14 | A. | No.  I'm just saying. |
| 15 | Q. | Did you get medical treatment from anybody about |
| 16 | | your feet being infected? |
| 17 | A. | What is -- no, I haven't.  I'm just saying if |
| 18 | | your feet could get infected.  I said it could |
| 19 | | get infected.  You're sitting in still water. |
| 20 | | People ain't washing up.  And the ones that do |
| 21 | | wash up, they're still filthy because you have to |
| 22 | | go back in the same filth. |
| 23 | Q. | Do you think that this odor was related to the |
| 24 | | red zoning, like the feces and urine themselves? |
| 25 | A. | Yeah.  You can't get out to do nothing.  It's |

Tabatha Jackson  4/14/2022

```
 1        only one shower.  It's two actually, but one
 2        broke and the other one ain't.  And that's still
 3        water in there.
 4  Q.    Was there any time that you were in the jail that
 5        you didn't have access to a shower at all?
 6  A.    Exactly.  Half the time I stayed there we be in
 7        the red zone.
 8  Q.    You couldn't access the shower while it was on
 9        red zone?
10  A.    No, you cannot.  If it's red zone for five days,
11        five days you just stank.
12  Q.    And you think that -- I think you just said like
13        about half the time you were there during the
14        2017 --
15  A.    Until the time Shannon Gallagher got my
16        wheelchair back and I was sent back to medical
17        pod.  Medical pod got a bathtub in it that will
18        knock your socks off.  It is really nice and warm
19        and toasty.
20  Q.    So during the time you were on the medical pod,
21        you had access to a nice bathtub?
22  A.    Bathtub, yes, where you can wash all that stank
23        up off of you.
24  Q.    So it sounds like the medical pod is a better
25        place to be than the general population?
```

Tabatha Jackson  4/14/2022

```
 1  A.    Oh, it was back then.  Don't ask me about now
 2        because I don't know.
 3  Q.    So with that, I'm going to ask you about now.  Do
 4        you know if they have --
 5  A.    No, sir.  I don't.  I know what you're going to
 6        ask me.  I don't.
 7  Q.    You don't know one way or the other whether or
 8        not these odors still exist in the jail?
 9  A.    I don't know now.  I just knew from the eight
10        months that I was locked up, sir.  That's all I
11        know, plus the two weeks before that prior.
12  Q.    And you think you were on red zone about half the
13        time you were in the jail during that period?
14  A.    Yes.  The majority of my time, yes, sir.
15  Q.    Does that include both medical and --
16  A.    Medical they put us in red zone.  But you know
17        what?  They kind of -- I think it's -- I think
18        they said it's that they don't have enough staff.
19        But a lot of times in the medical unit it wasn't
20        like that.  To me, it all depends on the CO.
21        Some of them let us out and some of them didn't.
22  Q.    Some COs who were working medical would let you
23        out and some wouldn't?
24  A.    Yeah.  You have some people in there that's
25        claustrophobic.  They'll put them on a mat out
```

Tabatha Jackson  4/14/2022

```
 1              there or they, you know --
 2   Q.   Ever file any kite or grievance related to either
 3        the urine itself or the smell?
 4   A.   No.
 5   Q.   Do you know if the County or the sheriff's
 6        department has any official policies concerning
 7        cleaning, sanitizing, that kind of thing?
 8   A.   No, Mr. Stewart.  I don't.
 9   Q.   Do you know if there are any state or federal
10        laws concerning cleaning and sanitation in the
11        jail?
12   A.   No, sir.  I don't.
13   Q.   As you sit here today, are there any specific
14        injuries you're claiming as a result of either
15        encountering urine and feces in the jail or the
16        smell?
17   A.   Could you repeat that?
18   Q.   Any injuries that you're suffering from or
19        concerned about today that are related to either
20        encountering the urine or feces or the smell in
21        the jail?
22   A.   You know, I don't know if this counts for
23        anything, but I know it messed up my mind.
24   Q.   It messed up your mind.
25   A.   I know smelling that like that and you not used
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | to smelling that stuff, that messes up a person's |
| 2 | | mind.  That messes up their -- they give them |
| 3 | | more -- let me see how to put this -- like |
| 4 | | mental.  That messes with your mental capacity |
| 5 | | you sitting there and you wake up to a bunch of |
| 6 | | boo-boo on you, somebody else's stuff on you. |
| 7 | | You didn't come in that way, but you going to lay |
| 8 | | in it?  That messes with you mentally. |
| 9 | Q. | And is that -- |
| 10 | A. | It messed with me mentally. |
| 11 | Q. | Is that something you speak to -- |
| 12 | A. | Amanda Prince?  Yes, sir. |
| 13 | Q. | Anybody else you speak to about the mental aspect |
| 14 | | of the urine, feces, or smell? |
| 15 | A. | I'm not talking to anybody.  I always talk to |
| 16 | | God.  So God sees all.  He knows all.  I have a |
| 17 | | problem because when I am home, I screw up |
| 18 | | myself.  That's something you can't get out your |
| 19 | | mind.  That's something you can't get out your |
| 20 | | nose.  I have an -- and it's good for me.  I |
| 21 | | scrub more.  I'm trying to just scrub the filth |
| 22 | | off of me. |
| 23 | Q. | Going back to your Complaint here, we've got some |
| 24 | | issues about the food.  Having to eat spoiled |
| 25 | | food.  So that's 30(A)(3), having to eat off |

Tabatha Jackson  4/14/2022

```
 1            moldy trays and having to eat food containing
 2            dead and alive bugs.
 3                 I'd kind of like to cover all of these
 4            together to save us some time here, but if you
 5            want to go through them separately, we can do
 6            that, too.
 7   A.       What page are you on?
 8   Q.       Page 6.  The same place we've been, the
 9            conditions.
10   A.       We're looking at -- we are actually looking at 3,
11            4, 5, and 6.
12   Q.       Let's do the water separately.  So let's stick to
13            the food for now.
14   A.       Okay.
15   Q.       Spoiled food, moldy trays, food containing dead
16            or alive bugs.  Tell me about that.
17   A.       You have bugs.  You got -- like, when you in your
18            unit, you have bugs basically everywhere in your
19            unit.  When you go out, you go out to get your
20            tray, you have --
21   Q.       Walk me through how the food is delivered then.
22   A.       So you walk out and -- they put the trays -- the
23            trays usually be on the table.
24   Q.       So it's a pod and there is a day room, right?
25   A.       Yes.
```

Tabatha Jackson  4/14/2022

```
 1  Q.    And there's some tables in the middle of the day
 2        room?
 3  A.    Yes.
 4             Normally some of them put the trays out on
 5        the table.  You suppose to grab a tray, walk to
 6        the little cart thing, and they serve you your
 7        food.  Then you turn around and you go back in
 8        your room and you eat.
 9  Q.    And you said that -- one of the first things you
10        mentioned are bugs.  What kind of bugs are we
11        talking?
12  A.    Little black bugs.  You got really little bugs,
13        and then they start moving around in your food,
14        little bugs.  Then you got big bugs.  I have no
15        idea where these bugs be coming from, but you got
16        big bugs in the cells.  So to avoid those bugs,
17        you don't really know you -- if you not paying no
18        attention to your food, if a person never been
19        there before, you will think maybe it's raisins
20        because -- or some kind of spice, but those are
21        bugs.  And they move freely around your oatmeal.
22  Q.    So oatmeal, that's breakfast, right?
23  A.    Yes.
24  Q.    Anything else they served for breakfast while you
25        were there?
```

Tabatha Jackson  4/14/2022

```
 1   A.    They served eggs.  I believe it's eggs, I think.
 2         I'm not sure on that.
 3   Q.    Scrabbled?
 4   A.    I'm not sure on that.  I don't really know too
 5         much.  I know the oatmeal because I used to get
 6         up until I realized you got bugs in there.  I
 7         didn't get up no more to go to breakfast.  I had
 8         to call somebody.  I had to call my daughter and
 9         tell my daughter put some money on my books
10         because I can't do this.  I'm eating bugs.  And
11         she put money on my book.  So I went to
12         commissary.
13   Q.    What did you get from commissary?
14   A.    Everything that I thought I could get.  That, and
15         even pain medication, because they didn't give me
16         that.
17   Q.    When you say pain medication from commissary, you
18         mean over the counter things like Tylenol, Advil,
19         that kind of thing?
20   A.    Yeah.
21   Q.    Do you think that when you were in there, you
22         mainly ate the jail -- the food that was
23         provided, or did you get your own from
24         commissary?
25   A.    Nope.  I got my own stuff from commissary.  Now,
```

Tabatha Jackson  4/14/2022

```
 1           don't get me wrong.  I have ate they food before,
 2           but until I realized the raisins was moving.
 3           They not raisins.  They big bugs.
 4  Q.       So we've got raisins in the oatmeal.
 5  A.       And you've got bugs, little black bugs.  Don't
 6           quote me on them eggs because I forget.  I didn't
 7           mess with their stuff.
 8  Q.       Any other dishes that are coming to mind there
 9           were bugs in?
10  A.       Just about all of it if you asking me.  I only
11           just ate the oatmeal, and it didn't sit well
12           going down my throat.
13  Q.       You ate some oatmeal that didn't sit well.
14  A.       With bugs in it.
15  Q.       It didn't sit well because it had bugs in it.
16  A.       That didn't sit well.
17  Q.       Then you call up your sister and you're like --
18  A.       No.  I called my daughter.  My sister don't have
19           nothing to do with none of that part.
20  Q.       Which daughter?
21  A.       Shanika.  And I would tell Shanika to send me
22           some money.  Go into my account and get me some
23           money out of my account.  And so she been going
24           to get money out of my account, and she put it on
25           my books.  And so when it came down to me and
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | Phyllis, when we became cellmates, Phyllis |
| 2 | | thought the same thing.  So I had to ease over |
| 3 | | and tell Phyllis to put that food down because |
| 4 | | you got bugs in there.  So me and Phyllis was |
| 5 | | eating off my commissary.  I fed her, too.  I |
| 6 | | couldn't let her do that.  I couldn't let her be |
| 7 | | in there like that. |
| 8 | Q. | So while you were in there, do you think you ate |
| 9 | | mostly commissary or mostly food provided, or a |
| 10 | | mix of either? |
| 11 | A. | My first two weeks I ate nothing but the food |
| 12 | | that they gave us.  I didn't have no choice then. |
| 13 | | And then there was bugs in there, too, but I |
| 14 | | didn't realize they was bugs until it was too |
| 15 | | late until the -- it was not a roommate because I |
| 16 | | was on the floor up under the TV, but the girl in |
| 17 | | that little first room would come out and say, |
| 18 | | you know you eating bugs.  And I had no idea what |
| 19 | | this lady was talking about because I thought the |
| 20 | | lady had a problem, but the lady didn't. |
| 21 | Q. | Do you know the lady's name? |
| 22 | A. | No. |
| 23 | Q. | Could you describe her for me? |
| 24 | A. | One girl that was in that little room that's off |
| 25 | | to the front. |

Tabatha Jackson  4/14/2022

```
1   Q.   Are they on the medical pod?
2   A.   No.  I was in general population.  That was one
3        lady that was Caucasian and one lady that was
4        black.  I don't know their names.
5   Q.   And then after kind of the oatmeal incident, you
6        called your daughter and she put some money on
7        your commissary?
8   A.   Yes.
9   Q.   And after that, do you think you ate mostly
10       commissary?
11  A.   No.  After that is when you realized your food
12       was spoiled.  After that, two days I ate chili
13       with spoiled ground beef.  It was spoiled.
14  Q.   And the chili is not from commissary?
15  A.   No.  The chili wasn't from commissary.
16  Q.   We've done oatmeal, chili.
17  A.   See, the oatmeal got the bugs in it.  So I
18       thought they had improved the place because some
19       lady, she was from -- she was with Mr. Ivey.  I
20       don't know her name.  But she came in and she
21       promised everybody things be different, blah,
22       blah, blah.  First she turned around and was
23       giving us these white trays.
24  Q.   White trays meaning?
25  A.   The trays.  She was giving us the trays.  So then
```

Tabatha Jackson  4/14/2022

```
 1          came the spoiled food.
 2  Q.   So I just want to make sure we are covering all
 3          these dishes, right?  We have bugs in the
 4          oatmeal.  We've got spoiled chili.  What else?
 5  A.   You got spoiled chili.  You had that two days.
 6          Then you had spaghetti.  Then you have Hamburger
 7          Helper.  Those supposed to be ground beef.
 8  Q.   Spaghetti, Hamburger Helper.  What else?
 9  A.   You have chili for two days, spaghetti for one,
10          and Hamburger Helper for the other days.  That's
11          four days.  So you thinking that you eating
12          something, and it's spoiled.  Before you know it,
13          you swallowed half of it and you have to throw up
14          or whatever to the other part, but you know it's
15          spoiled.
16  Q.   How do you know it's spoiled?
17  A.   You can smell it.  And for those who can't smell
18          it or didn't have no money, that's all we had to
19          eat.  So I had to eat that before my commissary
20          came, before the money.
21  Q.   It sounds like you're kind of fortunate that your
22          daughter was able to put some money on
23          commissary, right?
24  A.   Yes.
25  Q.   And do you know --- but some other inmates didn't
```

Tabatha Jackson  4/14/2022

```
 1              have family to do that for them, did they?
 2   A.    No.  And a lot of them was sick.  But however, we
 3         all wrote kites to Dr. Sean Francis.  We all
 4         wrote kites that we was eating spoiled food
 5         because we was sick.
 6   Q.    Did you write a kite?
 7   A.    Yes, I did.
 8   Q.    Who did you send that to?
 9   A.    We all sent it down to medical, Dr. Sean Francis.
10         Every last women that was in that unit wrote
11         kites.
12   Q.    When you say that unit, you mean the 2D general
13         population pod?
14   A.    Yes.
15   Q.    Do you think you ever skipped meals because of
16         the quality of the food?
17   A.    For bugs being in it, you name it, yes.  I just
18         didn't want -- I can't eat nothing like that.  It
19         makes -- it just -- you can't really eat too much
20         of nothing if you thinking there's bugs in it and
21         you know it's bugs in it and you seeing the bugs
22         in it.  You don't want to keep continuing because
23         you don't know what you eating.
24   Q.    So did you ever get sick as a result of the food
25         either just being spoiled or having bugs in it?
```

Tabatha Jackson  4/14/2022

```
 1   A.     Yes.

 2   Q.     Tell me about that.

 3   A.     We wrote Dr. Sean Francis.  They never would let

 4          us go down there to see the doctor for that.

 5          However, when I go down there to get my finger

 6          pricked, I talked to them and I told them my

 7          stomach is hurting.

 8   Q.     Who is them?  Who are you talking about?

 9   A.     When you write the kite, whoever the kite goes to

10          from the time you take it out your hand and put

11          it up on that little thing to be sent someplace,

12          whoever --

13   Q.     Just a minute ago you said you talked to somebody

14          about --

15   A.     I was explaining that part, too.

16   Q.     Sure.  And my question was who --

17   A.     I talked to Dr. Sean Francis.  That's the only

18          man in there that I know of.  I don't know

19          anybody else in there.  I don't know no other

20          doctor except for the therapist man.  I don't

21          even know his name.  I'm saying you go in there

22          and my stomach was hurting.  I was sick.  And the

23          only way you can actually talk to them for them

24          to give you any kind of feedback instead of

25          writing back through a kite was to see them
```

Tabatha Jackson  4/14/2022

```
 1              face-to-face.  You go talk to them face-to-face.
 2                    So when they prick my finger was the only
 3              way I could tell this man my stomach hurt.  And
 4              by me being shot in the stomach, sir, there's
 5              only certain ways I could eat my food at that
 6              particular time without me being -- so it would
 7              hurt in here.  You eat the food, the bugs, then
 8              it started hurting me bad in here and I started
 9              throwing up.  Yes.  I got sick.
10    Q.        Do you think that was the food or having been
11              shot, or kind of a combination of both?
12    A.        That was the food.  Didn't have nothing to do
13              with being shot.
14    Q.        And you said you came down to medical to get your
15              finger pricked.  Is that related to the diabetes
16              or something else?
17    A.        Diabetes.
18    Q.        When you did that, would it be generally a doctor
19              a nurse, or how was that handled?
20    A.        Well, they turn around and give you -- they put
21              you in a chair and they give you these little
22              numbers.  And then they sit you in another chair,
23              because one of them is taking your pulse and this
24              and that, and the other one prick you.  And then
25              they ask you, is there anything else that's
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | bothering you?  And I tell them yes.  You sick. |
| 2 | | You throwing up.  And I know I throwed up because |
| 3 | | they gave me a bucket to throw up in. |
| 4 | Q. | Do you think that this was once or more than |
| 5 | | once? |
| 6 | A. | Twice. |
| 7 | Q. | Can you give me any sort of sense of date or how |
| 8 | | long you had been in there when each of these |
| 9 | | happened? |
| 10 | A. | I was only in there -- I went in there two times. |
| 11 | | Not exact date that it happened because once you |
| 12 | | write the kite in, it take them a couple of |
| 13 | | minutes or days or whatever -- minutes to me |
| 14 | | means days or weeks.  They take their time about |
| 15 | | answering that kite.  And you just still in there |
| 16 | | sick.  You might have got food poisoning from |
| 17 | | spoiled meat, which you can.  They take their |
| 18 | | time.  So when I do talk to them, they just |
| 19 | | prescribe you with -- they give you -- what you |
| 20 | | call that -- Pepto Bismol or Mylanta kind of |
| 21 | | stuff.  That's about it. |
| 22 | Q. | That pink stuff? |
| 23 | A. | Yeah.  They don't even take you out to see a |
| 24 | | doctor.  If you got -- you know those four little |
| 25 | | -- they like -- never mind.  You know them |

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | | viruses?  You know you get norovirus.  You get |
| 2 | | some kind of viruses from eating food. |
| 3 | Q. | Did you ever get any kind of virus from eating |
| 4 | | food? |
| 5 | A. | No.  How would you know if they don't take you to |
| 6 | | the doctor?  They didn't even pay attention that |
| 7 | | we all wrote kites.  They don't pay attention to |
| 8 | | that stuff. |
| 9 | Q. | When you say we all -- |
| 10 | A. | Unit 2D.  All the females in that unit got sick |
| 11 | | and all the females wrote kites. |
| 12 | Q. | Is it sort of a petition or -- |
| 13 | A. | No.  It wasn't a petition.  We knew we had to |
| 14 | | write a kite.  We was sick. |
| 15 | Q. | So you had to write a kite why? |
| 16 | A. | Because we was sick.  That's the only way that |
| 17 | | they tell us -- you can't get up and go down to |
| 18 | | see the doctor.  You got to write a kite.  So we |
| 19 | | wrote kites, and we still didn't see the doctor. |
| 20 | Q. | And this is the time you throw up? |
| 21 | A. | Yes. |
| 22 | Q. | Other than this time, were there other times that |
| 23 | | you threw up as a result of the food at the jail? |
| 24 | A. | No.  After that, I didn't eat anymore.  My |
| 25 | | daughter sent me some money.  And I been eating |

Tabatha Jackson  4/14/2022

```
 1          commissary from that time all the way up until
 2          it's time for me to leave.  Just those four days.
 3   Q.     Have you ever spoken to a nutritionist or a
 4          doctor about the food in the Cuyahoga County
 5          jail?
 6   A.     I tried to talk to Dr. Francis, but once again,
 7          like I said, he's a puppet.  My way of saying
 8          things may not be your terminology.  I'm sorry.
 9          But he was not paying no attention to it
10          obviously.
11   Q.     So you've got Dr. Francis.  Anybody on the
12          outside?
13   A.     Dr. Charles J. Garvin.  I tell him everything.
14          He's been my doctor since Dr. Heather Ways was
15          gone.
16   Q.     Charles J. Garvin.  I think we've talked about
17          him before.
18              Do you know if the menus in the jail are
19          approved or reviewed by a nutritionist?
20   A.     No.
21   Q.     You don't know either way?
22   A.     I don't know.  No, sir.
23   Q.     Do you know if anybody has done a nutritional
24          study or analysis about the food in the jail?
25   A.     No, sir.
```

Tabatha Jackson  4/14/2022

```
 1   Q.    Do you know if there's been any changes in the
 2         way that food is prepared in the jail between the
 3         time you left and today?
 4   A.    I don't know.
 5   Q.    Do you know if it comes from the same kitchen?
 6   A.    It should.  I mean, not should, but that's --
 7         well, I don't know if it came from the same
 8         kitchen today, but back then they only had one
 9         kitchen.
10   Q.    So you think it all came from the same kitchen
11         while you were there?
12   A.    While I was there, yes.  I don't know about
13         today.
14   Q.    Is that the same kitchen they're using today?
15   A.    It might be.  I don't know.  They could have
16         switched the kitchen to another part of the jail
17         for all I know.
18   Q.    For all you know they could have built an
19         entirely new kitchen, right?
20   A.    They could have.  I'm talking about back then.
21         Back then all of it came from the same kitchen.
22   Q.    Have you ever heard of a company called Trinity
23         Services?
24   A.    Sir, no.  I have not.
25   Q.    You have no idea what they do?
```

Tabatha Jackson   4/14/2022

1   A.   No, sir.

2   Q.   Do you know if the jail made any changes in the

3        way they were handling food service as a result

4        of COVID?

5   A.   I don't know, sir.

6   Q.   Do you know of any specific state or federal laws

7        that you think the County broke concerning the

8        food in the jail?

9   A.   Well, did they break -- hold on, sir.

10  Q.   Do you want a minute or are you good?

11  A.   I'm good.

12            You're talking about now or then?

13  Q.   Then.

14  A.   Well, it has been -- the laws on this food has

15       been broken back then.  The rules or whatever you

16       want to say, there's people been getting sick way

17       back before we all got sick back then.  People

18       been getting sick and been complaining.  And you

19       thought that they had did something to change

20       that, but they didn't.  They tried to --

21  Q.   You testified you don't know whether they did.

22  A.   You said today.  I don't know about today.  But I

23       know about back then.  Yes.  People was still

24       getting sick off of the food.  They tried to

25       change it.  They tried to switch the trays, the

Tabatha Jackson  4/14/2022

```
 1        little white trays.  They still didn't help none.
 2        It went back to the old trays with the mold in
 3        them.  So they might have tried a little
 4        something-something, but they didn't.  From back
 5        then -- people was getting sick really bad back
 6        then.  I don't know about today.
 7   Q.   So when you say that you think some state or
 8        federal law was broken back then --
 9   A.   It might have.
10   Q.   -- that's based on the fact that people were
11        getting sick, right?
12   A.   People was getting sick back then.  That's all I
13        know.  They was getting sick.  They might have
14        broken the laws, or whatever, but I don't know
15        about today.
16   Q.   And you don't know kind of specifically what
17        laws, regulations --
18   A.   No, I do not.  I know they was getting sick.
19                  MR. STEWART:  Five
20             minutes.
21                  - - - - -
22             (Thereupon, a recess was had.)
23                  - - - - -
24   BY MR. STEWART:
25   Q.   So before we took our break we were discussing
```

Tabatha Jackson  4/14/2022

```
 1            food in the jail.  I'd like to turn to water.
 2                 If you go -- you have the Complaint in front
 3            of you, correct?
 4   A.       Yes.
 5   Q.       If you look at paragraph 30(A)(6), having to
 6            drink cloudy water, what is that about?
 7   A.       I had to drink water that was brown with rust.
 8   Q.       So brown?
 9   A.       And rust.  It's like sometimes I had to go to
10            another sink because all my stay, I didn't have
11            -- I didn't have water in my sink.  So I would
12            have to -- whenever they did let me out of the
13            room after red zone and they let me and Phyllis
14            out -- which normally it don't be on first shift.
15            It'd be the second shift people, Mr. Dye or Mr.
16            Sawyer that would let us out to get us some
17            water.  The water be rusty.  And even if you let
18            it run, it be rusty.
19   Q.       In the time you're sharing a cell with Ms. Davis
20            in pod 2D, correct?
21   A.       Yes.
22   Q.       Are you telling me that the sink just didn't
23            work?
24   A.       No, sir.
25   Q.       No, you're not telling me, or no, it wasn't
```

Tabatha Jackson  4/14/2022

```
 1          working?
 2   A.     It wasn't working.  No water came out of it.
 3   Q.     So you just turned the taps and no water?
 4   A.     No water.
 5   Q.     And then you said that sometimes the COs would
 6          let you out to get water.  Where did you go?
 7   A.     To another sink.
 8   Q.     And was this a sink in a different cell?
 9   A.     No.  It's a utility sink where they dump mop
10          water.
11   Q.     It's on the pod somewhere?
12   A.     Yes.
13   Q.     And is this the water you're saying is rusty and
14          brown?
15   A.     Yes.
16   Q.     What about the water in medical?
17   A.     The water in medical, it was -- I didn't have no
18          water in my unit, in my room, but in the bathroom
19          where the bathtub is and shower, that water was
20          pretty cool.  It just wasn't right in general
21          population.
22   Q.     In the 2D pod you were in with Ms. Davis?
23   A.     Yes.
24   Q.     Do you think you ever became I will as a result
25          of drinking the water?
```

Tabatha Jackson  4/14/2022

```
 1  A.   I just know I was dehydrated really bad.  And I
 2       couldn't -- if I had, like, medication, like say
 3       I bought my stuff off of commissary, I couldn't
 4       take it no where.  I didn't have water.
 5  Q.   Help me out with that.
 6  A.   I couldn't take the medication that I bought off
 7       of commissary because I didn't have no water.  So
 8       basically I was still in a lot of pain.
 9            Then they put something on where -- in the
10       commissary where you can drink stuff, and so I
11       started buying me stuff to drink for me and
12       Phyllis.
13  Q.   What kind of stuff were you buying for yourself
14       and Phyllis?
15  A.   Little Kool Aid packets.  They had just -- to me,
16       basically Kool Aid packets.
17  Q.   This is powder packets?
18  A.   Yes.  They got some of that in a little jug like
19       this.
20  Q.   So you are looking at your water bottle there?
21  A.   Yes.  Not the water bottle.  It's a little slim
22       thing of Kool Aid.
23  Q.   These are the things you twist the top off?
24  A.   Yes.  And drink Kool Aid.  Sometimes if you get a
25       full box, they can put whatever they want to in
```

Tabatha Jackson  4/14/2022

```
 1           that food box to bring to you.  So Nika let me
 2           get -- Nika got some water for me and little
 3           stuff I can drink.
 4   Q.      So again, do you think you ever -- you said you
 5           got dehydrated as a result of I guess just not
 6           having enough water, right?
 7   A.      Yeah.  My lips was cracking because I was not
 8           drinking water.  And then it made my -- excuse my
 9           french -- not french, but excuse what I'm about
10           to say.  It made my urine start -- your urine
11           start to smell.  When you can't drink water, your
12           urine starts to get strong.  And by me being
13           shot, my urine extra strong.  And then when you
14           in the room all day every day except for some COs
15           let you out, then you try to take a shower
16           because you musty.  You stink.  And like I said
17           before, the water come to your ankles, and then
18           you got bugs in it.  You got still water with
19           hair, a lot of people hair, bugs and creepy
20           crawlers coming out.  You just stink.
21   Q.      So if you look back at paragraph 30(A), we have
22           got a list of like A(1) through 9, correct?
23   A.      Yes, sir.
24   Q.      And I'm not seeing about a shower.
25   A.      It's part of the water.  It says drinking cloudy
```

Tabatha Jackson  4/14/2022

```
 1            water, but it's still part of the water.  And I
 2            don't know why it's not there, but it's still
 3            part of that.  You have got water.  The water is
 4            still water.
 5   Q.       So still water.  It's like still as in not
 6            flowing?
 7   A.       Not going down.  Not going nowhere.  But what's
 8            coming up out of it is still part of the bugs.
 9            You got that.  I don't know, sir.  It's still
10            water.
11   Q.       So other than this time that you were spending
12            with Ms. Davis, was there -- were there other
13            times that the sink in your cell didn't work?
14   A.       All the time since I was in there.  Since I was
15            in there to the time I left going to court and
16            then I go back to the medical unit, the water
17            didn't work.  It did not work.
18   Q.       And you're talking about the sink in your cell?
19   A.       Yes.  When you go to sleep at nighttime, you're
20            supposed to able to get a cup of water.  I guess
21            that's why they give you cups when you first get
22            in the place.  But no, I didn't have no water.
23            And I certainly wasn't going to drink toilet
24            water.
25   Q.       No.  You shouldn't.
```

Tabatha Jackson  4/14/2022

```
 1              Do you know if the County has any official
 2         policy concerning water quality?
 3  A.    No.
 4  Q.    Do you know if they have any policy or practice
 5         concerning maintenance of the sinks or toilets?
 6  A.    No, sir.
 7  Q.    Did you ever seek medical treatment from somebody
 8         outside of the jail concerning something having
 9         to do with the water?
10  A.    No, sir.
11  Q.    Did you ever file any kite or grievance
12         specifically concerning the water?
13  A.    No.
14  Q.    Do you know if anybody has ever measured the
15         contamination or tested the water in the jail?
16  A.    No.
17  Q.    You just don't know either way?
18  A.    No.  I don't.
19  Q.    Same question as we asked before.  Do you know of
20         any kind of specific state or federal law
21         concerning water quality in a jail?
22  A.    No, sir.
23  Q.    Do you know if the water is still cloudy in the
24         way you described today?
25  A.    No, sir.  I don't.
```

Tabatha Jackson  4/14/2022

```
 1  Q.   And you would not know for any cell you were not
 2       personally occupying, right?
 3  A.   Excuse me?
 4  Q.   You would not know whether the water was cloudy
 5       or not in any area of the jail you were not
 6       personally in?
 7  A.   No.  I don't know.
 8  Q.   Do you know if the County made any changes
 9       related to the water supply in response to COVID?
10  A.   I don't know.
11  Q.   If you look back to 30(A), you get to talk
12       specifically about the trays.
13  A.   Okay.
14  Q.   So you say they are moldy, correct?
15  A.   Yes.
16  Q.   And where was the mold on the tray?
17  A.   Like in a creases.  You know you got like maybe
18       five little sections, and then you got this one
19       long part on the tray, well, in the creases of
20       it.
21  Q.   Is there a --
22  A.   It's like a tray this big maybe.  About like
23       this.
24  Q.   It looks like you're holding your hands maybe two
25       feet apart or so?
```

Tabatha Jackson  4/14/2022

```
 1   A.    I think so.  It's about like this.  And they

 2         brown trays.  And in the crease part of the trays

 3         where your food go, you could see blackness.  You

 4         can smell the trays.  They smell like old plastic

 5         like the trays been there a long time.

 6   Q.    Do you know if that's mold, the blackness?

 7   A.    I have no idea, but it been in the trays for the

 8         longest.  It might be black mold because it's

 9         been there.  Ever since I been using them, it's

10         black.

11   Q.    It could be black mold or it could be just some

12         other black substance?

13   A.    Like what?

14   Q.    I don't know.

15   A.    I don't know.  It looked like mold to me.

16   Q.    So other than this blackness, any other mold or

17         contamination?

18   A.    It had a very bad smell to them.  The smell kind

19         of smell of old.  Like you would use this plastic

20         over and over and over again.  It started leaving

21         a very bad odor to it.

22   Q.    And was it kind of the smell of spoiled food or

23         like sulphur?

24   A.    Smelled like plastic.  And then, like, if you put

25         your food on top of it and it's spoiled, that's a
```

Tabatha Jackson  4/14/2022

```
 1              stinky combination I'm sorry to tell you.  I

 2              can't describe the smell, but that's not a good

 3              combination of a smell.

 4    Q.        And you would eat the food sort of supplied by

 5              the jail off these trays?

 6    A.        Yes.  Until Shanika started sending me money.

 7    Q.        Then when she did that and you were buying

 8              commissary, you were still using the trays?

 9    A.        No.

10    Q.        Any specific medical problems or health condition

11              you're attributing to the trays?

12    A.        No.  They just stink.  And they should have just

13              changed them.  They should have -- if you know

14              somebody had already got -- I don't know if they

15              got sick from smelling them trays or whatever,

16              but they should have -- I think personally they

17              should have just made it their best effort to fix

18              the stuff before it got out of hand, or whatever.

19              That's all I know.

20    Q.        Do you know if they still use the same trays?

21    A.        I don't know.  No, sir.  I don't.  I will pray

22              they don't.  I will pray like crazy that they

23              change it, but I don't know.

24    Q.        So you don't know if they changed it, and if so,

25              when?
```

Tabatha Jackson  4/14/2022

```
 1   A.    No.  God knows I don't.

 2   Q.    Do you know if they use the same dishwashing

 3         machine as they did in 2018 and '19 when you were

 4         there?

 5   A.    No, sir.  I don't.

 6   Q.    Do you know any state or federal law that you

 7         contend the County violated relative to the

 8         trays?

 9   A.    I don't.

10   Q.    Have you ever filed a kite or grievance specific

11         to the trays?

12   A.    I think we all did.

13   Q.    But did you, Ms. Jackson?

14   A.    Yes.  I told him the trays stink.  They got a

15         stinky odor, an old plastic odor.  And I was not

16         trying to be funny at that particular -- I said

17         it because when you get shot in the stomach and

18         you have a different kind of outlook and smell,

19         or whatever, to stuff around you, sometimes that

20         smell make you throw up and sick or the food make

21         you throw up and sick because it's messed up.

22         I'm just saying -- pertaining to my stomach.

23         That's all I'm saying.

24   Q.    So we've covered a number of conditions, food,

25         sleep, trays, water, that kind of thing.
```

Tabatha Jackson  4/14/2022

```
 1   A.      Yes.
 2   Q.      Do you think that those problems were worse for
 3           you because you had been shot as compared to
 4           somebody who hadn't been?
 5   A.      No.  You know what?  I think what it is is that
 6           it happened to everybody.  Not just me.  It was
 7           everyone.  The people just didn't care.  They
 8           didn't care enough to even help us, to see about
 9           us.  They just saw us as one part --- that we
10           were the bad guys, so they didn't help us.  They
11           knew the stuff was messed up before we did.
12   Q.      And when you say they, who do you mean?
13   A.      The jail, the County jail.  The people in the
14           offices, they knew this stuff way before we did.
15           We didn't -- it's not like I came in here and I
16           knew those books was brown.  I didn't know that.
17   Q.      You testified that the conditions existed in the
18           jail because you personally experienced them,
19           correct?
20   A.      I experienced them, yes.
21   Q.      And other than the fact that they were there and
22           you were experiencing them, do you have any
23           reason to think that, say, the warden of the jail
24           knew about them?
25   A.      Yeah.  Everybody -- I don't know who these other
```

Tabatha Jackson 4/14/2022

```
 1        people is, but yeah.  Mr. Ivey knew that.  He
 2        knew.
 3   Q.   Why do you think Mr. Ivey knew that?
 4   A.   As long as the people been putting complaints,
 5        this and that, yes, he knew.  He had enough time.
 6        These people right here had enough time to change
 7        the situation way back.  What's that man's name
 8        that passed away?  He was the warden before that.
 9        He even know.  Them trays been there a long time.
10   Q.   The man that passed --
11   A.   The warden before Ivey.  I can't think of his
12        name.  He's a Caucasian man.  He'd been here long
13        enough to know the trays was like this.  They got
14        an old plastic, deep, nasty smell to them.  They
15        been here a long time.  Matter of fact, I'm going
16        to tell you something.  Back in 1995 when I was
17        here, them trays was here, too.
18   Q.   Were they moldy then?
19   A.   They were moldy then, and they moldy now.  Yes,
20        sir.  They was here.
21   Q.   Moldy then, moldy now.  I think you testified you
22        don't know one way or another about now.
23   A.   You asking me questions.  It's coming back to me
24        as I'm sitting here talking to you.  It's not
25        like I know it right offhand, sir.
```

Tabatha Jackson  4/14/2022

| | | |
|---|---|---|
| 1 | Q. | But, I mean, I want -- |
| 2 | A. | I'm giving you the best that I got, sir.  And as |
| 3 | | it's coming to me, I'm just telling you. |
| 4 | Q. | When you just said moldy now -- |
| 5 | A. | It was moldy then.  I'm just coming to my mind as |
| 6 | | stuff goes along with me, sir, of how long -- |
| 7 | | estimate of how long the stuff is.  I don't know |
| 8 | | about it today because I can't tell you today, |
| 9 | | but I can tell you then.  I can't do that today. |
| 10 | Q. | And then means 2017 to '19, correct? |
| 11 | A. | 2020, 2021, '22, I can't tell you what happened |
| 12 | | now.  I don't know. |
| 13 | Q. | So the last one on the list is having to live in |
| 14 | | an environment infested with bugs.  You discussed |
| 15 | | the shower, right? |
| 16 | A. | Yes, sir. |
| 17 | Q. | Any other bug issues that -- |
| 18 | A. | There's bugs all through that place.  I don't |
| 19 | | know if you ever walked through there, or |
| 20 | | whatever.  It's bugs all through that jail back |
| 21 | | there.  Yes.  I have lived in an environment with |
| 22 | | a bunch of bugs, infested bugs.  You got to put |
| 23 | | something on your head and your face to make sure |
| 24 | | bugs don't get in your ears or don't go in your |
| 25 | | hair. |

Tabatha Jackson  4/14/2022

1  Q.  What were you putting on your head and your face?

2  A.  My t-shirts and my panties.  You know, they give

3      you two pair of panties and two shirts and one

4      bra.  So you take a pair of panties, but you know

5      this is going to be -- there's probably holes

6      there, so you take one of your shirts and wrap

7      your face and your head up to keep the bugs from

8      coming out your -- going in your ears and in your

9      head.  They could lay some eggs up in there.

10 Q.  Were you just walking around the --

11 A.  -- unit with the stuff over my head?  Yes, sir.

12     I did.

13 Q.  All the time?

14 A.  All the time.  All of us girls in unit 2D, yes,

15     we did.

16 Q.  What about girls in the other parts of the jail?

17 A.  I don't know about them, sir.  I just know about

18     2D.  And I do know about the medical.  Yes, we

19     did.

20 Q.  Can you tell me about any sort of specific type

21     or species of bugs?

22 A.  I know you got roaches in here, and you got these

23     little bitty black bugs.  They are a pest.

24 Q.  Do they fly or walk around?

25 A.  They fly.  Some of them was already in your food

Tabatha Jackson  4/14/2022

```
 1           when you get your food.
 2   Q.      Did it vary sort of by time of year?
 3   A.      I don't know, sir.  I just know they was there.
 4           I don't know how long they was there.  I just
 5           know they was there.
 6   Q.      Did you ever get bitten or stung by a bug?
 7   A.      No.  I just kept them from off me.  I don't know
 8           if I got stung, but if you sleeping, you get out
 9           of your sleep and pop one of them.
10   Q.      Do you know if the County or the jail employs an
11           exterminator?
12   A.      No.  I ain't seen one.  That's probably why
13           there's a lot back there because I ain't seen
14           one.  Not an exterminator, no.
15   Q.      Do you know if they employ the same exterminator
16           now as they did back then?
17   A.      I don't know.
18   Q.      Do you know --
19   A.      I ain't never seen one so I can't tell you that.
20   Q.      Do you know if the jail has similar problems with
21           bugs today as it did then?
22   A.      I don't know.
23   Q.      Do you know if the jail did anything specifically
24           to deal with bugs in response to COVID?
25   A.      I have no idea, sir.
```

Tabatha Jackson  4/14/2022

```
 1   Q.   Do you know if there is any state or federal law
 2        concerning the appropriate pest control in a
 3        jail?
 4   A.   I don't know.
 5   Q.   Have you ever filed a kite or grievance specific
 6        to the bugs?
 7   A.   Well, sir, to be very honest, no.
 8   Q.   So we've covered a number of these conditions of
 9        confinement issues that you raised in your
10        Complaint, correct?
11   A.   Yes.
12   Q.   Other than Mr. Gross and your other attorneys,
13        have you spoken to anybody else about these
14        conditions?  Have you discussed this?
15   A.   I only talked to Terrell Reed.  I only talked to
16        my sister.  I talked to my daughter Nika.
17   Q.   Terrell Reed, your sister, Shanika, right?
18   A.   Shanika.
19   Q.   And --
20   A.   Sandra Norris.
21   Q.   Have you spoken to Ms. Davis since you have been
22        out of jail?
23   A.   Couple times.  Not over the phone or nothing.  I
24        talked to her when we -- if we had to meet up or
25        somewhere at the lawyer's office.
```

Tabatha Jackson  4/14/2022

```
 1  Q.    So other than Ms. Davis, have you spoken to any
 2        other former inmate, current inmate, about this
 3        lawsuit or conditions in the jail?
 4  A.    Yeah.  One person.
 5  Q.    Who is that?
 6  A.    Robyn Jackson.
 7  Q.    Who is that?
 8  A.    Robyn Jackson is my niece.  She one of them that
 9        got put in lockup because she helped me up.  It
10        was Robyn and Veronica Williams.  My bad.  I
11        forgot to add Robyn.
12  Q.    So Robyn and Veronica Williams?
13  A.    They helped me up off the floor, and then the
14        whole unit decided that -- they went in lockup.
15        Ms. Jackson and Ms. Howard told them if anybody
16        help me up off the floor because I fell, that
17        they had to go in lockup.  So these ladies, they
18        were very nice to me.  And I'm going to speak up
19        for them.  They all help me and they all went in
20        lockup, and then we all been in red zone.  We
21        experienced everything.  Everything I'm telling
22        you, we experienced it.
23  Q.    So we've got Robyn Jackson and Veronica Williams.
24  A.    R-O-B-Y-N.  Robyn Jackson and Veronica Williams
25        and Phyllis.  Those are the only names that I
```

Tabatha Jackson  4/14/2022

```
 1          know.
 2   Q.     And did you talk to Ms. Jackson or Ms. Williams
 3          about being a plaintiff in this lawsuit?
 4   A.     No.
 5   Q.     Did you talk to either one of your daughters
 6          about being a Plaintiff in this lawsuit?
 7   A.     Nika, she was in here.  Vicki was in here, but
 8          they don't qualify, I don't think.  I don't know
 9          if they qualify, but I did talk to them.  I said
10          maybe I should just go for a class action.  Maybe
11          I should let -- we need to be heard.  I just
12          talked to them, yes.
13   Q.     Anybody else that you can name that you think
14          might be a member of the class in this case?
15   A.     I don't know.
16   Q.     In your Complaint in a couple of places you
17          mention a United States Marshal's report.
18   A.     What that mean?  Are they policemen?
19   Q.     Hang with me here.
20   A.     What is it?
21   Q.     Give me a second.  I will get there.
22              27, 28.
23   A.     Which one?  This one?
24   Q.     Yeah.  That Complaint.
25              So I will read paragraph 27.
```

Tabatha Jackson  4/14/2022

```
 1              The U.S. Marshal's Report on the Cuyahoga
 2         County Correction Center is attached to the
 3         Complaint and expressly incorporated herein.  The
 4         U.S. Marshal report states that the Cuyahoga
 5         County Correction Center is one of the worst
 6         jails in the country.
 7              Do you see that?
 8    A.    Yes.
 9    Q.    Have you ever seen or read that report?
10    A.    No.
11    Q.    Do you know when it was issued?
12    A.    No.
13    Q.    Do you know at what time the U.S. Marshals
14         inspected the jail?
15    A.    No.
16    Q.    Do you know if they have ever inspected the jail
17         at any other time other than the reports
18         mentioned here?
19    A.    I don't know.
20    Q.    Is there anybody else that you know of that is
21         charged with the responsibility of inspecting the
22         Cuyahoga County jail?
23    A.    I don't know, sir.
24    Q.    So if somebody else inspected the jail, you don't
25         know if they did it and you don't know what they
```

Tabatha Jackson  4/14/2022

```
 1           found, correct?
 2  A.       You're right.
 3  Q.       Do you remember answering some interrogatories or
 4           questions that we sent to your lawyer in this
 5           case?
 6  A.       You have to be more specific.  I don't know what
 7           you're talking about.
 8                         - - - - -
 9     (Thereupon, Exhibit 5 was marked for the purpose of
10                       identification.)
11                         - - - - -
12  Q.       So if you turn to the last page of this, you see
13           something called Verification, correct?
14  A.       This one?
15  Q.       Yes.
16  A.       Yes.
17  Q.       And that's your signature there?
18  A.       Yes.
19  Q.       And so does this sort of jog your memory about if
20           you ever answered any questions we may have sent
21           you and your lawyer about the case?
22  A.       Okay.
23  Q.       Do you remember seeing this document before?
24  A.       Yes.
25  Q.       I will turn to -- if you look at Interrogatory
```

Tabatha Jackson  4/14/2022

```
 1            5 -- actually, Interrogatory 6, if you would.
 2                 So that refers to paragraph 23 in your
 3            Complaint, which is Exhibit 1, which had the
 4            conditions we were talking about, correct?
 5   A.       Yes.
 6   Q.       And paragraph 23 says the Defendant Cuyahoga
 7            County negligently, intentionally, maliciously,
 8            et cetera, et cetera, created or allowed to
 9            exist, pursuant to the policy, practices, and
10            customs, inadequate training, supervision, and
11            monitoring.
12                 Do you know anything about the County's
13            policy or practices related to training of its
14            employees?
15   A.       No, I don't.  I don't know what they do.
16   Q.       So you just don't know the training one way or
17            the other?
18   A.       I don't know the training.
19   Q.       The next interrogatory here is itemized all the
20            damages --
21   A.       What paragraph you on?
22   Q.       Interrogatory 7 here.
23   A.       Okay.
24   Q.       Itemize all the damages that you alleged were
25            suffered as a result of this case.
```

Tabatha Jackson  4/14/2022

```
 1              Is there anything that you -- any kind of
 2         health problems that we have not discussed today
 3         that are a result of either the handling of your
 4         wheelchair, the incident with Mr. Pritchett, or
 5         the conditions of confinement?
 6  A.     Well, I'm going to tell you this:  I feel as
 7         though had they not took my wheelchair, I'd had a
 8         better chance of not having sciatic.  I'd had a
 9         better chance of not hurting myself.  I'd had a
10         better chance of maybe just walking a little bit
11         better without being in pain as much as I am.
12              I believe that as a result of Mr. Pritchett,
13         I would not have had these handcuff marks on me
14         for the rest of my life where he handcuffed --
15         had them tight handcuffs on me that hurt me.
16              What else did you say, sir?
17  Q.     The conditions of the confinement, that would be
18         the water and the food, and all the rest of that?
19  A.     Well, you know what?  To me, I didn't have no
20         commissary money, so I had to eat what I had to
21         eat.  But nobody should have had to eat like
22         that.  This jail make a whole bunch of money for
23         them to feed us right and adequately.  Just
24         because we are inmates, we are not all bad.
25  Q.     So the jail makes a whole lot of money?
```

Tabatha Jackson  4/14/2022

```
1   A.    The whole jail.  This whole place makes enough
2         money to feed the inmates better than what they
3         feeding them.
4   Q.    How do you know the jail makes money?
5   A.    Mister, this is one great, big, old building.
6         You got the courts.  You got the people buying --
7         you buying food.  You got all kind of stuff.  I
8         mean, set aside something.  Even though -- and
9         matter of fact, you get $40 off of each head that
10        come in here off of their own money.  They take
11        $40 out of your commissary for housing you, for
12        helping you.  No, sir.  They should be able to
13        eat a lot better.  Just because -- like I said,
14        just because we all inmates in their eyes, some
15        of us not bad.  Some of us come out of here and
16        want to live the right way.  I'm not a criminal.
17        I want to go to school.  And I'm going to school.
18             But nobody should be like that.  No, sir.  I
19        don't know how people is being trained in here.
20        I don't know they do a lot of stuff in here.  But
21        I just want people not to be treated bad and hurt
22        like this.  This is getting out of hand.
23                     MR. STEWART:  Let's do one
24                more break here.  Back in about
25                five minutes.
```

Tabatha Jackson  4/14/2022

```
 1                      - - - - -

 2              (Thereupon, a recess was had.)

 3                      - - - - -

 4  BY MR. STEWART:

 5  Q.    Ms. Jackson, if you would take a look at

 6        paragraph number 63 of the Complaint, which is

 7        Exhibit 1.

 8  A.    Sir, you said --

 9  Q.    Page 63 of Exhibit 1.  It's on page 12.

10  A.    I got it.

11  Q.    It says, Defendants were deliberately indifferent

12        to your serious medical needs because they did

13        not give you medication prescribed to treat your

14        gunshot wound.

15              What medication are you talking about there?

16  A.    Well, I was given Gabapentin.

17  Q.    What is Gabapentin?

18  A.    Gabapentin is for -- that's like -- no.  That was

19        given to me afterwards.

20              I was given pain medication when I came from

21        University Hospital.  When I came here, they had

22        an envelope with all my prescriptions in it.

23  Q.    This is when you came right after you were shot?

24  A.    Yes.  And they didn't give me my medication.

25        However, they did fill out my Percocets.  Someone
```

Tabatha Jackson  4/14/2022

```
 1        filled out in my name while I was in jail.  It
 2        couldn't have been me if I'm locked up for eight
 3        months.  So somebody in the jail filled it out
 4        and --
 5   Q.   Just so I understand this, you came to the jail
 6        with an envelope with all your prescriptions.
 7        Were these, like, papers describing the
 8        prescriptions, or were these the pills
 9        themselves?
10   A.   They were actually prescriptions that they were
11        supposed to fill out for me.
12   Q.   Not actual pills?
13   A.   No.
14             So when I got out the sheriff's car, the
15        sheriff had the paper.  That's how I met Mr.
16        Pritchett.  Mr. Pritchett was one of the men that
17        was downstairs.  He walked over to the officers,
18        and they had him the envelope.  So he turned
19        around --
20   Q.   So he walked over to the officers.  These are the
21        sheriffs who brought you in from the hospital,
22        correct?
23   A.   Correct.
24             So the sheriffs gave him the envelope.  But
25        he gave the envelope back to the sheriffs and
```

Tabatha Jackson  4/14/2022

```
 1           pointed them to the desk.
 2   Q.      And then what happened?
 3   A.      I never received my medication.
 4   Q.      So you never received the medication that you had
 5           come from the hospital with?
 6   A.      Right.  And I was locked up in the -- this is the
 7           first time I was locked up.  The first two weeks
 8           I was locked up I was in pain so bad that -- it
 9           just hurted me so bad that I called for God every
10           five minutes.  Being shot, I don't have no
11           medication.  And so I thought that they gave the
12           paperwork up, but I didn't have anything.  I took
13           that raw -- that pain raw.  I took it really raw.
14   Q.      So when you say pain medication, do you mean
15           Percocet?
16   A.      Percocet.  I don't know the other ones that were
17           in there.  I know Tramadol, but they turned
18           around and gave me a generic called Tizanidine.
19   Q.      What is that?
20   A.      It's less addictive than Tramadol.
21   Q.      Do you know if Tramadol is an opioid?
22   A.      I don't know.
23   Q.      I don't know either.  I'm just asking if you
24           know.
25   A.      I don't know.  But I had got to the point where
```

Tabatha Jackson  4/14/2022

```
 1        the pain was so bad that I was just taking and
 2        drinking.  I started drinking, and then I went to
 3        a rehab.  I asked to go to those rehabs.  I felt
 4        the medication -- my tolerance is low.  That
 5        means I can take Children's Tylenol and I would
 6        sleep for a couple days.  I knew me.
 7  Q.    So we've got the Percocet.  And they took your
 8        Tramadol and gave you --
 9  A.    Tizanidine.  That's because at that particular
10        time, Judge Michael P. Donnelly, he talked to
11        somebody that was in the courtroom that day, and
12        I told him I'm not getting my medication.  Can I
13        please go home?  I'm in pain.  That's when he
14        decided to let me go to Cambridge.
15  Q.    And Cambridge is?
16  A.    Is dual diagnosis.
17  Q.    So dual meaning?
18  A.    It means drug and alcohol.  And it also means
19        psychiatric.
20  Q.    So do you have a Percocet prescription today?
21  A.    No, sir.  I will not touch that.  What I have
22        today is I have Tizanidine and I have a
23        Gabapentin.  I also have diabetic medication.  I
24        have high blood pressure medication.  And I have
25        Ibuprofen medication.
```

Tabatha Jackson  4/14/2022

```
1   Q.    That's what you're taking now?

2   A.    Yes.

3   Q.    You have diabetic medication, blood pressure

4         medication, and Ibuprofen.

5   A.    My high blood pressure medication is Metoprolol,

6         Amlodipine, and Triamterene.

7   Q.    What are you on right now in terms of your

8         diabetes?

9   A.    I'm on Glyburide.  G-L-Y-B-U-R-I-D-E.

10  Q.    Were you on Glyburide, Metoprolol, and the other

11        blood pressure medications you mentioned when you

12        came to the jail in 2017?

13  A.    Yes.

14  Q.    Did they give those to you?

15  A.    After I talked to Judge Michael P. Donnelly, yes,

16        because he had the actual list of medications.

17        And then he told me which ones I could have in

18        the jail, but that's it.

19  Q.    He told you there were some that you could have

20        and some that you couldn't?

21  A.    Yes.

22  Q.    Which ones did he say you couldn't have?

23  A.    My Tizanidine.

24            And he said that they didn't -- I take

25        Ibuprofen 800.  Then I was taking Tylenol up to
```

Tabatha Jackson  4/14/2022

```
 1             1,000 milligrams, but he said they don't have
 2             that much milligrams here.  They have only
 3             250 milligrams.
 4    Q.       So in total you think you didn't get your
 5             Percocet when you first came in?
 6    A.       I didn't get absolutely no medication when I came
 7             in, and I was in pain.  I had just had surgery a
 8             couple days prior.  I didn't get nothing.
 9             Absolutely nothing.  And I didn't have no money
10             at that particular time for commissary.  I went
11             in there raw.  When I mean raw, I cried and hurt
12             as if I was getting shot all over again.  Just
13             pain.
14    Q.       So that's what you're referring to here in
15             paragraph 63 of your Complaint?
16    A.       Exactly.
17    Q.       Are there any other issues with getting
18             medication that you were prescribed?  Did you
19             have any other problems?
20    A.       That's the only problems I had.  It's a shame I
21             had to go through a judge in order to get the
22             medication.  Because other than that -- I mean,
23             that shouldn't have had to go like that.  You
24             have medical papers.  You have paperwork stating
25             that I needed those medications.  I mean, you
```

Tabatha Jackson  4/14/2022

```
 1        have people to go out there and get methadone and
 2        be just as -- but you don't give me mine.  I
 3        didn't understand this.
 4  Q.    Did you have any -- so it sounds like one issue
 5        is that you had a lot of pain from the gunshot
 6        that wasn't being controlled, right?
 7  A.    Right.
 8  Q.    Any other specific symptoms, illnesses, problems
 9        that you attribute to not getting the medication
10        you were supposed to get at any point in the
11        jail?
12  A.    What do you mean?
13  Q.    You said you didn't get Percocet, right?
14  A.    I didn't get the medication that was prescribed
15        to me by a doctor from being shot three times.
16        My thing is they couldn't give me -- they turned
17        around and gave the -- took the Tramadol and gave
18        me Tizanidine.  They could have substituted
19        something, but they didn't give me anything but
20        that.  And I had to go to a judge to get that.
21  Q.    That was right after you were shot, right?
22  A.    The first two weeks, no.  I didn't go to -- I had
23        to wait the second go-around for the judge.
24  Q.    Now, I guess I may have not asked my question all
25        that well, and we'll try again.
```

Tabatha Jackson  4/14/2022

```
 1              You have told me about the kind of
 2         uncontrolled pain that you had as a result of not
 3         getting the right drugs.  Is there any other
 4         health issues that you think you had as a result
 5         of not getting the right drugs?
 6  A.     No.
 7  Q.     As you sit here today, when do you think the last
 8         time you had a Percocet prescription was?
 9  A.     Well, maybe -- I have not.  They offered me the
10         prescription.  I won't take it due to me
11         changing, due to me -- I went to the rehab.  I
12         done a lot of things in rehab to the point where,
13         no, I don't need it.  The only thing I take now
14         is Gabapentin, Tizanidine, and my Ibuprofen.
15         That's all I take for the pain.
16  Q.     And do you think that -- does that control your
17         pain reasonably well?
18  A.     Reasonably well, yes.
19  Q.     Other than yourself, are you aware of anybody
20         else who had a similar problem concerning not
21         getting the proper medication in the jail?
22  A.     Yes.
23  Q.     Who?
24  A.     Over half the women who was 2D.  Phyllis Davis,
25         Robyn Jackson, Veronica Williams, and a lot of
```

Tabatha Jackson  4/14/2022

```
 1        other women who was in 2D, they didn't get the

 2        proper medication they were supposed to have.

 3        Either they spoke up and they went into the red

 4        zone, or they went in lockup or went into the

 5        hole.  Veronica Williams have epilepsy.  She

 6        passes out and she shakes all over that floor.

 7        For them to think this young lady playing is

 8        really wrong, and you lock her up.

 9   Q.   We've got Phyllis.  We've got --

10   A.   Robyn Jackson and --

11   Q.   -- Robyn Jackson Veronica Williams?

12   A.   Yes.

13   Q.   And anybody else?

14   A.   I don't know.  Yes, I do.  Crystal Lott, L-O-T-T.

15   Q.   C-R-Y-S-T-A-L?

16   A.   Yes.  She was my first roommate.  She was the

17        first one -- my roommate before Phyllis.  When I

18        first got there and I was in there falling, yes.

19        I don't know her phone number.  I don't know -- I

20        only seen her in there.  And it took me a minute

21        -- her name had been on the tip of my tongue for

22        the longest.  Thank you, Jesus.

23   Q.   Anybody else?

24   A.   No.  I don't know the rest of them.  I don't know

25        them.  I don't know nobody else on the other
```

Tabatha Jackson  4/14/2022

```
 1          side.
 2   Q.     Now, do you know if the County has any particular
 3          written policy concerning dispensing medications?
 4   A.     I don't know what they policy is, sir.
 5   Q.     Any procedures that they follow?
 6   A.     I don't know.
 7   Q.     Do you know what kind of training, if any, that
 8          doctors and nurses in the jail dispensary go
 9          through in order to dispense medication?
10   A.     I don't know.  But whatever it is, they need to
11          step their game up because too many people
12          getting hurt in here.
13   Q.     Do you know, have there been any changes in the
14          way that medical issues or the jail dispensary
15          has been run from the time you were there until
16          today?
17   A.     Could you repeat that?
18   Q.     Have there been any changes in the way that
19          the --
20   A.     I don't know.
21   Q.     So you don't know if the same person is in
22          charge?
23   A.     I don't know if the same person is in charge.  I
24          don't know if they still practicing the same way
25          they did back then.  I don't know if they still
```

Tabatha Jackson  4/14/2022

```
1     doing it now.  I don't know.  But all I know is
2     what happened to me back then and the women back
3     then.
4               MR. STEWART:  Just one
5               more break, if you would.
6               - - - - -
7          (Thereupon, a recess was had.)
8               - - - - -
9               MR. STEWART:  Ms. Jackson,
10              I don't have any more questions
11              for you today.  Thank you for
12              coming in, and thank you for
13              your time today.
14              MR. GROSS:  And she would
15              like to read.
16              - - - - -
17         (Deposition concluded at 3:28 p.m.)
18              - - - - -
19
20
21
22
23
24
25
```

Tabatha Jackson  4/14/2022

```
1                         CERTIFICATE

2

3    State of Ohio,              )
                                 )
4    County of Lorain.           )

5

6        I, Michelle Post, and Notary Public within and
     for the State of Ohio, do hereby certify that TABATHA
7    JACKSON was by me first duly sworn to testify to the
     truth, the whole truth, and nothing but the truth, and
8    that the above deposition was recorded stenographically
     by me and reduced to typewriting by me.

9        I FURTHER CERTIFY that the foregoing transcript
10   of the said deposition is a true and correct transcript
     of the testimony given by the said witness at the time
11   and place specified hereinbefore.

12       I FURTHER CERTIFY that I am not a relative or
     employee or attorney or counsel of any of the parties,
13   nor a relative or employee of such attorney or counsel,
     or financially interested directly or indirectly in this
14   action.

15       IN WITNESS WHEREOF, I have hereunto set my hand
     seal of office at Cleveland, Ohio on this 16th day of
16   May, 2022.

17

18                      _____

19                           Michelle Post

20          Notary Public in and for the State of Ohio,

21          My Commission Expires February 27, 2025

22

23

24

25
```

Tabatha Jackson  4/14/2022

```
1                    WITNESS SIGNATURE

2

3   I have read the foregoing transcript.  Any corrections

4   that I feel necessary will be made on a separate sheet

5   and attached to the transcript.

6

7                           _____

8                           TABATHA JACKSON

9   Subscribed and sworn to me this ____ day of _____,

10  2022.

11

12                          _____

13                          My commission expires:

14

15

16

17

18

19

20

21

22

23

24

25
```

Tabatha Jackson  4/14/2022

```
 1                    ERRATA SHEET

 2

 3   Caption: Jackson v Cuyahoga County

 4   Deposition of: TABATHA JACKSON

 5   Date Taken: 4.14.22

 6

 7   PAGE NO.        LINE NO.            CORRECTION

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
     _____
```

Tabatha Jackson  4/14/2022

**A**

**A(1** 128:1
174:22
**able** 15:12, 18:2
57:14, 99:5
114:17, 141:5
141:8, 141:10
161:22, 175:20
193:12
**absolutely** 199:6
199:9
**abused** 8:23
**access** 79:23
151:5, 151:8
151:21
**account** 158:22
158:23, 158:24
**accurate** 52:6
52:11, 55:19
70:13
**accused** 123:15
**act** 76:23, 76:24
**action** 8:6
11:15, 15:4
15:20, 16:5
21:4, 21:10
36:16, 188:10
205:13
**actual** 195:12
198:16
**add** 38:22
130:2, 187:11
**addicted** 71:10
**addictive** 71:15
71:16, 196:20
**address** 21:24
27:17, 46:5
**adequately**
192:23
**Advil** 157:18
**affect** 29:23
29:25
**afraid** 12:1
38:12, 38:12
38:13, 38:15

**African** 55:11
68:10, 86:22
**age** 5:2
**agg** 130:15
132:6
**aggravated** 31:2
31:14, 33:2
**aggressor**
108:15
**ago** 7:10, 19:9
19:10, 19:11
24:20, 98:15
122:5, 163:13
**agree** 80:23
**agreement**
135:20, 135:23
**ahead** 7:23, 8:10
8:19, 11:20
12:8, 13:14
15:7, 15:22
16:3, 17:11
18:6, 18:18
37:9, 52:15
66:17
**Aid** 173:15
173:16, 173:22
173:24
**aide** 22:8, 22:11
22:18
**ain't** 88:20
98:13, 124:10
140:5, 141:4
150:20, 151:2
185:12, 185:13
185:19
**AL** 1:6, 1:10
**alcohol** 17:24
71:12, 197:18
**alive** 155:2
155:16
**allege** 53:12
**alleged** 30:17
191:24
**allow** 16:25
57:23, 113:18
**allowed** 191:8

**altercation**
109:8
**Amanda** 111:20
154:12
**Amazon** 22:16
**American** 55:11
68:10, 86:22
**Amlodipine**
198:6
**analogy** 77:23
**analysis** 167:24
**ankle** 149:19
**ankles** 150:4
174:17
**anonymous**
38:9
**Ansel** 46:6
**answer** 6:25, 7:2
9:18, 17:1, 17:3
17:6, 19:17
108:12, 111:17
135:23
**answered**
190:20
**answering** 6:15
6:16, 165:15
190:3
**answers** 143:16
**anybody** 9:12
13:19, 16:4
16:17, 20:18
20:20, 22:5
53:23, 54:6
64:22, 68:4
73:14, 79:1
87:23, 88:5
93:18, 101:6
109:23, 110:12
110:16, 110:18
112:3, 122:13
123:7, 123:10
123:12, 123:14
123:15, 123:18
124:2, 124:13
126:25, 131:5
132:16, 133:3

136:9, 141:21
150:15, 154:13
154:15, 163:19
167:11, 167:23
176:14, 186:13
187:15, 188:13
189:20, 201:19
202:13, 202:23
**anybody's**
109:25
**anymore** 166:24
**anyplace** 56:19
**anyway** 98:4
108:18
**apart** 177:25
**apologize** 93:25
**appeal** 31:18
**appealing** 108:2
**APPEARANC...**
2:1
**applied** 27:19
**applies** 80:4
**appointment**
114:1
**appropriate**
76:17, 186:2
**approved**
167:19
**approximately**
128:4
**April** 1:15
**area** 23:4, 95:9
101:25, 132:14
134:23, 177:5
**arguing** 140:17
**arm** 34:17
78:15, 101:17
**arms** 51:22
106:9
**arrest** 33:13
**arrested** 33:10
**arrived** 58:12
**arrives** 101:8
**aside** 193:8
**asked** 83:11
104:23, 114:11

120:17, 123:6
124:7, 176:19
197:3, 200:24
**asking** 11:12
19:18, 19:19
84:23, 84:24
85:5, 112:17
112:17, 112:19
141:19, 158:10
182:23, 196:23
**asleep** 85:18
88:12, 93:9
**aspect** 154:13
**Aspire** 24:10
24:12, 24:13
**ass** 93:14
**assault** 31:3
**assigned** 86:17
86:18, 91:18
132:7
**assistant** 1:22
2:8, 2:12, 5:21
76:11
**assisted** 109:7
**assume** 7:1
**ate** 7:25, 82:14
157:22, 158:1
158:11, 158:13
159:8, 159:11
160:9, 160:12
**attached** 189:2
206:5
**attend** 15:12
**attention** 156:18
166:6, 166:7
167:9
**attitude** 90:24
**attorney** 2:12
10:12, 36:12
205:12, 205:12
**attorneys** 1:22
2:8, 16:1, 20:22
20:24, 186:12
**attribute** 113:7
200:9
**attributing**

Tabatha Jackson  4/14/2022

179:11
**audio** 116:2
116:7, 116:12
116:18, 117:3
119:5, 119:10
**August** 10:10
10:10, 42:6
70:8
**automatically**
81:7
**Avenue** 22:2
24:8
**avoid** 156:16
**aware** 115:12
201:19
**awhile** 7:14
7:14, 87:21

**B**

**baby** 33:20
133:1
**back** 7:14, 7:14
23:5, 23:9
23:11, 23:21
23:23, 26:15
26:21, 27:16
32:24, 33:1
34:22, 35:4
35:5, 35:13
40:10, 40:18
40:20, 41:11
41:16, 41:24
42:21, 43:21
43:23, 44:7
44:8, 49:9
49:13, 49:18
51:4, 51:22
54:8, 58:8
58:15, 59:11
60:9, 61:8
61:18, 64:4
65:16, 67:8
69:1, 69:3
69:16, 69:18
69:25, 70:9

71:20, 73:23
73:24, 74:1
74:1, 77:9
78:16, 80:2
82:5, 83:5
83:13, 83:14
83:17, 83:20
98:21, 98:22
99:4, 99:12
99:20, 100:2
100:3, 105:10
108:18, 110:8
118:19, 127:18
129:5, 134:8
134:11, 134:22
135:12, 135:13
135:18, 135:25
136:3, 144:14
146:14, 148:14
150:22, 151:16
151:16, 152:1
154:23, 156:7
163:25, 168:8
168:20, 168:21
169:15, 169:17
169:17, 169:23
170:2, 170:4
170:5, 170:8
170:12, 174:21
175:16, 177:11
182:7, 182:16
182:23, 183:20
185:13, 185:16
193:24, 195:25
203:25, 204:2
204:2
**backed** 87:5
**backing** 148:7
**backside** 99:7
**backward** 25:13
**backwards**
106:10
**bad** 12:14
14:15, 33:14
42:15, 78:8
93:19, 99:8

103:22, 112:1
138:9, 164:8
170:5, 173:1
178:18, 178:21
181:10, 187:10
192:24, 193:15
193:21, 196:8
196:9, 197:1
**bail** 57:10
**balance** 57:5
57:6, 72:16
91:7, 91:12
**band** 34:17
**bandaged** 67:8
81:5, 89:13
126:15
**bandages** 63:17
68:24
**barely** 123:1
**BARKER** 1:9
**based** 7:2
170:10
**basement** 54:23
**basically** 37:11
63:16, 68:22
70:24, 91:1
99:8, 155:18
173:8, 173:16
**basis** 114:21
**bathroom** 86:3
86:4, 87:11
172:18
**bathtub** 151:17
151:21, 151:22
172:19
**Beachwood** 2:5
**beat** 124:6
124:12, 127:9
**beautiful** 69:4
69:16, 100:6
**bed** 129:19
129:20, 129:22
130:21, 131:5
131:6, 131:6
131:7, 131:17
131:19, 133:2

133:6, 133:7
149:12
**beds** 56:17
56:18, 132:14
**beef** 160:13
161:7
**beginning**
115:16
**behalf** 2:2, 2:7
13:23, 20:25
145:18
**behavioral**
47:13
**believe** 13:13
51:6, 52:19
74:23, 76:9
77:2, 81:8, 81:9
117:5, 157:1
192:12
**belligerent**
93:17
**Ben** 40:14, 43:2
71:7, 84:17
84:18
**bench** 100:1
**benches** 96:15
**benefits** 29:2
**best** 6:15, 19:4
61:11, 72:18
127:6, 179:17
183:2
**bet** 146:23
**better** 134:8
151:24, 192:8
192:9, 192:10
192:11, 193:2
193:13
**beyond** 37:6
87:15
**big** 54:25, 55:1
55:10, 97:10
97:20, 101:5
106:8, 106:8
107:7, 124:21
132:14, 156:14
156:16, 158:3

177:22, 193:5
**billions** 57:22
57:23
**birthday** 21:18
21:19
**Bismol** 165:20
**bit** 39:2, 130:4
134:12, 192:10
**bitch** 93:15
**bitten** 185:6
**bitty** 90:2
184:23
**black** 55:10
124:5, 126:2
156:12, 158:5
160:4, 178:8
178:10, 178:11
178:12, 184:23
**blackness** 178:3
178:6, 178:16
**blade** 97:19
**blah** 160:21
160:22, 160:22
**blankets** 87:9
**bled** 63:24, 64:7
**bleeding** 63:17
63:20, 64:1
64:3, 64:15
69:14, 103:15
106:14, 106:15
106:17, 106:18
**blood** 29:16
98:6, 98:7
103:15, 197:24
198:3, 198:5
198:11
**Blue** 27:8, 27:10
27:12, 27:23
28:2
**Board** 25:5
25:10, 25:14
26:10, 26:18
26:23
**body** 86:5
97:10, 97:25
99:25, 100:1

Tabatha Jackson   4/14/2022

129:1
**bond** 39:20
39:22, 40:22
41:13, 43:22
**bonded** 133:9
**boo-boo** 154:6
**book** 157:11
**booked** 38:17
51:19, 52:3
54:14, 54:15
54:16, 56:5
61:23, 62:1
62:2, 62:4
70:19, 83:13
95:21
**booking** 54:25
70:15, 70:18
71:23
**books** 157:9
158:25, 181:16
**boot** 85:24
**born** 23:2
**bother** 105:21
**bothering** 165:1
**bottle** 173:20
173:21
**bought** 173:3
173:6
**box** 173:25
174:1
**boyfriend** 33:16
**bra** 184:4
**break** 38:24
48:14, 48:21
72:12, 105:12
117:20, 118:10
137:13, 169:9
170:25, 193:24
204:5
**breakfast**
156:22, 156:24
157:7
**breath** 50:8
**briefly** 33:12
**bring** 15:20
16:13, 20:25

89:6, 89:8
174:1
**bringing** 13:22
17:19, 21:4
21:9
**broke** 84:19
106:20, 117:5
118:3, 118:10
118:14, 151:2
169:7
**broken** 105:6
169:15, 170:8
170:14
**brother** 114:23
**brothers** 47:16
47:22, 53:3
**brought** 11:15
39:16, 40:18
43:23, 44:8
55:6, 120:20
120:21, 195:21
**brown** 89:7
100:6, 100:15
100:22, 101:3
101:16, 102:20
107:1, 109:17
109:18, 171:7
171:8, 172:14
178:2, 181:16
**Brown-Wiggins**
100:20, 109:7
109:14, 109:21
109:22
**Browns** 25:24
26:10, 26:14
26:19, 26:23
27:1
**Bryant** 91:20
92:3, 92:11
92:19, 92:24
93:4, 108:21
**bucket** 165:3
**Buckeye** 34:1
34:2
**bug** 183:17
185:6

**bugs** 82:14
89:16, 89:16
89:18, 89:21
89:24, 90:2
128:17, 128:17
128:21, 130:25
149:19, 150:6
155:2, 155:16
155:17, 155:18
156:10, 156:10
156:12, 156:12
156:14, 156:14
156:15, 156:16
156:16, 156:21
157:6, 157:10
158:3, 158:5
158:5, 158:9
158:14, 158:15
159:4, 159:13
159:14, 159:18
160:17, 161:3
162:17, 162:20
162:21, 162:21
162:25, 164:7
174:18, 174:19
175:8, 183:14
183:18, 183:20
183:22, 183:22
183:24, 184:7
184:21, 184:23
185:21, 185:24
186:6
**building** 2:4
193:5
**built** 168:18
**bullets** 35:4
**bullpen** 95:16
95:17, 96:10
101:14, 101:15
102:19, 104:1
104:2, 110:3
**bullpens** 102:15
**bump** 66:6
**bunch** 154:5
183:22, 192:22
**bunk** 132:14

**bunks** 131:25
**burg** 132:6
**burglary** 31:2
31:14, 33:3
130:15
**business** 27:12
27:14, 27:24
44:24, 97:3
143:20
**buying** 173:11
173:13, 179:7
193:6, 193:7

## C

**C-R-Y-S-T-A-L**
202:15
**call** 26:19, 33:22
54:24, 58:2
75:4, 78:8
110:19, 114:17
115:16, 115:19
117:1, 118:24
118:25, 121:6
138:11, 157:8
157:8, 158:17
165:20
**called** 1:19, 5:2
27:8, 29:19
44:14, 49:3
49:5, 71:15
112:19, 114:19
158:18, 160:6
168:22, 190:13
196:9, 196:18
**calling** 93:14
111:7, 120:18
**calls** 115:11
115:12, 119:22
120:5
**calm** 100:11
100:12, 101:24
**calmed** 101:23
**Cambridge**
43:13, 43:24
44:4, 44:19

45:16, 48:24
197:14, 197:15
**campus** 39:6
39:9
**cane** 80:18, 96:6
**canes** 81:1
**capacity** 154:4
**Caption** 207:3
**car** 195:14
**care** 22:24
64:23, 68:24
68:25, 84:6
143:10, 181:7
181:8
**CareSource**
22:20, 22:22
**Carry** 34:15
**cart** 50:18
156:6
**carts** 50:15
**case** 5:17, 5:24
7:21, 7:24, 9:8
11:1, 11:15
12:6, 13:23
14:19, 15:13
16:17, 17:16
17:20, 19:14
19:23, 19:24
20:3, 20:5
20:16, 20:25
30:10, 33:3
39:24, 41:21
46:14, 50:20
54:20, 74:7
94:9, 188:14
190:5, 190:21
191:25
**Cashin** 75:15
**cast** 133:4
**Catherine** 75:17
**catty-corner**
104:3, 104:14
**Caucasian**
91:11, 91:13
160:3, 182:12
**cause** 113:9

Tabatha Jackson 4/14/2022

caused 90:21
Cavaliers 27:2
CD 115:10
120:2
cell 85:15, 88:20
92:19, 92:20
101:10, 101:10
101:11, 101:14
129:21, 139:8
139:9, 139:25
140:3, 140:6
140:6, 140:16
146:12, 147:11
148:1, 171:19
172:8, 175:13
175:18, 177:1
cellmate 132:4
cellmates 159:1
cells 56:19
88:21, 129:15
132:7, 132:10
132:11, 132:18
156:16
Center 1:22, 2:9
2:12, 51:20
52:4, 189:2
189:5
centers 48:22
certain 55:23
60:17, 62:21
105:16, 164:5
certainly 175:23
CERTIFICATE
205:1
certified 5:4
certify 205:6
205:9, 205:11
cetera 191:8
191:8
chair 164:21
164:22
chance 192:8
192:9, 192:10
change 63:16
68:23, 169:19
169:25, 179:23

182:6
changed 179:13
179:24
changes 136:14
136:20, 168:1
169:2, 177:8
203:13, 203:18
changing
201:11
charge 31:12
39:23, 130:15
132:6, 203:22
203:23
charged 31:2
189:21
charity 44:23
Charles 64:25
136:1, 136:2
167:13, 167:16
check 47:17
70:22
checked 63:11
97:22, 105:19
chef 24:17
24:18, 49:17
chest 35:4
Children's
197:5
chili 160:12
160:14, 160:15
160:16, 161:4
161:5, 161:9
Chips 27:8
27:10, 27:12
27:23, 28:2
choice 33:14
159:12
chooses 133:5
Chris 98:9
Christ's 77:6
chronic 29:11
Circle 39:7
circumstances
40:11, 112:21
Civil 5:3, 5:22
Clack 75:17

claiming 153:14
claims 13:22
127:12
clarify 6:22
class 8:5, 8:16
10:3, 10:4
10:25, 11:13
11:15, 13:23
15:4, 16:5, 21:4
21:10, 36:16
37:3, 37:6
188:10, 188:14
claustrophobic
152:25
clean 28:1
87:18, 127:16
128:14, 128:22
131:21
cleaning 27:13
147:21, 153:7
153:10
clear 26:13
65:2, 65:12
68:15, 143:21
Cleveland 1:24
2:10, 2:13, 23:3
23:4, 23:7
23:12, 25:24
26:10, 27:1
27:1, 27:1, 46:7
58:9, 123:1
205:15
clients 22:22
Clinic 58:9
clogged 145:16
146:17, 147:10
close 113:4
113:4
closed 38:19
77:4
cloudy 171:6
174:25, 176:23
177:4
collecting 28:18
28:23
combat 126:2

combination
92:5, 94:5
164:11, 179:1
179:3
come 6:4, 11:25
23:5, 23:9
23:11, 35:25
37:15, 37:16
38:14, 41:16
42:21, 48:10
49:13, 49:18
50:5, 58:1
61:18, 62:10
71:1, 71:5
71:21, 81:10
93:11, 95:19
97:25, 99:14
101:9, 101:12
101:25, 102:2
102:3, 106:4
109:11, 124:5
124:12, 128:17
128:24, 128:25
130:15, 131:21
132:8, 135:11
137:21, 138:5
138:5, 138:8
138:17, 138:18
138:21, 139:7
145:10, 145:12
146:1, 146:13
146:13, 149:19
150:4, 150:5
150:6, 150:7
154:7, 159:17
174:17, 193:10
193:15, 196:5
comes 30:3
89:3, 168:5
comfortable
89:14
coming 96:20
97:4, 101:5
114:11, 138:2
138:4, 139:22
142:8, 149:20

156:15, 158:8
174:20, 175:8
182:23, 183:3
183:5, 184:8
204:12
commencing
1:24
commissary
157:12, 157:13
157:17, 157:24
157:25, 159:5
159:9, 160:7
160:10, 160:14
160:15, 161:19
161:23, 167:1
173:3, 173:7
173:10, 179:8
192:20, 193:11
199:10
commission
205:21, 206:13
commit 31:18
commits 95:22
company 24:12
27:8, 27:13
27:22, 168:22
compared 181:3
compensation
22:19
complain 85:8
complaining
169:18
Complaint
50:20, 59:11
60:22, 90:7
127:19, 137:15
137:18, 148:17
154:23, 171:2
186:10, 188:16
188:24, 189:3
191:3, 194:6
199:15
complaints
182:4
complete 31:19
43:17

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| **completed** 43:21, 46:3 | 77:19 | 31:10, 31:13 | 138:2, 140:17 | 69:20, 197:11 |
| **completing** 126:8 | **considering** 114:24 | 32:21, 33:10 | 152:22, 172:5 | **courts** 1:23, 2:9 |
| **concern** 82:12 | **consisting** 115:10 | 35:23, 37:3 | 174:14 | 2:12, 97:5 |
| **concerned** 82:13, 153:19 | **containing** 155:1, 155:15 | 39:4, 39:12 | **costs** 16:10 | 193:6 |
| **concerning** 5:17 | **contamination** 176:15, 178:17 | 40:8, 41:24 | **counsel** 205:12 | **cousin** 122:19 |
| 5:19, 82:2 | **contend** 122:14 | 44:19, 45:17 | 205:12 | **cover** 30:9 |
| 125:20, 125:25 | 180:7 | 47:7, 49:5 | **counter** 157:18 | 128:7, 155:3 |
| 126:5, 126:11 | **contending** 132:20 | 49:11, 49:12 | **country** 189:6 | **covered** 15:3 |
| 126:25, 127:5 | **continued** 63:24 | 51:23, 52:1 | **counts** 153:22 | 20:15, 21:2 |
| 137:1, 137:5 | **continuing** 162:22 | 56:24, 57:3 | **County** 1:9 | 48:24, 88:17 |
| 142:16, 143:7 | **contraband** 124:19, 138:13 | 61:19, 62:7 | 5:18, 5:22, 5:23 | 114:3, 127:10 |
| 143:11, 144:12 | 138:22, 138:24 | 62:10, 64:10 | 7:25, 9:9, 9:12 | 127:10, 137:16 |
| 147:15, 153:6 | 139:1 | 70:10, 74:9 | 10:17, 11:1 | 147:24, 180:24 |
| 153:10, 169:7 | **control** 142:9 | 75:2, 79:24 | 13:3, 25:5, 32:7 | 186:8 |
| 176:2, 176:5 | 186:2, 201:16 | 81:14, 81:16 | 32:13, 32:24 | **covering** 161:2 |
| 176:8, 176:12 | **controlled** 200:6 | 90:8, 90:19 | 33:2, 49:10 | **COVID** 113:18 |
| 176:21, 186:2 | **controlling** 78:5 | 90:20, 92:21 | 51:20, 52:4 | 114:2, 136:1 |
| 201:20, 203:3 | 78:6 | 93:1, 94:22 | 52:8, 54:4, 59:5 | 136:14, 143:3 |
| **concerns** 67:11 | **conviction** 41:8 | 95:25, 98:15 | 79:12, 92:6 | 143:8, 169:4 |
| **concluded** 204:17 | 46:20, 47:1 | 108:21, 110:15 | 123:20, 136:7 | 177:9, 185:24 |
| **concrete** 37:5 | 47:2, 49:10 | 115:13, 117:7 | 136:25, 142:14 | **cracking** 174:7 |
| **condition** 8:1 | **convictions** 31:20 | 119:13, 119:16 | 142:15, 143:6 | **crawlers** 149:20 |
| 29:18, 89:9 | **cool** 172:20 | 126:9, 126:19 | 147:20, 147:21 | 150:7, 174:20 |
| 112:17, 179:10 | **copy** 122:23 | 127:13, 129:7 | 153:5, 167:4 | **crawling** 89:16 |
| **conditions** 8:4 | **corporal** 85:9 | 130:18, 142:1 | 169:7, 176:1 | 89:22 |
| 8:22, 8:23, 14:4 | 85:11, 85:12 | 142:3, 145:17 | 177:8, 180:7 | **crazy** 179:22 |
| 14:6, 127:13 | 86:7, 89:5, 90:7 | 146:4, 148:8 | 181:13, 185:10 | **crease** 178:2 |
| 127:25, 137:14 | 94:6, 95:5 | 148:20, 171:3 | 189:2, 189:5 | **creases** 177:17 |
| 137:20, 155:9 | 101:8, 109:22 | 171:20, 174:22 | 189:22, 191:7 | 177:19 |
| 180:24, 181:17 | 114:5 | 177:14, 181:19 | 203:2, 205:4 | **created** 191:8 |
| 186:8, 186:14 | **correct** 5:19, 8:6 | 183:10, 186:10 | 207:3 | **creepy** 149:20 |
| 187:3, 191:4 | 9:6, 10:14 | 190:1, 190:13 | **County's** 191:12 | 150:7, 174:19 |
| 192:5, 192:17 | 10:23, 11:13 | 191:4, 195:22 | **couple** 6:8, 51:4 | **cried** 199:11 |
| **conference** 6:4 | 12:15, 12:18 | 195:23, 205:9 | 51:4, 74:5 | **crime** 31:18 |
| **confinement** 186:9, 192:5 | 13:10, 15:18 | **correction** 51:20, 52:4 | 86:11, 136:18 | **criminal** 41:21 |
| 192:17 | 20:6, 21:5, 25:8 | 125:19, 189:2 | 146:3, 165:12 | 46:14, 74:7 |
| **confused** 23:10 | 28:20, 30:15 | 189:5, 207:7 | 186:23, 188:16 | 193:16 |
| **connect** 24:16 | 31:6, 31:7, 31:9 | **corrections** 123:25, 206:3 | 197:6, 199:8 | **cry** 48:4, 48:6 |
| **consider** 20:22 | | **COs** 68:5, 68:5 | **court** 1:2, 5:13 | **Crystal** 202:14 |
| 20:24 | | 68:6, 68:10 | 6:5, 11:12, 15:1 | **cuffed** 101:21 |
| **considered** | | 68:14, 93:1 | 16:14, 42:13 | **culinary** 24:17 |
| | | 102:18, 108:14 | 51:8, 69:7, 69:9 | 24:17 |
| | | 123:24, 125:2 | 69:10, 69:22 | **cup** 175:20 |
| | | 134:2, 138:2 | 74:18, 95:21 | **cups** 175:21 |
| | | | 175:15 | **current** 187:2 |
| | | | **courtroom** | **custody** 41:16 |

Tabatha Jackson 4/14/2022

customs 191:10
cut 97:15, 98:18
99:9
cutting 97:13
97:18, 97:21
Cuyahoga 1:9
5:18, 5:22, 9:9
9:12, 10:17
13:3, 25:5
32:13, 32:24
33:1, 49:9
51:20, 52:4
52:8, 92:6
136:7, 167:4
189:1, 189:4
189:22, 191:6
207:3
cycle 89:19
128:16

**D**

damages 191:20
191:24
date 1:25, 7:14
21:20, 69:6
69:7, 69:9
69:10, 74:18
92:8, 165:7
165:11, 207:5
dates 13:15
13:16, 84:25
85:4
daughter 22:8
33:14, 34:6
34:6, 34:12
40:1, 40:1, 57:1
57:4, 57:7, 60:9
60:12, 88:6
157:8, 157:9
158:18, 158:20
160:6, 161:22
166:25, 186:16
daughter's 22:9
34:8
daughters 188:5

Davis 12:25
13:1, 13:2
13:18, 14:11
171:19, 172:22
175:12, 186:21
187:1, 201:24
day 25:15, 39:2
39:3, 42:18
64:20, 69:5
73:7, 74:24
91:18, 94:24
95:11, 108:19
114:22, 124:11
138:3, 139:5
139:7, 155:24
156:1, 174:14
174:14, 197:11
205:15, 206:9
days 7:10, 26:8
40:19, 41:7
42:9, 43:20
45:15, 45:15
45:17, 45:20
59:2, 59:4, 70:4
70:5, 83:7, 87:1
151:10, 151:11
160:12, 161:5
161:9, 161:10
161:11, 165:13
165:14, 167:2
197:6, 199:8
dead 155:2
155:15
deal 145:9
185:24
dealing 126:1
dealt 143:18
Deborah 75:13
December 90:16
90:18, 90:19
92:7, 92:18
115:20, 115:22
115:23, 117:1
119:1, 121:6
decent 43:24
decide 10:3

138:12
decided 10:25
55:12, 65:4
87:18, 122:1
122:10, 127:8
127:9, 187:14
197:14
decision 16:22
63:7, 76:5, 76:6
76:7, 78:16
decisions 78:13
78:14
deep 182:14
deeply 93:25
defend 98:20
Defendant
54:20, 191:6
Defendants 1:11
1:19, 2:7, 52:8
194:11
defended 98:17
98:19, 106:20
107:2, 111:5
118:23
defending 99:22
106:25, 108:10
dehydrated
173:1, 174:5
deliberately
52:9, 194:11
delivered
155:21
Demetrius
22:14, 22:15
22:16
dentist 90:15
95:12, 95:13
95:20, 96:2
dentists 95:18
department
39:8, 39:10
128:25, 153:6
depends 152:20
deposed 5:4
deposition 1:14
1:18, 5:17, 6:2

6:5, 7:4, 204:17
205:7, 205:9
207:4
depressed
112:14
depression
112:1, 113:8
113:13
describe 159:23
179:2
described 88:8
88:9, 119:15
144:20, 176:24
describing
195:7
description 55:9
deserve 15:11
88:23
desk 102:6
102:7, 102:8
102:13, 102:13
102:18, 102:23
103:24, 104:2
104:3, 104:12
104:15, 105:22
196:1
detail 30:21
details 31:4
detained 100:7
104:25
determine
131:24
determined
132:2
determines
131:23
developed 57:25
diabetes 29:15
70:23, 164:15
164:17, 198:8
diabetic 197:23
198:3
diagnosed 29:18
58:4, 143:22
diagnosis 43:14
44:19, 45:7

45:8, 46:2
58:11, 197:16
died 132:1
different 56:14
56:16, 71:14
75:1, 111:1
117:12, 121:18
160:21, 172:8
180:18
directed 127:7
directly 39:11
44:11, 46:18
205:13
Disability 28:10
28:11, 28:12
28:13, 28:14
28:20
disagree 59:7
59:8
discovery 120:1
discuss 110:8
123:2, 140:24
discussed 110:5
110:12, 110:18
183:14, 186:14
192:2
discussing
137:14, 170:25
discussion 74:17
113:16
discussions
113:15
disgusting 87:22
dishes 158:8
161:3
dishwashing
180:2
dispensary
30:12, 95:8
203:8, 203:14
dispense 203:9
dispensing
203:3
dispute 119:18
disputing
119:17

Tabatha Jackson  4/14/2022

distance 50:1
DISTRICT 1:2
  1:3
Division 1:4
  5:23
DNA 133:11
docket 70:12
doctor 61:25
  63:9, 65:1, 65:3
  65:6, 65:7, 65:8
  66:6, 70:17
  77:5, 77:18
  77:19, 106:19
  143:17, 143:22
  163:4, 163:20
  164:18, 165:24
  166:6, 166:18
  166:19, 167:4
  167:14, 200:15
doctors 58:6
  58:8, 58:16
  95:6, 104:8
  203:8
document
  190:23
documents 7:17
doing 19:1, 19:4
  19:5, 23:25
  27:3, 37:21
  38:20, 78:17
  204:1
Dollar 33:25
  34:2, 34:3
Dominique
  91:20, 92:3
  92:11
Donnelly 41:18
  41:22, 74:8
  74:22, 197:10
  198:15
door 34:4, 37:15
  38:14, 38:16
  38:17, 85:21
  94:14, 94:15
  101:5, 101:12
  101:12, 101:16

138:6
doors 55:1
  85:22
dorm 132:12
  132:13, 132:16
downstairs
  47:25, 60:10
  195:17
downtown-ish
  24:9
Dr 63:10, 65:2
  65:16, 75:13
  76:12, 76:13
  82:19, 126:13
  126:19, 126:22
  136:1, 136:2
  162:3, 162:9
  163:3, 163:17
  167:6, 167:11
  167:13, 167:14
drain 149:21
  150:5, 150:7
drains 150:6
dreadlocks
  53:25, 54:2
  55:14, 55:15
  60:25, 85:14
  86:8, 86:12
  86:21, 87:14
dreams 93:19
dried 128:16
drink 71:13
  171:6, 171:7
  173:10, 173:11
  173:24, 174:3
  174:11, 175:23
drinking 172:25
  174:8, 174:25
  197:2, 197:2
drop 44:9
dropped 23:17
  34:17
drug 197:18
drugs 17:24
  201:3, 201:5
dry 89:19

dual 43:14
  44:18, 45:7
  45:8, 46:1
  197:16, 197:17
dude 106:8
due 52:5, 133:1
  136:1, 201:10
  201:11
duly 5:4, 205:6
dump 84:11
  172:9
duration 103:16
duties 21:8
  21:13, 37:5
  37:20
Dye 68:13
  139:12, 171:15

## E

ear 89:24
earlier 43:1
  144:19
early 23:21
  25:19
ears 144:5
  144:6, 183:24
  184:8
ease 159:2
EASTERN 1:4
eat 67:20, 87:19
  87:21, 154:24
  154:25, 155:1
  156:8, 161:19
  161:19, 162:18
  162:19, 164:5
  164:7, 166:24
  179:4, 192:20
  192:21, 192:21
  193:13
eating 157:10
  159:5, 159:18
  161:11, 162:4
  162:23, 166:2
  166:3, 166:25
ECKART 2:11

effects 30:5
effort 179:17
eggs 157:1
  157:1, 158:6
  184:9
eight 127:14
  129:25, 130:1
  130:2, 130:4
  130:6, 130:8
  130:9, 130:11
  131:10, 132:21
  135:10, 152:9
  195:2
eighth 109:2
either 11:5
  95:19, 129:22
  134:1, 153:2
  153:14, 153:19
  159:10, 162:25
  167:21, 176:17
  188:5, 192:3
  196:23, 202:3
election 25:1
Elections 25:5
  25:11, 25:14
  26:10, 26:18
  26:23
elevators 56:10
  102:1
else's 84:10
  133:11, 154:6
Emergency
  64:18
emphysema
  29:15
employ 185:15
employed 24:18
employee 92:11
  205:12, 205:12
employees
  191:14
employment
  28:7
employs 185:10
encountered
  145:1

encountering
  147:12, 148:18
  153:15, 153:20
ended 94:7, 94:9
enemy 88:25
entire 62:12
  129:23, 130:13
entirely 168:19
envelope 194:22
  195:6, 195:18
  195:24, 195:25
environment
  144:16, 144:17
  149:23, 183:14
  183:21
epilepsy 202:5
episodes 63:20
  73:5
equal 36:17
ER 105:4
Eric 52:17
  52:19
errands 50:9
ERRATA 207:1
eruption 88:13
especially 67:19
ESQ 2:3, 2:8
  2:11
estimate 183:7
et 1:6, 1:10
  191:8, 191:8
event 113:9
everybody 8:20
  15:8, 36:25
  62:16, 68:1
  68:3, 81:9
  88:19, 88:22
  125:3, 126:16
  127:2, 160:21
  181:6, 181:25
everybody's
  14:10
exact 165:11
exactly 65:15
  100:17, 112:16
  118:16, 120:17

Tabatha Jackson 4/14/2022

121:1, 150:2
151:6, 199:16
**examination**
1:19, 3:3, 5:2
5:7
**examined** 63:14
**excessive** 122:15
123:7, 123:9
123:13, 123:20
123:25, 124:4
**excuse** 141:14
141:25, 174:8
174:9, 177:3
**Exhibit** 4:8, 4:9
4:10, 4:11, 4:12
50:19, 50:22
91:23, 91:25
107:4, 107:15
107:19, 115:6
115:10, 127:19
127:20, 127:21
144:14, 190:9
191:3, 194:7
194:9
**EXHIBITS** 4:7
**exist** 152:8
191:9
**existed** 181:17
**expect** 18:4
18:11, 18:13
18:19
**experienced**
181:18, 181:20
187:21, 187:22
**experiencing**
181:22
**expert** 17:8
17:16
**experts** 16:20
**expires** 205:21
206:13
**explain** 49:24
61:11
**explaining**
163:15
**exploded** 83:25

83:25
**express** 68:11
**expressly** 189:3
**exterminator**
185:11, 185:14
185:15
**extra** 174:13
**eyes** 193:14

**F**

**face** 89:23
97:18, 97:21
98:6, 98:24
104:17, 104:20
105:22, 106:14
107:5, 109:11
183:23, 184:1
184:7
**face-to-face**
34:19, 164:1
164:1
**Facebook** 33:19
**facilities** 45:22
119:13
**facility** 44:12
46:2, 48:24
49:3, 49:5
**fact** 65:10
84:19, 85:22
88:18, 170:10
181:21, 182:15
193:9
**fair** 6:17, 6:23
7:2, 14:17, 32:5
37:1, 58:20
**fairly** 60:17
**fall** 20:9, 49:25
57:2, 61:4
67:16, 67:18
67:25, 68:3
84:5, 136:10
142:24
**falling** 42:17
57:24, 58:1
67:5, 69:8

69:12, 72:16
73:6, 84:22
202:18
**falls** 68:19
**familiar** 43:6
**family** 48:6
58:10, 64:24
120:24, 162:1
**far** 16:17, 23:16
**father** 111:1
**February**
205:21
**feces** 83:20
144:16, 144:18
145:2, 147:12
147:16, 148:18
148:19, 148:24
149:6, 149:7
149:10, 149:22
150:24, 153:15
153:20, 154:14
**fed** 159:5
**federal** 1:20
137:4, 142:21
147:14, 153:9
169:6, 170:8
176:20, 180:6
186:1
**feed** 192:23
193:2
**feedback** 163:24
**feeding** 193:3
**feel** 17:22, 38:3
57:21, 91:7
192:6, 206:4
**feeling** 82:15
**feet** 128:4, 150:8
150:10, 150:12
150:16, 150:18
177:25
**fell** 57:16, 57:17
67:19, 67:21
67:22, 67:22
67:22, 67:23
68:25, 73:9
73:10, 81:6

85:17, 91:4
91:6, 91:8
187:16
**felonous** 31:3
**felony** 39:23
**felt** 197:3
**female** 8:21
68:5, 68:8, 68:9
90:23, 101:2
125:11, 132:21
141:24, 145:22
**female's** 128:16
**females** 8:12
73:13, 85:23
142:3, 145:7
166:10, 166:11
**feminine** 30:13
**field** 25:1
**fifth** 76:16
**fight** 108:16
125:1
**fighting** 99:2
99:3, 118:2
137:25, 138:2
140:15, 140:16
142:11
**fights** 138:1
**figure** 64:6
78:11, 146:2
**figuring** 120:12
**file** 10:3, 16:15
82:6, 126:11
126:24, 127:4
133:23, 134:4
134:5, 144:11
153:2, 176:11
**filed** 5:18, 8:5
14:19, 19:24
20:3, 20:5, 51:7
82:1, 82:4, 82:9
127:1, 180:10
186:5
**fill** 194:25
195:11
**filled** 195:1
195:3

**filmed** 33:18
**filth** 88:18
89:20, 129:1
130:24, 150:22
154:21
**filthy** 89:17
129:4, 133:10
150:21
**financially**
205:13
**find** 64:14
77:11, 113:1
115:25
**fine** 144:9
**finger** 118:11
163:5, 164:2
164:15
**fingers** 68:23
117:6, 117:20
117:24, 118:4
118:14
**finish** 6:14
106:3, 135:19
135:20, 135:21
135:21
**finished** 45:5
46:2, 47:3
**first** 5:3, 11:21
18:21, 28:18
32:22, 32:23
35:22, 36:12
39:20, 40:5
40:13, 40:22
41:13, 42:6
53:17, 54:8
54:15, 54:16
55:13, 56:20
58:18, 58:23
59:1, 60:18
65:21, 70:25
71:20, 72:23
73:10, 74:7
74:12, 74:15
77:8, 78:2
83:13, 83:14
83:16, 85:17

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| 86:24, 87:1 | flowing 175:6 | forget 158:6 | front 74:13 | 59:20, 59:22 |
| 91:16, 91:17 | fly 184:24 | forgive 77:10 | 74:16, 96:9 | 60:3, 60:6 |
| 93:3, 93:9, 94:1 | 184:25 | forgot 36:9 | 96:12, 103:6 | 60:15, 60:23 |
| 97:12, 100:15 | follow 51:17 | 187:11 | 109:3, 137:18 | 62:25, 63:4 |
| 100:17, 104:12 | 203:5 | former 187:2 | 159:25, 171:2 | 63:7, 63:13 |
| 104:20, 108:2 | follow-up 64:19 | forming 71:16 | fuck 93:14 | 66:11, 66:14 |
| 111:3, 122:18 | 64:22 | forth 1:25 | full 5:12, 25:14 | 66:24, 69:18 |
| 130:10, 130:15 | followed 64:20 | fortunate | 25:15, 26:12 | 72:1, 72:25 |
| 131:11, 131:12 | following 17:5 | 161:21 | 26:24, 49:21 | 73:2, 73:24 |
| 132:8, 137:21 | 61:13 | foul 89:10 | 173:25 | 73:25, 76:2 |
| 149:5, 156:9 | follows 5:5 | found 33:18 | full-time 25:3 | 78:19, 78:21 |
| 159:11, 159:17 | food 29:4, 67:20 | 46:25, 104:24 | 26:6 | 84:5, 85:9 |
| 160:22, 171:14 | 82:14, 82:14 | 106:25, 108:14 | funny 99:22 | 92:20, 129:14 |
| 175:21, 196:7 | 146:14, 154:24 | 113:3, 121:4 | 180:16 | 131:3, 139:20 |
| 196:7, 199:5 | 154:25, 155:1 | 121:4, 190:1 | further 49:15 | 139:21, 140:21 |
| 200:22, 202:16 | 155:13, 155:15 | fountain 187:7 | 205:9, 205:11 | 147:10, 148:7 |
| 202:17, 202:18 | 155:15, 155:21 | 87:8, 88:13 | future 15:16 | 151:25, 160:2 |
| 205:6 | 156:7, 156:13 | fountained | | 162:12, 172:20 |
| fit 72:9 | 156:18, 157:22 | 144:21 | **G** | generally 82:12 |
| five 35:16, 58:2 | 158:1, 159:3 | fountaining | | 164:18 |
| 58:3, 82:24 | 159:9, 159:11 | 148:6 | G-L-Y-B-U-R-... | generic 196:18 |
| 115:1, 137:8 | 160:11, 161:1 | four 52:22 | 198:9 | germs 130:24 |
| 151:10, 151:11 | 162:4, 162:16 | 56:17, 129:21 | Gabapentin | 133:11 |
| 170:19, 177:18 | 162:24, 164:5 | 161:11, 165:24 | 194:16, 194:17 | getting 23:23 |
| 193:25, 196:10 | 164:7, 164:10 | 167:2 | 194:18, 197:23 | 31:4, 62:1, 79:2 |
| fix 145:10 | 164:12, 165:16 | fourth 107:20 | 201:14 | 79:3, 79:6 |
| 145:12, 179:17 | 166:2, 166:4 | frame 25:21 | Gallagher 69:4 | 79:20, 93:20 |
| flashing 41:3 | 166:23, 167:4 | 26:25, 30:19 | 69:20, 74:3 | 95:21, 99:8 |
| floor 1:23, 2:4 | 167:24, 168:2 | 31:1, 45:23 | 74:10, 74:13 | 169:16, 169:18 |
| 2:9, 2:13, 56:9 | 169:3, 169:8 | 48:12, 64:6 | 74:16, 151:15 | 169:24, 170:5 |
| 56:12, 61:8 | 169:14, 169:24 | 83:16 | game 203:11 | 170:11, 170:12 |
| 62:6, 62:7 | 171:1, 174:1 | Francis 63:10 | garbage 134:2 | 170:13, 170:18 |
| 66:18, 66:19 | 178:3, 178:22 | 65:3, 65:16 | Garfield 21:23 | 193:22, 197:12 |
| 67:9, 83:21 | 178:25, 179:4 | 76:11, 76:12 | 22:3 | 199:12, 199:17 |
| 84:15, 94:17 | 180:20, 180:24 | 76:13, 82:7 | Garvin 64:25 | 200:9, 201:3 |
| 95:7, 112:7 | 184:25, 185:1 | 82:19, 105:20 | 136:1, 136:2 | 201:5, 201:21 |
| 129:18, 129:20 | 192:18, 193:7 | 126:13, 126:19 | 167:13, 167:16 | 203:12 |
| 129:22, 131:12 | foot 57:24, 91:7 | 126:22, 162:3 | gay 33:18 | giddy-up 84:20 |
| 131:13, 132:9 | force 122:15 | 162:9, 163:3 | GED 23:24 | girl 33:20, 91:11 |
| 132:17, 132:19 | 123:8, 123:9 | 163:17, 167:6 | 24:10, 24:14 | 91:13, 99:13 |
| 134:13, 134:14 | 123:13, 123:20 | 167:11 | 49:15 | 99:16, 100:4 |
| 135:8, 144:17 | 124:1, 124:4 | freely 156:21 | general 13:8 | 124:21, 159:16 |
| 147:25, 149:1 | 125:20, 125:25 | french 174:9 | 13:10, 53:15 | 159:24 |
| 149:9, 149:9 | 126:5 | 174:9 | 56:15, 58:21 | girls 90:24, 91:2 |
| 159:16, 187:13 | foregoing 205:9 | fresh 127:16 | 58:25, 59:4 | 91:3, 91:5, 91:8 |
| 187:16, 202:6 | 206:3 | friend 88:7 | 59:9, 59:17 | 97:3, 100:4 |

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| 100:4, 105:16 | 47:17, 47:25 | 69:15, 154:16 | **good** 5:10, 5:11 | 176:11, 180:10 |
| 184:14, 184:16 | 48:16, 49:16 | 154:16, 180:1 | 19:1, 19:6 | 186:5 |
| **give** 10:2, 19:11 | 50:9, 52:14 | 196:9 | 36:13, 40:7 | **grievances** 82:9 |
| 48:10, 48:11 | 58:2, 58:19 | **goes** 30:4, 78:16 | 46:2, 57:16 | 134:1 |
| 54:9, 55:9 | 60:3, 60:14 | 163:9, 183:6 | 82:15, 93:22 | **grip** 72:20 |
| 56:25, 57:3 | 65:5, 66:5 | **going** 6:17, 6:19 | 154:20, 169:10 | **grocery** 50:9 |
| 57:4, 61:8 | 66:16, 68:18 | 6:25, 11:6 | 169:11, 179:2 | **Gross** 2:3, 3:6 |
| 69:16, 71:14 | 70:15, 71:6 | 15:12, 16:25 | **Goodman** 42:25 | 3:7, 3:8, 3:9 |
| 74:3, 75:24 | 71:23, 73:8 | 23:23, 24:2 | 43:2, 71:6, 71:7 | 3:10, 3:11, 3:12 |
| 77:7, 77:8, 80:1 | 73:17, 73:20 | 24:14, 25:13 | 84:18 | 3:13, 3:14, 3:15 |
| 108:5, 112:24 | 73:21, 73:23 | 30:8, 31:15 | **Goodson** 42:25 | 3:16, 3:17, 3:18 |
| 138:23, 154:2 | 75:1, 76:12 | 33:15, 37:15 | 43:2, 71:6, 71:7 | 3:19, 3:20, 3:21 |
| 157:15, 163:24 | 84:1, 84:2, 84:2 | 37:16, 38:2 | 84:18 | 3:22, 3:23, 3:24 |
| 164:20, 164:21 | 89:24, 90:4 | 38:9, 46:15 | **Goodson/Good...** | 3:25, 4:1, 4:2 |
| 165:7, 165:19 | 97:24, 98:1 | 48:15, 49:17 | 40:14 | 4:3, 4:4, 4:5 |
| 175:21, 184:2 | 100:10, 105:18 | 50:19, 51:17 | **Gordon** 75:13 | 7:22, 8:9, 8:18 |
| 188:21, 194:13 | 106:12, 108:18 | 55:23, 59:11 | **Gotcha** 128:21 | 11:19, 12:7 |
| 194:24, 198:14 | 116:21, 119:12 | 66:6, 67:19 | **gotten** 129:9 | 13:24, 14:2 |
| 200:2, 200:16 | 120:7, 120:10 | 67:21, 71:20 | **governing** | 15:6, 15:21 |
| 200:19 | 127:17, 127:18 | 82:5, 87:7, 88:4 | 142:21 | 16:2, 16:12 |
| **given** 142:1 | 127:23, 133:19 | 89:2, 90:4 | **government** | 16:24, 17:4 |
| 194:16, 194:19 | 135:14, 135:14 | 94:25, 95:12 | 44:23 | 17:10, 18:5 |
| 194:20, 205:10 | 135:15, 135:15 | 96:3, 97:9, 98:9 | **grab** 100:2 | 18:17, 18:21 |
| **gives** 92:11 | 140:8, 144:5 | 99:9, 99:13 | 103:2, 156:5 | 18:23, 19:5 |
| **giving** 108:6 | 144:15, 146:14 | 99:17, 99:20 | **grabbed** 99:15 | 19:16, 19:21 |
| 160:23, 160:25 | 149:16, 150:12 | 101:3, 104:24 | 99:15, 99:19 | 20:11, 20:13 |
| 183:2 | 150:22, 155:5 | 106:2, 106:4 | 100:1, 100:5 | 20:17, 20:19 |
| **Glenville** 23:19 | 155:19, 155:19 | 107:18, 114:1 | 103:4, 117:15 | 21:6, 21:11 |
| **Glyburide** | 156:7, 157:7 | 115:19, 116:20 | 117:22, 118:8 | 21:16, 37:8 |
| 198:9, 198:10 | 158:22, 163:4 | 118:21, 118:24 | **grabbing** 103:8 | 48:13, 52:14 |
| **go** 6:22, 7:22 | 163:5, 163:21 | 119:18, 121:23 | 117:22 | 66:16, 68:2 |
| 8:9, 8:14, 8:15 | 164:1, 166:17 | 124:14, 127:17 | **grabs** 103:6 | 80:20, 111:19 |
| 8:18, 9:3, 10:11 | 171:2, 171:9 | 131:9, 133:8 | **grade** 23:17 | 186:12, 204:14 |
| 11:19, 11:23 | 172:6, 175:16 | 133:25, 134:25 | **graduated** | **ground** 6:8 |
| 12:7, 13:14 | 175:19, 178:3 | 135:17, 135:24 | 24:19 | 160:13, 161:7 |
| 15:6, 15:21 | 183:24, 187:17 | 138:16, 144:14 | **graduation** | **group** 37:2 |
| 16:2, 17:10 | 188:10, 193:17 | 144:15, 149:5 | 24:20 | **grow** 66:6 |
| 18:5, 18:17 | 197:3, 197:13 | 152:3, 152:5 | **great** 24:1 | **guard** 54:17 |
| 23:16, 23:18 | 197:14, 199:21 | 154:7, 154:23 | 193:5 | 58:3, 93:13 |
| 26:8, 30:21 | 199:23, 200:1 | 158:12, 158:23 | **Green** 2:4 | 96:22 |
| 37:8, 37:17 | 200:20, 200:22 | 175:7, 175:7 | **grew** 52:22 | **guards** 102:10 |
| 38:8, 40:24 | 203:8 | 175:15, 175:23 | **grievance** 82:1 | 102:12, 123:25 |
| 41:19, 41:22 | **go-around** 87:2 | 182:15, 184:5 | 82:4, 126:11 | **guess** 53:11 |
| 43:8, 43:12 | 130:9, 130:10 | 184:8, 187:18 | 126:24, 127:2 | 61:5, 102:14 |
| 43:13, 43:21 | 200:23 | 192:6, 193:17 | 127:4, 133:23 | 107:19, 112:16 |
| 44:14, 47:14 | **God** 48:3, 69:4 | **golf** 56:8 | 144:11, 153:2 | 130:14, 146:7 |

Tabatha Jackson  4/14/2022

148:19, 174:5
175:20, 200:24
**gun** 31:3, 144:3
144:5
**gunshot** 141:11
144:2, 194:14
200:5
**guy** 55:10, 55:10
55:10, 55:10
86:21, 86:22
**guys** 181:10

## H

**hair** 86:5, 87:10
89:16, 89:24
130:24, 149:20
150:5, 174:19
174:19, 183:25
**hairs** 66:6
**half** 98:15
124:10, 151:6
151:13, 152:12
161:13, 201:24
**half-brother**
114:23
**half-sister** 81:21
88:1, 110:25
**hall** 142:9
**Halloween** 41:3
**hallways** 67:22
69:8, 81:6
**Hamburger**
161:6, 161:8
161:10
**hand** 59:25
60:5, 60:8
60:12, 77:25
97:16, 101:17
106:1, 106:11
163:10, 179:18
193:22, 205:14
**handbook**
147:19
**handcuff** 106:12
106:12, 192:13

**handcuffed**
192:14
**handcuffs** 106:7
106:10, 192:15
**handed** 60:13
120:2
**handle** 9:10
**handled** 14:13
164:19
**handling** 169:3
192:3
**hands** 34:24
34:25, 35:14
98:13, 99:21
104:25, 106:11
106:13, 114:12
177:24
**Hang** 86:11
188:19
**happen** 63:15
80:9, 97:1
125:13
**happened** 10:5
30:1, 30:18
30:25, 31:5
31:17, 33:12
43:22, 53:12
62:14, 66:14
68:21, 69:10
72:8, 75:6
81:22, 86:24
87:5, 90:21
92:7, 95:3, 95:8
96:18, 105:1
106:23, 112:11
114:8, 117:9
129:10, 131:22
144:24, 146:21
146:23, 147:3
147:4, 147:7
165:9, 165:11
181:6, 183:11
196:2, 204:2
**happening**
147:1
**happens** 6:21

38:18
**hard** 102:4
102:5, 102:17
103:13, 104:17
104:21, 105:8
117:18, 133:13
134:13, 134:15
**Harvey** 34:1
34:2
**head** 89:23
104:16, 183:23
184:1, 184:7
184:9, 184:11
193:9
**headaches**
103:22
**health** 29:10
29:11, 111:24
179:10, 192:2
201:4
**hear** 18:3, 36:21
36:22, 36:25
38:8, 47:24
116:10, 118:5
119:21, 121:21
142:7, 142:8
142:10, 142:10
142:11, 142:13
144:8
**heard** 15:11
17:21, 17:22
17:25, 17:25
80:8, 80:10
117:19, 118:6
133:25, 168:22
188:11
**hearing** 74:12
74:15, 88:16
109:9, 141:1
141:3, 144:1
144:9
**heart** 76:9
**Heather** 167:14
**Heights** 21:23
22:3
**held** 99:7

**hell** 98:8
**hello** 20:14
**help** 23:9, 23:11
34:24, 72:15
77:20, 77:21
87:10, 91:6
91:8, 99:6
112:6, 170:1
173:5, 181:8
181:10, 187:16
187:19
**helped** 68:14
90:3, 90:5
122:4, 122:6
187:9, 187:13
**Helper** 161:7
161:8, 161:10
**helping** 193:12
**helps** 16:15
48:9
**hereinafter** 5:4
**hereinbefore**
205:10
**hereunto** 205:14
**hi** 20:1, 53:3
**high** 23:16
23:18, 29:16
197:24, 198:5
**Highland** 47:11
47:12, 48:8
49:5
**hill** 56:2
**hills** 55:23
**hire** 17:8
**hired** 16:20
**hiring** 20:22
20:24, 121:3
**hit** 98:21, 98:23
104:16, 105:8
105:17
**Hitchcock** 10:8
10:9, 10:10
10:14, 10:22
11:2, 11:8
45:24, 45:25
46:1, 46:4

46:13, 46:20
47:6, 48:8, 49:3
64:8, 65:17
69:7, 74:6
74:24, 74:25
**hitting** 117:22
118:1
**hold** 51:12
135:19, 169:9
**holding** 101:10
101:11, 101:13
177:24
**hole** 90:11
90:22, 94:7
94:10, 94:11
108:3, 108:18
110:9, 110:9
110:11, 115:23
120:7, 120:9
120:11, 120:15
133:17, 133:18
202:5
**holes** 184:5
**home** 23:5
41:18, 41:19
41:23, 43:23
43:23, 44:12
58:19, 71:6
100:10, 133:8
154:17, 197:13
**homework**
33:15
**honest** 18:7
18:20, 37:10
47:15, 63:25
96:12, 186:7
**hope** 17:19
17:21, 18:15
24:15
**hospital** 36:1
36:2, 36:4, 39:4
39:11, 39:17
56:18, 73:17
73:21, 93:20
194:21, 195:21
196:5

Tabatha Jackson  4/14/2022

hospitals 47:15
48:8, 48:22
58:9, 64:13
64:24
hours 90:25
138:3, 138:10
138:11, 138:17
138:23, 140:7
house 44:6
44:10, 44:15
45:2, 45:6
45:10, 45:19
49:1
housed 9:5, 14:5
56:6, 57:7, 59:6
60:6, 72:5
housekeeping
26:5, 27:3
houses 52:22
housing 193:11
Howard 68:8
68:9, 73:12
124:16, 125:10
139:16, 139:19
139:24, 187:15
human 83:24
84:10, 85:18
144:16, 144:18
hundred 107:8
hurt 8:1, 8:12
8:12, 8:23, 11:6
38:11, 106:14
106:15, 164:3
164:7, 192:15
193:21, 199:11
203:12
hurted 196:9
hurting 69:12
89:14, 135:11
163:7, 163:22
164:8, 192:9
hurts 103:19

I

Ibuprofen

197:25, 198:4
198:25, 201:14
idea 12:19
13:21, 16:21
17:17, 18:11
18:12, 18:20
22:23, 23:1
23:20, 27:15
27:22, 28:24
29:22, 33:21
51:9, 79:5
122:25, 156:15
159:18, 168:25
178:7, 185:25
identification
50:23, 92:1
107:16, 115:7
190:10
identified
137:14
II 13:12
illnesses 200:8
imagine 21:17
immediate 20:2
Immediately
51:19
important 80:23
120:16
improved
160:18
inadequate
191:10
incarcerated
31:23
incarceration
33:9
incident 31:5
61:14, 61:16
90:7, 92:7, 94:1
94:24, 95:3
96:3, 105:18
108:4, 108:19
110:5, 114:5
114:18, 119:15
119:24, 126:12
126:25, 127:5

127:11, 144:20
147:9, 160:5
192:4
include 152:15
income 29:8
incorporated
189:3
Indians 27:1
indicated 81:13
indifferent 52:9
194:11
indirectly
205:13
individual 124:7
124:9
individuals 5:24
infected 150:8
150:10, 150:13
150:16, 150:18
150:19
infections 30:13
82:20
infested 183:14
183:22
information
142:5
initially 62:9
66:10, 108:3
injuries 134:6
134:18, 134:19
134:20, 153:14
153:18
injury 133:20
143:11
inmate 84:21
96:18, 96:20
105:1, 110:15
120:21, 138:1
187:2, 187:2
inmates 81:10
97:7, 99:6
110:2, 110:6
117:14, 125:2
133:14, 136:6
136:14, 137:1
137:25, 137:25

138:2, 140:17
149:25, 150:1
161:25, 192:24
193:2, 193:14
inpatient 43:5
43:8, 44:11
45:22, 46:9
47:9, 48:22
inside 77:19
101:13, 103:25
106:23, 128:19
inspected
189:14, 189:16
189:24
inspecting
189:21
instance 148:6
instances 145:1
instructing 17:3
instruction 17:6
intending 121:3
intentionally
191:7
interaction
60:18
interested
205:13
internet 113:2
113:3
interpret 117:13
interrogatories
190:3
interrogatory
190:25, 191:1
191:19, 191:22
interrupt 13:8
13:14, 100:14
introduced
36:13
involved 34:12
53:24, 86:6
109:24
involving 42:24
issue 122:8
200:4
issued 189:11

issues 64:6, 66:1
154:24, 183:17
186:9, 199:17
201:4, 203:14
It'd 171:15
Itemize 191:24
itemized 191:19
Ivey 52:9, 52:13
52:17, 52:19
52:21, 52:22
81:16, 160:19
182:1, 182:3
182:11

J

J-A-C-K-S-O-N
5:15
Jackson 1:6
1:14, 1:18, 3:2
5:1, 5:8, 5:10
5:14, 12:4, 17:5
22:10, 23:2
34:10, 51:21
68:9, 73:12
83:4, 90:23
91:15, 115:12
124:7, 124:17
125:10, 135:22
137:13, 139:16
139:19, 139:24
180:13, 187:6
187:8, 187:15
187:23, 187:24
188:2, 194:5
201:25, 202:10
202:11, 204:9
205:6, 206:8
207:3, 207:4
Jackson's 91:16
jail 5:19, 7:25
9:6, 9:10, 10:6
10:7, 10:8
10:13, 10:18
11:10, 12:13
13:3, 13:12

Tabatha Jackson  4/14/2022

18:16, 21:15
30:8, 30:18
30:22, 30:25
31:9, 32:13
32:23, 32:25
33:2, 35:22
38:17, 39:3
39:12, 39:15
39:19, 40:4
40:12, 41:8
41:12, 41:15
46:18, 49:10
53:7, 54:9, 56:2
56:3, 58:12
58:14, 58:15
58:18, 58:23
59:5, 60:13
60:19, 61:23
64:9, 65:9
65:14, 65:22
71:2, 71:4
77:21, 79:12
79:23, 80:7
80:25, 81:24
82:10, 87:23
90:10, 92:6
92:19, 94:13
94:16, 94:19
110:7, 110:19
112:5, 112:12
112:23, 114:18
115:11, 115:13
119:1, 119:12
119:22, 123:25
125:15, 127:13
129:23, 131:23
131:24, 132:21
136:7, 136:20
141:2, 141:3
141:4, 141:6
141:13, 141:15
142:16, 142:24
143:3, 143:11
143:12, 143:19
143:23, 145:2
147:17, 148:10

151:4, 152:8
152:13, 153:11
153:15, 153:21
157:22, 166:23
167:5, 167:18
167:24, 168:2
168:16, 169:2
169:8, 171:1
176:8, 176:15
176:21, 177:5
179:5, 181:13
181:13, 181:18
181:23, 183:20
184:16, 185:10
185:20, 185:23
186:3, 186:22
187:3, 189:14
189:16, 189:22
189:24, 192:22
192:25, 193:1
193:4, 195:1
195:3, 195:5
198:12, 198:18
200:11, 201:21
203:8, 203:14
**jails** 189:6
**janitorial** 27:13
**Jeckart@prose...**
  2:14
**Jesus** 34:24
  121:15, 202:22
**jiggle** 71:19
**jiggling** 71:18
**JILLIAN** 2:11
**job** 10:1, 10:2
  19:1, 19:6
**jobs** 26:12
  26:24
**jog** 190:19
**joking** 53:22
**judge** 1:9, 14:24
  41:20, 41:22
  69:3, 69:19
  74:2, 74:7, 74:8
  74:10, 74:13
  74:16, 74:22

197:10, 198:15
199:21, 200:20
200:23
**jug** 173:18
**July** 42:6, 63:1
  66:9, 83:8
  130:3, 130:3
**jump** 34:18
  124:23, 124:25
  125:1
**jumped** 33:20
  33:21, 117:5
  125:2
**June** 21:19
  21:21
**Justice** 1:22, 2:9
  2:12

## K

**keep** 6:17, 38:19
  47:25, 72:15
  85:5, 98:10
  99:9, 126:20
  162:22, 184:7
**kept** 42:16, 58:1
  64:3, 67:5, 69:8
  87:12, 87:19
  103:15, 103:15
  117:21, 185:7
**Kevin** 2:3, 20:17
  20:19, 36:14
**Kgross.zipkin...**
  2:5
**kid** 52:23
**Kim** 100:19
**kind** 20:2, 24:9
  25:21, 26:25
  27:12, 27:23
  28:7, 29:2
  29:10, 30:3
  30:4, 30:8
  30:14, 30:18
  37:1, 40:7
  41:10, 43:3
  43:15, 45:6

45:23, 49:24
53:5, 55:9
55:21, 66:23
72:20, 79:3
79:14, 79:18
79:20, 81:1
86:16, 87:7
88:15, 88:17
94:24, 95:8
97:19, 98:9
99:24, 102:21
102:23, 102:24
104:8, 104:9
104:19, 105:23
112:11, 113:3
113:4, 113:8
115:15, 119:23
121:25, 122:8
129:19, 130:24
134:12, 136:21
141:1, 142:8
142:14, 147:12
152:17, 153:7
155:3, 156:10
156:20, 157:19
160:5, 161:21
163:24, 164:11
165:20, 166:2
166:3, 170:16
173:13, 176:20
178:18, 178:22
180:18, 180:25
192:1, 193:7
201:1, 203:7
**kinds** 138:3
**kiss** 93:13
**kitchen** 168:5
  168:8, 168:9
  168:10, 168:14
  168:16, 168:19
  168:21
**kite** 82:1, 82:4
  82:6, 82:15
  82:19, 126:11
  133:23, 144:11
  153:2, 162:6

163:9, 163:9
163:25, 165:12
165:15, 166:14
166:15, 166:18
176:11, 180:10
186:5
**kites** 82:9, 134:1
  162:3, 162:4
  162:11, 166:7
  166:11, 166:19
**kneecap** 35:6
**knew** 52:24
  53:2, 77:5
  77:20, 152:9
  166:13, 181:11
  181:14, 181:16
  181:24, 182:1
  182:2, 182:3
  182:5, 197:6
**knock** 151:18
**knocked** 98:21
**know** 7:14, 8:20
  9:3, 9:4, 9:15
  9:18, 9:20, 9:22
  9:22, 10:11
  11:5, 11:14
  12:21, 12:25
  13:1, 14:10
  14:19, 14:24
  15:1, 16:18
  16:20, 17:17
  17:18, 17:18
  18:7, 22:24
  24:25, 27:14
  27:19, 27:21
  29:1, 35:2
  36:23, 37:24
  37:25, 37:25
  38:3, 38:6, 38:8
  39:8, 39:9, 41:4
  44:21, 44:22
  44:25, 45:5
  45:5, 46:5, 46:5
  47:22, 52:16
  52:17, 52:20
  52:21, 53:3

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| 53:4, 53:7, 53:9 | 110:4, 110:16 | 143:14, 143:15 | 176:14, 176:17 | 203:21, 203:23 |
| 53:10, 55:8 | 112:19, 113:14 | 143:16, 143:17 | 176:19, 176:23 | 203:24, 203:25 |
| 55:11, 55:12 | 116:9, 117:21 | 143:18, 143:19 | 177:1, 177:4 | 204:1, 204:1 |
| 56:9, 56:14 | 117:23, 118:19 | 143:22, 144:3 | 177:7, 177:8 | **knowing** 91:11 |
| 62:5, 62:21 | 119:19, 120:22 | 145:11, 145:13 | 177:10, 177:17 | **knowledge** |
| 62:24, 68:5 | 121:12, 121:13 | 145:14, 145:15 | 178:6, 178:14 | 142:5 |
| 68:6, 70:22 | 121:17, 122:13 | 145:18, 146:23 | 178:15, 179:13 | **knows** 81:9 |
| 70:23, 71:3 | 122:25, 123:1 | 147:2, 147:4 | 179:14, 179:19 | 154:16, 180:1 |
| 73:2, 73:16 | 123:5, 123:6 | 147:14, 147:20 | 179:20, 179:21 | **Kool** 173:15 |
| 73:17, 74:23 | 123:9, 123:10 | 147:23, 148:10 | 179:23, 179:24 | 173:16, 173:22 |
| 75:10, 75:13 | 123:11, 123:14 | 148:12, 148:13 | 180:2, 180:6 | 173:24 |
| 76:6, 76:7 | 123:15, 123:17 | 148:14, 149:9 | 181:5, 181:16 | **Kristina** 75:15 |
| 76:15, 76:24 | 123:17, 123:18 | 149:10, 149:11 | 181:25, 182:9 | |
| 76:25, 77:1 | 123:19, 124:7 | 149:17, 150:9 | 182:13, 182:22 | **L** |
| 77:16, 77:16 | 124:9, 124:9 | 152:2, 152:4 | 182:25, 183:7 | |
| 77:17, 78:2 | 125:13, 125:18 | 152:5, 152:7 | 183:12, 183:19 | **L-O-T-T** 202:14 |
| 78:4, 78:7 | 125:19, 125:21 | 152:9, 152:11 | 184:2, 184:4 | **ladies** 139:13 |
| 78:12, 78:14 | 125:22, 125:23 | 152:16, 153:1 | 184:17, 184:17 | 139:15, 139:18 |
| 78:15, 79:1 | 125:24, 126:1 | 153:5, 153:9 | 184:18, 184:22 | 187:17 |
| 79:5, 79:6, 79:6 | 126:3, 126:6 | 153:22, 153:22 | 185:3, 185:3 | **lady** 60:1, 68:6 |
| 79:12, 79:16 | 126:7, 126:8 | 153:23, 153:25 | 185:4, 185:5 | 75:24, 96:20 |
| 79:18, 80:8 | 126:10, 126:13 | 156:17, 157:4 | 185:7, 185:10 | 97:11, 98:4 |
| 80:14, 80:22 | 126:14, 126:15 | 157:5, 159:18 | 185:15, 185:17 | 98:7, 98:18 |
| 81:4, 81:5, 81:7 | 126:18, 126:21 | 159:21, 160:4 | 185:18, 185:20 | 99:14, 103:19 |
| 81:10, 81:11 | 128:8, 128:8 | 160:20, 161:12 | 185:22, 185:23 | 112:5, 112:7 |
| 81:12, 81:15 | 128:9, 128:11 | 161:14, 161:16 | 186:1, 186:4 | 118:1, 118:18 |
| 81:16, 81:23 | 128:12, 128:24 | 161:25, 162:21 | 188:1, 188:8 | 118:19, 118:20 |
| 84:3, 85:21 | 129:9, 129:10 | 162:23, 163:18 | 188:15, 189:11 | 124:18, 124:23 |
| 86:8, 86:18 | 129:11, 131:9 | 163:18, 163:19 | 189:13, 189:16 | 124:23, 159:19 |
| 87:15, 88:16 | 131:23, 132:1 | 163:21, 165:2 | 189:19, 189:20 | 159:20, 159:20 |
| 91:17, 91:20 | 132:2, 132:16 | 165:24, 165:25 | 189:23, 189:25 | 160:3, 160:3 |
| 92:3, 92:4, 93:5 | 132:17, 134:10 | 166:1, 166:5 | 189:25, 190:6 | 160:19, 202:7 |
| 93:11, 93:22 | 136:2, 136:3 | 167:18, 167:21 | 191:12, 191:15 | **lady's** 117:6 |
| 93:24, 94:4 | 136:6, 136:8 | 167:22, 167:23 | 191:16, 191:18 | 159:21 |
| 94:8, 96:24 | 136:9, 136:20 | 168:1, 168:4 | 192:19, 193:4 | **late** 20:5, 20:6 |
| 97:5, 97:7, 98:3 | 136:22, 136:23 | 168:5, 168:7 | 193:19, 193:20 | 23:22, 40:4 |
| 99:17, 100:17 | 136:24, 136:25 | 168:12, 168:15 | 196:16, 196:17 | 159:15 |
| 100:21, 100:21 | 137:3, 137:4 | 168:17, 168:18 | 196:21, 196:22 | **laugh** 49:14 |
| 102:24, 103:10 | 137:6, 138:5 | 169:2, 169:5 | 196:23, 196:24 | **laughing** 98:25 |
| 103:22, 104:10 | 139:17, 141:21 | 169:6, 169:21 | 196:25, 202:14 | 99:1 |
| 104:21, 105:1 | 141:23, 142:12 | 169:22, 169:23 | 202:19, 202:19 | **law** 137:4 |
| 105:3, 105:3 | 142:14, 142:18 | 170:6, 170:13 | 202:24, 202:24 | 142:21, 170:8 |
| 105:5, 105:13 | 142:19, 142:20 | 170:14, 170:16 | 202:25, 203:2 | 176:20, 180:6 |
| 105:16, 107:7 | 142:22, 143:1 | 170:18, 173:1 | 203:4, 203:6 | 186:1 |
| 108:10, 108:13 | 143:5, 143:6 | 175:2, 175:9 | 203:7, 203:10 | **lawful** 5:2 |
| 108:23, 109:20 | 143:9, 143:13 | 176:1, 176:4 | 203:13, 203:20 | **laws** 147:15 |

Tabatha Jackson  4/14/2022

147:15, 153:10
169:6, 169:14
170:14, 170:17
**lawsuit** 12:18
12:20, 12:21
13:20, 15:5
127:12, 187:3
188:3, 188:6
**lawyer** 6:9, 7:6
7:8, 16:18
120:2, 120:21
120:23, 120:25
121:2, 121:3
121:4, 121:9
121:22, 121:24
127:7, 190:4
190:21
**lawyer's** 16:9
17:5, 186:25
**lawyers** 16:23
17:9, 20:16
122:2
**lay** 154:7, 184:9
**learn** 12:2, 38:7
120:4
**learning** 37:11
37:11, 37:19
37:20, 37:22
**leave** 46:18
46:23, 61:7
75:4, 93:14
131:19, 132:3
146:11, 167:2
**leaving** 59:19
59:25, 60:13
60:14, 61:5
75:1, 178:20
**led** 33:12
112:21, 113:12
**left** 39:1, 47:6
48:1, 48:2
58:17, 58:19
58:19, 60:8
62:15, 64:8
74:11, 83:22
85:13, 87:14

97:12, 103:2
128:13, 131:14
135:1, 135:5
142:25, 168:3
175:15
**leg** 35:5, 57:21
**legs** 71:18
71:19
**letter** 34:18
88:3, 107:23
122:16, 122:17
122:19, 122:24
123:2
**level** 49:16
141:23, 142:6
142:7, 142:24
143:2
**levels** 143:7
**Lewis** 19:8
**Lieutenant**
85:12
**life** 23:8, 29:24
29:25, 50:3
61:1, 93:6
106:23, 122:7
124:11, 192:14
**lights** 41:2
**liked** 47:4
97:14
**LINE** 207:7
**lips** 174:7
**list** 127:25
174:22, 183:13
198:16
**listed** 93:1
**listening** 117:12
119:19
**little** 23:10
30:21, 39:2
40:24, 47:20
70:19, 83:22
89:13, 90:2
130:4, 134:11
134:16, 149:20
156:6, 156:12
156:12, 156:14

158:5, 159:17
159:24, 163:11
164:21, 165:24
170:1, 170:3
173:15, 173:18
173:21, 174:2
177:18, 184:23
192:10
**live** 21:22, 21:23
22:5, 37:13
53:5, 132:12
144:15, 144:17
183:13, 193:16
**live-in** 22:8
22:11, 22:18
**lived** 11:22, 23:4
37:14, 132:16
183:21
**living** 8:1, 8:22
14:4, 14:6, 23:7
38:21, 46:11
113:6
**LMM** 24:3, 24:5
24:13, 24:16
**located** 24:7
46:4, 94:13
**lock** 202:8
**lockdown**
138:10
**locked** 90:25
127:14, 138:10
138:14, 146:1
149:14, 152:10
195:2, 196:6
196:7, 196:8
**lockup** 187:9
187:14, 187:17
187:20, 202:4
**long** 15:18, 19:9
19:10, 19:11
19:11, 25:13
25:16, 28:17
28:22, 39:19
40:7, 40:12
42:22, 43:19
44:1, 45:14

46:25, 50:1
58:25, 63:1
63:2, 63:5
63:23, 72:10
72:11, 72:14
72:15, 74:2
75:4, 83:4
90:13, 100:12
122:4, 122:4
122:5, 128:8
165:8, 177:19
178:5, 182:4
182:9, 182:12
182:15, 183:6
183:7, 185:4
**longer** 57:12
57:13
**longest** 178:8
202:22
**look** 37:22
51:10, 51:15
64:14, 81:4
120:11, 148:17
171:5, 174:21
177:11, 190:25
194:5
**looked** 93:6
93:7, 97:13
178:15
**looking** 11:4
36:12, 38:4
38:6, 43:3, 92:5
97:14, 97:15
99:1, 107:20
109:9, 121:2
137:18, 155:10
155:10, 173:20
**looks** 69:24
177:24
**Lorain** 205:4
**Lori** 9:24, 9:25
53:20, 54:1
55:15, 63:8
72:9, 75:21
75:24, 78:15
**lost** 47:15

**lot** 11:3, 11:4
11:5, 11:23
37:23, 37:23
38:10, 48:4
49:25, 50:7
78:3, 78:18
86:20, 97:3
105:16, 117:11
118:16, 124:4
133:25, 139:22
140:13, 142:11
145:25, 152:19
162:2, 173:8
174:19, 185:13
192:25, 193:13
193:20, 200:5
201:12, 201:25
**Lots** 67:17
**Lott** 202:14
**loud** 137:22
**loudness** 144:3
**low** 197:4
**lower** 34:22
**LPA** 2:3
**Lutheran** 24:3

---

**M**

---

**M-A-R-I-E** 5:15
**ma'am** 127:21
**machine** 97:10
97:23, 97:24
98:1, 180:3
**mad** 100:12
**main** 39:6, 39:9
**maintenance**
176:5
**majority** 152:14
**male** 68:5, 68:14
84:20
**maliciously**
191:7
**man** 9:2, 9:3
19:9, 19:12
33:19, 33:21
34:3, 53:25

54:2, 55:14
60:24, 62:17
85:13, 86:8
86:10, 86:12
87:13, 101:5
103:12, 104:16
107:6, 120:24
121:16, 121:17
121:17, 121:18
133:12, 135:11
163:18, 163:20
164:3, 182:10
182:12
**man's** 61:1
128:25, 182:7
**manager** 26:9
27:20
**manner** 62:21
62:22
**Marie** 5:14
5:15
**mark** 50:19
91:22, 107:4
115:10
**marked** 50:22
91:25, 107:15
107:18, 115:6
190:9
**marks** 106:12
106:13, 192:13
**Marquette**
114:23
**Marshal** 189:4
**Marshal's**
188:17, 189:1
**Marshals**
189:13
**Marysville** 32:1
32:10, 32:11
42:2
**mat** 66:18, 67:6
67:11, 128:8
130:22, 130:23
130:23, 131:1
131:13, 131:25
132:22, 133:10

133:10, 133:12
133:13, 133:15
133:17, 133:18
133:21, 134:7
135:8, 135:8
135:10, 136:9
152:25
**mats** 89:13
89:17, 128:4
128:6, 128:14
128:18, 128:20
128:21, 129:3
129:14, 129:16
129:17, 131:2
133:24, 136:6
136:15, 137:2
137:5, 137:16
**matter** 65:10
85:21, 103:1
106:24, 182:15
193:9
**Matthew** 44:14
45:2, 45:6, 45:7
45:10, 45:19
49:1
**mattress** 128:24
134:13, 134:14
**mattresses**
129:18
**Mayfield** 27:6
**meals** 162:15
**mean** 6:3, 6:20
7:9, 8:8, 11:14
11:18, 12:12
20:4, 24:11
29:23, 30:7
36:24, 38:16
45:11, 49:14
54:19, 57:25
77:11, 83:8
124:25, 125:1
132:13, 135:7
138:4, 138:7
141:17, 144:8
157:18, 162:12
168:6, 181:12

183:1, 188:18
193:8, 196:14
199:11, 199:22
199:25, 200:12
**meaning** 160:24
197:17
**means** 8:11
11:21, 11:24
29:25, 78:7
140:7, 165:14
183:10, 197:5
197:18, 197:18
**meant** 47:23
**measure** 141:17
141:18
**measured**
141:13, 141:15
141:19, 176:14
**meat** 165:17
**medical** 8:4
8:22, 9:15, 9:19
9:25, 14:8
14:13, 14:17
14:18, 30:7
55:17, 56:7
56:12, 56:14
56:17, 57:8
58:17, 59:3
59:6, 59:23
60:4, 60:7, 60:8
60:14, 61:2
62:7, 62:9, 63:3
64:10, 64:14
66:1, 66:11
68:18, 70:20
70:21, 72:2
72:3, 72:5
72:25, 73:8
73:11, 73:14
73:23, 74:1
74:4, 75:10
76:8, 78:19
78:22, 84:13
84:15, 85:15
86:14, 86:20
95:8, 95:11

95:18, 95:20
95:25, 104:6
104:7, 105:19
108:4, 129:16
131:2, 131:17
133:6, 133:19
139:20, 139:25
140:2, 140:11
140:21, 143:10
144:24, 145:20
146:18, 147:5
150:12, 150:15
151:16, 151:17
151:20, 151:24
152:15, 152:16
152:19, 152:22
160:1, 162:9
164:14, 172:16
172:17, 175:16
176:7, 179:10
184:18, 194:12
199:24, 203:14
**medication** 10:2
71:9, 75:25
79:7, 79:8
93:19, 93:21
141:9, 157:15
157:17, 173:2
173:6, 194:13
194:15, 194:20
194:24, 196:3
196:4, 196:11
196:14, 197:4
197:12, 197:23
197:24, 197:25
198:3, 198:4
198:5, 199:6
199:18, 199:22
200:9, 200:14
201:21, 202:2
203:9
**medications**
198:11, 198:16
199:25, 203:3
**meds** 92:23
**meet** 55:2

186:24
**member** 188:14
**members** 8:16
**memory** 93:3
190:19
**men** 9:5, 39:16
102:15, 124:5
126:1, 195:16
**men's** 128:23
**menstrual** 89:19
128:16
**mental** 43:16
154:4, 154:4
154:13
**mentally** 154:8
154:10
**mention** 120:5
188:17
**mentioned** 25:7
42:25, 54:19
146:3, 156:10
189:18, 198:11
**menus** 167:18
**mess** 158:7
**message** 115:15
**messed** 35:5
82:13, 134:8
144:2, 145:6
153:23, 153:24
154:10, 180:21
181:11
**messes** 154:1
154:2, 154:4
154:8
**met** 18:21
18:23, 19:8
19:13, 19:19
27:20, 65:23
76:25, 81:14
195:15
**methadone**
200:1
**Metoprolol**
198:5, 198:10
**Metro** 58:9
65:3, 65:7, 65:8

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| 65:9, 65:21 | **Mister** 78:25 | 130:4, 130:6 | 112:24, 121:11 | 57:22, 57:25 |
| 105:4, 105:21 | 93:16, 103:10 | 130:8, 130:9 | 121:15, 124:13 | 58:5, 58:13 |
| 130:16 | 103:13, 105:13 | 130:11, 131:10 | 130:25, 159:21 | **never** 27:23 |
| **Metropolitan** | 106:18, 145:13 | 135:11, 136:10 | 160:20, 162:17 | 80:14, 80:15 |
| 24:3 | 193:5 | 152:10, 195:3 | 163:21, 182:7 | 80:21, 81:14 |
| **Michael** 2:8 | **mix** 159:10 | **mop** 172:9 | 182:12, 188:13 | 124:10, 131:22 |
| 5:21, 41:18 | **Mjstewart@pr...** | **morning** 5:10 | 195:1, 202:21 | 139:12, 140:12 |
| 41:22, 74:8 | 2:10 | 5:11, 91:19 | **names** 9:20 | 156:18, 163:3 |
| 74:22, 197:10 | **mold** 170:2 | 138:21 | 68:12, 78:9 | 165:25, 185:19 |
| 198:15 | 177:16, 178:6 | **mornings** 27:4 | 110:2, 123:12 | 196:3, 196:4 |
| **Michelle** 1:20 | 178:8, 178:11 | **mothers** 111:1 | 125:5, 125:8 | **new** 26:2, 26:15 |
| 6:12, 205:5 | 178:15, 178:16 | **motion** 103:9 | 160:4, 187:25 | 95:22, 102:11 |
| 205:19 | **moldy** 155:1 | **mouth** 38:2 | **Nancy** 108:23 | 129:3, 129:7 |
| **middle** 139:10 | 155:15, 177:14 | 38:19, 77:4 | 108:25, 109:6 | 129:8, 129:9 |
| 156:1 | 182:18, 182:19 | 77:6, 84:2 | **narcotics** 38:9 | 168:19 |
| **milligrams** | 182:19, 182:21 | 93:11 | **narrative** 92:16 | **nice** 19:9, 19:12 |
| 199:1, 199:2 | 182:21, 183:4 | **move** 63:7 | **nasty** 87:8 | 47:4, 47:5 |
| 199:3 | 183:5 | 156:21 | 88:24, 90:24 | 76:18, 78:9 |
| **millions** 117:18 | **mom** 23:9 | **moved** 23:5 | 91:17, 131:15 | 122:11, 151:18 |
| **Mills** 52:8 | 23:11, 23:11 | 23:6 | 131:18, 182:14 | 151:21, 187:18 |
| 52:13, 52:16 | **monetary** 22:19 | **moving** 156:13 | **near** 53:5, 144:5 | **niceness** 122:12 |
| 81:14 | **money** 15:25 | 158:2 | 144:6 | **niece** 187:8 |
| **mind** 30:2 | 15:25, 16:9 | **must've** 36:9 | **necessary** 15:4 | **night** 33:24 |
| 109:11, 153:23 | 18:4, 157:9 | **mustache** 86:23 | 206:4 | 52:2, 90:14 |
| 153:24, 154:2 | 157:11, 158:22 | **musty** 174:16 | **need** 16:16 | 94:21, 130:22 |
| 154:19, 158:8 | 158:23, 158:24 | **Muszynec** | 18:19, 30:22 | 138:3, 139:11 |
| 165:25, 183:5 | 160:6, 161:18 | 108:23, 108:25 | 47:20, 48:13 | 140:3 |
| **minding** 97:2 | 161:20, 161:22 | 109:6 | 50:12, 55:16 | **nightmares** |
| **mine** 80:1 | 166:25, 179:6 | **Muszynec's** | 72:12, 77:2 | 112:2, 113:8 |
| 122:3, 135:21 | 192:20, 192:22 | 109:10 | 81:2, 81:3 | 113:13 |
| 200:2 | 192:25, 193:2 | **Mylanta** 165:20 | 188:11, 201:13 | **nights** 141:5 |
| **Ministries** 24:4 | 193:4, 193:10 | | 203:10 | 141:8 |
| **minute** 48:16 | 199:9 | **N** | **needed** 27:7 | **nighttime** 27:3 |
| 82:5, 116:21 | **monies** 16:6 | | 48:3, 63:12 | 27:7, 175:19 |
| 126:17, 145:3 | 16:7 | **naked** 139:14 | 199:25 | **Nika** 88:6, 174:1 |
| 148:16, 163:13 | **monitoring** | **name** 5:12, 5:14 | **needs** 17:8 | 174:2, 186:16 |
| 169:10, 202:20 | 191:11 | 5:21, 9:22, 9:23 | 194:12 | 188:7 |
| **minutes** 35:16 | **month** 24:21 | 22:9, 24:12 | **negative** 12:14 | **nobody's** 143:20 |
| 58:2, 58:3 | 47:3, 51:4 | 34:8, 55:8, 61:1 | **negligently** | **noise** 138:15 |
| 82:24, 91:2 | 73:25, 132:21 | 68:4, 68:7, 86:9 | 191:7 | 138:16, 139:2 |
| 115:2, 137:8 | **months** 24:20 | 91:16, 91:17 | **Neighborhood** | 139:3, 139:4 |
| 138:23, 165:13 | 25:16, 28:25 | 96:24, 100:20 | 58:10, 64:25 | 140:10, 140:13 |
| 165:13, 170:20 | 32:1, 42:23 | 100:21, 109:9 | **nerves** 71:18 | 141:2, 141:13 |
| 193:25, 196:10 | 51:4, 74:5, 83:7 | 109:10, 109:11 | **neuropathy** | 141:15, 141:23 |
| **missed** 69:8 | 127:14, 129:25 | 109:20, 109:25 | 29:12, 29:13 | 142:6, 142:7 |
| **mistake** 36:7 | 130:1, 130:2 | 111:8, 111:20 | 29:14, 57:20 | 142:8, 142:10 |

Tabatha Jackson  4/14/2022

142:11, 142:16
142:21, 142:23
143:2, 143:7
143:11, 143:23
144:1, 144:12
**noise-related**
140:23
**noisy** 89:11
137:19
**Nope** 157:25
**normally** 156:4
171:14
**norovirus** 166:1
**Norris** 81:21
110:25, 186:20
**NORTHERN**
1:3
**nose** 105:6
105:12, 106:20
117:6, 118:10
154:20
**Notary** 1:21
205:5, 205:20
**note** 55:17
**notes** 7:7, 7:16
**number** 12:13
92:12, 107:21
114:15, 114:20
119:22, 180:24
186:8, 194:6
202:19
**numbers** 51:11
114:16, 164:22
**nurse** 53:20
54:1, 55:15
61:25, 63:8
70:17, 72:9
75:15, 75:17
75:19, 75:21
75:23, 75:24
76:3, 78:15
164:19
**nurses** 102:8
102:10, 104:8
203:8
**nursing** 22:24

**nutritional**
167:23
**nutritionist**
167:3, 167:19

**O**

**oatmeal** 156:21
156:22, 157:5
158:4, 158:11
158:13, 160:5
160:16, 160:17
161:4
**object** 100:9
**objection** 3:6
3:7, 3:8, 3:9
3:10, 3:11, 3:12
3:13, 3:14, 3:15
3:16, 3:17, 3:18
3:19, 3:20, 3:21
3:22, 3:23, 3:24
3:25, 4:1, 4:2
4:3, 4:4, 4:5
7:22, 8:9, 8:18
11:19, 12:7
13:24, 14:3
15:6, 15:21
16:2, 16:12
16:24, 17:10
18:5, 18:17
20:11, 20:13
21:6, 21:11
21:16, 37:8
52:14, 66:16
68:2, 80:20
**OBJECTIONS**
3:5
**obstacles** 56:3
**obviously** 30:22
53:21, 123:11
167:10
**occupying** 177:2
**occur** 15:13
**occurred** 58:11
60:18, 133:20
**October** 40:5

40:16, 40:16
40:23, 41:1
62:3, 130:16
**odor** 150:23
178:21, 180:15
180:15
**odors** 152:8
**ODRC** 32:8
**offered** 201:9
**offhand** 182:25
**office** 27:18
102:23, 112:20
113:4, 186:25
205:15
**officer** 8:2, 9:13
40:15, 42:25
43:2, 55:5, 55:7
68:8, 68:8, 68:9
68:13, 68:13
73:12, 73:12
90:23, 91:15
91:16, 91:18
91:20, 92:10
92:14, 92:19
92:24, 93:4
100:15, 100:23
100:25, 101:2
108:21, 108:23
108:25, 109:6
109:7, 109:10
109:14, 109:17
109:18, 109:22
110:14, 120:6
122:14, 123:3
123:7, 123:12
123:15, 125:10
125:10, 127:11
139:12, 139:12
139:16, 139:16
139:19, 139:19
139:24, 139:24
**officers** 8:23
73:11, 123:25
125:4, 125:8
125:11, 125:19
140:2, 195:17

195:20
**offices** 68:8
181:14
**official** 137:1
142:15, 142:16
153:6, 176:1
**oh** 36:11, 88:6
100:6, 107:13
135:16, 152:1
**Ohio** 1:3, 1:9
1:19, 1:21, 1:24
2:5, 2:10, 2:13
5:3, 21:23, 22:3
23:3, 43:13
43:24, 44:19
48:24, 205:3
205:6, 205:15
205:20
**okay** 30:11
51:14, 61:15
109:5, 115:24
118:22, 120:3
122:1, 155:14
177:13, 190:22
191:23
**old** 26:3, 26:4
26:19, 170:2
178:4, 178:19
180:15, 182:14
193:5
**older** 53:1
**oldest** 34:6, 34:8
**Olivia** 58:8
**once** 45:12
68:20, 72:9
73:3, 114:19
133:7, 143:20
148:12, 165:4
165:5, 165:11
167:6
**ones** 14:1, 58:7
85:23, 85:23
111:10, 129:3
129:7, 129:8
129:9, 132:23
132:23, 132:25

133:1, 150:20
196:16, 198:17
198:22
**Oney** 75:19
**Ontario** 1:23
2:9, 2:13
**open** 84:1, 85:21
85:22, 132:12
132:13, 132:16
**opening** 38:2
**opioid** 196:21
**order** 199:21
203:9
**original** 31:12
**ounce** 118:9
**outlook** 180:18
**outside** 77:17
87:23, 102:18
103:25, 104:1
104:1, 110:19
124:20, 138:19
143:10, 167:12
176:8
**overdose** 78:20
78:24, 78:25
**overflow** 145:9

**P**

**P-R-I-N-C-E**
111:21
**p.m** 115:21
117:1, 119:2
204:17
**packet** 51:3
**packets** 173:15
173:16, 173:17
**page** 3:1, 59:12
107:20, 109:1
109:2, 109:4
109:4, 109:13
109:16, 127:23
155:7, 155:8
190:12, 194:9
194:9, 207:7
**paid** 16:6, 17:13

Tabatha Jackson  4/14/2022

17:15, 17:17
pain 58:1, 58:14
98:16, 105:24
105:25, 106:4
107:6, 134:19
134:21, 134:22
134:25, 135:2
135:5, 135:12
135:13, 135:18
157:15, 157:17
173:8, 192:11
194:20, 196:8
196:13, 196:14
197:1, 197:13
199:7, 199:13
200:5, 201:2
201:15, 201:17
painful 135:7
painkillers
71:17
pair 184:3
184:4
pandemic
136:17
panties 124:21
138:20, 184:2
184:3, 184:4
paper 7:17
195:15
papers 43:3
195:7, 199:24
paperwork
16:15, 196:12
199:24
paragraph
51:16, 51:17
59:13, 127:23
137:19, 144:14
171:5, 174:21
188:25, 191:2
191:6, 191:21
194:6, 199:15
paragraphs
51:10, 51:10
51:15
paranoid 29:19

parents 47:16
part 13:15
13:16, 17:18
22:16, 23:21
24:19, 34:22
35:21, 40:16
41:1, 42:5
42:18, 70:17
76:8, 103:9
103:14, 104:21
118:20, 122:10
135:20, 135:22
135:22, 139:3
148:25, 148:25
158:19, 161:14
163:15, 168:16
174:25, 175:1
175:3, 175:8
177:19, 178:2
181:9
part-time 26:24
particular 14:17
27:3, 27:8, 33:9
67:6, 67:14
71:12, 98:11
107:8, 113:5
113:9, 113:12
120:20, 147:25
164:6, 180:16
197:9, 199:10
203:2
particularly
80:13
parties 12:17
12:19, 12:21
205:12
parts 26:11
103:19, 184:16
party 13:19
pass 132:3
passed 23:14
182:8, 182:10
passes 202:6
pastry 49:17
pay 16:4, 17:9
17:12, 17:13

166:6, 166:7
paying 15:20
15:23, 16:1
156:17, 167:9
peace 47:18
47:21
peaceful 99:3
pending 15:1
107:10
people 5:19
8:11, 9:15, 9:19
11:4, 11:5
13:18, 17:21
25:2, 37:2
37:15, 37:23
38:6, 38:8
38:10, 38:14
44:4, 47:5
67:25, 75:9
78:3, 78:4
78:18, 78:25
79:6, 80:24
80:25, 84:3
95:17, 95:24
98:12, 99:3
100:12, 118:16
122:11, 124:6
124:10, 125:23
128:23, 132:17
142:12, 150:20
152:24, 169:16
169:17, 169:23
170:5, 170:10
170:12, 171:15
174:19, 181:7
181:13, 182:1
182:4, 182:6
193:6, 193:19
193:21, 200:1
203:11
people's 88:18
89:20
Pepto 165:20
Percocet 196:15
196:16, 197:7
197:20, 199:5

200:13, 201:8
Percocets
194:25
period 23:6
26:17, 36:1
45:4, 65:7, 65:8
65:13, 66:9
67:12, 67:15
74:2, 87:2
90:18, 130:20
132:5, 132:22
152:13
periods 50:4
permanently
86:16, 86:18
person 6:13
14:10, 26:9
33:15, 36:24
77:8, 78:9
78:20, 78:22
78:23, 86:5
99:3, 123:19
123:23, 124:8
127:7, 133:4
149:11, 149:12
156:18, 187:4
203:21, 203:23
person's 36:23
38:1, 154:1
personally 12:4
12:9, 125:4
177:2, 177:6
179:16, 181:18
persons 124:9
pertaining 85:4
180:22
pest 184:23
186:2
petition 166:12
166:13
phone 88:5
114:10, 114:15
114:16, 122:3
186:23, 202:19
phonebook
113:1

phones 120:22
Phyllis 12:25
13:1, 13:2
14:11, 17:13
159:1, 159:1
159:3, 159:4
171:13, 173:12
173:14, 187:25
201:24, 202:9
202:17
physically 94:13
physician's
76:11
pick 114:2
picked 39:17
102:4, 102:5
102:17, 103:5
103:11
picks 133:5
pictures 62:4
pieces 7:17
pills 195:8
195:12
pink 165:22
Pinkney 52:8
52:13, 52:16
81:14
pins 57:23
place 24:6
27:23, 47:13
55:1, 55:1
70:21, 77:18
81:11, 85:25
89:9, 93:20
126:16, 132:11
145:24, 151:25
155:8, 160:18
175:22, 183:18
193:1, 205:10
placed 60:23
71:25
places 188:16
plaintiff 1:18
51:20, 188:3
188:6
Plaintiffs 1:7

Tabatha Jackson  4/14/2022

2:2
plans 49:13
plastic 130:23
178:4, 178:19
178:24, 180:15
182:14
play 115:19
played 76:3
76:14, 116:2
116:7, 116:12
116:18, 117:3
119:5, 119:10
playing 202:7
plays 115:15
plead 76:15
please 77:10
84:24, 91:23
197:13
plumber 145:13
plus 152:11
pod 13:5, 13:8
13:10, 56:12
56:14, 57:8
58:17, 67:18
67:19, 72:2
84:12, 85:16
86:14, 86:20
91:18, 118:15
132:7, 139:20
139:25, 140:2
142:1, 144:24
145:16, 148:8
151:17, 151:17
151:20, 151:24
155:24, 160:1
162:13, 171:20
172:11, 172:22
pods 56:15
115:13, 131:3
141:24, 142:3
142:6, 142:7
point 20:8, 25:7
41:7, 41:17
47:6, 73:1, 73:6
74:10, 78:24
98:14, 112:19

119:12, 120:4
139:1, 196:25
200:10, 201:12
pointed 196:1
poisoning
165:16
police 33:22
33:22
policemen
188:18
policies 79:13
136:21, 153:6
policy 137:1
142:15, 142:16
147:20, 147:21
176:2, 176:4
191:9, 191:13
203:3, 203:4
polite 76:20
pop 185:9
Pope 127:2
population
13:10, 53:16
56:15, 58:21
59:1, 59:4
59:10, 59:17
59:21, 59:22
60:3, 60:6
60:15, 60:24
62:25, 63:4
63:7, 63:13
66:11, 66:15
66:24, 69:18
72:2, 73:1, 73:3
73:24, 73:25
76:2, 78:20
78:21, 84:5
92:20, 129:14
131:3, 139:20
139:21, 140:21
147:11, 148:8
151:25, 160:2
162:13, 172:21
port 54:24, 55:2
position 25:3
26:6

possible 80:18
possibly 43:4
138:13
post 1:21, 39:25
57:10, 205:5
205:19
posted 39:20
40:22, 41:13
powder 173:17
practically
139:14
practice 58:10
79:19, 148:10
176:4
practices 136:21
191:9, 191:13
practicing
203:24
pray 179:21
179:22
Prazosin 112:9
pregnant 85:23
132:23, 132:24
132:25, 133:1
133:3
prepare 7:4
7:11, 7:12
prepared 168:2
prescribe
165:19
prescribed
112:8, 194:13
199:18, 200:14
prescription
197:20, 201:8
201:10
prescriptions
194:22, 195:6
195:8, 195:10
presiding 41:20
pressure 29:16
197:24, 198:3
198:5, 198:11
pretty 52:24
172:20
previous 108:19

prick 68:22
164:2, 164:24
pricked 163:6
164:15
primary 64:25
Prince 111:20
111:23, 111:25
112:3, 112:10
113:7, 154:12
prior 152:11
199:8
prison-prison
146:8, 146:9
146:10
Pritchett 9:13
54:17, 54:19
54:20, 55:2
90:8, 94:25
95:4, 95:5
101:1, 101:8
101:15, 101:25
109:23, 111:6
111:13, 114:5
120:6, 120:7
122:14, 123:3
123:7, 123:12
123:15, 125:24
126:4, 126:12
127:11, 192:4
192:12, 195:16
195:16
private 44:24
probably 12:1
14:22, 17:12
25:18, 40:18
40:19, 45:15
88:20, 89:1
91:1, 93:10
93:23, 93:23
105:15, 105:15
114:19, 117:21
118:10, 118:21
120:17, 121:12
121:13, 130:4
143:18, 146:25
184:5, 185:12

probation 40:14
40:15, 41:5
42:24, 43:2
70:13, 70:25
71:20, 72:23
74:19
problem 14:12
14:14, 14:15
30:16, 57:5
65:4, 141:4
145:19, 145:20
154:17, 159:20
201:20
problems 17:24
29:10, 29:11
30:13, 47:13
47:20, 66:22
67:1, 67:5, 73:6
75:7, 75:8, 79:2
141:1, 179:10
181:2, 185:20
192:2, 199:19
199:20, 200:8
procedure 1:20
5:3, 79:19
procedures
203:5
process 55:3
70:15, 70:18
71:23, 145:11
produced 120:1
products 145:23
program 24:13
43:5, 43:8
43:15, 43:17
43:19, 44:19
45:6, 46:9, 47:4
47:9
programs 47:10
promised
160:21
proper 201:21
202:2
propped 134:11
134:12
Prosecuting

Tabatha Jackson  4/14/2022

1:22, 2:8, 2:12
prosecutor 5:22
provided 5:2
157:23, 159:9
provides 22:24
Pruitt 111:7
111:8
psychiatric
112:2, 112:6
197:19
psychiatrist
111:14, 111:15
111:16, 112:8
135:15, 135:17
psychotic 48:5
Public 1:21
205:5, 205:20
pulse 164:23
puppet 76:21
76:22, 77:10
77:13, 77:22
77:25, 78:7
78:9, 167:7
puppets 78:3
pure 146:19
purpose 50:22
91:25, 107:15
115:6, 190:9
pursuant 191:9
pus 69:13
103:14
push 91:11
91:13
put 12:14, 15:25
16:6, 16:7, 16:8
33:19, 41:10
56:7, 57:23
60:1, 60:9, 61:8
62:25, 66:18
69:17, 73:4
77:24, 84:4
93:21, 98:6
99:21, 104:25
106:10, 107:18
131:11, 140:4
141:9, 145:24

146:9, 149:5
152:16, 152:25
154:3, 155:22
156:4, 157:9
157:11, 158:24
159:3, 160:6
161:22, 163:10
164:20, 173:9
173:25, 178:24
183:22, 187:9
putting 37:25
98:12, 106:7
106:9, 182:4
184:1

**Q**

qualify 188:8
188:9
quality 162:16
176:2, 176:21
question 6:14
6:17, 6:19, 6:25
7:1, 12:10, 17:6
83:11, 105:14
107:10, 112:16
126:3, 126:17
134:17, 163:16
176:19, 200:24
questions 84:23
86:11, 135:23
143:16, 182:23
190:4, 190:20
204:10
quiet 47:18
quite 14:22
17:13
quote 158:6

**R**

R-O-B-Y-N
187:24
raised 186:9
raisins 156:19
158:2, 158:3

158:4
ran 9:11, 34:18
35:3, 102:16
103:4, 104:23
Randy 54:20
90:7, 122:14
125:24, 126:4
126:12
raped 38:11
raw 196:13
196:13, 196:13
199:11, 199:11
razor 97:11
97:16, 97:19
97:20, 98:3
98:18, 99:14
99:17, 100:5
111:5
reach 121:9
121:10, 121:14
reached 99:24
112:10
read 51:17
92:16, 93:8
188:25, 189:9
204:15, 206:3
ready 7:17
real 98:10
realize 61:5
159:14
realized 62:15
87:14, 157:6
158:2, 160:11
really 33:24
36:21, 37:13
40:12, 47:14
68:10, 68:24
76:15, 81:1
89:10, 89:17
106:8, 108:10
113:17, 114:24
121:18, 122:25
128:7, 131:8
133:7, 135:9
137:22, 148:4
149:17, 151:18

156:12, 156:17
157:4, 162:19
170:5, 173:1
196:13, 202:8
reason 83:12
83:18, 84:7
89:1, 104:25
181:23
reasonably
201:17, 201:18
receive 18:4
18:11, 18:13
18:15, 22:18
received 196:3
196:4
receiving 64:9
recess 35:18
48:18, 83:1
115:4, 116:23
137:10, 170:22
194:2, 204:7
record 17:23
69:22
recorded 115:13
120:22, 205:7
recording 116:2
116:7, 116:12
116:18, 117:3
119:5, 119:10
records 30:8
42:13, 55:17
59:5, 64:14
rectangular
97:19
red 90:25
138:11, 138:22
140:4, 145:21
146:3, 146:7
146:9, 146:11
146:16, 148:10
149:1, 150:24
151:7, 151:9
151:10, 152:12
152:16, 171:13
187:20, 202:3
reduced 205:8

Reed 88:7
111:9, 114:5
114:14, 114:17
122:18, 122:19
122:21, 122:23
186:15, 186:17
reference 25:21
referencing
60:21
referral 112:11
referred 112:3
referring
139:15, 199:14
refers 191:2
refresh 93:3
regarding
147:21
regular 102:23
114:21
regulations
170:17
rehab 43:5
43:16, 48:22
119:13, 197:3
201:11, 201:12
rehabs 47:10
197:3
relate 138:15
related 30:10
31:11, 64:15
108:2, 130:14
132:6, 136:14
143:11, 143:23
147:11, 147:16
150:12, 150:23
153:2, 153:19
164:15, 177:9
191:13
relates 138:16
relative 180:7
205:11, 205:12
released 39:11
58:15, 70:6
remember 13:5
13:15, 13:16
27:17, 41:2

Tabatha Jackson 4/14/2022

53:23, 53:25
54:7, 73:16
73:22, 75:11
82:3, 93:5
93:12, 93:13
94:2, 96:11
101:6, 108:22
109:17, 109:23
109:25, 110:1
110:2, 114:15
190:3, 190:23
remembered
122:3, 135:25
remembering
140:24
reminding
29:17, 115:16
repeat 153:17
203:17
rephrase 15:9
report 77:15
92:6, 93:1, 94:5
109:10, 109:14
188:17, 189:1
189:4, 189:9
reported 77:16
92:10
reporter 5:13
6:5, 69:22
reporting 92:14
92:24
reports 189:17
represent 5:23
8:17, 36:9
118:25
representative
10:4, 10:4
10:25, 11:13
37:6
requirements
147:16
resolved 31:15
response 143:7
177:9, 185:24
responsibilities
21:9, 21:14

36:16, 36:19
responsibility
12:5, 36:21
189:21
rest 47:3, 50:2
56:18, 59:4
133:9, 192:14
192:18, 202:24
result 41:8, 42:1
68:18, 105:2
108:4, 112:10
133:19, 134:6
134:18, 141:2
147:1, 153:14
162:24, 166:23
169:3, 172:24
174:5, 191:25
192:3, 192:12
201:2, 201:4
return 59:23
returned 59:19
reversal 31:19
reversed 46:21
47:1, 47:2
49:11
review 7:16
reviewed 51:7
94:6, 167:19
right 11:16
15:16, 26:21
28:19, 30:23
31:12, 35:25
37:10, 37:25
40:23, 42:9
46:23, 49:19
55:22, 56:2
56:5, 56:21
57:21, 59:13
60:19, 61:23
62:19, 66:12
67:7, 70:1, 70:7
71:23, 71:25
76:17, 80:19
84:25, 88:23
89:25, 90:6
94:11, 95:1

96:19, 98:7
100:2, 101:4
101:16, 103:1
103:2, 104:6
105:18, 106:7
106:12, 106:13
107:23, 108:17
115:17, 116:4
118:4, 119:23
128:12, 135:2
135:5, 136:18
143:17, 155:24
156:22, 161:3
161:23, 168:19
170:11, 172:20
174:6, 177:2
182:6, 182:25
183:15, 186:17
190:2, 192:23
193:16, 194:23
196:6, 198:7
200:6, 200:7
200:13, 200:21
200:21, 201:3
201:5
risk 61:4
roaches 184:22
Road 2:4
Robyn 187:6
187:8, 187:10
187:11, 187:12
187:23, 187:24
201:25, 202:10
202:11
Rock 98:9
role 76:3, 76:14
rolled 74:5, 75:5
room 6:4, 13:7
62:6, 62:6
62:16, 64:18
70:19, 83:20
83:22, 83:24
84:13, 84:16
85:13, 85:15
86:4, 93:7
124:20, 124:22

138:8, 138:9
138:11, 138:12
138:17, 138:25
139:4, 140:7
140:9, 142:9
146:8, 146:10
146:13, 149:7
149:8, 155:24
156:2, 156:8
159:17, 159:24
171:13, 172:18
174:14
roommate 13:2
13:6, 13:7
159:15, 202:16
202:17
roommates
13:17
rooms 104:5
138:21, 140:5
rough 101:18
roughly 18:25
25:20, 83:9
rubber 34:17
ruler 141:18
rules 1:20, 5:3
6:8, 169:15
run 34:21, 34:21
50:9, 118:17
171:18, 203:15
run-up 20:3
running 80:24
102:3
runs 24:13
44:21
rust 171:7
171:9
rusty 171:17
171:18, 172:13

S

S-H-A-N-I-K-A
34:9
sad 104:21
safe 85:25

sake 77:6
sally 54:24, 55:2
Sandra 81:21
88:1, 110:23
110:24, 110:25
111:2, 114:4
114:25, 116:15
119:16, 186:20
Sanitary 145:23
sanitation
147:15, 147:22
153:10
sanitize 129:3
129:6, 131:19
131:21
sanitized 128:15
sanitizing 153:7
sat 105:23
124:11
Saturday 42:7
59:8
save 61:1, 93:6
155:4
saved 127:6
saw 51:2, 51:3
67:25, 68:1
68:3, 96:2, 96:4
101:4, 101:6
113:21, 113:22
113:25, 126:13
126:14, 126:15
127:2, 181:9
Sawyer 68:13
139:12, 171:16
saying 36:23
50:2, 80:4
104:13, 107:11
121:24, 121:25
126:20, 130:1
135:1, 135:2
135:4, 138:5
143:15, 149:4
150:14, 150:17
163:21, 167:7
172:13, 180:22
180:23

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| **says** 52:3, 62:17 70:12, 92:14 92:18, 93:10 93:16, 94:8 109:7, 174:25 191:6, 194:11 | 188:21, 200:23 **sections** 177:18 **Security** 28:11 28:12, 28:13 **see** 30:12, 49:19 54:22, 56:17 | 118:22 **send** 71:25 78:21, 78:22 97:9, 133:23 144:11, 158:21 162:8 | **serious** 194:12 **seriously** 132:20 **serve** 41:7 41:14, 42:3 42:5, 61:18 62:10, 63:2 | 184:3, 184:6 **shoot** 34:16 **shooting** 34:4 34:5, 34:20 34:21, 52:5 **short** 50:4 |
| **schizophrenia** 29:19 **schizophrenic** 47:19 **school** 23:16 23:18, 193:17 193:17 | 58:8, 61:25 63:9, 65:19 65:21, 70:17 71:6, 72:9, 75:5 92:8, 92:10 92:13, 93:2 95:6, 95:13 | **sending** 43:4 179:6 **sends** 78:19 **sense** 6:20 14:21, 62:17 112:18, 165:7 | 69:24, 156:6 **served** 42:18 70:2, 70:6 156:24, 157:1 **service** 169:3 **Services** 168:23 | **shorter** 57:12 **shortly** 51:25 **shot** 24:25, 25:7 28:6, 28:17 28:22, 34:22 34:23, 34:25 |
| **sciatic** 29:12 29:13, 29:14 57:25, 58:4 58:14, 192:8 **sciatica** 57:20 **scooter** 50:15 50:18 | 95:18, 95:24 97:16, 97:16 98:1, 101:7 109:14, 111:15 112:5, 113:18 113:19, 114:25 128:1, 130:24 | **sent** 58:21, 76:2 78:18, 151:16 162:9, 163:11 166:25, 190:4 190:20 **sentence** 41:14 42:18, 61:18 | **serving** 66:9 67:16, 68:16 69:2 **set** 1:25, 102:11 193:8, 205:14 **seventh** 112:7 **shakes** 202:6 | 35:3, 35:3, 35:5 35:7, 35:10 35:9, 39:3 40:3, 51:22 51:25, 52:2 56:21, 60:19 63:23, 64:7 |
| **Scrabbled** 157:3 **screamed** 86:9 **screaming** 85:20, 86:2 87:13, 87:13 | 130:25, 135:15 135:16, 136:2 154:3, 160:17 163:4, 163:25 165:23, 166:18 | 62:10, 63:2 66:10, 67:16 68:16, 69:2 69:9, 69:25 70:2, 70:6 | **shame** 199:20 **Shanika** 34:9 35:8, 35:9, 40:2 158:21, 158:21 179:6, 186:17 | 65:24, 66:5 81:11, 83:4 89:12, 98:11 98:14, 134:10 134:23, 134:24 |
| **screw** 154:17 **scrub** 154:21 154:21 **scuffle** 118:15 **se** 93:5, 118:1 **seal** 205:15 | 166:19, 178:3 181:8, 189:7 190:12 **seeing** 41:2 56:19, 110:1 112:18, 162:21 | **sentenced** 32:1 32:3, 42:2, 69:6 74:18, 74:19 74:22, 74:24 74:25, 75:3 75:3 | 186:18 **Shannon** 69:4 69:19, 74:10 151:15 **sharing** 171:19 **She'll** 107:2 | 135:1, 135:4 164:4, 164:11 164:13, 174:13 180:17, 181:3 194:23, 196:10 199:12, 200:15 200:21 |
| **Sean** 63:10, 65:2 76:11, 76:13 82:6, 82:19 105:20, 126:13 162:3, 162:9 163:3, 163:17 | 174:24, 190:23 **seek** 112:6 176:7 **seeked** 10:12 **seeking** 8:16 **seen** 50:25, 62:2 | **sentencing** 44:17, 74:21 **separate** 206:4 **separately** 9:5 155:5, 155:12 **September** 31:5 | **sheet** 206:4 207:1 **sheriff** 39:16 55:6, 71:4 136:25, 195:15 **sheriff's** 153:5 | **shower** 149:16 149:17, 150:2 150:3, 151:1 151:5, 151:8 172:19, 174:15 174:24, 183:15 |
| **search** 97:10 **searching** 139:13 **second** 47:3 51:12, 83:16 87:2, 94:17 100:23, 100:25 101:13, 109:13 130:9, 171:15 | 65:16, 80:14 80:15, 80:21 124:10, 124:24 125:2, 125:4 185:12, 185:13 185:19, 189:9 202:20 **sees** 154:16 **self-defense** | 31:12, 35:22 40:3, 40:23 52:1, 56:5 69:25, 70:9 72:24, 83:8 **September/early** 40:5 **sergeant** 94:6 **sergeants** 108:14 | 195:14 **sheriffs** 39:17 195:21, 195:24 195:25 **shift** 138:7 139:11, 139:17 139:17, 171:14 171:15 **shirt** 89:6, 89:7 **shirts** 89:7 | **showing** 12:3 **shut** 77:6 **sick** 33:24 87:15, 87:17 162:2, 162:5 162:24, 163:22 164:9, 165:1 165:16, 166:10 166:14, 166:16 |

Tabatha Jackson 4/14/2022

169:16, 169:17
169:18, 169:24
170:5, 170:11
170:12, 170:13
170:18, 179:15
180:20, 180:21
**side** 54:25
56:10, 56:17
97:12, 99:11
99:15, 99:18
99:19, 101:4
102:13, 102:14
103:3, 104:5
104:17, 117:10
117:13, 117:15
118:8, 118:21
134:24, 134:25
135:2, 135:3
135:5, 135:5
203:1
**sidewalk** 34:7
34:16
**signature** 108:1
111:24, 190:17
206:1
**significant**
122:20, 122:21
**silver** 97:20
**similar** 185:20
201:20
**single** 130:22
133:14, 139:7
**sink** 171:10
171:11, 171:22
172:7, 172:8
172:9, 175:13
175:18
**sinks** 176:5
**sir** 9:2, 12:22
13:4, 13:21
14:14, 14:20
14:23, 14:25
15:2, 15:8, 16:4
16:13, 16:18
16:21, 18:10
18:12, 18:20

22:23, 24:16
24:23, 25:4
27:15, 27:19
27:25, 28:8
31:16, 33:4
33:8, 36:5, 41:9
51:9, 53:8, 73:3
73:24, 78:14
79:5, 79:21
80:16, 81:23
82:11, 84:24
87:8, 91:21
93:9, 94:4
96:25, 101:3
103:18, 105:3
105:10, 109:5
109:12, 117:10
118:5, 118:7
119:17, 122:25
123:17, 127:24
129:11, 130:19
133:7, 133:9
134:24, 135:7
136:8, 137:3
137:6, 143:16
144:4, 147:23
148:12, 149:17
152:5, 152:10
152:14, 153:12
154:12, 164:4
167:22, 167:25
168:24, 169:1
169:5, 169:9
171:24, 174:23
175:9, 176:6
176:10, 176:22
176:25, 179:21
180:5, 182:20
182:25, 183:2
183:6, 183:16
184:11, 184:17
185:3, 185:25
186:7, 189:23
192:16, 193:12
193:18, 194:8
197:21, 203:4

**sister** 81:20
87:25, 111:3
114:4, 114:11
114:20, 114:21
114:22, 114:22
116:14, 116:15
117:11, 118:3
158:17, 158:18
186:16, 186:17
**sisters** 47:15
47:23, 53:2
**sit** 17:15, 29:8
60:17, 70:20
72:11, 72:14
102:10, 102:18
123:23, 134:17
143:21, 153:13
158:11, 158:13
158:15, 158:16
164:22, 201:7
**sitting** 18:22
62:23, 85:20
86:2, 96:13
96:14, 96:15
97:2, 97:12
97:21, 99:15
99:25, 100:2
102:10, 102:12
118:20, 132:20
150:3, 150:8
150:19, 154:5
182:24
**situation** 14:10
14:13, 76:25
77:1, 81:19
121:5, 182:7
**situations** 9:10
**six** 32:1, 136:10
**sixth** 56:9, 56:12
61:7, 62:5, 62:7
84:15, 95:7
**skipped** 162:15
**slammed** 102:5
102:17, 103:5
103:11, 103:12
103:13, 104:2

104:14, 104:16
105:21, 105:22
106:6, 107:6
**slams** 104:12
**slap** 98:9, 99:10
117:17, 117:18
118:9
**slapped** 98:8
98:21, 99:4
99:12, 99:20
99:23, 100:3
105:10, 105:10
117:16
**sleep** 67:7
88:16, 89:11
89:12, 128:3
129:13, 129:16
129:17, 130:21
131:6, 132:17
132:18, 133:15
133:17, 135:10
136:6, 137:19
138:19, 141:5
141:8, 141:10
175:19, 180:25
185:9, 197:6
**sleeping** 66:20
67:12, 88:11
89:18, 131:5
131:7, 133:20
134:7, 136:14
137:1, 149:9
185:8
**slept** 89:10
130:23, 131:24
131:25, 132:22
133:7, 133:10
133:12, 133:18
135:8, 136:9
**slim** 86:21
173:21
**small** 55:10
**smashed** 69:14
103:14, 103:16
**smell** 87:21
145:2, 148:20

148:23, 149:8
149:15, 149:18
149:23, 150:1
153:3, 153:16
153:20, 154:14
161:17, 161:17
174:11, 178:4
178:4, 178:18
178:18, 178:19
178:22, 179:2
179:3, 180:18
180:20, 182:14
**Smelled** 178:24
**smelling** 149:21
153:25, 154:1
179:15
**Smith** 98:8
105:11, 117:17
**smuggle** 80:6
**snatched** 103:20
104:15
**Social** 28:11
28:12, 28:13
**socially** 52:25
**socks** 151:18
**somebody** 16:14
17:8, 18:3
38:20, 39:25
53:12, 77:25
77:25, 80:18
84:10, 85:20
111:4, 112:4
112:14, 112:24
123:2, 131:14
131:18, 133:11
145:10, 145:11
154:6, 157:8
163:13, 176:7
179:14, 181:4
189:24, 195:3
197:11
**somebody's**
83:24, 106:20
149:22
**someplace**
24:18, 37:12

Tabatha Jackson 4/14/2022

38:1, 44:14
81:12, 112:15
163:11
**something-som...**
170:4
**sorry** 9:2, 9:4
13:14, 16:19
20:5, 21:20
35:1, 40:25
42:16, 66:7
78:7, 98:25
99:1, 121:1
135:6, 149:3
167:8, 179:1
**sort** 27:17
65:12, 86:16
149:25, 165:7
166:12, 179:4
184:20, 185:2
190:19
**sought** 143:10
**sounding** 86:13
**sounds** 129:13
151:24, 161:21
200:4
**sources** 29:8
**South** 2:4
**space** 104:4
**spaced** 23:9
**spaghetti** 161:6
161:8, 161:9
**speak** 7:8, 8:11
8:25, 11:25
12:1, 12:3, 14:9
14:11, 16:4
18:2, 20:2
36:24, 36:25
38:7, 38:12
38:13, 38:15
38:19, 38:20
38:21, 53:1
53:2, 76:23
77:2, 89:3
121:2, 154:11
154:13, 187:18
**speaking** 8:21

8:24, 12:5
12:12, 36:18
129:12
**speaks** 76:8
**spec** 31:3
**special** 21:8
**species** 184:21
**specific** 37:5
106:2, 123:19
142:20, 147:14
153:13, 169:6
176:20, 179:10
180:10, 184:20
186:5, 190:6
200:8
**specifically**
170:16, 176:12
177:12, 185:23
**specified** 205:10
**Speights** 85:10
85:11, 85:12
85:12, 86:7
89:5
**spell** 5:12
**spelled** 5:15
**spend** 45:1
90:10
**spending** 48:7
175:11
**spent** 32:12
39:2, 40:3
44:18, 48:23
94:21
**spice** 156:20
**spoiled** 82:14
154:24, 155:15
160:12, 160:13
160:13, 161:1
161:4, 161:5
161:12, 161:15
161:16, 162:4
162:25, 165:17
178:22, 178:25
**spoke** 19:22
19:24, 20:8
83:19, 84:9

126:19, 126:22
144:19, 202:3
**spoken** 19:13
167:3, 186:13
186:21, 187:1
**spokesperson**
37:2, 37:7
**Springs** 47:11
47:12, 48:8
49:5
**springy** 133:8
**squirting** 98:5
98:5
**SSD** 28:15
28:18, 28:20
28:23
**SSI** 28:14, 28:15
28:18
**stadium** 25:25
26:2, 26:3, 26:4
26:15
**staff** 152:18
**stains** 128:15
**stamps** 29:3
29:4
**stand** 55:25
72:10, 72:15
96:14, 99:5
99:7, 99:19
99:23, 124:20
138:19
**standard** 79:18
**standing** 96:13
99:6
**stands** 24:3
**stank** 151:11
151:22
**staples** 64:2
67:7, 69:14
83:5, 89:12
103:13, 103:17
103:18, 106:16
126:14
**start** 6:15, 37:12
38:1, 72:24
88:16, 112:15

127:18, 128:3
156:13, 174:10
174:11
**started** 25:18
28:18, 28:23
33:9, 34:5
37:24, 118:2
143:4, 164:8
164:8, 173:11
178:20, 179:6
197:2
**starting** 51:15
138:7
**starts** 174:12
**state** 1:21, 5:12
41:20, 137:4
142:20, 147:15
153:9, 169:6
170:7, 176:20
180:6, 186:1
205:3, 205:6
205:20
**statements**
107:1
**states** 1:2
188:17, 189:4
**stating** 199:24
**stay** 45:16
45:19, 49:21
58:18, 62:12
63:25, 67:13
83:6, 100:12
103:16, 128:13
171:10
**stayed** 46:24
46:25, 60:4
74:4, 140:4
151:6
**staying** 113:5
**stenographically**
205:7
**step** 149:13
203:11
**Stewart** 2:8, 3:3
5:9, 5:21, 17:2
19:18, 35:15

35:20, 48:15
48:20, 82:23
83:3, 83:11
91:22, 107:3
115:1, 115:9
116:20, 116:25
137:7, 137:12
153:8, 170:19
170:24, 193:23
194:4, 204:4
204:9
**stick** 155:12
**stink** 129:4
129:8, 174:16
174:20, 179:12
180:14
**stinky** 179:1
180:15
**stint** 45:9
**stitches** 64:3
**stomach** 34:23
35:14, 51:22
64:2, 67:8
69:13, 69:13
69:14, 82:13
83:5, 106:15
106:17, 106:18
163:7, 163:22
164:3, 164:4
180:17, 180:22
**stood** 34:23
**stop** 50:7
**stopped** 114:2
**stops** 71:18
**store** 27:5
27:20, 33:25
50:9
**story** 75:12
77:11
**straight** 130:6
130:8, 130:9
130:12
**street** 1:23, 2:9
2:13, 34:5
34:18, 34:19
50:6

Tabatha Jackson 4/14/2022

streets 97:4
103:12
strike 18:13
20:23, 26:13
28:18, 32:25
74:14
strong 80:12
105:12, 174:12
174:13
stuck 48:12
83:23, 106:22
study 167:24
stuff 11:23
55:24, 84:4
85:18, 87:12
87:19, 88:17
124:16, 124:17
124:18, 128:16
131:22, 134:3
139:23, 154:1
154:6, 157:25
158:7, 165:21
165:22, 166:8
173:3, 173:10
173:11, 173:13
174:3, 179:18
180:19, 181:11
181:14, 183:6
183:7, 184:11
193:7, 193:20
stung 185:6
185:8
style 105:11
subpoena 16:14
subpoenaed
16:17
Subscribed
206:9
substance
178:12
substandard
137:15
substituted
200:18
successful 126:8
sue 127:8

suffered 191:25
suffering 153:18
suing 13:19
suitcase 44:5
sulphur 178:23
summer 20:12
113:24, 136:13
143:3
summertime
113:22
Sunday 92:18
Superior 24:8
46:6
supervision
191:10
supervisor
27:21
supplied 179:4
supply 177:9
support 28:9
supporting
55:19
suppose 156:5
supposed 9:16
16:7, 62:20
62:20, 78:18
79:19, 131:21
134:11, 141:17
161:7, 175:20
195:11, 200:10
202:2
sure 6:8, 6:10
12:11, 12:24
14:22, 16:25
17:13, 21:3
36:6, 51:13
58:19, 61:14
79:11, 80:23
80:24, 80:25
89:24, 89:25
90:12, 93:24
105:20, 107:7
122:16, 127:9
136:5, 140:4
140:11, 140:12
148:16, 157:2

157:4, 161:2
163:16, 183:23
surgery 51:21
51:25, 52:5
199:7
surprise 120:4
surprised 105:4
105:6, 105:7
swallowed
161:13
sweet 91:8
121:15
sweetie 136:4
switch 169:25
switched 168:16
swollen 104:18
106:11, 106:14
114:12
swore 63:12
sworn 5:4
205:6, 206:9
symptoms 30:4
30:6, 200:8
system 115:20

**T**

T-A-B-A-T-H-A
5:14
t-shirt 89:22
124:20, 138:20
t-shirts 184:2
Tabatha 1:6
1:14, 1:18, 3:2
5:1, 5:8, 5:14
51:21, 205:6
206:8, 207:4
table 135:10
155:23, 156:5
tables 156:1
take 5:16, 35:15
51:15, 54:1
54:11, 55:12
65:5, 73:14
81:8, 82:5
82:23, 83:12

84:4, 86:1, 86:1
89:22, 100:11
105:21, 106:19
119:20, 137:7
149:16, 149:17
150:2, 150:3
163:10, 165:12
165:14, 165:17
165:23, 166:5
173:4, 173:6
174:15, 184:4
184:6, 193:10
194:5, 197:5
198:24, 201:10
201:13, 201:15
taken 1:20, 6:2
6:6, 73:18
207:5
takes 26:21
36:24
Talbot 44:15
45:2, 45:6, 45:7
45:10, 45:19
49:1
talk 6:13, 36:8
43:4, 48:10
81:18, 84:2
85:6, 87:23
88:5, 90:6
92:17, 96:3
110:17, 110:22
111:10, 112:14
119:3, 120:8
120:9, 120:10
120:23, 120:24
120:25, 121:24
122:2, 122:9
127:15, 137:17
145:15, 148:15
154:15, 163:23
164:1, 165:18
167:6, 177:11
188:2, 188:5
188:9
talked 7:6, 7:13
7:13, 36:11

36:11, 36:12
63:14, 69:3
69:19, 74:23
76:1, 82:7, 85:9
87:25, 88:6
88:6, 110:16
110:23, 110:23
112:4, 114:4
114:7, 121:21
126:13, 147:9
147:10, 148:2
148:3, 148:5
163:6, 163:13
163:17, 167:16
186:15, 186:15
186:16, 186:24
188:12, 197:10
198:15
talking 25:2
30:15, 35:21
48:21, 54:13
56:20, 59:15
65:12, 68:15
70:2, 72:3
72:13, 72:23
82:8, 83:15
83:16, 85:3
90:18, 97:5
100:8, 100:10
101:20, 101:22
101:22, 102:7
103:23, 109:4
109:19, 113:10
115:24, 117:11
119:7, 120:14
122:10, 123:5
126:21, 128:18
128:19, 130:14
130:19, 131:9
131:10, 131:17
132:5, 140:10
143:24, 144:4
146:17, 148:5
154:15, 156:11
159:19, 163:8
168:20, 169:12

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| 175:18, 182:24 | 42:9, 42:18 | 118:1, 136:21 | 58:17, 58:25 | 152:12, 152:17 |
| 190:7, 191:4 | 59:2, 70:4, 70:5 | 153:7, 156:6 | 61:1, 61:13 | 152:17, 156:19 |
| 194:15 | 87:1 | 157:19, 159:2 | 61:21, 63:3 | 157:1, 157:21 |
| **tall** 107:7 | **terminology** | 163:11, 173:22 | 63:6, 63:23 | 159:8, 160:9 |
| **taps** 172:3 | 167:8 | 180:25, 200:16 | 64:1, 65:25 | 162:15, 164:10 |
| **Target** 27:2 | **terms** 25:16 | 201:13 | 66:8, 67:25 | 165:4, 167:16 |
| 27:7, 27:20 | 83:7, 198:7 | **things** 12:15 | 68:6, 68:7, 69:1 | 168:10, 169:7 |
| 28:1, 28:4 | **Terrell** 88:7 | 28:19, 30:9 | 70:25, 72:25 | 170:7, 172:24 |
| **tear** 124:22 | 110:23, 111:9 | 30:17, 36:8 | 73:2, 74:12 | 174:4, 178:1 |
| 138:8, 138:20 | 114:4, 114:14 | 37:5, 37:23 | 74:15, 76:3 | 179:16, 180:12 |
| 139:4 | 122:18, 122:21 | 55:23, 66:4 | 76:5, 76:14 | 181:2, 181:5 |
| **teens** 122:5 | 186:15, 186:17 | 67:2, 70:23 | 76:17, 77:14 | 181:23, 182:3 |
| **tell** 7:20, 16:5 | **terrorized** | 76:16, 80:6 | 78:3, 80:17 | 182:11, 182:21 |
| 22:15, 38:9 | 124:22 | 92:25, 94:3 | 81:13, 81:18 | 188:8, 188:13 |
| 45:25, 53:11 | **tested** 176:15 | 95:18, 156:9 | 81:22, 82:1 | 199:4, 201:4 |
| 57:19, 75:23 | **testified** 169:21 | 157:18, 160:21 | 82:4, 82:9, 83:5 | 201:7, 201:16 |
| 76:20, 81:5 | 181:17, 182:21 | 167:8, 173:23 | 85:1, 86:24 | 202:7 |
| 84:2, 84:19 | **testify** 205:6 | 201:12 | 88:8, 88:25 | **thinking** 11:3 |
| 84:22, 93:7 | **testimony** 94:2 | **things/case** | 90:17, 92:13 | 27:16, 36:7 |
| 97:1, 101:3 | 205:10 | 31:15 | 96:2, 96:10 | 48:1, 54:8 |
| 103:10, 106:4 | **thank** 22:4 | **think** 10:16 | 97:14, 100:15 | 97:21, 98:10 |
| 107:1, 107:22 | 29:17, 79:10 | 10:17, 12:9 | 100:17, 100:23 | 99:9, 99:13 |
| 109:1, 111:8 | 85:7, 144:10 | 14:12, 15:3 | 103:2, 104:19 | 121:19, 161:11 |
| 111:9, 113:17 | 202:22, 204:11 | 15:4, 15:12 | 105:8, 106:17 | 162:20 |
| 113:19, 121:23 | 204:12 | 18:21, 19:1 | 109:17, 110:5 | **thinks** 72:10 |
| 125:8, 128:4 | **therapist** 50:5 | 19:4, 19:5 | 110:11, 110:18 | 113:14 |
| 130:19, 136:12 | 163:20 | 19:13, 20:8 | 111:2, 111:12 | **third** 139:11 |
| 137:20, 138:16 | **therapy** 65:11 | 20:15, 21:2 | 112:10, 113:12 | 139:17, 139:17 |
| 142:23, 143:2 | **thin** 86:22 | 23:6, 24:24 | 113:21, 114:3 | **thought** 11:7 |
| 145:19, 148:22 | 135:8, 135:9 | 25:13, 25:18 | 114:3, 114:7 | 11:9, 21:1, 21:1 |
| 155:16, 157:9 | 135:9 | 26:17, 28:17 | 114:17, 117:18 | 23:23, 35:3 |
| 158:21, 159:3 | **thing** 15:9, 15:9 | 28:22, 29:21 | 120:16, 121:11 | 36:17, 36:18 |
| 163:2, 164:3 | 15:10, 27:21 | 30:9, 31:21 | 121:14, 121:16 | 38:24, 53:21 |
| 165:1, 166:17 | 30:14, 36:15 | 31:22, 36:10 | 122:5, 122:6 | 53:21, 65:10 |
| 167:13, 179:1 | 45:7, 46:1 | 39:1, 40:20 | 122:23, 123:3 | 108:6, 111:7 |
| 182:16, 183:8 | 56:16, 60:21 | 41:10, 41:11 | 123:24, 124:19 | 120:18, 126:19 |
| 183:9, 183:11 | 61:6, 62:5 | 42:21, 43:19 | 125:4, 126:20 | 126:20, 144:23 |
| 184:20, 185:19 | 63:16, 64:4 | 44:18, 45:4 | 127:1, 127:6 | 157:14, 159:2 |
| 192:6 | 66:23, 72:18 | 45:9, 45:14 | 130:16, 131:2 | 159:19, 160:18 |
| **telling** 72:13 | 78:2, 79:4 | 46:13, 46:17 | 142:12, 144:19 | 169:19, 196:11 |
| 93:13, 103:15 | 79:14, 79:20 | 46:25, 47:16 | 144:20, 144:23 | **three** 35:10 |
| 106:3, 171:22 | 81:1, 87:7, 87:8 | 48:7, 48:9 | 145:18, 145:18 | 59:3, 98:11 |
| 171:25, 183:3 | 90:17, 97:9 | 48:23, 49:17 | 145:20, 146:8 | 98:14, 129:21 |
| 187:21 | 101:4, 102:9 | 51:2, 51:5, 51:7 | 146:16, 146:21 | 200:15 |
| **tells** 78:17 | 104:9, 104:22 | 52:24, 54:24 | 147:24, 150:23 | **threw** 103:21 |
| **ten** 23:8, 41:7 | 105:9, 113:9 | 58:4, 58:11 | 151:12, 151:12 | 166:23 |

Tabatha Jackson 4/14/2022

| | | | | |
|---|---|---|---|---|
| throat 90:3 | 65:8, 67:6 | time/what 13:5 | 83:25, 87:4 | Towers 1:23 |
| 158:12 | 67:12, 67:14 | times 22:17 | 88:13, 144:20 | 2:9, 2:12 |
| throw 134:3 | 67:15, 68:15 | 35:11, 50:7 | 145:16, 145:25 | trained 193:19 |
| 145:22, 161:13 | 69:2, 70:15 | 67:17, 73:4 | 148:7, 148:24 | training 125:20 |
| 165:3, 166:20 | 71:12, 72:6 | 81:6, 98:11 | 148:25, 149:10 | 125:25, 126:5 |
| 180:20, 180:21 | 73:10, 74:2 | 98:14, 146:3 | 175:23 | 191:10, 191:13 |
| throwed 165:2 | 75:4, 79:22 | 152:19, 165:10 | toilets 145:6 | 191:16, 191:18 |
| throwing 87:20 | 81:8, 81:24 | 166:22, 175:13 | 145:8, 146:17 | 203:7 |
| 164:9, 165:2 | 83:14, 86:24 | 186:23, 200:15 | 147:10, 148:7 | Tramadol 71:12 |
| tight 192:15 | 87:1, 90:10 | Tina 75:19 | 176:5 | 196:17, 196:20 |
| time 6:13, 10:22 | 90:10, 98:11 | tip 202:21 | told 34:20 | 196:21, 197:8 |
| 16:9, 19:9 | 100:3, 107:8 | tired 38:13 | 43:13, 54:1 | 200:17 |
| 19:10, 19:11 | 108:3, 108:5 | 84:14, 84:17 | 55:15, 64:24 | transcript 205:9 |
| 22:16, 24:24 | 108:6, 110:7 | 98:12 | 69:10, 69:11 | 205:9, 206:3 |
| 25:10, 25:14 | 113:5, 114:7 | Tizanidine | 69:11, 69:12 | 206:5 |
| 25:15, 26:12 | 114:15, 114:18 | 71:15, 196:18 | 69:15, 69:16 | trash 145:22 |
| 26:17, 26:19 | 120:20, 122:5 | 197:9, 197:22 | 72:4, 74:3 | 146:1, 146:2 |
| 26:25, 27:3 | 124:17, 124:18 | 198:23, 200:18 | 74:13, 75:25 | trauma 39:8 |
| 27:9, 30:19 | 125:9, 125:13 | 201:14 | 88:3, 89:2, 89:5 | 39:9 |
| 31:1, 31:22 | 129:12, 129:24 | toasty 151:19 | 90:24, 91:2 | tray 155:20 |
| 32:6, 32:11 | 130:2, 130:5 | today 5:16, 7:5 | 91:5, 91:10 | 156:5, 177:16 |
| 32:12, 32:22 | 130:13, 130:14 | 7:18, 17:15 | 98:6, 107:23 | 177:19, 177:22 |
| 34:21, 36:1 | 130:20, 130:20 | 18:22, 21:22 | 111:2, 111:3 | trays 155:1 |
| 39:2, 39:20 | 131:24, 132:8 | 28:9, 29:8 | 111:6, 111:12 | 155:15, 155:22 |
| 40:5, 40:10 | 133:9, 138:24 | 29:11, 30:15 | 111:14, 112:5 | 155:23, 156:4 |
| 40:13, 41:11 | 140:19, 140:20 | 49:19, 60:17 | 114:13, 117:10 | 160:23, 160:24 |
| 41:12, 41:13 | 142:1, 151:4 | 63:20, 72:20 | 117:15, 118:3 | 160:25, 160:25 |
| 42:6, 44:18 | 151:6, 151:13 | 94:2, 123:24 | 118:13, 119:17 | 169:25, 170:1 |
| 45:1, 45:4 | 151:15, 151:20 | 129:11, 134:6 | 121:5, 135:14 | 170:2, 177:12 |
| 45:13, 45:23 | 152:13, 152:14 | 134:17, 135:12 | 163:6, 180:14 | 178:2, 178:2 |
| 47:14, 47:18 | 155:4, 163:10 | 135:13, 136:7 | 187:15, 197:12 | 178:4, 178:5 |
| 47:19, 48:7 | 164:6, 165:14 | 141:1, 143:21 | 198:17, 198:19 | 178:7, 179:5 |
| 48:12, 48:23 | 165:18, 166:20 | 148:11, 148:12 | 201:1 | 179:8, 179:11 |
| 49:21, 51:5 | 166:22, 167:1 | 148:13, 153:13 | tolerance 197:4 | 179:15, 179:20 |
| 52:3, 52:19 | 167:2, 168:3 | 153:19, 168:3 | tongue 202:21 | 180:8, 180:11 |
| 53:17, 54:8 | 171:19, 175:11 | 168:8, 168:13 | top 173:23 | 180:14, 180:25 |
| 54:15, 54:16 | 175:14, 175:15 | 168:14, 169:22 | 178:25 | 182:9, 182:13 |
| 55:13, 56:20 | 178:5, 182:5 | 169:22, 170:6 | toss 139:7 | 182:17 |
| 56:21, 57:8 | 182:6, 182:9 | 170:15, 176:24 | 139:9, 139:25 | treat 78:22 |
| 57:10, 58:23 | 182:15, 184:13 | 183:8, 183:8 | 140:2, 140:12 | 194:13 |
| 59:1, 59:1, 59:6 | 184:14, 185:2 | 183:9, 185:21 | tossing 140:16 | treated 7:24 |
| 59:14, 60:18 | 189:13, 189:17 | 192:2, 197:20 | total 35:10 | 88:23, 111:4 |
| 61:21, 62:2 | 196:7, 197:10 | 197:22, 201:7 | 199:4 | 193:21 |
| 62:12, 62:15 | 199:10, 201:8 | 203:16, 204:11 | totally 121:18 | treating 64:16 |
| 64:6, 64:7, 64:7 | 203:15, 204:13 | 204:13 | 130:17 | 65:25, 66:4 |
| 64:16, 65:7 | 205:10 | toilet 83:21 | touch 197:21 | 111:25 |

Tabatha Jackson  4/14/2022

**treatment** 64:10
105:23, 150:15
176:7
**treats** 112:1
135:12, 135:13
**Tree** 33:25, 34:2
34:3
**trial** 15:13
15:18, 41:24
42:1
**Triamterene**
198:6
**tried** 167:6
169:20, 169:24
169:25, 170:3
**trifling** 146:19
**Trinity** 168:22
**trip** 64:5, 85:1
**trouble** 100:9
**true** 75:21
75:23, 75:24
76:3, 78:15
110:14, 205:9
**trustees** 131:20
131:21
**truth** 48:2
205:7, 205:7
205:7
**try** 67:10, 72:15
124:14, 174:15
200:25
**trying** 49:14
49:15, 61:11
64:5, 64:6
78:11, 85:1
93:8, 99:8
99:12, 99:21
108:5, 118:17
118:17, 121:6
121:9, 121:10
121:11, 121:14
149:3, 154:21
180:16
**turn** 47:17
56:11, 89:15
98:4, 107:19

117:13, 137:22
156:7, 164:20
171:1, 190:12
190:25
**turned** 34:7
34:19, 35:2
60:1, 62:17
84:7, 91:10
91:13, 98:7
99:11, 99:18
99:19, 99:25
100:1, 102:3
102:16, 103:20
106:13, 117:10
117:15, 118:7
118:8, 160:22
172:3, 195:18
196:17, 200:16
**turnover** 128:7
**TV** 66:19
137:21, 140:14
159:16
**tweaked** 71:14
**twice** 45:12
114:19, 165:6
**twist** 117:23
173:23
**two** 7:10, 24:19
35:4, 36:7
39:16, 39:21
40:4, 42:23
59:3, 66:5, 68:5
68:5, 68:11
73:11, 125:5
125:8, 128:4
129:21, 130:10
130:11, 131:11
134:12, 151:1
152:11, 159:11
160:12, 161:5
161:9, 165:10
177:24, 184:3
184:3, 196:7
200:22
**Tylenol** 157:18
197:5, 198:25

**type** 102:8
184:20
**typewriting**
205:8

## U

**ultimately** 108:7
**un-sanitized**
89:17
**unassisted** 50:4
**uncontrolled**
201:2
**undergo** 125:19
**undergone**
51:21
**underneath**
66:19
**understand**
5:16, 5:24, 6:10
8:5, 11:12
15:15, 65:4
77:5, 78:11
80:5, 84:23
84:25, 87:4
98:2, 106:21
107:12, 113:10
123:21, 149:3
195:5, 200:3
**understanding**
16:10, 118:7
**understood** 7:1
**underwent**
125:24, 126:4
**uniform** 54:4
**uniforms** 126:2
**unit** 8:20, 9:15
9:19, 9:25, 59:3
60:4, 60:7, 60:8
60:14, 61:3
67:21, 70:20
72:4, 72:5, 74:4
78:22, 84:13
84:15, 91:5
91:6, 94:16
95:6, 104:7

131:17, 133:6
139:21, 140:12
145:20, 146:18
147:5, 152:19
155:18, 155:19
162:10, 162:12
166:10, 166:10
172:18, 175:16
184:11, 184:14
187:14
**United** 1:2
188:17
**units** 56:7, 81:7
132:18, 142:12
145:7
**University** 36:4
39:4, 39:6, 58:9
64:17, 194:21
**upstairs** 70:20
93:21
**urine** 83:21
144:16, 144:18
145:1, 147:11
147:16, 147:25
148:18, 148:19
148:23, 149:6
149:11, 149:22
150:24, 153:3
153:15, 153:20
154:14, 174:10
174:10, 174:12
174:13
**use** 57:14, 57:16
61:3, 62:19
62:20, 62:22
67:23, 80:12
80:14, 80:18
84:21, 86:3
87:11, 87:11
125:20, 125:25
126:5, 137:5
178:19, 179:20
180:2
**uses** 148:10
**usually** 155:23
**utility** 172:9

## V

**Varies** 27:6
**vary** 185:2
**verbally** 82:8
**Verification**
190:13
**Veronica**
124:14, 124:15
124:16, 125:6
125:17, 187:10
187:12, 187:23
187:24, 201:25
202:5, 202:11
**Vicki** 50:17
50:17, 54:18
57:1, 57:7
59:19, 59:22
60:3, 60:4, 80:2
119:8, 119:15
188:7
**Vicki's** 57:15
59:18
**Victoria** 22:10
34:12, 35:2
35:7, 35:8, 61:3
**video** 104:10
**videos** 37:23
38:5, 38:6
**violate** 71:8
**violated** 40:17
71:7, 71:9
180:7
**violation** 40:14
41:5, 42:24
70:13, 70:25
71:20, 72:24
**violations** 74:20
**virus** 166:3
**viruses** 166:1
166:2
**visit** 67:23
114:11, 114:13
114:21
**visiting** 114:22
**Vistaril** 112:9

Tabatha Jackson  4/14/2022

| | | | | |
|---|---|---|---|---|
| **voice** 8:11 | 59:18, 59:18 | **warden** 52:19 | 177:9, 180:25 | 161:4, 167:16 |
| 11:25, 12:2 | 59:20, 59:23 | 52:20, 53:7 | 192:18 | 180:24, 186:8 |
| 12:2, 12:3, 18:3 | 59:25, 60:5 | 181:23, 182:8 | **way** 9:9, 9:10 | 187:23, 197:7 |
| 36:22, 36:23 | 60:9, 61:3, 61:7 | 182:11 | 16:4, 31:11 | 202:9, 202:9 |
| 37:2, 38:8, 76:8 | 61:8, 66:23 | **warm** 151:18 | 56:10, 57:24 | **weapon** 80:11 |
| **voices** 15:11 | 79:20, 79:23 | **wash** 150:21 | 61:12, 65:23 | 80:12, 80:15 |
| **VS** 1:8 | 79:25, 80:3 | 151:22 | 76:18, 77:24 | 80:18 |
| | 80:6, 82:2 | **washing** 150:20 | 79:16, 83:9 | **wearing** 54:4 |
| **W** | **walkers** 79:3 | **waste** 83:24 | 87:20, 94:3 | **week** 130:11 |
| | 79:13, 80:25 | 84:10, 85:19 | 97:24, 99:1 | **weeks** 28:25 |
| **W-A-D-S-W-O...** | **walking** 55:18 | **watched** 34:16 | 99:16, 100:5 | 39:21, 40:4 |
| 22:2 | 57:22, 102:3 | 78:25, 124:12 | 101:10, 101:11 | 51:4, 130:10 |
| **Wadsworth** | 149:21, 184:10 | **watching** | 101:13, 102:2 | 131:11, 152:11 |
| 22:2 | 192:10 | 102:14 | 103:4, 103:18 | 159:11, 165:14 |
| **wait** 6:14, 6:16 | **wall** 103:21 | **water** 127:15 | 106:9, 106:9 | 196:7, 200:22 |
| 82:5, 126:17 | 103:23, 103:24 | 127:16, 127:16 | 109:11, 117:11 | **went** 8:12, 8:13 |
| 131:12, 131:13 | 104:4, 104:13 | 140:5, 140:6 | 119:16, 120:11 | 9:4, 10:8, 10:12 |
| 131:18, 200:23 | 104:17, 104:20 | 145:8, 148:15 | 120:12, 125:22 | 11:24, 12:14 |
| **waiting** 95:13 | 105:22, 106:6 | 148:16, 149:10 | 128:11, 133:8 | 14:4, 15:8, 27:6 |
| 95:15, 95:17 | **walls** 67:23 | 149:19, 150:3 | 136:23, 141:16 | 27:23, 30:1 |
| 95:24, 96:5 | 72:19, 72:21 | 150:4, 150:4 | 145:21, 147:2 | 37:17, 43:13 |
| 119:12 | **want** 6:10, 18:2 | 150:8, 150:19 | 149:5, 149:13 | 43:23, 47:11 |
| **wake** 87:12 | 18:3, 21:2 | 151:3, 155:12 | 152:7, 154:7 | 51:3, 51:5, 51:6 |
| 138:18, 138:22 | 37:12, 37:13 | 171:1, 171:6 | 163:23, 164:3 | 58:8, 58:15 |
| 139:3, 154:5 | 37:16, 38:12 | 171:7, 171:11 | 166:16, 167:1 | 63:3, 64:8 |
| **waking** 93:10 | 38:14, 38:18 | 171:17, 171:17 | 167:7, 167:21 | 64:17, 65:9 |
| 93:16, 93:18 | 38:19, 38:21 | 172:2, 172:3 | 168:2, 169:3 | 66:11, 66:14 |
| **walk** 49:25, 50:1 | 38:22, 41:10 | 172:4, 172:6 | 169:16, 176:17 | 71:3, 72:3 |
| 50:4, 50:6, 50:6 | 49:16, 61:13 | 172:10, 172:13 | 176:24, 181:14 | 72:25, 73:2 |
| 53:21, 55:25 | 62:22, 64:14 | 172:16, 172:17 | 182:7, 182:22 | 73:10, 73:24 |
| 67:10, 67:24 | 75:9, 75:10 | 172:18, 172:19 | 191:16, 193:16 | 74:1, 74:1, 74:4 |
| 67:24, 72:16 | 76:16, 78:8 | 172:25, 173:4 | 203:14, 203:18 | 84:14, 87:19 |
| 72:17, 75:9 | 78:10, 90:6 | 173:7, 173:20 | 203:24 | 90:14, 90:15 |
| 155:21, 155:22 | 119:20, 120:23 | 173:21, 174:2 | **ways** 15:15 | 104:19, 105:4 |
| 156:5, 184:24 | 121:21, 122:9 | 174:6, 174:8 | 40:24, 43:25 | 110:8, 112:20 |
| **walked** 33:25 | 127:15, 133:5 | 174:11, 174:17 | 44:1, 48:10 | 118:9, 120:8 |
| 34:4, 104:22 | 138:18, 140:24 | 174:18, 174:25 | 48:11, 164:5 | 120:15, 122:2 |
| 104:23, 183:19 | 146:7, 155:5 | 175:1, 175:1 | 167:14 | 143:17, 157:11 |
| 195:17, 195:20 | 161:2, 162:18 | 175:3, 175:3 | **we've** 21:2 | 165:10, 170:2 |
| **walker** 54:10 | 162:22, 169:10 | 175:4, 175:5 | 45:16, 114:3 | 187:14, 187:19 |
| 54:13, 55:22 | 169:16, 173:25 | 175:10, 175:16 | 118:24, 127:10 | 197:2, 199:10 |
| 56:1, 56:24 | 183:1, 193:16 | 175:20, 175:22 | 127:10, 136:17 | 201:11, 202:3 |
| 56:25, 57:1 | 193:17, 193:21 | 175:24, 176:2 | 140:16, 147:9 | 202:4, 202:4 |
| 57:2, 57:3, 57:4 | **wanted** 112:14 | 176:9, 176:12 | 147:9, 147:24 | **wheel** 50:17 |
| 57:14, 57:17 | 113:19, 120:23 | 176:15, 176:21 | 154:23, 155:8 | 55:24 |
| 59:15, 59:17 | 120:25, 122:2 | 176:23, 177:4 | 158:4, 160:16 | **wheelchair** |

Tabatha Jackson  4/14/2022

| | | | |
|---|---|---|---|
| 49:19, 49:21 | **white** 55:9, 89:6 | 204:2 | 64:15 | 85:17, 88:16 |
| 50:12, 52:5 | 89:7, 130:23 | **women's** 89:18 | **wrap** 89:23 | 89:2, 95:14 |
| 52:10, 53:13 | 131:12, 133:10 | 128:23 | 184:6 | 95:19, 95:19 |
| 53:14, 53:15 | 133:10, 160:23 | **won** 31:18 | **wrapped** 114:12 | 96:23, 97:18 |
| 53:20, 53:24 | 160:24, 170:1 | **Wonderful** 24:6 | **wreaking** | 107:22, 108:8 |
| 54:1, 54:11 | **Whiting** 2:3, 2:4 | **wondering** | 144:18, 148:19 | 112:13, 113:25 |
| 54:12, 54:17 | 121:4, 121:7 | 120:17, 120:19 | **write** 107:24 | 124:5, 124:11 |
| 54:18, 54:22 | 122:4 | **wood** 102:25 | 114:14, 122:17 | 124:23, 132:11 |
| 55:12, 55:16 | **wide** 128:4 | **wooden** 102:21 | 162:6, 163:9 | 138:2, 145:5 |
| 55:18, 55:22 | **Williams** 22:14 | **word** 139:9 | 165:12, 166:14 | 150:25, 152:24 |
| 56:23, 59:14 | 22:18, 22:21 | **words** 7:20 | 166:15, 166:18 | 157:20, 165:23 |
| 59:20, 60:2 | 86:9, 124:14 | **work** 22:15 | **writing** 163:25 | 174:7, 181:25 |
| 60:10, 60:23 | 124:15, 124:16 | 24:22, 26:7 | **written** 126:24 | 182:1, 187:4 |
| 60:24, 61:2 | 125:6, 125:17 | 26:11, 26:14 | 127:1, 127:4 | 188:24 |
| 61:6, 61:9 | 187:10, 187:12 | 75:10, 111:23 | 203:3 | **year** 14:21 |
| 61:21, 62:19 | 187:23, 187:24 | 171:23, 175:13 | **wrong** 38:21 | 18:23, 19:11 |
| 62:21, 62:23 | 188:2, 201:25 | 175:17, 175:17 | 42:14, 77:9 | 23:20, 98:15 |
| 65:5, 66:22 | 202:5, 202:11 | **worked** 24:24 | 106:24, 117:13 | 113:23, 185:2 |
| 69:1, 69:3 | **win** 18:4 | 25:1, 25:14 | 131:8, 158:1 | **years** 23:8, 25:4 |
| 69:11, 69:17 | **wipe** 131:14 | 25:15, 25:23 | 202:8 | 25:16, 25:17 |
| 71:1, 71:3 | 131:16 | 25:23, 26:2 | **wrote** 7:6, 82:15 | 28:25, 42:2 |
| 71:21, 74:3 | **wish** 88:24 | 26:9, 27:2, 27:7 | 82:17, 82:19 | 42:3, 83:7 |
| 74:17, 75:7 | **witness** 3:1 | 27:16, 77:14 | 87:25, 88:2 | 136:18 |
| 75:12, 76:2 | 111:17, 205:10 | 77:17, 82:21 | 88:3, 107:25 | **yeast** 30:13 |
| 77:3, 77:7, 77:9 | 205:14, 206:1 | **working** 25:10 | 122:16, 122:18 | 82:19 |
| 79:2, 79:3, 79:9 | **witnessed** 92:25 | 26:18, 27:22 | 122:19, 162:3 | **yep** 127:9 |
| 79:20, 79:23 | **woke** 83:20 | 152:22, 172:1 | 162:4, 162:10 | 130:10 |
| 79:25, 80:3 | 85:18, 87:11 | 172:2 | 163:3, 166:7 | **yesterday** 7:10 |
| 80:5, 81:19 | 88:10, 88:15 | **works** 22:16 | 166:11, 166:19 | 7:13, 51:6 |
| 82:2, 82:7 | 88:17, 88:19 | 49:24, 86:13 | | **young** 33:19 |
| 83:12, 83:18 | **woman** 69:4 | **world** 47:23 | **X** | 34:3, 99:14 |
| 83:23, 84:1 | 69:15, 97:23 | 97:22, 117:19 | | 202:7 |
| 84:8, 84:18 | 97:25, 100:6 | 149:14 | **x-ray** 73:16 | |
| 84:20, 84:21 | 124:5 | **worried** 90:1 | **x-rays** 73:15 | **Z** |
| 85:19, 89:2 | **women** 8:24, 9:1 | 90:2, 106:19 | 73:18, 73:22 | |
| 90:1, 96:6 | 9:4, 9:5, 11:5 | **worry** 89:15 | | **Zack** 122:19 |
| 127:10, 146:20 | 11:21, 12:5 | 89:21, 89:21 | **Y** | **zeroing** 90:17 |
| 151:16, 192:4 | 12:13, 12:17 | **worse** 181:2 | | **Zipken** 2:4 |
| 192:7 | 17:21, 18:16 | **worst** 189:5 | **yeah** 7:12, 7:15 | **Zipkin** 2:3, 19:8 |
| **wheelchairs** | 21:14, 37:16 | **worth** 81:9 | 9:20, 15:24 | 19:14, 19:25 |
| 79:13, 81:1 | 38:10, 95:16 | **would've** 104:24 | 30:16, 40:25 | 36:8, 121:4 |
| **wheeled** 60:2 | 102:15, 105:9 | **wound** 63:24 | 41:4, 41:16 | 121:7, 122:3 |
| 71:4 | 124:4, 124:10 | 64:1, 64:23 | 42:10, 50:16 | **zone** 90:25 |
| **wheeling** 62:24 | 129:21, 133:3 | 141:11, 144:2 | 57:16, 63:12 | 138:11, 138:22 |
| **WHEREOF** | 133:12, 162:10 | 194:14 | 72:22, 74:21 | 140:4, 145:21 |
| 205:14 | 201:24, 202:1 | **wounds** 63:21 | 75:3, 81:3 | 146:7, 146:10 |

Tabatha Jackson  4/14/2022

146:11, 149:2
151:7, 151:9
151:10, 152:12
152:16, 171:13
187:20, 202:4
**zones** 146:3
**zoning** 146:16
148:11, 150:24
**Zoom** 113:25

## 1

**1** 4:8, 50:19
50:22, 127:19
127:21, 144:14
191:3, 194:7
194:9
**1,000** 199:1
**1:20-CV-2469**
1:8
**10** 90:19
**107** 4:10
**10900** 22:2
**10th** 90:16
**11** 3:9, 92:20
**115** 4:11
**116th** 34:3
**11th** 23:17
**12** 3:10, 194:9
**1200** 1:23, 2:9
2:13
**13** 3:11, 42:2
42:3, 47:15
**14** 1:15, 3:12
**14th** 119:23
**15** 3:13, 3:14
25:4, 25:17
88:21, 115:20
117:1, 119:1
**15th** 83:9
115:22, 115:23
119:23
**16** 3:15, 3:16
3:17
**16th** 83:9
119:23, 205:15

**17** 3:18, 31:6
31:8, 31:12
32:12, 40:3
40:5, 40:8
40:20, 40:23
40:25, 41:1
130:16
**18** 3:19, 3:20
20:12, 40:8
40:21, 40:24
42:13, 63:2
70:1
**19** 31:8, 45:23
129:24, 180:3
183:10
**190** 4:12
**1967** 21:19
21:21
**1995** 31:24
182:16

## 2

**2** 4:9, 91:23
91:25, 92:19
94:19
**2:55** 115:21
117:1
**20** 3:21, 3:22
18:24, 88:21
91:2, 138:23
**2000s** 25:19
32:17
**2010s** 32:19
**2017** 24:25, 25:7
25:13, 28:6
30:18, 31:22
32:21, 33:10
35:22, 42:12
45:23, 48:23
52:1, 54:9, 56:6
56:21, 59:7
65:13, 83:8
129:24, 151:14
183:10, 198:12
**2018** 20:5, 20:9

42:15, 42:16
61:19, 63:18
66:9, 70:10
72:24, 90:19
92:7, 115:20
117:1, 119:1
121:6, 130:3
180:3
**2019** 10:21
14:22, 30:18
48:23, 65:13
83:10, 130:3
130:18, 136:10
136:13, 142:24
**2020** 14:22, 20:6
33:5, 143:3
183:11
**2021** 33:7
113:24, 183:11
**2022** 1:15
205:15, 206:10
**2025** 205:21
**21** 3:23, 3:24
3:25, 18:24
**21st** 24:20
**22** 183:11
**23** 191:2, 191:6
**24** 90:25, 138:10
138:11, 138:17
138:23, 140:7
**250** 199:3
**25th** 42:6
**26** 21:19, 21:21
**27** 188:22
188:25, 205:21
**28** 188:22
**2B** 13:9, 13:10
58:22, 60:2
60:11, 61:11
73:3
**2D** 13:7, 13:8
124:18, 139:22
145:4, 145:5
145:17, 162:12
166:10, 171:20
172:22, 184:14

184:18, 201:24
202:1
**2D-cell** 92:20
**2nd** 2:4

## 3

**3** 4:10, 107:4
107:15, 107:19
127:20, 155:10
**3:28** 204:17
**30** 40:19, 43:20
45:17, 95:16
100:4, 105:9
127:23, 144:14
**30(A** 174:21
177:11
**30(A)(1** 137:19
**30(A)(3** 154:25
**30(A)(6** 171:5
**3637** 2:4
**37** 4:1

## 4

**4** 4:11, 107:21
115:6, 115:10
155:11
**4.14.22** 207:5
**4:00** 138:21
**4:10** 119:2
**40** 193:9, 193:11
**44113** 1:24, 2:10
2:13
**44122** 2:5
**44125** 22:3
**4515** 24:8
**4th** 42:7, 59:8
70:8

## 5

**5** 3:3, 4:12
155:11, 190:9
191:1
**50** 4:8

**52** 4:2
**59** 51:15, 51:16
51:17, 59:13

## 6

**6** 56:8, 62:5
62:6, 83:8
84:13, 84:16
127:23, 155:8
155:11, 191:1
**6:00** 137:22
137:24, 140:14
**60** 45:15, 45:19
59:13
**61** 59:13
**63** 194:6, 194:9
199:15
**66** 4:3
**68** 4:4
**6A** 56:7
**6G** 56:8

## 7

**7** 3:6, 144:15
148:17, 191:22
**70s** 23:22

## 8

**8** 3:7, 3:8, 13:7
62:6, 144:15
148:17
**80** 4:5
**800** 198:25
**80s** 23:21, 23:22
32:16, 32:22
**8th** 1:23, 2:9
2:13

## 9

**9** 92:7, 128:1
174:22
**9/11** 25:22

Tabatha Jackson   4/14/2022

| | | | | |
|---|---|---|---|---|
| 25:23<br>**9:12**  1:24<br>**90**  45:15, 45:20<br>**90s**  26:21, 32:16<br>32:23<br>**91**  4:9<br>**95**  32:2, 32:3<br>**96**  32:2, 32:4<br>**9th**  90:15, 90:18<br>90:22, 92:18<br>94:7, 94:11<br>114:1, 135:14<br>135:15 | | | | |