IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


TABATHA JACKSON, ET AL.,           )
                                   )
                                   )
        Plaintiffs,                )
                                   )
          VS.                      )     CASE NO. 1:20-CV-2649
                                   )     JUDGE PAMELA A. BARKER
CUYAHOGA COUNTY, OHIO, ET AL.,)
                                   )
                                   )
        Defendants.                )


- - - - -

DEPOSITION OF PHYLLIS DAVIS

TUESDAY, APRIL 19, 2022

- - - - -

The deposition of PHYLLIS DAVIS, a Plaintiff herein, called

by the Defendants for examination under the Ohio Rules of

Civil Procedure, before me, Mary C. Peck, a Stenographic

Reporter and Notary Public within and for the State of Ohio,

at the Cuyahoga County Prosecutor's Office, The Justice

Center, Courts Tower, 1200 Ontario Street, 8th Floor,

Cleveland, commencing at 9:30 a.m., the day and date above

set forth.

- - - - -

Phyllis Davis  4/19/2022

```
 1        APPEARANCES:
          On behalf of the Plaintiffs:
 2
          KEVIN M. GROSS, ESQUIRE
 3        Zipkin Whiting Co., L.P.A.
          Zipkin Whiting Building
 4        3637 South Green Road
          Beachwood, Ohio  44122
 5        kgross_zipkinwhiting@gmail.com

 6        On behalf of the Defendants:

 7        MICHAEL J. STEWART, ESQUIRE
          JILLIAN ECKART, ESQUIRE
 8        Cuyahoga County Prosecutor's Office
          The Justice Center, Courts Tower
 9        1200 Ontario Street
          8th Floor
10        Cleveland, Ohio  44113
          mstewart@prosecutor.cuyahogacounty.us
11        jeckart@prosecutor.cuyahogacounty.us
                          - - - -
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Phyllis Davis  4/19/2022

```
 1                         INDEX

 2                                              PAGE

 3   EXAMINATION

 4   By Mr. Stewart                             5

 5

 6   OBJECTIONS

 7   By Mr. Gross                               47

 8   By Mr. Gross                               60

 9   By Mr. Gross                               69

10   By Mr. Gross                               81

11   By Mr. Gross                               82

12   By Mr. Gross                               83

13   By Mr. Gross                               120

14

15

16

17

18

19

20

21

22

23

24

25
```

P&G Reporting, LLC
216.870.2218

Phyllis Davis  4/19/2022

```
 1                    EXHIBITS

 2                                              PAGE

 3   Defendants' Deposition Exhibit 6            40

 4   Defendants' Deposition Exhibit 7            75

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Phyllis Davis  4/19/2022

```
 1                    PHYLLIS DAVIS
 2   a Plaintiff herein, called by the Defendants for the purpose
 3   of examination, as provided by the Ohio Rules of Civil
 4   Procedure, being by me first duly sworn, as hereinafter
 5   certified, deposed and said as follows:
 6                      - - - -
 7                 EXAMINATION OF
 8                 PHYLLIS DAVIS
 9        BY MR. STEWART:
10   Q    Good morning, Ms. Davis.
11   A    Good morning.
12   Q    Would you just state and spell your full name for the
13        record, please?
14   A    Phyllis Denise Davis.  It's spelled P-h-y-l-l-i-s.
15        Middle name is Denise, D-e-n-i-s-e.  Last name is
16        Davis, D-a-v-i-s.
17   Q    And my name is Michael Stewart.  I'm an assistant
18        prosecuting attorney for Cuyahoga County.  I
19        represent the County and a corrections officer in a
20        case you filed against the County regarding the jail.
21             Do you understand that?
22   A    Yes.
23   Q    All right.  Have you ever had your deposition taken
24        before like this?  Have you ever come to a conference
25        room and had the lawyer ask you questions?
```

Phyllis Davis  4/19/2022

```
1    A    No.
2    Q    All right.  There's a couple of brief, kind of,
3         ground rules to get through this today.  Mary is here
4         today.  She's writing everything down that we're
5         saying, so it's important that only one of us talks
6         at a time.  I'm going to do my very best to let you
7         finish your answers before I ask the next question,
8         and, you know, I'd ask that you do the same for me
9         and let me finish my question before starting your
10        answer.
11             Sound fair?
12   A    Yes.
13   Q    All right.  As we sit here today, are you on any kind
14        of medication, or anything, that would affect your
15        ability to testify?
16   A    No.
17   Q    All right.  And you understand you're under oath and
18        you're obligated to give truthful testimony today,
19        correct?
20   A    Yes.
21   Q    All right.  What did you do to prepare for your
22        deposition today?
23   A    I just went over the Complaint that I had filed and
24        just looked over everything that I had said in the
25        Complaint.
```

Phyllis Davis  4/19/2022

```
 1    Q    Okay.  Did you meet with Mr. Gross?

 2    A    I mean, yes.  He's my lawyer.

 3    Q    Okay.  Sure.

 4         When do you think you last met with him?

 5    A    I met with him last week.

 6    Q    Okay.  Did you talk to Ms. Jackson, Ms. Tabatha

 7         Jackson, about her deposition last week?

 8    A    No.

 9    Q    Okay.  Besides Phyllis Davis, have you ever had any

10         other names, like a maiden name, married name,

11         something like that?

12    A    Yes.

13    Q    All right.  And what is that?

14    A    Liddell, L-i-d-d-e-l-l.

15    Q    Is that a married name, maiden name?  How did the

16         change happen?

17    A    It's a married name.

18    Q    Okay.  When do you think you went by Liddell?

19    A    I went by Liddell from 1994 to 1999.

20    Q    Okay.  Any other names you've gone by?

21    A    No.

22    Q    All right.  What is your date of birth?

23    A    May 22, 1962.

24    Q    All right.  And where do you live?

25    A    At 4335 Northfield Road, Apartment 201 in
```

Phyllis Davis  4/19/2022

```
 1        Warrensville Heights, Ohio.
 2   Q    Does anybody else live with you at that address?
 3   A    My dog Charles.
 4   Q    Your dog Charles.  What kind of dog is Charles?
 5   A    He's a miniature poodle.
 6   Q    All right.  Have you always lived in the Cleveland
 7        area?
 8   A    Yes.
 9   Q    How far did you go in school?
10   A    To tenth grade.
11   Q    All right.  So that's high school.
12            Where did you go to high school?
13   A    I went to St. Joseph Franciscan for, like, middle
14        school.
15   Q    All right.
16   A    And then I went to -- I forgot the name of the
17        school.  It was on 21st and Payne.  I was pregnant at
18        the time I graduated --
19   Q    All right.
20   A    -- and I never finished, but the last school I went
21        to was East High.
22   Q    And roughly what kind of time period are we talking
23        in years, like '90s, '80s?
24   A    I dropped out of school in '78.
25   Q    Okay.  Have you ever thought of going back to get
```

Phyllis Davis  4/19/2022

```
 1       your GED?

 2  A    Yes.

 3  Q    All right.  And have you done that or --

 4  A    I have investigated the Aspire program through the

 5       library in my neighborhood --

 6  Q    All right.

 7  A    -- and they have another class that starts in

 8       September.

 9  Q    So you're planning on going back in September then?

10  A    Yes.

11  Q    All right.  Have you ever attended any other career

12       programs, community colleges, anything like that?

13  A    Yes, I have.

14  Q    All right.  Could you walk me through which ones and

15       about when?

16  A    Oh, gosh.  You have to remember, I'm, like, almost

17       60, and that was many years ago.  It was in my 20s.

18  Q    Okay.

19  A    I went to a teller training program that was here in

20       Downtown Cleveland.

21  Q    And this would be like to be a bank teller?

22  A    Yes.

23  Q    Okay.

24  A    And I worked for Broadview Savings for a couple of

25       months.
```

Phyllis Davis  4/19/2022

```
1    Q    Anything else that kind of comes to mind?

2    A    Any kind of training programs?

3    Q    Yes.  Any kind of training courses, anything like

4         that?

5    A    No.

6    Q    What about employment?  Do you work now?

7    A    I am a Dasher in my spare time.  I'm allowed to make

8         a certain amount of money.  I'm on disability, Social

9         Security.

10   Q    So Social Security Disability, and are you on SSI, as

11        well, or not yet?

12   A    Just SSD.

13   Q    Okay.  And what condition do you have that qualifies

14        you for SSD?

15   A    I had a heart attack --

16   Q    Okay.

17   A    -- in 2012, and I have mental health, anxiety.  I

18        have very high anxiety.

19   Q    Okay.  If at any point you need to take a break

20        today, just let me know, and we'll do that for you,

21        okay?

22   A    Okay.  Thank you.

23   Q    So employment, you said you currently work part time

24        as a Dasher.  Does that involve kind of delivering --

25   A    Food.
```

Phyllis Davis  4/19/2022

```
 1    Q   Is it just food or other things?
 2    A   Items; grocery items, drug store items,
 3        prescriptions.
 4    Q   And how long have you been a Dasher?
 5    A   Since June of '21.
 6    Q   Okay.  Before that, your last job?
 7    A   My last job was with Contract Transport Services.
 8    Q   Okay.
 9    A   And they're at 3310 Perkins Avenue in Cleveland.
10    Q   All right.
11    A   I was a MRDD driver for them.
12    Q   Okay.  MRDD, what does that mean?  If you don't know
13        what the acronym is, just tell me what the job is.
14    A   I really don't know.  What we used to do was take
15        persons with mental disabilities and sometimes
16        physical disabilities to a work site.
17    Q   All right.
18    A   And they would work an eight-hour day, and then we
19        would pick them up and take them home.
20    Q   Okay.  And during that time period, were you -- you
21        said Contract Transport Services?
22    A   Yes.
23    Q   Okay.  What time period were you working with them?
24    A   I worked for several companies, but I was with
25        Contract Transport Services for 11 months.
```

Phyllis Davis  4/19/2022

```
 1   Q   All right.  And what years, months are we talking
 2       about?
 3   A   2007/2008.
 4   Q   All right.  So between 2008 and when you started
 5       working as a Dasher, did you have any full- or
 6       part-time employment during that time?
 7   A   No.
 8   Q   All right.  And when you worked for Contract
 9       Transport Services, was that a full- or part-time
10       position?
11   A   Full.
12   Q   Okay.  What was your job immediately before working
13       for Contract Transport Services?
14   A   I worked for Annie Carrie Transportation.
15   Q   All right.  Same general duties?
16   A   Yes.
17   Q   All right.  And during what time period do you think
18       you worked for them?
19   A   2006/2007.
20   Q   All right.  So did you have any other sort of careers
21       or job types before then?
22   A   Dispatcher.
23   Q   All right.  Who were you a dispatcher for?
24   A   For Americab and Ace Taxi.
25   Q   All right.  So those are taxi cab companies?
```

Phyllis Davis  4/19/2022

```
 1   A   Yes.

 2   Q   When did you work as a dispatcher?

 3   A   From '94 to '99.

 4   Q   Did you work between '99 and, say, 2006 or 2007?

 5   A   As a dispatcher?

 6   Q   Well, at all.

 7   A   Yes.

 8   Q   All right.  I think -- so you worked as a dispatcher

 9       for these two cab companies '98 and '99, correct?

10   A   No.  '94 through '99.

11   Q   '94 through '99, all right.

12   A   Mm-hmm.

13   Q   Yes.  Sometimes I'm going to get confused and we're

14       going to have to work our way through this.

15   A   That's okay.

16   Q   So '99, you left the cab companies and where did you

17       go?

18   A   I stayed with Ace Taxi and I started driving for

19       them.

20   Q   All right.  So you stopped being a dispatcher and you

21       drove a cab?

22   A   Yes.  For MRDD.

23   Q   Okay.

24   A   I got the training for that program.  They sent me

25       through the training for that program, and I was able
```

Phyllis Davis  4/19/2022

```
 1          to do that for them.
 2   Q     Okay.  So you were driving a cab for -- you know,
 3          were your clients kind of exclusively MRDD?
 4   A     Yes.
 5   Q     And how long did you do that?
 6   A     I did that from '99 to 2003.
 7   Q     Full or part time?
 8   A     Full.
 9   Q     Okay.  So I think we've got to 2003, correct?
10   A     Mm-hmm.
11   Q     All right.  And I think we got a space between 2003
12          and 2007 before you went to the first MRDD company.
13   A     No.
14   Q     No?
15   A     Then we go into Love's Transportation.  That was from
16          2003 to 2005.
17   Q     Okay.  And what did you do for -- you said Lowe's
18          Transportation?
19   A     Love's.
20   Q     Love's, L-o-v-e?
21   A     L-o-v-e-s.
22   Q     All right.
23   A     Same thing.
24   Q     And you said that went from 2003 to 2005, correct?
25   A     Mm-hmm.
```

Phyllis Davis  4/19/2022

```
 1    Q    2005, then what do you do?

 2    A    Then I'm with Annie Carrie Transportation.

 3    Q    And then you went to work for Contract Transport

 4         Services, correct?

 5    A    Yes.

 6    Q    Have I kind of covered your whole work history from

 7         the mid '90s through today?

 8    A    Yes.

 9    Q    All right.  So besides SSD, do you receive any other

10         kinds of benefits; SSI, other government benefits, or

11         anything like that?

12    A    No.

13    Q    All right.  So today, you support yourself on SSD and

14         part-time work as a Door Dash -- Dasher, you said?

15         Is that fair?

16    A    Yes.  That's fair.

17    Q    Any other sources of income?

18    A    I receive $36 child support a month.

19    Q    All right.  And so is that for a child that lives in

20         your home?

21    A    It's for a child that lives in his dad's home.

22    Q    Okay.  And how old is -- you said it's a he?

23    A    Yes.

24    Q    How old is he?

25    A    He's 24.
```

Phyllis Davis  4/19/2022

```
 1    Q    His name, if you would?

 2    A    Miguell.

 3    Q    Davis?

 4    A    Miguell Liddell.

 5    Q    Is that Liddell Davis?

 6    A    No.  L-i-d-d-e-l-l.

 7    Q    One more time, the whole first and last name.

 8    A    Miguell, M-i-g-u-e-l-l.

 9    Q    All right.

10    A    Middle initial E, last name Liddell, L-i-d-d-e-l-l.

11    Q    All right.  I think I got you.

12    A    Okay.

13    Q    So as we sit here today, are you on any prescription

14         medications?

15    A    Yes.

16    Q    All right.  Could you tell me what they are?

17    A    I am on Flomax --

18    Q    Okay.

19    A    -- for 4 milligrams.  I am on Ramipril, 2.5

20         milligrams.  I am on Hydrochlorothiazide.

21    Q    Hydrochlorothiazide?

22    A    It's a water pill.

23    Q    All right.

24    A    And that is point 25.  It's a little, bitty one.  I

25         think it's point 25 milligrams.
```

Phyllis Davis  4/19/2022

```
 1    Q    All right.
 2    A    And then I'm on cholesterol, Metoprolol.  I don't
 3         know how much of that.
 4    Q    Flomax, Ramipril, the water pill --
 5    A    Yes.  HTZ is the short name.
 6    Q    All right.  And then Metoprolol.
 7    A    And then I take one aspirin.
 8    Q    And Metoprolol is for --
 9    A    Cholesterol.
10    Q    And Flomax is for --
11    A    It's for when you get older and you can't really pass
12         your water like you used to when you're young.  It
13         helps.
14    Q    All right.  Ramipril?
15    A    I think it's a blood pressure medication.
16              After I had the heart attack, they put me on most
17         of this medication, and I just take it because they
18         say I need it.
19              I'm also on 500 milligrams of Metformin.
20    Q    Metformin?
21    A    Metformin, yes.
22    Q    And what is that for?
23    A    That's for diabetes.
24    Q    Okay.
25    A    Now, that's daytime.
```

Phyllis Davis  4/19/2022

```
 1   Q    Okay.

 2   A    That's what I took this morning.

 3   Q    All right.

 4   A    Now, at night for my anxiety and, you know, my other

 5        stuff, I take 50 milligrams of Doxepin.

 6   Q    Okay.

 7   A    15 milligrams of Mirtazapine.

 8   Q    Okay.

 9   A    And 20 milligrams of Melatonin.

10   Q    Okay.

11   A    And then we do the three-times-a-day thing.

12   Q    Okay.  So we covered the stuff you take in the

13        morning, the stuff you take at night?

14   A    Right.

15   Q    And now we're going to go through the things that you

16        take three times a day?

17   A    Yes.

18   Q    Okay.

19   A    I take Gabapentin, 600 milligrams three times a day,

20        and that's at 7:00, 3:00, and 11:00.

21   Q    Okay.

22   A    That's it.

23   Q    All right.  Are these all prescribed by the same

24        doctor?

25   A    No.  I have a psychiatrist and I also have a medical
```

Phyllis Davis  4/19/2022

```
 1          doctor.
 2     Q    Okay.  And who's your psychiatrist?
 3     A    He name is Amanda Price.
 4     Q    Okay.  And where does Ms. Price practice?
 5     A    She's at Signature Health.
 6     Q    Okay.  And Signature Health, that's not associated
 7          with The Clinic or University or MetroHealth in town?
 8     A    No.
 9     Q    All right.  And which ones of these drugs does she
10          prescribe for you?
11     A    The Doxepin, the Mirtazapine, and the Gabapentin.
12     Q    All right.  So Gabapentin, Mirtazapine, and the
13          Doxepin?
14     A    Yes.
15     Q    Okay.  And then you said you also have a regular
16          medical doctor?
17     A    Yes.
18     Q    All right.  Who's that?
19     A    Oh, jeez.  I just got her.  Her name is Andrea
20          Fishone, F-i-s-h-o-n-e.
21     Q    Okay.  And where does Doctor Fishone practice?
22     A    She's at South Pointe.
23     Q    Okay.  So that's a Clinic facility, right?
24     A    Yes.
25     Q    And you said you just got -- I guess just started
```

Phyllis Davis  4/19/2022

```
 1        going to Doctor Fishone?

 2   A    November.

 3   Q    November?

 4   A    Yes.

 5   Q    Okay.

 6   A    So I've had two appointments.

 7   Q    Okay.  So November of '21 to today?

 8   A    Yes.

 9   Q    All right.  And did you have a regular primary care

10        physician prior to Doctor Fishone?

11   A    Yes.  I had Deniece Parkinson from 2012 to 2021.

12   Q    So Deniece Parkinson?

13   A    Yes.

14   Q    Where did Doctor Parkinson practice?

15   A    Visiting Physicians Association.

16   Q    Okay.  So does that mean she came to your home?

17   A    Yes.  She used to come to my house, yes.

18   Q    All right.  Do you know if she is associated with The

19        Clinic or University or Metro here?

20   A    No.

21   Q    All right.  If I wanted to make a request for medical

22        records from Doctor Parkinson, do you know who I

23        should reach out to or what her kind of home base

24        would be?

25   A    April.  You should reach out to April Knight.
```

Phyllis Davis  4/19/2022

```
 1   Q   And April Knight at Visiting Physicians?

 2   A   Yes.

 3   Q   And where --

 4   A   It's 216-732-9480.

 5   Q   Okay.  So there are some allegations in your

 6       Complaint about Xanax, correct?

 7   A   (Indicating).

 8   Q   Yes?

 9   A   Yes, it is.

10   Q   You've got to answer verbally so she can take it

11       down.

12   A   I understand.

13   Q   So when do you think the last time you had a Xanax

14       prescription was?

15   A   October 2019, maybe.

16   Q   Okay.  And I see from your medical records that at

17       some point you went through some kind of detox

18       program at Lutheran Hospital; is that correct?

19   A   Yes.  That's correct.

20   Q   And does that kind of line up with the last time you

21       had a Xanax prescription?

22   A   Yes.

23   Q   All right.  And you had a Xanax prescription, I

24       gather, for eight or nine years at that point,

25       correct?
```

Phyllis Davis  4/19/2022

```
 1    A    About ten.

 2    Q    About ten, all right.

 3         Do you know when you were sort of originally

 4         prescribed Xanax?

 5    A    Maybe 2001.

 6    Q    Okay.  Do you know who prescribed -- who first

 7         prescribed it to you?

 8    A    Yes.  Elaine -- I'm sorry.  I remember her first name

 9         was Elaine.  I cannot think.  She passed on me.  She

10         was my first psychiatrist.

11    Q    Okay.

12    A    She was at Behavioral Health.

13         You should have a release of information from

14         them.

15    Q    Okay.  And so it's Elaine at Behavioral Health?

16    A    Her name is Elaine.  Jesus.  What is her last name?

17         I cannot think of her last name.

18    Q    Okay.

19    A    But she passed away.  She's no longer there, and I've

20         had a series of other doctors since her.

21    Q    All right.  Are they all associated with Behavioral

22         Health?

23    A    No.  I left there when Elaine passed.

24    Q    About what year, do you think?

25    A    '16, maybe.
```

Phyllis Davis  4/19/2022

```
 1    Q    Okay.

 2    A    She passed in December, and I believe I started going

 3         to Behavioral Health.  Doctor Manjula Shah at

 4         Behavioral Health on Richmond is where I went after.

 5         I can't think of Elaine's last name.

 6    Q    That's okay.  If at some point today you remember,

 7         just let me know.

 8    A    Yes.  But Manjula Shah was my doctor from, like, '17

 9         until I went to detox.

10    Q    Okay.  So besides Elaine and Doctor Shah, has anybody

11         else written you a Xanax prescription?

12    A    Doctor Shah had a nurse practitioner that used to

13         work with her that I started seeing for a couple of

14         months, and I didn't care for her.

15    Q    So do you remember her name?

16    A    No, I don't.

17    Q    Behavioral Health, though?

18    A    Yes.

19    Q    Okay.

20    A    She was in the same office as Doctor Shah.  There's

21         only two doctors there, and that's Doctor Shah and

22         her nurse.

23    Q    Okay.  And what condition or circumstance sort of

24         initially led to the Xanax prescription?

25    A    I kept having these crying spells from a feeling that
```

Phyllis Davis  4/19/2022

```
 1        was in my stomach that kind of gave me a nervous
 2        breakdown to a point where I couldn't talk.
 3   Q    Like, you just --
 4   A    I couldn't verbalize.  I would write.  I would write
 5        down what I was thinking --
 6   Q    Mm-hmm.
 7   A    -- but I couldn't verbalize it, so I had sticky notes
 8        all over the house.
 9   Q    Kind of based on the timeline, it sounds like you at
10        least first got the Xanax prescription in 2001.
11            Is that about the time that you first had these
12        crying spells, like inability to talk situations, or
13        was it going on for a while before then?
14   A    No, no, no.
15   Q    All right.
16   A    I'm getting my dates mixed up, because when that
17        happened, I was living in Mayfield.
18   Q    Okay.
19   A    And I moved in Mayfield in 2007.
20   Q    Okay.
21   A    So that's what -- that's when I had the nervous
22        breakdown thing.  That's when they started with the
23        Xanax, not 2001.
24   Q    Okay.  So you don't think you had -- just to be
25        clear, you don't think you had a Xanax prescription
```

Phyllis Davis  4/19/2022

```
 1        between '01 and '07?

 2   A    No.

 3   Q    All right.

 4   A    No.

 5   Q    So the timeline is in '07, Doctor Elaine -- we can't

 6        remember her last name -- prescribed it for you, but

 7        that was the first one you got?

 8   A    I'm so busy trying to think of her last name.  And

 9        she used to dye her hair these different colors to

10        match her clothes.  And she was so awesome.  I cannot

11        think of her last name.

12   Q    And was the -- did the dose vary over time, or was it

13        always the same?

14   A    It varied.  It did.

15   Q    Just kind of tell me what you remember about how the

16        prescribed dose --

17   A    Well, my last dosage was 2 milligrams three times a

18        day --

19   Q    Okay.

20   A    -- which was 7:00, 3:00, and 11:00.

21   Q    Okay.  So 2 milligrams three times a day.

22        And so that would have been in 2019, correct?

23   A    Yes.

24   Q    And how long do you think you were on that specific

25        dosage kind of going backward from 2019?
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | A | For a couple of years. |
| 2 | Q | Okay. |
| 3 | A | Plus it went from two to three, so I had been on that |
| 4 | | dosage for a couple of years and it was working. |
| 5 | Q | So you went from three to two sometime in the late |
| 6 | | teens; is that right? |
| 7 | A | I don't understand. |
| 8 | | No.  I went from -- I used to take it twice a |
| 9 | | day, and then she prescribed it three times a day |
| 10 | | because I found myself kind of like having that |
| 11 | | feeling around 2:00 in the afternoon. |
| 12 | Q | Okay. |
| 13 | A | So that's when she added the second -- you know, the |
| 14 | | other dose. |
| 15 | Q | All right.  That's probably where I got confused.  I |
| 16 | | thought you meant milligrams and you meant doses per |
| 17 | | day. |
| 18 | A | Milligrams is 2 milligrams per dose. |
| 19 | Q | Right. |
| 20 | A | Yes. |
| 21 | Q | And sometime in the late teens, mid to late teens, |
| 22 | | you went from two 2-milligram doses per day to three |
| 23 | | 2-milligram doses per day? |
| 24 | A | Yes. |
| 25 | Q | Okay.  And the three doses of 2 milligrams, that's |

Phyllis Davis  4/19/2022

```
 1        what you were prescribed when you came to the jail in
 2        late 2018, correct?
 3   A    Yes.
 4   Q    All right.
 5   A    December 19.
 6   Q    Okay.  Do you remember in December -- when you came
 7        to -- so December 19, 2018, what pharmacy were you
 8        getting your Xanax from?
 9   A    Dave's Pharmacy at Severance.
10   Q    Okay.  And is this the same pharmacy that you were
11        getting all of your medicines at that time?
12   A    Yes.
13   Q    Okay.  So just for my understanding for the record,
14        what does Xanax do for you in terms of its affect?
15   A    Well, at first, it had me feeling normal.
16   Q    Okay.
17   A    I had my -- well, I got custody of my granddaughter
18        in 2017.
19   Q    All right.
20   A    Which I do believe that's when my dose went up.
21   Q    Okay.
22   A    And what I started noticing was around 2019 is that I
23        wasn't paying attention like I thought I should with
24        her, and she was a teenager.
25   Q    Okay.
```

Phyllis Davis  4/19/2022

```
 1   A    So that's when I kind of started backing off of the
 2        medication a little bit and doing a lot more praying,
 3        you know, seeing if that would work instead of just
 4        medication.
 5   Q    All right.  So maybe I asked this question too
 6        generally.
 7            But does it sort of even out your mood, calm you
 8        down when you have anxiety?
 9   A    It makes me feel normal.
10   Q    All right.
11   A    It used to.
12   Q    All right.
13   A    When I was taking it, I was normal.
14   Q    Okay.  Did you always kind of take it according to
15        the prescribed dose, or did you vary it sometimes?
16   A    Sometimes I varied it.
17   Q    Okay.  And why would you do that?
18   A    Like if I had something to do that morning, I
19        wouldn't take as much.
20   Q    Okay.
21   A    I would break it in half and take the half.
22   Q    Okay.
23   A    Like if I had a doctor's appointment and I knew I had
24        to leave early, I would not -- yes.
25   Q    Okay.  Did you ever kind of crush it up and snort it?
```

Phyllis Davis  4/19/2022

```
 1    A    Yes.

 2    Q    All right.  Kind of regularly or during a particular

 3         time period?

 4    A    That last year.

 5    Q    All right.

 6    A    Yeah.  The last year, yes.

 7    Q    So we're talking kind of late '18 into '19?

 8    A    No.  I would say it started around my birthday in

 9         2019.

10    Q    All right.  And I've asked you this before, but when

11         is your birthday?

12    A    May 22nd.

13    Q    All right.  And I think we've already discussed this,

14         but at some point in -- this was October 2019, you

15         went to Lutheran Hospital for, like, a detox from the

16         Xanax.  Could you tell me what happened there?

17    A    Yes.  Starting June 29th, which was my girlfriend

18         Donna's birthday, I passed out in her garage.

19    Q    Okay.

20    A    So the ambulance came.  They took me to South Pointe.

21         They couldn't figure it out.  They let me go home.

22    Q    Okay.

23    A    And then in, I would say, April, it happened again at

24         a baby shower.  I passed out.

25    Q    I'm sorry.  We may have gone backward in time.  I
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | | thought you said, like, the garage was June of -- |
| 2 | A | Yes.  The garage was June. |
| 3 | Q | Okay. |
| 4 | A | But it happened before in April at the baby shower. |
| 5 | Q | Okay. |
| 6 | A | And then it happened in the garage in June at my |
| 7 | | girlfriend's birthday party. |
| 8 | Q | Okay. |
| 9 | A | So -- |
| 10 | Q | So there's, like, an incident in April and another |
| 11 | | one in June? |
| 12 | A | Yes. |
| 13 | Q | And then another one -- |
| 14 | A | Another one in October. |
| 15 | Q | All right. |
| 16 | A | I was at my best friend's house and we were having a |
| 17 | | conversation, and I didn't remember any of this, but |
| 18 | | she said right in the middle of the conversation, my |
| 19 | | words just stopped, and she said I had this blank |
| 20 | | look in my eyes. |
| 21 | Q | Okay. |
| 22 | A | And she was calling me and she was clapping.  I could |
| 23 | | see her clapping her hands, but I couldn't -- |
| 24 | Q | You couldn't hear? |
| 25 | A | I couldn't respond. |

Phyllis Davis  4/19/2022

```
 1    Q    Okay.
 2    A    And she called the ambulance.  They took me to
 3         Cleveland Clinic Main Campus, because she lived on
 4         Superior.
 5    Q    All right.
 6    A    And they did blood, everything.
 7              They came back and they said, Ms. Davis, when is
 8         the last time you had your Xanax, and I counted.  I
 9         said, About eight days ago.  And they say, Well, you
10         can't do that.  I said, Well, I didn't have a clue.
11         I said that I have been trying to wean myself off of
12         it because I have my granddaughter, and she's
13         sneaking people in the house at night and I felt like
14         it's the medication.
15    Q    How old's your granddaughter?
16    A    At that time?
17    Q    Sure.
18    A    She was 16.
19    Q    Okay.
20    A    So they said, Well, you can't do that.  Would you
21         like to stop taking the Xanax?  And I said, Yes,
22         please.
23    Q    Okay.
24    A    They said, Well, we're going to have to send you to
25         detox, and you're going to be there about a week.
```

Phyllis Davis  4/19/2022

```
 1         But I had no idea it was going to be like that.
 2    Q    You had no idea that you'd have to go to detox or
 3         that --
 4    A    I didn't know the withdrawal from it was going to be
 5         as bad as it was.
 6    Q    Okay.  You know, I guess we don't have to belabor the
 7         details, but the withdrawal was difficult when you
 8         were at Lutheran in 2019, right?
 9    A    Yes.
10    Q    Okay.  And then you said, like, this final incident
11         in October, you were with a friend who kind of
12         witnessed it.
13              Do you remember her name?
14    A    My best friend, Lynda Stewart.
15    Q    And do you kind of have an address or a street that
16         she might live on?
17    A    Lynda passed September 24, 2018.
18    Q    Oh, I'm sorry about that.
19    A    '19.
20    Q    '19?
21    A    Yes.  '19.
22    Q    So that would be kind of shortly after this?
23    A    Yes.
24    Q    I guess, concerning what we're here about today, you
25         first came to the jail in December of 2018; is that
```

Phyllis Davis  4/19/2022

```
 1        correct?
 2  A     That is correct.
 3  Q     It looks like you came to the downtown jail
 4        December 15th of '18.
 5            Does that sound right?
 6  A     No.  It does not sound right.
 7  Q     Okay.  Kind of walk me through.  When do you think
 8        you first --
 9  A     To my recollection --
10  Q     Okay.
11  A     -- I was delivering Christmas baskets in Warrensville
12        near my home when I got a phone call from Euclid
13        Police Station that my granddaughter had been in a
14        physical altercation with another teenager.
15  Q     Okay.
16  A     I was to pick her up.
17  Q     Okay.  And where were you going to go pick her up?
18  A     Euclid Police Station.
19  Q     All right.  And did you go to the Euclid Police
20        Station?
21  A     Yes, I did.
22  Q     All right.  And what happened there?
23  A     When I pulled in the parking lot, three Euclid police
24        officers came out with their hands on their weapons
25        and met me at my car.
```

Phyllis Davis  4/19/2022

```
 1   Q   Okay.

 2   A   They asked me to get out of the car.  I'm sorry.

 3   Q   You can go ahead.

 4   A   They asked me to get out of the car, and they

 5       proceeded to throw me on my hood and dump my purse

 6       out on top of me.

 7   Q   Okay.  So it was on the hood of your car?

 8   A   Yes.

 9   Q   All right.  What happened next?

10   A   I was then -- well, they had some fun for a little

11       while, because I had a Tramadol in my purse.

12   Q   Okay.

13   A   And they asked me how many more of those did I have

14       and was I going to sell those.

15           Then they took me into the station, into this

16       little office.  There was a female police officer

17       there.

18   Q   Euclid police officer?

19   A   Yes.

20   Q   Okay.

21   A   She asked me the questions about my daily life and my

22       medication, and I told her I was on Xanax three times

23       a day and my next dose was due in 45 minutes, because

24       it was like quarter after two, and she said, oh, we

25       got you.  We'll take care of it when you get
```

Phyllis Davis  4/19/2022

```
 1           downtown, because they're coming to pick you up.
 2   Q   Okay.
 3   A   So they held me until Cleveland came to pick me up.
 4   Q   Okay.  So you said to -- let's unpack this a little.
 5           This thing about your granddaughter being in an
 6       altercation, was that kind of a ruse to get you to
 7       come to the police station, or did that really
 8       happen?
 9   A   It really happened.
10   Q   Okay.
11   A   But it just killed two birds with one stone.
12   Q   Okay.  So did they arrest you on some kind of
13       warrant, or did it have something to do with what was
14       in your purse?
15   A   No.  It was a warrant.
16   Q   It sounds like it was a Cleveland warrant, correct?
17   A   Yes.
18   Q   And what was -- I mean, do you remember what the
19       warrant was about or what it was for?
20   A   Of course.
21   Q   Okay.
22   A   I've --
23   Q   All right.
24   A   That was like the worst time of my life.
25   Q   Sure.
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | A | I was -- I had a warrant for drug trafficking. |
| 2 | Q | Okay.  And that had something to do with an |
| 3 | | allegation that you were selling some kind of |
| 4 | | prescription medicine to somebody.  Is that -- |
| 5 | A | That's correct. |
| 6 | Q | Okay.  And do you remember what prescription |
| 7 | | medication you were accused of selling? |
| 8 | A | Yes. |
| 9 | Q | And what was that? |
| 10 | A | Percocet. |
| 11 | Q | Okay.  Is that something that around that time you |
| 12 | | did on a regular basis of selling your prescription |
| 13 | | medicines? |
| 14 | A | No, sir. |
| 15 | Q | Okay. |
| 16 | A | This was an incident that I truly am sorry that |
| 17 | | happened. |
| 18 | Q | Okay. |
| 19 | A | I was between a rock and a hard place. |
| 20 | Q | Mm-hmm. |
| 21 | A | I needed motor work on my car, and I need my car. |
| 22 | | And somebody said to me, You know, you can sell those |
| 23 | | pills.  And I said, Really?  And yeah, got myself in |
| 24 | | trouble. |
| 25 | Q | Okay.  So did the trouble you got yourself in |

Phyllis Davis  4/19/2022

```
 1        involve -- why don't you tell me?
 2   A    Well, would you like to know what happened?
 3   Q    Sure.
 4   A    Is that what you what?  Is that what you're asking
 5        me?
 6   Q    Yes.
 7   A    Okay.  What happened was it was a girlfriend of my
 8        daughter's.
 9   Q    Okay.
10                  MR. GROSS:  Before you go on, is
11              this all related to the plea you took in
12              connection with the drug trafficking
13              case?
14                  THE WITNESS:  I don't know.  He's
15              asking me the questions.
16                  MR. GROSS:  Mike, is that what
17              you're asking the question about?
18                  MR. STEWART:  Well, I'm asking about
19              the circumstances that led to the
20              warrant.
21                  MR. GROSS:  So I have some potential
22              issues here regarding, you know, the
23              right not to incriminate yourself.
24                  If this is conduct that was all
25              involved in the indictment and the
```

Phyllis Davis  4/19/2022

```
 1                    drug trafficking and what led to a
 2                    plea, I think she can testify about
 3                    it.  But if it's not, then she can't.
 4                         MR. STEWART:  Okay.  So I've not
 5                    read the criminal file.  I'm not familiar
 6                    with what the plea was about, so that's
 7                    kind of why I'm asking the questions
 8                    today.
 9                         If she wants to invoke her Fifth
10                    Amendment right, then she obviously
11                    has the right to do that.
12                         Do you want to kind of discuss
13                    that with her at this point or --
14                         MR. GROSS:  Yes.
15                         MR. STEWART:  Okay.  We will step
16                    out and take a short break.
17                              - - - -
18                    (Thereupon, a recess was had.)
19                              - - - -
20  Q    Ms. Davis, before we took a break, we were discussing
21       the incident that led to the warrant that you were
22       picked up on in December of 2018, and I want to try
23       and wrap this up as quickly as I can.
24            That incident involved an allegation that you
25       were selling your prescription medication to
```

Phyllis Davis  4/19/2022

```
 1        somebody, correct?

 2   A    That's correct.

 3   Q    All right.  And what prescription medication were you

 4        accused of selling?

 5   A    Percocet.

 6   Q    Okay.  And when did that incident occur, the incident

 7        that led to the warrant?

 8   A    I believe it was in September of '18.

 9   Q    All right.  Now, have you ever sold pills from your

10        Xanax prescription?

11   A    No.

12   Q    How about your Abilify prescription?

13   A    No.

14   Q    Okay.  So kind of going back to, kind of, an earlier

15        line of questioning, it sounds like you were picked

16        up in the parking lot of the Euclid Police Department

17        in December of 2018, correct?

18   A    That is correct.

19   Q    Do you remember the date?

20   A    I believe it was December 18th.  I believe.

21   Q    Okay.

22   A    Because I believe it was a Saturday.

23   Q    Okay.  And about what time of day?

24   A    Around 2:00 p.m.

25   Q    Okay.  And then you said initially you were arrested
```

Phyllis Davis  4/19/2022

```
 1        by the Euclid police, correct?
 2   A    Yes.
 3   Q    All right.  And somewhere in the station, you spoke
 4        to a female Euclid police officer about your Xanax
 5        prescription, correct?
 6   A    Yes.
 7   Q    All right.  And tell me -- you don't know the name of
 8        that officer, do you?
 9   A    No, sir.
10   Q    All right.  General physical description?
11   A    Yes.  She was approximately maybe 5'6", 5'7".
12   Q    Okay.
13   A    I would say maybe 190, 200 pounds.
14   Q    Okay.
15   A    African American.
16   Q    Okay.  I'm going to mark what's Defendants' Exhibit
17        6, which are some questions we sent to you earlier in
18        the case.
19                        - - - -
20   (Thereupon, Defendants' Deposition Exhibit 6 was
21      marked for the purpose of identification.)
22                        - - - -
23   Q    First of all, Ms. Jackson, have you seen these
24        before?
25   A    I'm Ms. Davis.
```

Phyllis Davis  4/19/2022

```
 1    Q    You are Ms. Davis.  Ms. Jackson and I spent a day
 2         together last week.
 3    A    Okay.
 4    Q    Ms. Davis, have you seen these before?
 5    A    Yes.
 6    Q    Okay.  And if you turn to -- and that's your
 7         signature on the last page?
 8    A    That is correct.
 9    Q    All right.  So if you look at Interrogatory Number
10         9 -- are you there with me?
11    A    Mm-hmm.
12    Q    All right.  I ask, you know, identify the individuals
13         at intake that you advised that you were prescribed
14         Xanax, et cetera, and then I asked for a physical
15         description.
16             And then you answered, female police officer, 40,
17         200 pounds, and then I told her I was on 6 milligrams
18         of Xanax daily and Abilify, 2 milligrams daily.
19             Is that the person we were just talking about?
20    A    Same person.
21    Q    Okay.  Thank you much.
22             So you advised this female police officer about
23         your Xanax and Abilify prescriptions, correct?
24    A    That is correct.
25    Q    And what, if anything, did she say in response?  Or
```

Phyllis Davis  4/19/2022

```
 1          kind of walk me through that conversation.
 2    A     Okay.  Well, by now I'm in a panic because they're
 3          getting ready to lock me up.
 4    Q     Okay.
 5    A     My daughter is with me.  She doesn't have any
 6          driver's license.  I'm worried about my car.
 7    Q     Mm-hmm.
 8    A     I left my medication at home.  It's not in my purse.
 9    Q     Okay.
10    A     It's quarter after 2, and at 3:00, I'm going to need
11          my medication.
12    Q     All right.
13    A     So I'm flustered.  I am crying.  I'm screaming.  I'm
14          telling her that I'm on this medication, and she
15          says, Well, don't worry about it now.  You shouldn't
16          have did what you did and you wouldn't have that
17          problem, but what I can tell you is that we'll
18          medicate you at the County.
19    Q     Okay.  And so you said your next Xanax dose was
20          supposed to be at 3:00, right?
21    A     Mm-hmm.
22    Q     Like, what were you concerned would happen if you
23          didn't get your Xanax dose?
24    A     What always happens within two hours if I don't get
25          it.
```

Phyllis Davis  4/19/2022

```
 1   Q   All right.

 2   A   I get that feeling in my stomach where I can't figure

 3       out what it is, and then I'm in tears.

 4   Q   Okay.  Do you have, like, some kind of seizure?

 5   A   No.

 6   Q   No, all right.

 7           And prior to this point, had you ever had any

 8       seizures as a result of missing a Xanax dose or Xanax

 9       withdrawal, or something like that?

10   A   No.

11   Q   All right.  And then you're speaking to this female

12       police officer, and do you get booked into the Euclid

13       jail?  Do you remember?

14   A   No.

15   Q   You don't remember or you weren't?

16   A   I don't remember them booking me there.  They just

17       held me until Cleveland came.

18   Q   And at some point, you said, like, the Cleveland

19       Police Department came and picked you up on this

20       warrant, correct?

21   A   Yes.

22   Q   All right.  Can you tell me anything about the

23       officers from the Cleveland Police Department who

24       came and picked you up, like names?  If you can't

25       tell me names, like just description.
```

Phyllis Davis  4/19/2022

```
 1    A    No.  Two men.

 2    Q    All right.

 3    A    They put me in shackles and handcuffs and put me in a

 4         van, and I came in through the underground of this

 5         place.

 6    Q    When you say this place, you mean the downtown jail,

 7         correct?

 8    A    Yes.

 9    Q    All right.  And at that point, were you -- I gather

10         you were booked into the jail, correct?

11    A    Yes.  I was given clothes and answered questions.  I

12         did fingerprints and pictures.

13    Q    Do you remember if you went through any kind of

14         medical screening during that process?

15    A    Like a checkup?

16    Q    Well, or did people ask you questions about your

17         health, for example, or your psychological state?  Do

18         you remember anything like that?

19    A    I remember answering questions, whether it was a

20         medical screening --

21    Q    Okay.

22    A    I couldn't say if it was a medical screening, because

23         I don't know.

24    Q    Do you remember who was asking you the questions?

25         Was it a uniformed law enforcement person?
```

Phyllis Davis  4/19/2022

```
 1    A    Of course.

 2    Q    Okay.  What about a nurse in scrubs?

 3    A    No.

 4    Q    No, okay.

 5              Do you think in that process the issue of your

 6         prescription medication came up again?

 7    A    Yes.

 8    Q    All right.  Tell me how.

 9    A    I mentioned it immediately when I got here --

10    Q    Okay.

11    A    -- because it was like quarter to 4 --

12    Q    Okay.

13    A    -- and I was freaking out.

14    Q    All right.  And you said it was the uniformed person

15         who was booking you into the jail, right?

16    A    Yes.

17    Q    All right.  Any kind of description you can give me

18         of that person?

19    A    No.  I just know it was three people.  It was three

20         people present, and everybody was having fun except

21         for me that was freaking out.

22    Q    Okay.  The three people present, were they men,

23         women?

24    A    Yes.

25    Q    They were all men?
```

Phyllis Davis  4/19/2022

```
 1   A   I think it was a female.
 2   Q   Okay.
 3   A   Two males and a female.
 4   Q   Okay.
 5   A   I just remember them all joking and having fun.
 6   Q   Okay.  So after the booking process, where were you
 7       first housed?  Where did they take you?
 8   A   Medical pod --
 9   Q   Okay.
10   A   -- they said.
11   Q   Okay.  And that was on the sixth floor at that time?
12   A   Yes.
13   Q   Okay.  And what happened?  I mean, when you first get
14       there, any more questions about medical conditions,
15       anything like that?
16   A   No.  I was told to take the cot and have a seat and
17       don't move until I was told.
18   Q   Okay.  So is this like the actual pod where there are
19       cells, or is this the dispensary?
20   A   Yes.
21   Q   Okay.  As you sit here today, any idea why you were
22       assigned to the medical pod at that time?
23   A   I thought it was because I was on medication and my
24       age.
25   Q   Okay.  And based on what you saw, who made that
```

Phyllis Davis  4/19/2022

```
 1        decision?
 2                    MR. GROSS:  Objection.
 3                    Go ahead.
 4   Q    I mean, could you tell?
 5   A    I have no idea who made that decision.
 6   Q    Okay.  But you think -- but you spoke to these three
 7        people, two male, one female, correct?
 8   A    Yes.
 9   Q    Did you speak to anybody else about, you know,
10        booking-type issues before you got to the medical
11        pod?
12   A    No.
13   Q    All right.  And then in the medical pod at some
14        point, did you see a nurse?
15   A    No.
16   Q    All right.  First night in the jail, where did you
17        sleep?
18   A    On a two-inch mat that was about two inches thick.
19        It was about this wide.  If I had been any bigger --
20   Q    Okay.
21   A    And I slept on the floor, and all the lights are on
22        in the pod, and there's, like, about 12 mats all the
23        way around, and then --
24   Q    So there -- I'm sorry to interrupt.
25   A    I apologize.
```

Phyllis Davis  4/19/2022

```
 1    Q    I'm interrupting you, so I'm apologizing, as well.

 2              Mats are on the floor in the pod, you're saying?

 3    A    Yes.

 4    Q    And is this the medical pod or is this a different

 5         pod?

 6    A    That's what they say it is.

 7    Q    Okay.  So the first night, you slept on a mat on the

 8         floor of the medical pod, correct?

 9    A    Every night.

10    Q    All right.  Well, do you think -- were you ever moved

11         to a general population pod?

12    A    Once.

13    Q    Okay.  And was that, what, the first, second, third

14         night?  Any idea you can give me about how long were

15         you in the jail before you went to the general

16         population pod?

17    A    I can tell you it was the third time I passed out.

18    Q    Okay.  Did you remember which general population pod

19         that was?

20    A    I remember Ms. Jackson.  That's where I met her.

21    Q    Okay.

22    A    And then there was an officer by the name of Officer

23         Dye, and then I remember a lady named Ms. Jackson.

24    Q    And you mean a CO named Jackson?

25    A    A CO, yes.
```

Phyllis Davis  4/19/2022

```
1    Q    So we have Ms. Jackson your cellmate and Ms. Jackson
2         the CO?
3    A    Yes.
4    Q    Okay.  Before you got to that pod, had you ever met
5         Ms. Tabatha Jackson before?
6    A    No.
7    Q    Okay.  Was Ms. Tabatha Jackson kind of assigned to be
8         your cellmate then?
9    A    Yes.
10   Q    Any idea how many nights you spent in this cell with
11        Ms. Jackson?
12   A    One.
13   Q    All right.  Did you have any other cellmates when you
14        were in the general population pod?
15   A    I never got to be in a cell but that one time.
16   Q    All right.  How many nights total do you think you
17        spent in the general population pod during your time
18        at the jail?
19   A    One.
20   Q    And that night, you were on a mat on the floor?
21   A    Yes.
22   Q    Now, as I understand this, at some point, you started
23        to have some medical problems, some seizures, while
24        you were in the jail, correct?
25   A    Yes.
```

Phyllis Davis  4/19/2022

```
 1   Q   Okay.  Like, how long do you think you were in the
 2       jail before, kind of, the first incident occurred?
 3   A   I believe it was that same night.
 4   Q   Okay.  So the first night in, right?
 5   A   Yes.
 6   Q   Okay.  You filed a complaint, and you're describing
 7       these as seizures, correct?
 8           Tell me what these were like.
 9   A   At the time, I didn't know what they were.
10   Q   Okay.
11   A   I would get a really spacy feeling in my head.
12   Q   Okay.
13   A   So about the third time that it happened -- because I
14       was falling from five foot seven, which is how tall I
15       am, on a concrete floor.
16   Q   Okay.
17   A   So I would feel it after I woke up that I hit my head
18       real hard.  So what I started doing was when I felt
19       it coming, I would stoop down so I wouldn't have that
20       far to fall.
21   Q   Okay.
22   A   I didn't know they were seizures until, like, the
23       fourth one when I woke up in a restraint chair --
24   Q   Okay.
25   A   -- in the dispensary.
```

Phyllis Davis  4/19/2022

```
 1   Q   So when you would have these, it sounds like you
 2       would kind of lose consciousness or not be able to
 3       remember what was going on?
 4   A   I would lose consciousness.
 5   Q   Did you have -- you know, if you don't remember, just
 6       let me know, but did you have kind of jerking
 7       movements with your muscles?
 8   A   What I was told by the corporal that was assigned to
 9       our unit was that when he came and tried to put the
10       handcuffs on me while I was having the seizure, he
11       said if he hadn't took the handcuffs off, I would
12       have broke my teeth.
13           When I woke up, I had a bite mark on my arm from
14       where he had tried to restrain me with the cuffs.
15   Q   Okay.  Did he say you were trying to bite the cuffs
16       yourself.
17   A   He said I was trying to bite them off of my arm.
18   Q   All right.  And this was a corporal?  Do you know --
19   A   I do not know his name, but he was the corporal on
20       duty for our unit.
21   Q   All right.
22   A   And I could still hear those boots coming.  I don't
23       never want to be here ever, and I will make sure that
24       I'll never be here.
25   Q   Okay.  Any kind of description you can give me of the
```

Phyllis Davis  4/19/2022

```
 1          corporal, the corporal we just talked about?
 2    A     Dark hair, Caucasian, not very big.
 3    Q     Not tall, not --
 4    A     Not tall, not big.
 5    Q     Okay.  So I'm going to kind of go through sort of a
 6          list of symptoms related to a seizure, and let me
 7          know if you remember experiencing these, yes or no,
 8          or if you just don't remember one way or the other.
 9             Fair?
10    A     Mm-hmm.
11    Q     Kind of weakness in your muscles?
12    A     Don't know this.
13    Q     Twitching?
14    A     Don't know this.
15    Q     All right.  Muscle tenseness?
16    A     Don't know this.
17    Q     Sensations of hot or cold?
18    A     I don't know that.
19    Q     Just an inability to move?
20    A     Now, that happens.
21    Q     All right.  Goose bumps?
22    A     Don't know this.
23    Q     Racing heart?
24    A     Don't know this.
25    Q     Staring spells, just kind of looking out into space?
```

Phyllis Davis  4/19/2022

```
 1    A    That happens.

 2    Q    All right.  And you indicated that you did lose

 3         consciousness, correct?

 4    A    Every time.

 5    Q    All right.  So this may be a difficult question if

 6         you kind of lost consciousness, but do you

 7         remember -- now, we talked about this corporal,

 8         correct?

 9    A    Mm-hmm.

10    Q    Do you remember any of the other uniformed COs that

11         were kind of involved in responding to or dealing

12         with your seizures?

13    A    I was always out.

14    Q    Okay.

15    A    I couldn't tell you who was helping or not helping.

16    Q    Okay.

17    A    What I do remember is them taking me to the

18         psychiatrist, and she was a lady, and she was not in

19         uniform, and she had on a black dress and she was

20         Caucasian.  And she had brownish hair.  They took me

21         to her because they thought I was crazy.

22    Q    Okay.

23    A    They thought I was passing out on purpose.  And I

24         didn't know why I was passing out, so I was open to

25         talking to whoever.
```

Phyllis Davis  4/19/2022

```
 1    Q    And psychiatrist, white lady, brownish hair in the
 2         jail, correct?
 3    A    Yes.
 4    Q    And you saw her in, I guess, the medical dispensary?
 5    A    No.  She was not in the medical dispensary.
 6    Q    Okay.  Where was she?
 7    A    She had an office.
 8    Q    Okay.  Do you remember what floor the office was on?
 9    A    No.
10    Q    Okay.
11    A    I was always told to stand up against the wall and
12         face the wall, so I don't know what floor I went to.
13    Q    All right.  So we've got this corporal.  We've got
14         the psychiatrist.
15             Anybody else in the jail that comes to mind as
16         being involved in sort of responding to, dealing
17         with, any of the seizure issue?
18    A    Tabatha, I remember telling her about the issues I
19         was having, and we were just talking, and I got that
20         feeling again, and I told her -- I said, I'm getting
21         ready to pass out, and she said, as soon as I said
22         that, I was gone.
23    Q    Okay.  So this is Ms. Jackson, correct?
24    A    Yes.
25    Q    All right.  Anybody else that comes to mind?
```

Phyllis Davis  4/19/2022

```
 1   A    I remember Officer Dye.  I remember his face, but I
 2        don't remember what he was saying.  I don't remember
 3        what happened, but I can remember his face.
 4   Q    Do you remember Officer Dye's first name?  If not,
 5        that's fine.
 6   A    No.
 7   Q    All right.  Any other COs, nurses, doctors from the
 8        jail that kind of come to mind?
 9   A    I remember the nurses.  I woke up in front of -- when
10        I was in the restraint chair, I remember her face,
11        but I don't remember her name.
12   Q    Okay.  And so sometimes when you'd have these
13        seizures, they'd take you to medical, right?
14   A    Yes.
15   Q    Okay.  And at some point, you ended up going to
16        MetroHealth; is that right?
17   A    Yes.
18   Q    And it looks from, like, kind of notes and records
19        that you went two different times.
20             Is that consistent with your memory?
21   A    No.
22   Q    No, okay.
23   A    No.
24   Q    So you think you -- so as you're remembering, you
25        only went once, correct?
```

Phyllis Davis  4/19/2022

```
 1   A   December 24th.

 2   Q   Okay.  So tell me about the trip to Metro.

 3   A   At this point, I was afraid and I didn't know if they

 4       were giving me something, because they wouldn't tell

 5       me what I was taking.  They would just bring that

 6       tray every morning and said that this is what I'm

 7       supposed to be getting and either take it or not.

 8   Q   Okay.

 9   A   So I was afraid that if I didn't take it, something

10       would happen, and then I didn't know what I was

11       taking.

12           So then when they took me to Metro, I was afraid.

13   Q   All right.

14   A   I didn't know what they were going to do to me so I

15       wouldn't let them touch me, period.

16   Q   How did you get to Metro?

17   A   Transport from here.

18   Q   So was it a --

19   A   It was a female officer.  I was in shackles and

20       chains.

21   Q   So it was a van?  It wasn't an ambulance?

22   A   No.  It wasn't an ambulance.

23   Q   So it was a sheriff's van then?

24   A   Yes.

25   Q   Okay.  Got it.  Then they took you to the Metro
```

Phyllis Davis  4/19/2022

```
 1            emergency room?
 2   A   Yes.
 3   Q   All right.  Do you remember if they ran any tests?
 4   A   I wouldn't let them touch me.
 5   Q   All right.  So they didn't do what is called an EKG
 6       where they hooked up some leads to you?
 7   A   They might have did that, but I wouldn't let them
 8       draw blood and I wouldn't give them any urine,
 9       nothing.
10   Q   All right.  What about scans, x-rays, CAT scan,
11       anything like that?
12   A   No.
13   Q   Do you know what kinds of doctors you saw at Metro?
14   A   Everybody was Spanish.
15                   MR. GROSS:  Say that again.
16                   THE WITNESS:  I said that everybody
17           was Spanish.
18   Q   All right.  Did you see a neurologist?
19   A   I didn't see anyone but the ER nurses.
20   Q   Did you see -- I imagine it's the same answer, but
21       did you see a psychiatrist?
22   A   Anybody but the ER nurses.
23   Q   Okay.  So after you went to Metro, did you come back
24       to the jail?
25   A   No, I did not.
```

Phyllis Davis  4/19/2022

```
 1    Q    Okay.  You kind of posted bond while you were at the
 2         hospital somehow?
 3    A    There was no bond.
 4    Q    Okay.  So do you remember what happened that led to
 5         you being released?
 6    A    I said they got tired of me passing out.
 7    Q    So there wasn't a bond?  What did they tell you about
 8         why you were free to leave?
 9    A    Oh, I was supposed to be released that day anyway.
10    Q    Okay.  And then do you recall if Metro -- did they
11         release you from the hospital?
12    A    The County released me at Metro.
13    Q    Okay.  So the County has released you from custody.
14         You're at the hospital, correct?
15    A    Yes.
16    Q    All right.  Did Metro then release you from the
17         hospital, or did you leave AMA?
18    A    I probably AMA'd.
19    Q    And where did you go?
20    A    Cleveland Clinic.
21    Q    And Main Campus?
22    A    Yes.
23    Q    All right.  And why did you do that?
24    A    Because I didn't trust Metro because they were part
25         of the County.
```

Phyllis Davis  4/19/2022

```
 1    Q    All right.

 2    A    And at this point, I'm afraid, because I keep passing

 3         out.  I don't know what's wrong.  I'm not sure what

 4         they're giving me, so now I don't want anything to do

 5         with none of them.

 6    Q    Okay.  What did they tell you at The Clinic?

 7    A    Nobody had a clue.

 8    Q    All right.

 9    A    Because by then, I had taken my Xanax.

10    Q    All right.  So when you went to the Main Campus ER,

11         they couldn't identify the source of your seizure,

12         correct?

13    A    Right.

14    Q    All right.

15    A    I showed them my arm where I had bit my arm, bit my

16         tongue.  I had a hole through my tongue.  They

17         couldn't figure out why I had the -- you know,

18         because they -- I guess they saw the medication in my

19         system, so that didn't do a red flag for them at that

20         time.

21    Q    Okay.  You said you bit your tongue?

22    A    All the way through.

23    Q    And I gather this was during one of the seizures you

24         had in the jail?

25    A    Mm-hmm.  The same incident where I tried to bite the
```

Phyllis Davis  4/19/2022

```
 1       handcuffs off.
 2    Q  Was that also the same incident where you ended up in
 3       the restraint chair?
 4    A  Yes.
 5    Q  Okay.  So it sounds like there was a particularly bad
 6       seizure incident where you bit your tongue, tried to
 7       bite the handcuffs off, and ended up in the restraint
 8       chair, right?
 9    A  Yes.
10    Q  And was that the worst one overall that you
11       experienced here?
12                   MR. GROSS:  Objection.
13    A  That I was told.
14                   MR. GROSS:  You can answer.
15    A  That I was told.
16    Q  Okay.
17    A  Because I was out.
18    Q  Okay.  So you don't remember a worse one?
19    A  No.  I do not remember a worse one because I was
20       unconscious of all of them.
21                   MR. STEWART:  Okay.  Let's take five
22            minutes here.
23                   - - - -
24            (Thereupon, a recess was had.)
25                   - - - -
```

Phyllis Davis  4/19/2022

```
 1    Q    Ms. Davis, before we went on break, it seems like you
 2         may have remembered the name of Doctor Elaine.
 3              What was that?
 4    A    Campbell.
 5    Q    All right.
 6    A    Elaine Campbell.
 7    Q    All right.  And she was associated with Behavioral
 8         Health?
 9    A    She was with Connections.
10    Q    Okay.
11    A    Which is now Signature Health.
12    Q    And I just want to clarify.  You seemed to say after
13         you left Metro AMA, but before you got to The Clinic,
14         did you take your Xanax?
15    A    Yes.
16    Q    So did you go home or somewhere else first?
17    A    No.  My daughter brought it.
18    Q    So your daughter brought your Xanax to you in Metro?
19    A    Yes.
20    Q    All right.  And by the time you got to The Clinic,
21         you had taken that already?
22    A    Yes.
23    Q    Okay.  Now, in addition to the Xanax, there are some
24         allegations in this case about a medicine called
25         Abilify, correct?
```

Phyllis Davis  4/19/2022

```
 1    A    Yes.
 2    Q    If you would, we're going to put in front of you
 3         what's been marked in Ms. Jackson's deposition as
 4         Defendants' Exhibit 1.
 5    A    Okay.
 6    Q    First of all, have you seen this document before?
 7    A    An Amended Complaint?
 8    Q    That's correct.
 9    A    No.
10    Q    All right.  Did you see a document called Complaint?
11    A    Yes.
12    Q    Okay.  And I'll represent to you that the Complaint
13         and the Amended Complaint are very similar.
14    A    Okay.
15    Q    Turn to Paragraph Number 70, please.  So Paragraph 70
16         says, at the time she was booked into the corrections
17         center, Plaintiff Davis advised intake that she was
18         prescribed Abilify.
19              Is that correct?
20    A    That is correct.
21    Q    Okay.  And would these be either the same Euclid
22         police officer we discussed or the three people you
23         spoke to in intake?
24    A    Sir, every person that I spoke to that day concerning
25         my containment --
```

Phyllis Davis  4/19/2022

```
 1    Q    Okay.

 2    A    -- was told that I was on 6 milligrams of Xanax and 2

 3         milligrams of Abilify daily.

 4    Q    Okay.  So then the next paragraph, Paragraph 71,

 5         Defendants' Cuyahoga County, Pinkney, Mills, and Ivey

 6         were deliberately indifferent to your depression

 7         because they never gave you Abilify.

 8              Is that correct?

 9    A    That is not correct.

10    Q    Okay.  What happened?

11    A    They gave me 10 milligrams of Abilify.

12    Q    Okay.  So, like, generally speaking, that's the

13         problem with the Abilify; they gave you 10 instead of

14         2 milligrams, correct?

15    A    That is correct.

16    Q    All right.  And so I want to take you back to your

17         previous answer where you indicated that you --

18         everybody you spoke to, you discussed the Xanax and

19         the Abilify issue, correct?

20    A    That is correct.

21    Q    All right.  So we've got the female Euclid police

22         officer, correct?

23    A    Mm-hmm.

24    Q    Okay.  And we've got three individuals, two male, one

25         female, at intake at the correction center, correct?
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Okay.  Anybody else that comes to mind in particular? |
| 3 | A | No one else was important, no. |
| 4 | Q | Okay.  So when you say, you know, I advised everybody |
| 5 | | I encountered about the Abilify and the Xanax issue, |
| 6 | | correct -- |
| 7 | A | Mm-hmm. |
| 8 | Q | -- you mean the Euclid police officer and the three |
| 9 | | intake people, correct? |
| 10 | A | That is correct, sir.  Yes. |
| 11 | Q | Okay.  And nobody else in particular comes to mind? |
| 12 | A | No, sir. |
| 13 | Q | Okay.  So going back to the Abilify issue, who had |
| 14 | | prescribed you the Abilify in December of 2018? |
| 15 | A | By then, I was seeing Manjula Shah. |
| 16 | Q | So this is Doctor Shah? |
| 17 | A | Yes. |
| 18 | Q | And we're going to do the same thing we did with the |
| 19 | | Xanax.  Going backward, did anybody else write you a |
| 20 | | prescription for Abilify? |
| 21 | A | Yes.  Her nurse practitioner. |
| 22 | Q | All right. |
| 23 | A | She was an African American lady with a bad attitude. |
| 24 | Q | All right.  Anyone else? |
| 25 | A | No. |

Phyllis Davis  4/19/2022

```
 1    Q    And when do you think -- well, when did you discover
 2         that you had been given 10 milligrams instead of 2
 3         milligrams of Abilify?
 4    A    When they took me to see the psychiatrist --
 5    Q    Okay.
 6    A    -- after I had been up all night, because you can't
 7         sleep in that place.
 8    Q    Okay.  And so this is the psychiatrist in the
 9         correction center, correct?
10    A    Yes.  That is correct.
11    Q    All right.  And she has an office somewhere?
12    A    Yes.  She has an office.
13    Q    All right.  And what, did she just tell you that she
14         thought that was the problem, or how did that
15         conversation go about the Abilify?
16    A    We were going over what I was taking, because I was
17         concerned that I kept passing out.
18    Q    Mm-hmm.
19    A    And she said, well, we're giving you exactly what you
20         said you were on.  We can't give you Xanax here
21         because we don't have that, but what we are giving
22         you is an equal dose of Geodon and 10 milligrams of
23         Abilify.  And I said, what in the --
24    Q    What was that first drug?  I'm sorry to interrupt.
25    A    Geodon.
```

Phyllis Davis  4/19/2022

```
 1    Q    Geodon.

 2    A    Geodon.  Geodon.

 3    Q    Okay.

 4    A    She said, we're giving you the exact same dose of

 5         Geodon for your Xanax.  We do not have Xanax here,

 6         but we are giving you your 10 milligrams of Abilify.

 7              And that's when I said, oh, that's the problem.

 8         It's not 10.  It's 2.

 9    Q    Okay.

10    A    Maybe they heard me wrong.

11    Q    All right.  And what did the psychiatrist say in

12         response?

13    A    She spoke to the officers.

14    Q    Okay.

15    A    She didn't -- that's the only conversation that her

16         and I had.  And I also told her my concerns for my

17         mental health and the sleeping.

18    Q    Okay.

19    A    Because I'm sleeping on a two-inch mat and I'm on it

20         all day long.  I mean, for the whole time I was

21         there, I was on a mat except for an hour a day.  And

22         she's a psychiatrist.  I thought that that was the

23         person to let them know what was going on.

24    Q    Okay.  So we're going to get to the mat in a little

25         bit, but I want to kind of stick with the Abilify for
```

Phyllis Davis  4/19/2022

```
 1          now, if we can.
 2    A     Okay.
 3    Q     So do you get the impression -- I mean, one
 4          possibility is they misheard you and it was some kind
 5          of mistake with the dosage, correct?  That's one
 6          thing that could have happened.
 7    A     Okay.
 8    Q     Another possibility is they intentionally for some
 9          reason changed or adjusted your medicine.
10              As you sit here today and thinking back to
11          speaking to that psychiatrist then, do you think she
12          told you something one way or the other about what
13          happened?
14    A     She told me nothing.
15    Q     Okay.
16    A     And she knew everything.
17    Q     Okay.  So you didn't know then whether or not the
18          change in dose was a mistake or something that they
19          did intentionally for some reason, correct?
20    A     I can tell you what I believe.
21    Q     All right.
22    A     I can believe that they tried to compensate for what
23          they didn't have.
24    Q     Okay.  And where does that belief come from?
25    A     It comes from the belief that I have researched this
```

Phyllis Davis  4/19/2022

```
 1        thing for the last four years, and there have been at
 2        least five people that died in this jail system from
 3        being taken off of Xanax, which is a Benzodiazepine
 4        that you cannot stop taking abruptly.
 5   Q    Okay.  So your own -- all right.  So I think you went
 6        back to the Xanax there, right?
 7   A    Yes, I did.
 8   Q    Okay.  Staying on the Abilify, though --
 9   A    Okay.
10   Q    -- you indicated that you think that your Abilify
11        dose was changed to compensate for -- I don't think
12        you exactly said Xanax, but I think you meant Xanax,
13        right?
14   A    Yes.
15   Q    Okay.  And I asked you where that belief came from,
16        and you said you did some independent research,
17        correct?
18   A    Yes.
19   Q    All right.  Have you discussed that with any of your
20        doctors, psychiatrists, medical providers outside of
21        the jail?
22   A    No.
23   Q    All right.  Did you discuss it with the psychiatrist
24        we were talking about earlier when you were in the
25        jail?
```

Phyllis Davis  4/19/2022

```
 1   A   No.  She was the one that told me what I was taking.

 2   Q   Okay.  Did you discuss it at MetroHealth when you

 3       were taken there from the jail?

 4   A   I didn't discuss anything with them.

 5   Q   All right.  What about at The Clinic later that day?

 6   A   Yes, I did.

 7   Q   Okay.  And did they tell you anything about the

 8       dosage of Abilify?

 9   A   No, they did not.

10   Q   Okay.  Has anybody told you -- when I say anybody, I

11       mean a doctor, a nurse, some kind of medical person

12       --

13   A   Mm-hmm.

14   Q   -- told you whether your seizures while you were in

15       the jail were caused by the Abilify dose, the absence

16       of Xanax?

17   A   Caused by the Abilify dose?

18   Q   Yes.

19   A   I'm really not sure.

20   Q   Okay.

21   A   No, I don't.  I'm not a medical professional, no.  No

22       one's --

23   Q   And the same with the Xanax, not having the Xanax,

24       correct?

25                     MR. GROSS:  Objection.
```

Phyllis Davis  4/19/2022

```
 1                    The first question, were you
 2                asking if both those drugs caused the
 3                seizure, and now you're asking just
 4                the Xanax?
 5                    MR. STEWART:  It's a fair point.  I
 6                asked both questions at the same time, so
 7                let's back up.
 8    Q   Any medical professional told you that your seizures
 9        in the jail were caused by the 10-milligram dose of
10        Abilify?
11    A   No.
12    Q   All right.  Any medical professional told you that
13        your seizures in the jail were caused by a change to
14        or elimination of your Xanax dose?
15    A   Yes.
16    Q   All right.  And who was that?
17    A   Cleveland Clinic Lutheran Medical Center.
18    Q   All right.  And this is when you were in the detox in
19        2019?
20    A   Yes.  October.
21    Q   Okay.  Anybody else?
22    A   No.
23    Q   Do you still have seizures of any kind today?
24    A   No.
25    Q   All right.  When do you think the last time you had a
```

Phyllis Davis  4/19/2022

```
 1        seizure was?
 2    A   October 2019.
 3    Q   Okay.  And the seizures you had, I think we discussed
 4        three incidents after you left the jail; one at a
 5        birthday party, one in the garage, and one in
 6        October, correct?
 7    A   Yes.
 8    Q   Any others?
 9    A   Any others?
10    Q   Yes.
11    A   No.
12    Q   All right.  When do you think you last went to a
13        doctor or medical provider concerning this seizure
14        issue?
15    A   October 2019.
16    Q   Okay.  So no ongoing treatment, correct?
17    A   No.
18    Q   All right.  Any kind of lingering effects as a result
19        of the seizure problem we've been discussing?
20    A   My memory is not as it used to be.
21    Q   Okay.  Could you describe that for me?
22    A   Well, sometimes my daughter has to go through my bank
23        statement and remind me of stuff that I did.  That's
24        new the last couple years.
25    Q   All right.  Anything else?
```

Phyllis Davis  4/19/2022

```
 1    A    No.
 2    Q    Okay.  Injuries that you've sustained as a result of
 3         the seizures, I think we discussed you bit your
 4         tongue, correct?
 5    A    Clean through, yes.
 6    Q    All right.  Has that healed?
 7    A    Yes.
 8    Q    All right.  It sounds like you hit your head a couple
 9         of times.
10    A    About six times.
11    Q    Okay.  Anybody diagnose you with concussion?
12    A    No.
13    Q    All right.
14    A    But I was never checked for it.
15    Q    Okay.  Any other -- well, as we sit here today, are
16         you experiencing any, like, ongoing effects as a
17         result of the seizure issue other than the memory
18         loss we've discussed?
19    A    No.
20    Q    All right.  Now, I guess shifting that question to
21         the past, between the time you left the jail and
22         October of 2019, any other symptoms or effects of the
23         seizure issue that we have not talked about already?
24    A    Of the seizure issue?
25    Q    Correct.
```

Phyllis Davis  4/19/2022

```
 1   A   No.
 2   Q   All right.  So in addition to the medication issue
 3       that we've discussed, you've got some other claims in
 4       this lawsuit, correct?
 5   A   Yes.
 6   Q   All right.  Can you tell me what those are?
 7   A   The conditions of the confinement center here.
 8   Q   All right.
 9   A   I don't know exactly how the men live, but the women
10       are living pretty horrible in this place, if it's
11       still going on.
12   Q   Okay.  Anything else?
13           We're going to go through the conditions of the
14       confinement part of this, but any other --
15   A   Okay.  Yes.  I have an issue.  I'm in fear for some
16       reason of police now.
17   Q   All right.
18   A   And I've never felt like that before.
19   Q   Okay.
20   A   I, like, freak out when I see lights in my rearview
21       mirror.  I just went to the bathroom.  I ran into an
22       officer.  He asked me where I was going, and my heart
23       just dropped.
24   Q   Like today here?
25   A   Yes.
```

Phyllis Davis  4/19/2022

```
1   Q   All right.

2   A   And I've never felt like that.  My mom's always told

3       me that the police are your friend, and now I feel

4       like I'm in fear.

5   Q   Okay.  Any encounter -- I mean, have you been stopped

6       by the police in the time since you left the jail?

7   A   Yes.

8   Q   All right.  Generally, like, when?  What

9       circumstances?

10  A   It was, like, right after my birthday in '20 -- or

11      was it '19?  I think it was '19.  No.  It was '20.

12      It was right after my birthday.

13          In Lyndhurst, they pulled me over right there,

14      Brainard and Mayfield, and I just lost it.  And he

15      walked up to the car and he said, Ma'am, why are you

16      crying?  I said, Because I don't know why you stopped

17      me.  He said, Miss, I just want to let you know that

18      your sticker expired and you can just go right up the

19      street and get them.  And he said, I'm sorry if I

20      scared you.  He said, Have a nice day.  And I had

21      lost it by then.  I'm just in the car a mess.

22  Q   Okay.  Did you then go and get this problem with your

23      plates corrected?

24  A   Immediately.

25  Q   Any other encounters with the police since 2019?
```

Phyllis Davis  4/19/2022

```
 1   A    I don't go over the speed limit.  I don't pick up
 2        stuff that don't belong to me.
 3   Q    All right.
 4   A    No.
 5   Q    So kind of wrapped up in this, you have not been back
 6        to jail since then?
 7   A    No.
 8   Q    Any plans to come back?
 9   A    No.
10   Q    All right.  So you indicated earlier that you read
11        the initial Complaint, but you have not seen the
12        first Amended Complaint that I put in front of you?
13   A    No.  I have not.
14                    MR. STEWART:  I guess I'd like to
15               take a break, and I'm going to get the
16               first Complaint here.
17                    - - - -
18               (Thereupon, a recess was had.)
19                    - - - -
20   (Thereupon, Defendants' Deposition Exhibit 7 was
21      marked for the purpose of identification.)
22                    - - - -
23   Q    So I'm going to put in front of you what's been
24        marked as Defendants' Exhibit 7.
25               Ms. Davis, do you recognize that as the original
```

Phyllis Davis  4/19/2022

```
 1        Complaint --
 2   A    Yes.
 3   Q    -- that was filed in this action?
 4   A    Yes.
 5   Q    All right.  Did you review that before it was filed?
 6   A    Yes.
 7   Q    All right.  And other than this issue we talked about
 8        regarding the Abilify dose in Paragraph 70 and 71, is
 9        there anything that you disagree with in it?
10   A    Okay.  I disagree with it because -- okay.  Wait a
11        minute.  Hold on.
12            I disagree with it because it's not saying that I
13        also told them I was taking Xanax.
14   Q    Okay.  Well, if you look up above in Paragraphs,
15        like, 66 through 69, that discussions the Xanax,
16        correct?
17   A    Okay.  And it was actually more like ten years
18        instead of eight.
19   Q    Okay.
20   A    But yes.  I agree with these, yes.
21   Q    Okay.  And you reviewed this document before it was
22        filed in court, correct?
23   A    Yes.
24   Q    All right.  Do you understand this is filed as a
25        class action?
```

Phyllis Davis  4/19/2022

```
 1    A    Yes, I do.

 2    Q    Okay.  What does that mean to you?

 3    A    What that means to me is that I am representing all

 4         the women who have been harmed or will potentially be

 5         harmed in the future in this case.

 6    Q    Any time period associated with that?

 7    A    I would believe it was from October of 2018 to

 8         October of 2020.

 9    Q    Okay.  And why only women?

10    A    Because that's who I am.  I'm a woman, and I was

11         housed in the women's part of this facility.

12    Q    Okay.  Who's the case against?

13    A    The case is against Cuyahoga County Correctional

14         System.

15    Q    Okay.  Anyone else?

16    A    The persons that own the company, that runs the

17         Ohio -- Cuyahoga County Correctional Systems.

18    Q    Okay.  Any names?

19    A    I remember Pinkney, Mills.

20    Q    Okay.  So if you turn to the first page of Exhibit 1,

21         you've got Clifford Pinkney, Kenneth Mills, and Eric

22         Ivey, correct?

23    A    Yes.

24    Q    Have you ever met any of these gentlemen?

25    A    Not that I'm aware of.
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | Q | And do you know if they're still part of the case |
| 2 | | today? |
| 3 | A | As far as I'm aware of, they're a part of the case |
| 4 | | today. |
| 5 | Q | All right.  How many people would you estimate are in |
| 6 | | the class of women who were in the jail? |
| 7 | A | How many would I estimate were in the class of women? |
| 8 | Q | Yes.  How many -- |
| 9 | A | Not including the men? |
| 10 | Q | Right. |
| 11 | A | Just the women? |
| 12 | Q | Sure. |
| 13 | A | I would say four or five. |
| 14 | Q | Four of five of -- |
| 15 | A | You mean the whole like -- |
| 16 | Q | Yeah. |
| 17 | A | I don't know. |
| 18 | Q | All right.  So you said you're bringing this to |
| 19 | | represent all of the women that were in the jail |
| 20 | | between October of '18 and October of '20, correct? |
| 21 | A | Right. |
| 22 | Q | Any estimate as to how many people that is? |
| 23 | A | Oh, gosh.  I would have no clue. |
| 24 | Q | Okay. |
| 25 | A | I know there were about 2,000 women there when I was |

Phyllis Davis  4/19/2022

```
 1          there.
 2   Q   And that would be in December of 2018?
 3   A   Yes.
 4   Q   So we've got yourself.  We've got Ms. Tabatha
 5          Jackson.
 6              Any other specific women that are part of the
 7          class?
 8   A   Yeah.  There's a couple others.  I don't know them
 9          personally.
10   Q   Okay.
11   A   Ms. Jackson is the only one that I know personally.
12   Q   Have you discussed this case with Ms. Jackson?
13   A   No.
14   Q   All right.  Have you discussed it with any other
15          former inmates or former inmates in the Cuyahoga
16          County Correction Center?
17   A   No.
18   Q   Why a class action?  Why are you bringing this as a
19          class action?
20   A   I just feel like that it would be a better fit for
21          one person to bring this type of suit and just speak
22          for the others involved instead of you just having
23          two months of women coming down here speaking to you.
24          That's my thoughts.
25   Q   Okay.  And you understand that yourself and Ms.
```

Phyllis Davis  4/19/2022

```
 1        Jackson are proposed as the representatives of the
 2        class, correct?
 3   A    That is correct.
 4   Q    And what specific roles or duties do you have as a
 5        class representative?
 6   A    I believe that my role as a class representative is
 7        to honestly and openly explain to you the conditions
 8        of which we had to live in and were treated while
 9        being housed here.
10   Q    Okay.  Anything else?
11   A    I would also bring to your attention the mistreatment
12        of the women who were housed here and who will be in
13        the future if it doesn't change.
14   Q    All right.  And, again, what specific role do you
15        play in bringing that about?
16   A    I am the representative for those women.
17   Q    Okay.  And I think you indicated you wanted to bring
18        about change, correct?
19   A    Yes.
20   Q    All right.  Anything else that you hope to get out of
21        bringing this action?
22   A    I would hope that nobody ever lost a parent or a
23        brother or a sister or a child because they made a
24        mistake and had to be detained.
25   Q    Are you hoping to obtain or recover any money as a
```

Phyllis Davis  4/19/2022

```
 1        result of bringing this action?
 2    A   I believe that I almost died.
 3    Q   Okay.
 4    A   And my children would have been left without a mother
 5        and my grandchildren without a grandmother.
 6    Q   Okay.
 7    A   And yes.  I am looking to recover for my emotional
 8        distress.
 9    Q   So you're looking to recover for yourself for your,
10        kind of, emotional distress as you just described,
11        correct?
12    A   Yes.  I almost died.
13    Q   Anything on behalf of the other members of the class?
14                    MR. GROSS:  Objection.
15                    Go ahead.
16    A   I would just like to represent all involved and
17        hopefully make them proud.
18    Q   Do you expect that they would receive any money if
19        you're successful in this?
20    A   I would suspect that in a class action suit that all
21        involved would receive anything that would be
22        recovered in this type of complaint.
23    Q   Okay.  Do you know who the judge in this case is?
24    A   It's a lady.  I do remember that, but I don't
25        remember her name.
```

Phyllis Davis  4/19/2022

```
 1   Q    Okay.

 2   A    Her name is Pamela A. Barker.

 3   Q    All right.  What court is this case now pending in?

 4        And you're looking at the Complaint, correct?

 5   A    Mm-hmm.  I'm looking at the Complaint.

 6        What court?

 7   Q    Yes.

 8   A    It's going to be in the United States District Court

 9        for the Northern District of Ohio.

10   Q    Okay.  About when was the case filed?

11   A    It was filed in 2019.

12   Q    Okay.

13   A    Or was it '20?  It might have been '20, because that

14        was after I got out of the hospital.

15   Q    So 2019 or '20?

16   A    Yes.

17   Q    All right.  How are you paying to prosecute this

18        action?

19                    MR. GROSS:  Objection.

20                    Go ahead.

21   A    How am I paying?

22   Q    Yes.

23   A    It's if I don't receive anything, I don't pay

24        anything.

25   Q    Okay.  But you understand that, you know, prosecuting
```

Phyllis Davis  4/19/2022

| 1 | | or filing any lawsuit can be expensive, correct? |
| 2 | A | Yes. |
| 3 | Q | And filing a class action can be even more expensive |
| 4 | | than a regular lawsuit, correct? |
| 5 | A | Okay. |
| 6 | Q | Well, did you know that? |
| 7 | A | No, I did not. |
| 8 | Q | Okay.  And if there are expenses related to |
| 9 | | prosecuting this action -- for example, we have a |
| 10 | | court reporter with us today -- how would those be |
| 11 | | paid? |
| 12 | | MR. GROSS:  Objection. |
| 13 | | You can answer. |
| 14 | Q | If you know. |
| 15 | A | How would they be paid? |
| 16 | Q | Yes. |
| 17 | A | It would -- I don't have it to pay it right at the |
| 18 | | moment, but I do have means in order to pay a bill if |
| 19 | | need be. |
| 20 | Q | Okay.  So you would expect to pay the costs yourself? |
| 21 | A | Most definitely. |
| 22 | Q | Have you hired any experts in this case? |
| 23 | A | No. |
| 24 | Q | All right.  Do you expect to? |
| 25 | | MR. GROSS:  Objection. |

Phyllis Davis  4/19/2022

```
 1                    Go ahead.
 2   A    Yes.
 3   Q    All right.  Has anything happened in court in this
 4        case since it's been filed?
 5   A    Has anything happened in court in this case?
 6   Q    Yes.  Has the judge made any decisions?
 7   A    No.
 8   Q    All right.  Has -- let's leave it at that.
 9   A    Okay.
10   Q    Who are your attorneys?
11   A    Lewis A. Zipkin, but my attorney is Kevin Gross.
12   Q    All right.  And when do you think you first met
13        Mr. Gross?
14   A    In late 2019, maybe December.
15   Q    Have you ever met with Mr. Zipkin?
16   A    Yes.
17   Q    All right.  When?
18   A    Summer of '21.
19   Q    Any other times?
20   A    No.
21   Q    All right.  How many times do you think you met with
22        Mr. Gross?
23   A    Approximately three.
24   Q    All right.  How did you select Mr. Gross and
25        Mr. Zipkin to be your attorneys?
```

Phyllis Davis  4/19/2022

```
 1    A    Family.

 2    Q    All right.  So somebody referred you?

 3    A    Yes.

 4    Q    All right.  Who was that?

 5              MR. GROSS:  You can answer.

 6    A    Tabatha Jackson.

 7    Q    All right.  And so you're related to Ms. Jackson?

 8    A    Yes.

 9    Q    How?

10    A    Family.  I mean, she's not blood, but I say that

11         she's family.

12    Q    So she's not a blood relative?

13    A    No.

14    Q    How long have you known Ms. Jackson?

15    A    I met her when I was here.

16    Q    Okay.  So you hadn't met her before?

17    A    No.

18    Q    And do you socialize with Ms. Jackson?

19    A    No.

20    Q    So do you have a connection with Ms. Jackson kind of

21         outside of the context of this case?

22    A    No.

23    Q    Did you speak to any other attorneys regarding

24         bringing this case?

25    A    No.
```

Phyllis Davis  4/19/2022

```
 1   Q   All right.  Tell me your understanding of your role

 2       compared to your attorneys in this cause?

 3   A   My role compared to my attorneys?

 4   Q   Yeah.  What do you do and what do they do?

 5   A   What do I do and what do they do?

 6   Q   Yes.

 7   A   Well, what my attorneys do is fight for me in legal

 8       terms that I know nothing about.

 9   Q   Okay.

10   A   What I do is tell my attorneys the truth concerning

11       my complaint.

12   Q   All right.  If your attorneys wanted to do something

13       you didn't want them to do, would you feel

14       comfortable telling them not to?

15   A   Yes.

16   Q   All right.  So if you look at Exhibit 7, Paragraph --

17       let's call it 23.

18   A   Mm-hmm.

19   Q   Are you with me?

20   A   Yes.

21   Q   We have a list of nine specific conditions that, you

22       know, you alleged occurred in the jail.

23   A   Yes.

24   Q   Would you just kind of look through that nine and

25       tell me if you've experienced each and every one of
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | | those? |
| 2 | A | Yes. |
| 3 | Q | So that's a yes, that you believe you've experienced |
| 4 | | each of those? |
| 5 | A | Yes. |
| 6 | Q | All right.  So let's start with the mats. |
| 7 | A | Mm-hmm. |
| 8 | Q | You indicated earlier that you slept on a mat on the |
| 9 | | floor, correct? |
| 10 | A | Yes. |
| 11 | Q | Was that every night you were in the jail? |
| 12 | A | Yes. |
| 13 | Q | All right.  So you were never assigned to a bunk? |
| 14 | A | I was assigned to a bunk, but I slept on the floor. |
| 15 | Q | Why was that? |
| 16 | A | Because the top bunk had been ripped out because of |
| 17 | | people hanging themselves in the jail cells, so |
| 18 | | there's no top bunk.  So there's only a bottom rack |
| 19 | | and then the floor. |
| 20 | Q | Okay.  So there wasn't a top bunk at all? |
| 21 | A | No. |
| 22 | Q | And are you talking about -- it sounds like you spent |
| 23 | | some time in both the medical pod and a night in the |
| 24 | | general population pod, correct? |
| 25 | A | That's correct. |

Phyllis Davis  4/19/2022

```
 1   Q   Was this the situation in both the general population

 2       pod and the medical pod?

 3   A   All the top bunks had been ripped out.

 4   Q   Okay.  Were you always assigned to a pod with cells?

 5   A   Yes.

 6   Q   All right.  Are you aware that some inmates sleep in

 7       open dorms?

 8   A   No.

 9   Q   No, you're not aware, correct?

10   A   I'm not aware.

11   Q   But you never slept in an open dorm, correct?

12   A   I slept in an open dorm on the floor, but there were

13       cells all around.

14   Q   Gotcha.

15           So tell me about the mats in particular.  You

16       said you slept on them.  Any other problems with the

17       mats?

18   A   The mats are some kind of weird cloth/plasticky

19       material that's supposed to be wiped off.

20   Q   Okay.

21   A   They're about two inches thick and they're about

22       18 inches wide.

23   Q   Okay.

24   A   They're blue in color, like a navy/royal blue, and

25       they're supposed to be wiped off.  I never saw one
```

Phyllis Davis  4/19/2022

```
 1            wiped off.

 2     Q     Okay.  So it sounds like there was some kind of

 3            contaminant or mess, or something, on the mat you

 4            slept on?

 5     A     Yes.

 6     Q     All right.  And what was that?

 7     A     I don't know exactly what it was.  It was stained,

 8            but I was given a wool blanket, but if I put the wool

 9            blanket on the mat, then I didn't have anything to

10            cover up with, so I had to make a choice; did I want

11            to sleep on the dirty mat or be cold?

12     Q     Okay.  Any particular injuries that you suffered as a

13            result of sleeping on the mat?

14     A     I didn't get any sleep, so I was up for the whole

15            time I was here.  The light is just like this all

16            night.

17     Q     Okay.

18     A     And that's where the CO sits and has her

19            conversations with her boyfriend all night and/or

20            whatever, and there's no way of getting any sleep.

21     Q     Okay.

22     A     You're uncomfortable, first of all, and then there's

23            noise and light.

24     Q     Okay.  Any physical injuries as a result of the mat?

25     A     Yes.  My back was killing me.
```

Phyllis Davis  4/19/2022

```
 1    Q    All right.  Have you seen a doctor about your back

 2         since you've been out?

 3    A    Well, that's why I was taking the Percocet, because

 4         my number six disc is crushed on one side.

 5    Q    Okay.  So you were taking the Percocet when you were

 6         in the jail, correct?

 7    A    No.

 8    Q    All right.  Before you got to the jail?

 9    A    No, no.  But that's why I was prescribed the

10         Percocet.

11    Q    All right.  So are you contending that your disc was

12         crushed while you were in the jail?

13    A    Yes.

14    Q    Okay.  All right.  And who diagnosed you with a

15         crushed disc?

16    A    Deniece Parkinson.

17    Q    And is Ms. Parkinson, what is she?  Is she a --

18    A    She's a VPA.

19    Q    All right.  Do you know if there's been any x-rays,

20         MRIs, or that kind of thing, of your back?

21    A    Yes.

22    Q    Where did you get those done?

23    A    Cleveland Clinic.

24    Q    Main Campus, South Pointe, somewhere else?

25    A    Hillcrest.
```

Phyllis Davis  4/19/2022

```
 1    Q    Hillcrest?

 2    A    And I think I had one in Main Campus, also.

 3    Q    Okay.  And you think -- like, you believe this was a

 4         result of sleeping on the mats?

 5    A    My crushed disc?

 6    Q    Yes.

 7    A    No.

 8    Q    What do you --

 9    A    I had that before I came.

10    Q    Okay.  All right.  I think we're confusing each

11         other, Ms. Davis.

12    A    Okay.

13    Q    Let's see if we can unpack this.

14    A    All right.

15    Q    Are you saying your disc got crushed as a result of

16         something that happened in the jail?

17    A    No.

18    Q    Okay.  You seemed to say yes there, and I wanted to

19         --

20    A    No.

21    Q    Okay.  But sleeping on the mat, you're saying kind of

22         aggravated or upset something that was already there?

23    A    Yes.

24    Q    All right.

25    A    Yes.
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | Q | Okay.  And, like, after you got out, I guess either |
| 2 | | at MetroHealth or when you went to The Clinic, did |
| 3 | | you discuss this issue with the back with them? |
| 4 | A | Well, that was already in my chart, which one of the |
| 5 | | diagnosis in my Cleveland Clinic chart is that I have |
| 6 | | the back issue -- |
| 7 | Q | Okay. |
| 8 | A | -- with the radiation of pain. |
| 9 | | But I think it's inhuman to have somebody on a |
| 10 | | mat for 22, 23 hours out of a day. |
| 11 | Q | But, I mean, you could kind of get up and walk around |
| 12 | | if you wanted to, right, in the day room? |
| 13 | A | No. |
| 14 | Q | No? |
| 15 | A | You were not allowed to get off of the mat unless you |
| 16 | | were told.  And most of the time, there was a |
| 17 | | staffing issue, so the COs didn't want to be |
| 18 | | bothered, so they just made you stay in the cell or |
| 19 | | on the mat. |
| 20 | Q | So the mat -- I guess we're talking about the medical |
| 21 | | pod now. |
| 22 | | The mat was in a cell on the floor, correct? |
| 23 | A | No.  In the medical pod, it was in the population |
| 24 | | area on the floor.  I didn't get a cell. |
| 25 | Q | All right.  And were you able to kind of -- talking |

Phyllis Davis  4/19/2022

```
 1         solely about the medical pod, were you able to kind
 2         of get up and walk around the pod?
 3    A    The only time I could get up is if I had to use the
 4         bathroom.
 5    Q    All right.  And the situation we were talking about
 6         about being locked in the cell with the mat, that was
 7         in the general population pod, correct?
 8    A    Both.
 9    Q    All right.  You've said that the mat in the medical
10         pod was sort of out in the -- is it the day room?
11    A    Yes.
12    Q    Okay.  And then was that the same situation in the
13         general population pod?
14    A    General population pod, I was in Ms. Jackson's cell
15         with a mat on the floor.
16    Q    And I think you just said this, but I want to make
17         sure.
18             You couldn't leave the pod because -- I'm sorry.
19    A    The mat.
20    Q    You couldn't leave the mat or the cell because it was
21         on lockdown, correct?
22    A    Yes.
23    Q    Okay.
24    A    22, 23 hours a day.
25    Q    All right.
```

Phyllis Davis  4/19/2022

```
 1   A   So I was just grateful for bedtime because I knew
 2       that it was one more day down.
 3   Q   Do you know if inmates sleep on mats on the floor
 4       today?
 5   A   I don't know.
 6   Q   All right.  Do you know if they slept on mats on the
 7       floor at any point after you left the jail?
 8   A   I'm sure they did.
 9   Q   Okay.  And why do you say that?
10   A   Because Tabatha was still there.
11   Q   You know that because Ms. Jackson told you that?
12   A   Yes.
13   Q   Other than what you've heard from Ms. Jackson and
14       where she slept, any other basis to say that inmates
15       slept on the floor on mats since you left?
16   A   I have no idea.
17   Q   Okay.  Do you know if the jail made any changes to
18       how they were handling mats, say, in the fall of
19       2019?
20   A   Do I know of any changes they might have made?
21   Q   Yes.
22   A   No, I don't.
23   Q   Any changes as a result of COVID?
24   A   I don't know if they made any changes for COVID.
25   Q   Okay.  Do you know if the County or the sheriff has
```

Phyllis Davis  4/19/2022

```
 1          any official policy concerning mats?

 2   A    I don't know of any policy concerning mats.

 3   Q    Okay.  Any specific state or federal law that you

 4          know of that governs the appropriateness or the use

 5          of the mats on the floor?

 6   A    I have no knowledge of that.

 7   Q    Okay.  So the next issue in your Complaint that I

 8          want to cover is the noisy conditions.

 9   A    Yes.

10   Q    Tell me about those.

11   A    Well, like I said, the CO's talking to her boyfriend

12          all night or he's talking to his girlfriend all

13          night, and then you got women hollering back and

14          forth between the cells.  One's in that cell.  This

15          one's in that cell.  They're screaming back and

16          forth.  Then the CO is saying, shut the F up, and

17          everybody is so disrespectful and so -- it's bad.

18          It's bad.

19   Q    Okay.  So some COs talking on the phone, correct?

20   A    Mm-hmm.

21   Q    First of all, are they talking on, like, their own

22          cell phone, or are they talking on the jailhouse

23          phone?

24   A    Cell phone.

25   Q    Okay.  Any particular COs that come to mind?
```

Phyllis Davis  4/19/2022

```
1    A    I can see her, but I don't know her name.  She's
2         African American, tall, light-skinned, ponytail.
3              She was the meanest one of all.  She would come
4         in and say, I'm not going to have no trouble out of
5         you today, Davis.  And that would mean don't pass
6         out.  And I would keep telling them, I don't know why
7         I'm passing out.
8    Q    Okay.  And this was somebody who worked the medical
9         pod?
10   A    She was night shift.
11   Q    All right.  So she was night shift on the medical
12        pod?
13   A    Yes.
14   Q    Okay.  Any other COs that come to mind?
15   A    Just the corporal.
16   Q    Is this the same corporal we talked about earlier?
17   A    Yes.
18   Q    Caucasian guy, dark hair?
19   A    Yes.
20             And then Officer Dye, because he smelled so good.
21        I could still smell him.
22   Q    All right.
23   A    And there was Ms. Jackson that was in gen pop, too.
24   Q    Why are you mentioning Ms. Jackson?
25   A    No, no, no.  The CO Ms. Jackson.
```

Phyllis Davis  4/19/2022

```
 1   Q   Oh, the CO Ms. Jackson.

 2   A   Yes.

 3   Q   This is going to confuse me.

 4           So we've got the CO Jackson, the corporal, and

 5       the female CO we discussed in the medical pod.

 6           Anyone else?

 7   A   And then there was a maintenance man that came in

 8       every night at 2:00 or 3:00 in the morning wrangling

 9       his bucket and mop.

10   Q   Mm-hmm.

11   A   I thought that was just horrible.  They didn't care

12       anything about us.  It was like, we don't care.

13   Q   Could you describe this guy for me?

14   A   Little raggedy muffin.

15   Q   White guy, black guy?

16   A   Black guy, older guy.  He'd come in, like, 2:00 or

17       3:00 with a bucket and a mop and a sponge.

18   Q   Inmate, CO, or --

19   A   He was an inmate.

20   Q   All right.  So he was a -- I think they call them

21       trustees, or something like that.

22   A   Yes.  And he would bang that bucket and that mop, and

23       it was feces that he would be cleaning up off the

24       floor and urine.  It was horrible.

25   Q   Okay.  And you said that because of the noise, you
```

Phyllis Davis  4/19/2022

```
 1        couldn't sleep?

 2   A    No.

 3   Q    And was that in both the medical and the --

 4   A    All day, all night.  It doesn't matter.  The lights

 5        never go off.  There's always a commotion somewhere.

 6   Q    Okay.  Did you ever file a grievance or send a kite

 7        regarding first the mats?

 8   A    The kites are sent through personnel.

 9   Q    Okay.

10   A    There is no need of sending a kite.  No, I did not.

11   Q    Okay.  And then same question with respect to the

12        noise.  Did you ever send a kite related to the

13        noise?

14   A    No.

15   Q    Had you ever measured the noise level in the jail?

16   A    If I had to measure it as far as like my children in

17        my house, I would say it was about an eight.

18   Q    So an eight out of ten?

19   A    Mm-hmm.

20   Q    But that's just an estimate.  You can't --

21   A    Yes.

22   Q    You've not, like, personally taken some kind of meter

23        in there and measured it?

24   A    No.

25   Q    All right.  Do you know if anybody has?
```

Phyllis Davis  4/19/2022

```
 1   A   Not that I know of.
 2   Q   Do you know if the County has any kind of official
 3       policy or practice concerning noise level in the
 4       jail?
 5   A   I have no idea.
 6   Q   Okay.  Do you know if there's any state or federal
 7       law concerning noise?
 8   A   That, I do not know, but it should be.
 9   Q   Okay.  Do you have any problems today with your
10       hearing as a result of the noise in the jail?
11   A   No.  I've always had very good hearing.
12   Q   Okay.  And so we've got -- I guess I want to cover
13       the urine and feces issue together.  It seems like it
14       is listed separately as kind of encountering the
15       thing itself and also the smell, right?
16   A   Okay.
17   Q   So did you, like, kind of personally encounter any
18       kind of urine or feces while you were in our jail?
19   A   Yes.  I slept right -- I was the first mat as soon as
20       you walk in the pod, and then the bathroom shower was
21       right there, so I was right at -- and that was the
22       bathroom that the females that slept on the floor had
23       to use.
24   Q   All right.
25   A   So it was right there at my mat, yes.
```

Phyllis Davis  4/19/2022

```
 1    Q    And so is this more an issue of smell, or is it an

 2         issue of the stuff was leaking out of the bathroom?

 3    A    It was the smell and the -- it was the plumbing.

 4    Q    Okay.

 5    A    It was the smell and the plumbing.

 6    Q    So you think the smell was, like, coming from the

 7         plumbing or --

 8    A    It was coming from the plumbing.

 9    Q    And was there, like, also a problem with backups?

10    A    It did back up around the floor.  That's what the guy

11         would be cleaning up at night.

12    Q    Okay.

13    A    It would come up under that -- you know where the

14         toilet is planted to the floor?

15    Q    Okay.

16    A    It would come up from there.

17    Q    Okay.  So I'm just trying to picture this in my head.

18              Is the toilet sort of anchored to the floor

19         somehow?

20    A    Yes.

21    Q    And then there's kind of a seam, or something, around

22         where the toilet and the floor --

23    A    Connect.

24    Q    Right.

25    A    And then it would be all around there.
```

Phyllis Davis  4/19/2022

```
 1   Q   Okay.  And is this, like, soiled water that's coming

 2       out of the toilet or clean water that's coming in, or

 3       both?

 4   A   The water was cloudy.  It was almost like a yellowish

 5       tinge to the water, but there would be backups from

 6       the feces.

 7   Q   And is that a separate issue than this leak where --

 8   A   That's a separate issue.

 9   Q   Okay.  All right.  So it would be just the toilet got

10       clogged and it would overflow then?

11   A   Yes.

12   Q   All right.

13   A   Because a lot of women that had cells, their toilets

14       didn't work, so they were using that particular

15       toilet, also.  So that toilet got a lot of use.

16   Q   Okay.

17   A   And then the bugs in the shower that wouldn't go down

18       the hole because the bugs were too big to go in the

19       little hole, so you would be standing in this water.

20           So I would take my cup, my styrofoam cup --

21       because they'd give you a little Kool-Aid packet and

22       a styrofoam cup with every meal, and then you're

23       supposed to use the water from the sink, and it's

24       like a little spigot up over the --

25   Q   Is it sort of like a drinking fountain or --
```

Phyllis Davis  4/19/2022

```
 1    A    It's supposed to be like a drinking fountain --
 2    Q    Mm-hmm.
 3    A    -- but the water coming out of the spigot was the
 4         same color of the water in the toilet, which was like
 5         a yellowish tinge, so you couldn't drink it.
 6    Q    All right.  I think we got the water and the bugs,
 7         right?  Those are -- I guess you just kind of raised
 8         those issues, right?
 9    A    Yes.  It was bad.  I used to take my cup and empty
10         out the shower so that I wouldn't have to stand in
11         that nasty water.
12    Q    All right.  And so when you're discussing having to
13         live in an environment infested with bugs -- I guess
14         that's Number 9 on the list here --
15    A    Okay.
16    Q    -- is that the concern you have about the shower that
17         you just discussed?
18    A    No.
19    Q    Okay.
20    A    There were bugs in the food, also.
21    Q    So we'll do all of the food together.
22    A    Okay.
23    Q    I'm trying to kind of work on these one at a time, if
24         we can.
25    A    Okay.
```

Phyllis Davis  4/19/2022

```
 1   Q   So in terms of just encountering bugs, right, you

 2       said the shower was a problem?

 3   A   Yes.

 4   Q   And now, did you ever use the shower in the general

 5       population pod when you were there?

 6   A   Just the medical.

 7   Q   Okay.  So we're talking about the medical pod?

 8   A   Mm-hmm.

 9   Q   All right.  Any other kind of issue with bugs that

10       are coming to mind?

11   A   Just crawling.

12   Q   So just crawling around the area in general, right?

13   A   Yes.

14   Q   Did you ever get stung or bitten by a bug?

15   A   No.  I used to keep my towel over my head at night so

16       they wouldn't get in my ears.

17   Q   All right.  So I think we've covered the noise, the

18       bugs, the feces and urine.

19           For those three issues, do you know if the County

20       has any particular policy or practice concerning --

21       well, let's go through them one at a time --

22       concerning noise?

23   A   There has to be some kind of ordinance.  This is a

24       public facility.

25   Q   All right.  But do you know if the County has a
```

Phyllis Davis  4/19/2022

```
 1          particular policy?
 2   A      No, I don't.
 3   Q      What about a state or federal law concerning --
 4   A      There should be, but no, I don't.
 5   Q      Okay.  Now let's talk about bugs.
 6   A      Mm-hmm.
 7   Q      Do you know if there's any official County policy or
 8          practice concerning pest control in the jail?
 9   A      No, I don't.
10   Q      Okay.  Any state or federal law?
11   A      I'm sure there should be.
12   Q      But you don't know one way or the other as you sit
13          here today?
14   A      No, I don't.
15   Q      What about since you left the jail, have there been
16          any changes concerning noise level?
17   A      I don't know.
18   Q      What about bugs?  Have there been any changes
19          concerning bugs?
20   A      I'm sure there hasn't.
21   Q      Why do you say that?
22   A      Because this place is filthy.
23   Q      But you have not personally been there since the end
24          of --
25   A      No, I haven't.
```

Phyllis Davis  4/19/2022

```
 1    Q    So you don't personally know one way or the other?
 2    A    No, I don't.
 3    Q    All right.  And then feces, urine, sanitation issues,
 4         do you know if there's any official County policy
 5         concerning feces, urine, sanitation, cleaning?
 6    A    I'm sure there should be, but I don't know.
 7    Q    Same thing with the state, federal law concerning
 8         sanitation standards?
 9    A    I don't know, but I'm sure there should be.
10    Q    All right.  In terms of, you know, since you left the
11         jail, have there been any changes made concerning
12         sanitation practices since you left in 2018?
13    A    Sir, I really don't know.
14    Q    All right.
15    A    I would hope that things have changed.
16    Q    But you don't know personally one way or the other.
17    A    No, I don't.
18    Q    So we've got some -- if you turn to 23, we've got
19         some issues about the food, correct?
20    A    Yes.
21    Q    You have 3, spoiled food, 4, moldy trays, 5, food
22         with dead and alive bugs, correct?
23    A    Yes, yes, yes.
24    Q    So it sounds like we've got three different
25         food-related issues there.
```

Phyllis Davis  4/19/2022

```
 1    A    Yes.
 2    Q    Just tell me what you know about -- let's start with
 3         the trays.  Tell me about the trays.
 4    A    The trays are this funky color pink --
 5         pinkish-tannish color.
 6    Q    Okay.
 7    A    I guess they used to be red at one time, but they've
 8         been washed so much that they have lost the color,
 9         and there's, like, cracks and crevices with mold in
10         them.
11    Q    How could you tell that it's mold?
12    A    It's green.
13    Q    Okay.  So it's kind of green in color.
14              Does it have an odor?
15    A    I don't know.  I didn't smell it.
16    Q    Okay.
17    A    And they put the food directly on this thing.
18    Q    Mm-hmm.
19    A    It's got little cutouts to where certain things go,
20         so I lived off of fruit and milk the whole time I was
21         here.
22    Q    And was this fruit and milk that was provided as part
23         of the meal?
24    A    Yes.
25    Q    What about commissary, did you ever buy commissary?
```

Phyllis Davis  4/19/2022

```
 1    A    No.

 2    Q    Did Ms. Jackson ever share her commissary with you?

 3    A    Yes.

 4    Q    And that was kind of during that one night and a

 5         little longer you shared the cell together, correct?

 6    A    Yes.

 7    Q    So back to the trays, do you know if they're using

 8         the same trays today?

 9    A    I have no idea, and I would hope not.

10    Q    Do you know if they -- do you know if there's any

11         official County policy regarding the trays?

12    A    I believe there should be, but I don't know, sir.

13    Q    Do you know if they're using the same dish washing

14         machine today as they were using back in 2018?

15    A    In my heart, I really believe they are, because I

16         believe they're expensive to replace.

17    Q    Okay.

18    A    But I'm not sure.

19    Q    Do you know if there's any kind of state or federal

20         law concerning the -- I guess the trays or the mold

21         on the trays?

22    A    I'm sure there should be, but I don't know for sure.

23    Q    All right.  So let's talk about spoiled food.

24         Tell me what that's about.

25    A    Have you ever seen a green hotdog?
```

Phyllis Davis  4/19/2022

```
 1    Q    I perhaps have seen a green hotdog.

 2    A    I was served a green hotdog.

 3    Q    All right.

 4    A    I've never seen a green hotdog before.  The ladies

 5         seemed to be excited.  People were fighting over my

 6         tray.  Every tray that I got, people were fighting

 7         over.  But then I have to realize that these women

 8         don't have anything else to eat, so I gave away my

 9         tray every meal except for the milk and the fruit.

10    Q    Okay.

11    A    But green hotdogs, oatmeal with meal bugs.

12    Q    So let's talk about the oatmeal and the meal bugs.

13    A    Yes.

14    Q    Tell me about that.

15    A    When you have a -- by you being a guy, you might not

16         know this, but if you have, like, rice or flower or

17         cornmeal, anything like that, and it's hot, it

18         creates these live bugs.

19    Q    All right.

20    A    And when you cook it, you cook the product along with

21         the bugs, because the bugs are all through it.

22    Q    Okay.

23    A    So that's what they served me was oatmeal with meal

24         bugs in it.

25    Q    And so if they cooked it, were they dead by the time
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | | it got to you, or were they crawling around in the -- |
| 2 | A | Yes.  They was dead bugs.  They was dead meal bugs. |
| 3 | Q | All right.  So I guess we've got the green hotdog.  I |
| 4 | | guess we'd call that spoiled food, right? |
| 5 | A | Yes. |
| 6 | Q | We've got the oatmeal with the meal bugs in it that I |
| 7 | | guess we'll call that food with dead bugs, right? |
| 8 | A | Yes.  Then you got your live bugs in your hotdog |
| 9 | | buns. |
| 10 | Q | Hotdog bugs? |
| 11 | A | Hotdog buns. |
| 12 | Q | Okay.  You said live bugs in the hotdog buns? |
| 13 | A | Yes. |
| 14 | Q | Okay.  What kind of bugs were those? |
| 15 | A | They looked hike roaches to me. |
| 16 | Q | Okay. |
| 17 | A | They would have on gloves and go in this bag, which |
| 18 | | was like a garbage bag, and I saw the bugs just |
| 19 | | crawling around.  I was like, ah. |
| 20 | Q | So this was like a big bag of hotdog buns? |
| 21 | A | Yes. |
| 22 | Q | Okay.  Any other kind of specific food issues that |
| 23 | | you could remember? |
| 24 | A | Really after those three things, I just didn't even |
| 25 | | look at the food anymore.  Whenever the tray came, I |

Phyllis Davis  4/19/2022

```
 1        took the milk and the fruit, and whoever wanted it
 2        could have it.
 3   Q    Okay.
 4   A    I lost 18 pounds while I was here.
 5   Q    Did you ever become ill as a result of eating the
 6        food?
 7   A    I would not eat it.  I refused.
 8   Q    So the answer to that is no then?
 9   A    No.
10   Q    Okay.  Have you ever spoken to a nutritionist or a
11        doctor concerning the food in the jail?
12   A    Yes.
13   Q    And who was that?
14   A    Cleveland Clinic nutritionist.
15   Q    And when was that?
16   A    I would say January of '20.
17   Q    All right.  And what did they tell you?
18   A    Just started eating healthy again.
19            But I've never been able to pick the weight back
20        up since then.  It seems like since then, I just
21        constantly lose weight.
22   Q    And is that a problem for you?
23   A    Yeah.
24   Q    How so?
25   A    I've never been this small in my life.
```

Phyllis Davis  4/19/2022

```
 1    Q    All right.
 2    A    I mean, I guess I feel a little better, but it's just
 3         different.
 4    Q    All right.  I know this is an incredibly impolite
 5         question, but I'm going to ask it anyway.
 6              About how much do you weigh today?
 7    A    I weigh 193 pounds.
 8    Q    Okay.  Thanks.
 9              Do you know if the food menus in the jail were
10         reviewed by any nutritionists or doctors in 2018?
11    A    I do not know.
12    Q    Do you know if they are today?
13    A    I do not know.
14    Q    Do you know if there's been any changes to the way
15         that food is prepared or served in the jail?
16    A    I do not know.
17    Q    Do you know if it comes from the same kitchen?
18    A    I do not know.
19    Q    All right.  Changes to the menu?
20    A    I don't know.
21    Q    Have you ever heard of a company called Trinity
22         Services?
23    A    No, I haven't.
24    Q    So you don't know what connection, if any, they have
25         to the jail?
```

Phyllis Davis  4/19/2022

```
 1    A    No, I don't.
 2    Q    Do you know if they made any changes concerning how
 3         food was served or handled in the jail as a result of
 4         COVID?
 5    A    I do not know.
 6    Q    All right.
 7    A    But I do -- a friend of mine used to do the food, and
 8         I had gotten in a little trouble a long, long time
 9         ago, and I think I was here for a day, and the food
10         was awesome.  But that was Tom Paige Catering
11         Services, so I don't know who does the food now.
12    Q    Okay.  What time period are we talking about?
13    A    That was, like, '92.
14    Q    So quite a while ago?
15    A    Yes.
16    Q    Ever file a grievance, sent a kite concerning the
17         food?
18    A    No.
19    Q    All right.  Do you know if there's any specific
20         County policy about food or nutrition?
21    A    I'm sure there should be, but I don't know.
22    Q    Okay.  Do you know if there's any specific state or
23         federal law concerning food or nutrition?
24    A    I do not know.
25    Q    Okay.  So cloudy water, what does that mean?
```

Phyllis Davis  4/19/2022

```
1   A    It means the water has an orangy-like -- sort of like

2        this, just a little lighter.

3   Q    Okay.  So you're holding up a bottle of Arizona --

4   A    Tea, yes.

5   Q    All right.  Is there a problem with the taste?

6   A    I have no idea.

7   Q    So did you just not drink it?

8   A    I refused.

9   Q    All right.  Did it have, like, a particular smell?

10  A    It smelled on my body when I took that one shower,

11       and I never got back in there.

12  Q    Okay.  Like, how did it smell?  Like sulfury,

13       metally?  Any kind of description you can give me?

14  A    It smelled like urine.

15  Q    Okay.

16  A    Which gives it like a fishy smell.

17  Q    Okay.  Kind of a fishy smell.

18            Well, did you ever, like, become ill as a result

19       of -- I guess you didn't drink it, so it would be

20       like showering, or that kind of thing?

21            That was a terrible question.  Let me try that

22       again.

23            You said you didn't drink the water, correct?

24  A    No.  I did not drink the water.

25  Q    And you took one shower, correct?
```

Phyllis Davis  4/19/2022

| | | |
|---|---|---|
| 1 | A | Yes, I did. |
| 2 | Q | All right.  Did that make you ill in any way? |
| 3 | A | I believe that some things have been going on with my |
| 4 | | body since -- |
| 5 | Q | Okay. |
| 6 | A | -- that time.  Because like I said, I've lost, like, |
| 7 | | 100 pounds since then. |
| 8 | Q | Okay.  So is that related to the water, the food, or |
| 9 | | you don't know? |
| 10 | A | I have no idea.  I have no idea. |
| 11 | Q | All right.  Have you talked to any doctor that said |
| 12 | | that this weight loss is related to something that |
| 13 | | happened in the jail, or is it just the time? |
| 14 | A | I have been told that it might be psychological. |
| 15 | Q | And who told you that? |
| 16 | A | My psychiatrist. |
| 17 | Q | And that's Amanda Prince or Price? |
| 18 | A | Price. |
| 19 | Q | And I'm sure I asked you the first time, but she is |
| 20 | | at Behavioral Health, correct? |
| 21 | A | She is at Signature Health. |
| 22 | Q | Signature Health.  And I'm sure that's about the |
| 23 | | fourth time you've told me that. |
| 24 | A | That's okay. |
| 25 | Q | I mean, have you personally ever tested the water for |

Phyllis Davis  4/19/2022

```
 1        contaminates?

 2   A    No.

 3   Q    Do you know if anybody has?

 4   A    No, I don't.

 5   Q    All right.  Do you know if the water has the same

 6        problems today as it did in late 2018?

 7   A    I have no idea.

 8   Q    Okay.  Do you know if the County has any particular

 9        official policy concerning water quality?

10   A    Not that I know of personally.

11   Q    Okay.  What about any state or federal law concerning

12        water quality?

13   A    No, I don't.

14                  MR. STEWART:  I don't think I have

15             that much left, but let's take another

16             five-minute break, and we'll get going

17             again.

18                  - - - -

19             (Thereupon, a recess was had.)

20                  - - - -

21   Q    Ms. Davis, we covered this list of nine conditions

22        that you have listed in Paragraph 23 of your

23        Complaint, and we've discussed some weight loss.

24             Are there any other injuries that you suffered as

25        a result of any one of these nine conditions?
```

Phyllis Davis  4/19/2022

```
 1    A    Emotional injury.

 2    Q    Okay.

 3    A    Emotional injury is that for some reason now, I have

 4         a fear of police.

 5    Q    So the fear of police?

 6    A    Yes.

 7    Q    And you think that's -- are you contending that

 8         that's related to these nine conditions here?

 9    A    I do believe so.

10    Q    And other than Amanda -- is it Price?

11    A    Price.

12    Q    Do you treat with anybody else in terms of seeing a

13         professional, or that kind of thing, concerning the

14         emotional injuries that you discussed?

15    A    No.

16    Q    All right.  Any other physical injuries that we've

17         not covered?

18    A    I still have issues with my tongue.

19    Q    Okay.  Tell me about those.

20    A    I don't have the taste -- my taste buds are kind of,

21         like, missing on the side that I bit it clean

22         through, so I usually have to switch my food over to

23         the right side.  I know that sounds weird, but

24         something happened with my taste bud when I bit my

25         tongue through.
```

Phyllis Davis  4/19/2022

```
 1   Q   Okay.  So you're just not tasting food the way you

 2       used to?

 3   A   Not on that side, no.

 4   Q   All right.  Ever raise this issue with a doctor,

 5       dentist?

 6   A   Yes.

 7   Q   Who?

 8   A   Cleveland Clinic.

 9   Q   Are we talking Main Campus, South Pointe?

10   A   Ear, nose, and throat.

11   Q   And what, if anything, did they tell you about the

12       taste issue?

13   A   Sometimes that the penetration can affect the taste

14       bud.

15   Q   Okay.  And this is something that somebody at The

16       Clinic told you?

17   A   Yes.

18   Q   Any other physical injuries?

19   A   No.  My arm has healed.

20   Q   Okay.  And that has to do with, I guess, when

21       somebody told you you were trying to bite the

22       handcuffs off?

23   A   Yes.  I bit my wrist, yes.

24   Q   Anything else?

25   A   No.
```

Phyllis Davis  4/19/2022

```
 1    Q    All right.  In your Complaint, if we turn to

 2         Paragraph 27 and 28 -- this is Exhibit 1.

 3    A    Mm-hmm.

 4    Q    I guess we're on Exhibit 7.  I'm wrong.

 5    A    Okay.

 6    Q    There's some discussion about a U.S. Marshals'

 7         report.

 8             Do you see that there?

 9    A    I see the discussion, yes.

10    Q    Okay.  Do you know what that's referring to?

11    A    It looks like it was a court case from --

12    Q    Yeah.  So Number 27 says, The U.S. Marshals' report

13         on the Cuyahoga County Corrections Center is

14         attached.

15    A    Yeah.

16    Q    The U.S. Marshals' report states that the corrections

17         center is one of the worst jails in the country,

18         correct?

19    A    Oh, my goodness.  Oh, wow.

20    Q    Have you ever personally read or reviewed that

21         Marshals' report?

22    A    No, I haven't.

23    Q    Do you know when it was generated, when it came out?

24    A    I guess I could read through and tell you if you'd

25         like.
```

Phyllis Davis  4/19/2022

```
 1   Q   But other than what's in the Complaint, do you have
 2       any other kind of, like, personal knowledge of that?
 3   A   Of the U.S. Marshals' report?
 4   Q   Well, when did it come out?
 5   A   It came out after I had been housed here maybe.
 6   Q   All right.  If you don't know one way or the other,
 7       that's fine.
 8   A   Okay.
 9   Q   So you just don't know one way or the other?
10   A   No, I don't.
11   Q   Do you know if the U.S. Marshals did any other
12       inspections of the jail either before or after this
13       report?
14   A   No.  I'm not sure.
15   Q   So you don't know whether they did it, and if they
16       did, what they found?
17   A   No, I don't.
18   Q   Do you know if anybody else has done any inspections
19       of the jail either before or after the U.S. Marshals'
20       report?
21   A   I don't know, sir.
22   Q   All right.  Do you think that there was any point
23       that you were in the jail that you were -- you had a
24       bed in, like, the dispensary itself?
25   A   No.
```

Phyllis Davis  4/19/2022

```
 1   Q   So you just don't remember?

 2   A   No.

 3                   MR. GROSS:  Objection.

 4   A   I remember.

 5   Q   So if the medical records say you did, they would be

 6       wrong?

 7   A   Yes.

 8   Q   Do you know anybody -- other than yourself, do you

 9       know anybody else who's had problems concerning

10       prescription medication in the jail -- strike that.

11           Anybody who's been prescribed the wrong

12       medication?

13   A   Prescribed the wrong medication?

14   Q   Yes.

15   A   I know that Ms. Jackson had to buy Tylenol off the

16       commissary list, and from my understanding, she had

17       prescriptions for -- she had been shot three times, I

18       do believe.

19   Q   Okay.  When had she been shot?

20   A   She had been shot before she arrived here.

21   Q   Okay.

22   A   And I watched her fall twice, and she bought Tylenol

23       off of the commissary list, which was weird to me.

24   Q   Okay.  So you met Ms. Jackson at some point in

25       December of 2018, correct?
```

Phyllis Davis  4/19/2022

```
 1    A    That's correct.

 2    Q    Do you know when she had been shot before that?

 3    A    No, I don't.

 4    Q    Okay.  So we've got yourself.  We've got Ms. Jackson.

 5    A    Mm-hmm.

 6    Q    Anybody else that you know of that had issues with

 7         the medication they were dispensed?

 8    A    No.

 9    Q    All right.  Do you know if the jail or the County has

10         any specific policy concerning -- well, let's do

11         these one at a time -- concerning the availability of

12         Xanax in the jail?

13    A    Can you ask me that again?

14    Q    Sure.

15             Any specific policy by the County or the sheriff

16         or the jail concerning when and under what

17         circumstances inmates would be dispensed Xanax?

18    A    I have no idea, sir.

19    Q    Do you know if there's a blanket prohibition against

20         dispensing Xanax to inmates?

21    A    Sir, I really don't know.  The only thing that I was

22         told was that the County did not have Xanax.

23    Q    And that's something somebody told you while you were

24         in the jail?

25    A    Yes.
```

Phyllis Davis  4/19/2022

```
 1    Q    Can you tell me anything about the training that the

 2         doctors, nurses in the jail underwent?

 3    A    They have no training --

 4    Q    Okay.

 5    A    -- in my opinion.

 6    Q    And what are you basing that opinion on?

 7    A    I'm basing that on what I witnessed.

 8    Q    Okay.  So it's what you personally saw while you were

 9         there?

10    A    Yes.

11    Q    So you don't know whether or not any particular nurse

12         or doctor -- well, doctor completed medical school?

13    A    No.  I wouldn't know that.

14    Q    And you wouldn't know whether a particular nurse

15         completed nursing school, correct?

16    A    No, sir, I would not.

17    Q    And you wouldn't know whether either the doctors or

18         nurses underwent any particular training concerning

19         working in a jail?

20    A    That is correct.  I would not.

21    Q    Okay.  Can you tell me anything about problems with

22         training of medical staff in the jail?

23    A    Yes.

24    Q    All right.

25    A    They have no compassion.
```

Phyllis Davis  4/19/2022

```
 1    Q    Okay.

 2    A    And I thought that was one of the first things that

 3         you learned in medical training is to have compassion

 4         for your patients.

 5    Q    All right.  Anything else?

 6    A    Unprofessional, no professionalism.

 7    Q    And that's sort of related to the compassion or --

 8    A    No.  No.  That was a totally separate thing.

 9         Unprofessional cursing, I call it being ghetto.

10    Q    All right.

11    A    Yes.

12    Q    Anything else?

13    A    Just overcrowding.  It was -- they would put us in

14         this bullpen with, like, benches on both sides, and

15         it would just be --

16    Q    Is that related to the training the medical people

17         underwent?

18    A    I just don't think they had the room.  I don't think

19         it had anything to do with training.

20    Q    So you think it's a capacity issue?

21    A    Very much so.

22    Q    Do you know if the jail has the same number of

23         inmates today as it did when you were there?

24    A    I'm sure they have more.

25    Q    Okay.  Do you know if they did anything to reduce
```

Phyllis Davis  4/19/2022

```
 1        their population as a result of COVID?
 2   A    I heard that they released some nonviolent offenders
 3        during 2020.
 4   Q    All right.  Anything else?
 5   A    That's all I know.
 6                      MR. STEWART:  All right.  I think
 7              that's all I have for you today, Ms.
 8              Davis.
 9                   Thanks for coming in and
10              answering my questions.
11                   THE WITNESS:  Thank you for having
12              me, Mr. Stewart.
13                   MR. GROSS:  Thank you.
14                   We'd like to read the
15              transcript, please.
16                   - - - -
17              (Deposition concluded.)
18                   - - - -
19
20
21
22
23
24
25
```

Phyllis Davis  4/19/2022

```
 1  State of Ohio,              )
                               )SS:      CERTIFICATE
 2  County of Cuyahoga,         )

 3          I, Mary C. Peck, a Notary Public within and for
    the State aforesaid, duly commissioned and qualified, do
 4  hereby certify that the above-named PHYLLIS DAVIS was by me,
    before the giving of her deposition, first duly sworn to
 5  testify the truth, the whole truth, and nothing but the
    truth;
 6
            That the deposition as above set forth was reduced
 7  to writing by me by means of stenotypy, and was later
    transcribed upon a computer by me;
 8
            That the said deposition was taken in all respects
 9  pursuant to the stipulations of counsel herein contained;
    that the foregoing is the deposition given at said time and
10  place by said PHYLLIS DAVIS;

11          That I am not a relative or attorney of either
    party or otherwise interested in the event of this action.
12
            That I am not nor is the court reporting firm with
13  which I am affiliated under a contract as defined by Civil
    Rule 28(D).
14
            IN WITNESS WHEREOF, I hereunto set my hand and
15  seal of office, at Cleveland, Ohio this 16th day of May,
    A.D. 2022.
16
17
18  _____

19          Mary C. Peck, Notary Public

20

21          My commission expires December 30, 2026

22

23

24

25
```

Phyllis Davis  4/19/2022

```
 1  CASE NAME:   TABATHA JACKSON, ET AL V. CUYAHOGA COUNTY, OHIO,
                 ET AL.
 2
    DEPOSITION OF:  PHYLLIS DAVIS
 3
    DATE TAKEN:  4/19/22
 4

 5                    WITNESS SIGNATURE

 6

 7  I have read the forgoing transcript.  Any corrections that

 8  feel necessary will be made on a separate sheet and attached

 9  to the transcript.

10

11                    _____

12                         TABATHA JACKSON

13  Subscribed and sworn to me this _____day of _____ 2022.

14

15                    _____

16                       My Commission Expires

17

18

19

20

21

22

23

24

25
```

Phyllis Davis  4/19/2022

```
 1   CASE NAME:   TABATHA JACKSON, ET AL. V. CUYAHOGA COUNTY,
                  OHIO, ET AL.
 2
     DEPOSITION OF:  PHYLLIS DAVIS
 3
     DATE TAKEN:  4/19/22
 4                     ERRATA SHEET

 5   PAGE               LINE NO.          CORRECTION

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

Phyllis Davis  4/19/2022

## A

A.D 125:15
Abilify 39:12
41:18, 41:23
61:25, 62:18
63:3, 63:7
63:11, 63:13
63:19, 64:5
64:13, 64:14
64:20, 65:3
65:15, 65:23
66:6, 66:25
68:8, 68:10
69:8, 69:15
69:17, 70:10
76:8
ability 6:15
able 13:25, 51:2
92:25, 93:1
110:19
above-named
125:4
abruptly 68:4
absence 69:15
accused 36:7
39:4
Ace 12:24
13:18
acronym 11:13
action 76:3
76:25, 79:18
79:19, 80:21
81:1, 81:20
82:18, 83:3
83:9, 125:11
actual 46:18
added 26:13
addition 61:23
73:2
address 8:2
32:15
adjusted 67:9
advised 41:13
41:22, 62:17
64:4

affect 6:14
27:14, 117:13
affiliated 125:13
aforesaid 125:3
afraid 56:3
56:9, 56:12
59:2
African 40:15
64:23, 96:2
afternoon 26:11
age 46:24
aggravated
91:22
ago 9:17, 31:9
112:9, 112:14
agree 76:20
ah 109:19
ahead 34:3, 47:3
81:15, 82:20
84:1
AL 1:5, 1:8
126:1, 126:1
127:1, 127:1
alive 105:22
allegation 36:3
38:24
allegations 21:5
61:24
alleged 86:22
allowed 10:7
92:15
altercation
33:14, 35:6
AMA 58:17
61:13
AMA'd 58:18
Amanda 19:3
114:17, 116:10
ambulance
29:20, 31:2
56:21, 56:22
Amended 62:7
62:13, 75:12
Amendment
38:10
Americab 12:24

American 40:15
64:23, 96:2
amount 10:8
anchored
100:18
and/or 89:19
Andrea 19:19
Annie 12:14
15:2
answer 6:10
21:10, 57:20
60:14, 63:17
83:13, 85:5
110:8
answered 41:16
44:11
answering
44:19, 124:10
answers 6:7
anxiety 10:17
10:18, 18:4
28:8
anybody 8:2
23:10, 47:9
54:15, 54:25
57:22, 64:2
64:19, 69:10
69:10, 70:21
72:11, 98:25
115:3, 116:12
119:18, 120:8
120:9, 120:11
121:6
anymore 109:25
anyway 58:9
111:5
Apartment 7:25
apologize 47:25
apologizing
48:1
APPEARANC...
2:1
appointment
28:23
appointments
20:6

appropriateness
95:4
approximately
40:11, 84:23
April 1:14
20:25, 20:25
21:1, 29:23
30:4, 30:10
area 8:7, 92:24
103:12
Arizona 113:3
arm 51:13
51:17, 59:15
59:15, 117:19
arrest 35:12
arrested 39:25
arrived 120:20
asked 28:5
29:10, 34:2
34:4, 34:13
34:21, 41:14
68:15, 70:6
73:22, 114:19
asking 37:4
37:15, 37:17
37:18, 38:7
44:24, 70:2
70:3
Aspire 9:4
aspirin 17:7
assigned 46:22
49:7, 51:8
87:13, 87:14
88:4
assistant 5:17
associated 19:6
20:18, 22:21
61:7, 77:6
Association
20:15
attached 118:14
126:8
attack 10:15
17:16
attended 9:11
attention 27:23

80:11
attitude 64:23
attorney 5:18
84:11, 125:11
attorneys 84:10
84:25, 85:23
86:2, 86:3, 86:7
86:10, 86:12
availability
121:11
Avenue 11:9
aware 77:25
78:3, 88:6, 88:9
88:10
awesome 25:10
112:10

## B

baby 29:24
30:4
back 8:25, 9:9
31:7, 39:14
57:23, 63:16
64:13, 67:10
68:6, 70:7, 75:5
75:8, 89:25
90:1, 90:20
92:3, 92:6
95:13, 95:15
100:10, 107:7
107:14, 110:19
113:11
backing 28:1
backups 100:9
101:5
backward 25:25
29:25, 64:19
bad 32:5, 60:5
64:23, 95:17
95:18, 102:9
bag 109:17
109:18, 109:20
bang 97:22
bank 9:21
71:22

Phyllis Davis  4/19/2022

**Barker** 1:8, 82:2
**base** 20:23
**based** 24:9
  46:25
**basing** 122:6
  122:7
**basis** 36:12
  94:14
**baskets** 33:11
**bathroom** 73:21
  93:4, 99:20
  99:22, 100:2
**Beachwood** 2:4
**bed** 119:24
**bedtime** 94:1
**behalf** 2:1, 2:6
  81:13
**Behavioral**
  22:12, 22:15
  22:21, 23:3
  23:4, 23:17
  61:7, 114:20
**belabor** 32:6
**belief** 67:24
  67:25, 68:15
**believe** 23:2
  27:20, 39:8
  39:20, 39:20
  39:22, 50:3
  67:20, 67:22
  77:7, 80:6, 81:2
  87:3, 91:3
  107:12, 107:15
  107:16, 114:3
  116:9, 120:18
**belong** 75:2
**benches** 123:14
**benefits** 15:10
  15:10
**Benzodiazepine**
  68:3
**best** 6:6, 30:16
  32:14
**better** 79:20
  111:2
**big** 52:2, 52:4

**bigger** 47:19
**bill** 83:18
**birds** 35:11
**birth** 7:22
**birthday** 29:8
  29:11, 29:18
  30:7, 71:5
  74:10, 74:12
**bit** 28:2, 59:15
  59:15, 59:21
  60:6, 66:25
  72:3, 116:21
  116:24, 117:23
**bite** 51:13
  51:15, 51:17
  59:25, 60:7
  117:21
**bitten** 103:14
**bitty** 16:24
**black** 53:19
  97:15, 97:16
**blank** 30:19
**blanket** 89:8
  89:9, 121:19
**blood** 17:15
  31:6, 57:8
  85:10, 85:12
**blue** 88:24
  88:24
**body** 113:10
  114:4
**bond** 58:1, 58:3
  58:7
**booked** 43:12
  44:10, 62:16
**booking** 43:16
  45:15, 46:6
**booking-type**
  47:10
**boots** 51:22
**bothered** 92:18
**bottle** 113:3
**bottom** 87:18
**bought** 120:22
**boyfriend** 89:19

**Brainard** 74:14
**break** 10:19
  28:21, 38:16
  38:20, 61:1
  75:15, 115:16
**breakdown** 24:2
  24:22
**brief** 6:2
**bring** 56:5
  79:21, 80:11
  80:17
**bringing** 78:18
  79:18, 80:15
  80:21, 81:1
  85:24
**Broadview** 9:24
**broke** 51:12
**brother** 80:23
**brought** 61:17
  61:18
**brownish** 53:20
  54:1
**bucket** 97:9
  97:17, 97:22
**bud** 116:24
  117:14
**buds** 116:20
**bug** 103:14
**bugs** 101:17
  101:18, 102:6
  102:13, 102:20
  103:1, 103:9
  103:18, 104:5
  104:18, 104:19
  105:22, 108:11
  108:12, 108:18
  108:21, 108:21
  108:24, 109:2
  109:2, 109:6
  109:7, 109:8
  109:10, 109:12
  109:14, 109:18
**Building** 2:3
**bullpen** 123:14
**bumps** 52:21

**bunk** 87:13
  87:14, 87:16
  87:18, 87:20
**bunks** 88:3
**buns** 109:9
  109:11, 109:12
  109:20
**busy** 25:8
**buy** 106:25
  120:15

**C**

**cab** 12:25, 13:9
  13:16, 13:21
  14:2
**call** 33:12, 86:17
  97:20, 109:4
  109:7, 123:9
**called** 1:16, 5:2
  31:2, 57:5
  61:24, 62:10
  111:21
**calling** 30:22
**calm** 28:7
**Campbell** 61:4
  61:6
**Campus** 31:3
  58:21, 59:10
  90:24, 91:2
  117:9
**capacity** 123:20
**car** 33:25, 34:2
  34:4, 34:7
  36:21, 36:21
  42:6, 74:15
  74:21
**care** 20:9, 23:14
  34:25, 97:11
  97:12
**career** 9:11
**careers** 12:20
**Carrie** 12:14
  15:2
**case** 1:7, 5:20
  37:13, 40:18

  61:24, 77:5
  77:12, 77:13
  78:1, 78:3
  79:12, 81:23
  82:3, 82:10
  83:22, 84:4
  84:5, 85:21
  85:24, 118:11
  126:1, 127:1
**CAT** 57:10
**Catering** 112:10
**Caucasian** 52:2
  53:20, 96:18
**cause** 86:2
**caused** 69:15
  69:17, 70:2
  70:9, 70:13
**cell** 49:10, 49:15
  92:18, 92:22
  92:24, 93:6
  93:14, 93:20
  95:14, 95:15
  95:22, 95:24
  107:5
**cellmate** 49:1
  49:8
**cellmates** 49:13
**cells** 46:19
  87:17, 88:4
  88:13, 95:14
  101:13
**center** 1:21, 2:8
  62:17, 63:25
  65:9, 70:17
  73:7, 79:16
  118:13, 118:17
**certain** 10:8
  106:19
**CERTIFICATE**
  125:1
**certified** 5:5
**certify** 125:4
**cetera** 41:14
**chains** 56:20
**chair** 50:23
  55:10, 60:3

Phyllis Davis  4/19/2022

60:8
change 7:16
67:18, 70:13
80:13, 80:18
changed 67:9
68:11, 105:15
changes 94:17
94:20, 94:23
94:24, 104:16
104:18, 105:11
111:14, 111:19
112:2
Charles 8:3, 8:4
8:4
chart 92:4, 92:5
checked 72:14
checkup 44:15
child 15:18
15:19, 15:21
80:23
children 81:4
98:16
choice 89:10
cholesterol 17:2
17:9
Christmas
33:11
circumstance
23:23
circumstances
37:19, 74:9
121:17
Civil 1:18, 5:3
125:13
claims 73:3
clapping 30:22
30:23
clarify 61:12
class 9:7, 76:25
78:6, 78:7, 79:7
79:18, 79:19
80:2, 80:5, 80:6
81:13, 81:20
83:3
clean 72:5
101:2, 116:21

cleaning 97:23
100:11, 105:5
clear 24:25
Cleveland 1:22
2:10, 8:6, 9:20
11:9, 31:3, 35:3
35:16, 43:17
43:18, 43:23
58:20, 70:17
90:23, 92:5
110:14, 117:8
125:15
clients 14:3
Clifford 77:21
Clinic 19:7
19:23, 20:19
31:3, 58:20
59:6, 61:13
61:20, 69:5
70:17, 90:23
92:2, 92:5
110:14, 117:8
117:16
clogged 101:10
cloth/plasticky
88:18
clothes 25:10
44:11
cloudy 101:4
112:25
clue 31:10, 59:7
78:23
CO's 95:11
cold 52:17
89:11
colleges 9:12
color 88:24
102:4, 106:4
106:5, 106:8
106:13
colors 25:9
come 5:24
20:17, 35:7
55:8, 57:23
67:24, 75:8
95:25, 96:3

96:14, 97:16
100:13, 100:16
119:4
comes 10:1
54:15, 54:25
64:2, 64:11
67:25, 111:17
comfortable
86:14
coming 35:1
50:19, 51:22
79:23, 100:6
100:8, 101:1
101:2, 102:3
103:10, 124:9
commencing
1:22
commissary
106:25, 106:25
107:2, 120:16
120:23
commission
125:21, 126:16
commissioned
125:3
commotion 98:5
community 9:12
companies
11:24, 12:25
13:9, 13:16
company 14:12
77:16, 111:21
compared 86:2
86:3
compassion
122:25, 123:3
123:7
compensate
67:22, 68:11
complaint 6:23
6:25, 21:6, 50:6
62:7, 62:10
62:12, 62:13
75:11, 75:12
75:16, 76:1
81:22, 82:4

82:5, 86:11
95:7, 115:23
118:1, 119:1
completed
122:12, 122:15
computer 125:7
concern 102:16
concerned
42:22, 65:17
concerning
32:24, 62:24
71:13, 86:10
95:1, 95:2, 99:3
99:7, 103:20
103:22, 104:3
104:8, 104:16
104:19, 105:5
105:7, 105:11
107:20, 110:11
112:2, 112:16
112:23, 115:9
115:11, 116:13
120:9, 121:10
121:11, 121:16
122:18
concerns 66:16
concluded
124:17
concrete 50:15
concussion
72:11
condition 10:13
23:23
conditions
46:14, 73:7
73:13, 80:7
86:21, 95:8
115:21, 115:25
116:8
conduct 37:24
conference 5:24
confinement
73:7, 73:14
confuse 97:3
confused 13:13
26:15

confusing 91:10
Connect 100:23
connection
37:12, 85:20
111:24
Connections
61:9
consciousness
51:2, 51:4, 53:3
53:6
consistent 55:20
constantly
110:21
contained 125:9
containment
62:25
contaminant
89:3
contaminates
115:1
contending
90:11, 116:7
context 85:21
contract 11:7
11:21, 11:25
12:8, 12:13
15:3, 125:13
control 104:8
conversation
30:17, 30:18
42:1, 65:15
66:15
conversations
89:19
cook 108:20
108:20
cooked 108:25
cornmeal
108:17
corporal 51:8
51:18, 51:19
52:1, 52:1, 53:7
54:13, 96:15
96:16, 97:4
correct 6:19
13:9, 14:9

14:24, 15:4
21:6, 21:18
21:19, 21:25
25:22, 27:2
33:1, 33:2
35:16, 36:5
39:1, 39:2
39:17, 39:18
40:1, 40:5, 41:8
41:23, 41:24
43:20, 44:7
44:10, 47:7
48:8, 49:24
50:7, 53:3, 53:8
54:2, 54:23
55:25, 58:14
59:12, 61:25
62:8, 62:19
62:20, 63:8
63:9, 63:14
63:15, 63:19
63:20, 63:22
63:25, 64:6
64:9, 64:10
65:9, 65:10
67:5, 67:19
68:17, 69:24
71:6, 71:16
72:4, 72:25
73:4, 76:16
76:22, 77:22
78:20, 80:2
80:3, 80:18
81:11, 82:4
83:1, 83:4, 87:9
87:24, 87:25
88:9, 88:11
90:6, 92:22
93:7, 93:21
95:19, 105:19
105:22, 107:5
113:23, 113:25
114:20, 118:18
120:25, 121:1
122:15, 122:20
**corrected** 74:23

**correction**
63:25, 65:9
79:16, 127:5
**Correctional**
77:13, 77:17
**corrections** 5:19
62:16, 118:13
118:16, 126:7
**COs** 53:10, 55:7
92:17, 95:19
95:25, 96:14
**costs** 83:20
**cot** 46:16
**counsel** 125:9
**counted** 31:8
**country** 118:17
**County** 1:8
1:20, 2:8, 5:18
5:19, 5:20
42:18, 58:12
58:13, 58:25
63:5, 77:13
77:17, 79:16
94:25, 99:2
103:19, 103:25
104:7, 105:4
107:11, 112:20
115:8, 118:13
121:9, 121:15
121:22, 125:2
126:1, 127:1
**couple** 6:2, 9:24
23:13, 26:1
26:4, 71:24
72:8, 79:8
**course** 35:20
45:1
**courses** 10:3
**court** 1:2, 76:22
82:3, 82:6, 82:8
83:10, 84:3
84:5, 118:11
125:12
**Courts** 1:21, 2:8
**cover** 89:10
95:8, 99:12

**covered** 15:6
18:12, 103:17
115:21, 116:17
**COVID** 94:23
94:24, 112:4
124:1
**cracks** 106:9
**crawling** 103:11
103:12, 109:1
109:19
**crazy** 53:21
**creates** 108:18
**crevices** 106:9
**criminal** 38:5
**crush** 28:25
**crushed** 90:4
90:12, 90:15
91:5, 91:15
**crying** 23:25
24:12, 42:13
74:16
**cuffs** 51:14
51:15
**cup** 101:20
101:20, 101:22
102:9
**currently** 10:23
**cursing** 123:9
**custody** 27:17
58:13
**cutouts** 106:19
**Cuyahoga** 1:8
1:20, 2:8, 5:18
63:5, 77:13
77:17, 79:15
118:13, 125:2
126:1, 127:1

**D**

**D-a-v-i-s** 5:16
**D-e-n-i-s-e** 5:15
**dad's** 15:21
**daily** 34:21
41:18, 41:18
63:3

**dark** 52:2, 96:18
**Dash** 15:14
**Dasher** 10:7
10:24, 11:4
12:5, 15:14
**date** 1:22, 7:22
39:19, 126:3
127:3
**dates** 24:16
**daughter** 42:5
61:17, 61:18
71:22
**daughter's** 37:8
**Dave's** 27:9
**Davis** 1:13, 1:16
5:1, 5:8, 5:10
5:14, 5:16, 7:9
16:3, 16:5, 31:7
38:20, 40:25
41:1, 41:4, 61:1
62:17, 75:25
91:11, 96:5
115:21, 124:8
125:4, 125:10
126:2, 127:2
**day** 1:22, 11:18
18:16, 18:19
25:18, 25:21
26:9, 26:9
26:17, 26:22
26:23, 34:23
39:23, 41:1
58:9, 62:24
66:20, 66:21
69:5, 74:20
92:10, 92:12
93:10, 93:24
94:2, 98:4
112:9, 125:15
126:13
**days** 31:9
**daytime** 17:25
**dead** 105:22
108:25, 109:2
109:2, 109:7
**dealing** 53:11

54:16
**December** 23:2
27:5, 27:6, 27:7
32:25, 33:4
38:22, 39:17
39:20, 56:1
64:14, 79:2
84:14, 120:25
125:21
**decision** 47:1
47:5
**decisions** 84:6
**Defendants** 1:10
1:17, 2:6, 4:3
4:4, 5:2, 40:16
40:20, 62:4
63:5, 75:20
75:24
**defined** 125:13
**definitely** 83:21
**deliberately**
63:6
**delivering** 10:24
33:11
**Deniece** 20:11
20:12, 90:16
**Denise** 5:14
5:15
**dentist** 117:5
**Department**
39:16, 43:19
43:23
**deposed** 5:5
**deposition** 1:13
1:16, 4:3, 4:4
5:23, 6:22, 7:7
40:20, 62:3
75:20, 124:17
125:4, 125:6
125:8, 125:9
126:2, 127:2
**depression** 63:6
**describe** 71:21
97:13
**described** 81:10
**describing** 50:6

Phyllis Davis 4/19/2022

**description**
40:10, 41:15
43:25, 45:17
51:25, 113:13
**details** 32:7
**detained** 80:24
**detox** 21:17
23:9, 29:15
31:25, 32:2
70:18
**diabetes** 17:23
**diagnose** 72:11
**diagnosed** 90:14
**diagnosis** 92:5
**died** 68:2, 81:2
81:12
**different** 25:9
48:4, 55:19
105:24, 111:3
**difficult** 32:7
53:5
**directly** 106:17
**dirty** 89:11
**disabilities**
11:15, 11:16
**disability** 10:8
10:10
**disagree** 76:9
76:10, 76:12
**disc** 90:4, 90:11
90:15, 91:5
91:15
**discover** 65:1
**discuss** 38:12
68:23, 69:2
69:4, 92:3
**discussed** 29:13
62:22, 63:18
68:19, 71:3
72:3, 72:18
73:3, 79:12
79:14, 97:5
102:17, 115:23
116:14
**discussing** 38:20
71:19, 102:12

**discussion** 118:6
118:9
**discussions**
76:15
**dish** 107:13
**dispatcher**
12:22, 12:23
13:2, 13:5, 13:8
13:20
**dispensary**
46:19, 50:25
54:4, 54:5
119:24
**dispensed** 121:7
121:17
**dispensing**
121:20
**disrespectful**
95:17
**distress** 81:8
81:10
**District** 1:2, 1:2
82:8, 82:9
**DIVISION** 1:3
**doctor** 18:24
19:1, 19:16
19:21, 20:1
20:10, 20:14
20:22, 23:3
23:8, 23:10
23:12, 23:20
23:21, 25:5
61:2, 64:16
69:11, 71:13
90:1, 110:11
114:11, 117:4
122:12, 122:12
**doctor's** 28:23
**doctors** 22:20
23:21, 55:7
57:13, 68:20
111:10, 122:2
122:17
**document** 62:6
62:10, 76:21
**dog** 8:3, 8:4, 8:4

**doing** 28:2
50:18
**Donna's** 29:18
**Door** 15:14
**dorm** 88:11
88:12
**dorms** 88:7
**dosage** 25:17
25:25, 26:4
67:5, 69:8
**dose** 25:12
25:16, 26:14
26:18, 27:20
28:15, 34:23
42:19, 42:23
43:8, 65:22
66:4, 67:18
68:11, 69:15
69:17, 70:9
70:14, 76:8
**doses** 26:16
26:22, 26:23
26:25
**downtown** 9:20
33:3, 35:1, 44:6
**Doxepin** 18:5
19:11, 19:13
**draw** 57:8
**dress** 53:19
**drink** 102:5
113:7, 113:19
113:23, 113:24
**drinking** 101:25
102:1
**driver** 11:11
**driver's** 42:6
**driving** 13:18
14:2
**dropped** 8:24
73:23
**drove** 13:21
**drug** 11:2, 36:1
37:12, 38:1
65:24
**drugs** 19:9, 70:2
**due** 34:23

**duly** 5:4, 125:3
125:4
**dump** 34:5
**duties** 12:15
80:4
**duty** 51:20
**dye** 25:9, 48:23
55:1, 96:20
**Dye's** 55:4

**E**

**Ear** 117:10
**earlier** 39:14
40:17, 68:24
75:10, 87:8
96:16
**early** 28:24
**ears** 103:16
**East** 8:21
**EASTERN** 1:3
**eat** 108:8, 110:7
**eating** 110:5
110:18
**ECKART** 2:7
**effects** 71:18
72:16, 72:22
**eight** 21:24
31:9, 76:18
98:17, 98:18
**eight-hour**
11:18
**either** 56:7
62:21, 92:1
119:12, 119:19
122:17, 125:11
**EKG** 57:5
**Elaine** 22:8
22:9, 22:15
22:16, 22:23
23:10, 25:5
61:2, 61:6
**Elaine's** 23:5
**elimination**
70:14
**emergency** 57:1

**emotional** 81:7
81:10, 116:1
116:3, 116:14
**employment**
10:6, 10:23
12:6
**empty** 102:9
**encounter** 74:5
99:17
**encountered**
64:5
**encountering**
99:14, 103:1
**encounters**
74:25
**ended** 55:15
60:2, 60:7
**enforcement**
44:25
**environment**
102:13
**equal** 65:22
**ER** 57:19, 57:22
59:10
**Eric** 77:21
**ERRATA** 127:4
**ESQUIRE** 2:2
2:7, 2:7
**estimate** 78:5
78:7, 78:22
98:20
**et** 1:5, 1:8, 41:14
126:1, 126:1
127:1, 127:1
**Euclid** 33:12
33:18, 33:19
33:23, 34:18
39:16, 40:1
40:4, 43:12
62:21, 63:21
64:8
**event** 125:11
**everybody**
45:20, 57:14
57:16, 63:18
64:4, 95:17

Phyllis Davis 4/19/2022

**exact** 66:4
**exactly** 65:19
68:12, 73:9
89:7
**examination**
1:17, 3:3, 5:3
5:7
**example** 44:17
83:9
**excited** 108:5
**exclusively** 14:3
**Exhibit** 4:3, 4:4
40:16, 40:20
62:4, 75:20
75:24, 77:20
86:16, 118:2
118:4
**EXHIBITS** 4:1
**expect** 81:18
83:20, 83:24
**expenses** 83:8
**expensive** 83:1
83:3, 107:16
**experienced**
60:11, 86:25
87:3
**experiencing**
52:7, 72:16
**experts** 83:22
**expired** 74:18
**expires** 125:21
126:16
**explain** 80:7
**eyes** 30:20

**F**

**F-i-s-h-o-n-e**
19:20
**face** 54:12, 55:1
55:3, 55:10
**facility** 19:23
77:11, 103:24
**fair** 6:11, 15:15
15:16, 52:9
70:5

**fall** 50:20, 94:18
120:22
**falling** 50:14
**familiar** 38:5
**family** 85:1
85:10, 85:11
**far** 8:9, 50:20
78:3, 98:16
**fear** 73:15, 74:4
116:4, 116:5
**feces** 97:23
99:13, 99:18
101:6, 103:18
105:3, 105:5
**federal** 95:3
99:6, 104:3
104:10, 105:7
107:19, 112:23
115:11
**feel** 28:9, 50:17
74:3, 79:20
86:13, 111:2
126:8
**feeling** 23:25
26:11, 27:15
43:2, 50:11
54:20
**felt** 31:13, 50:18
73:18, 74:2
**female** 34:16
40:4, 41:16
41:22, 43:11
46:1, 46:3, 47:7
56:19, 63:21
63:25, 97:5
**females** 99:22
**Fifth** 38:9
**fight** 86:7
**fighting** 108:5
108:6
**figure** 29:21
43:2, 59:17
**file** 38:5, 98:6
112:16
**filed** 5:20, 6:23
50:6, 76:3, 76:5

76:22, 76:24
82:10, 82:11
84:4
**filing** 83:1, 83:3
**filthy** 104:22
**final** 32:10
**fine** 55:5, 119:7
**fingerprints**
44:12
**finish** 6:7, 6:9
**finished** 8:20
**firm** 125:12
**first** 5:4, 14:12
16:7, 22:6, 22:8
22:10, 24:10
24:11, 25:7
27:15, 32:25
33:8, 40:23
46:7, 46:13
47:16, 48:7
48:13, 50:2
50:4, 55:4
61:16, 62:6
65:24, 70:1
75:12, 75:16
77:20, 84:12
89:22, 95:21
98:7, 99:19
114:19, 123:2
125:4
**Fishone** 19:20
19:21, 20:1
20:10
**fishy** 113:16
113:17
**fit** 79:20
**five** 50:14, 60:21
68:2, 78:13
78:14
**five-minute**
115:16
**flag** 59:19
**Flomax** 16:17
17:4, 17:10
**floor** 1:21, 2:9
46:11, 47:21

48:2, 48:8
49:20, 50:15
54:8, 54:12
87:9, 87:14
87:19, 88:12
92:22, 92:24
93:15, 94:3
94:7, 94:15
95:5, 97:24
99:22, 100:10
100:14, 100:18
100:22
**flower** 108:16
**flustered** 42:13
**follows** 5:5
**food** 10:25, 11:1
102:20, 102:21
105:19, 105:21
105:21, 106:17
107:23, 109:4
109:7, 109:22
109:25, 110:6
110:11, 111:9
111:15, 112:3
112:7, 112:9
112:11, 112:17
112:20, 112:23
114:8, 116:22
117:1
**food-related**
105:25
**foot** 50:14
**foregoing** 125:9
**forgoing** 126:7
**forgot** 8:16
**former** 79:15
79:15
**forth** 1:23
95:14, 95:16
125:6
**found** 26:10
119:16
**fountain** 101:25
102:1
**four** 68:1, 78:13
78:14

**fourth** 50:23
114:23
**Franciscan** 8:13
**freak** 73:20
**freaking** 45:13
45:21
**free** 58:8
**friend** 32:11
32:14, 74:3
112:7
**friend's** 30:16
**front** 55:9, 62:2
75:12, 75:23
**fruit** 106:20
106:22, 108:9
110:1
**full** 5:12, 12:5
12:9, 12:11
14:7, 14:8
**fun** 34:10, 45:20
46:5
**funky** 106:4
**future** 77:5
80:13

**G**

**Gabapentin**
18:19, 19:11
19:12
**garage** 29:18
30:1, 30:2, 30:6
71:5
**garbage** 109:18
**gather** 21:24
44:9, 59:23
**GED** 9:1
**gen** 96:23
**general** 12:15
40:10, 48:11
48:15, 48:18
49:14, 49:17
87:24, 88:1
93:7, 93:13
93:14, 103:4
103:12

Phyllis Davis 4/19/2022

generally 28:6
63:12, 74:8
generated
118:23
gentlemen
77:24
Geodon 65:22
65:25, 66:1
66:2, 66:2, 66:5
getting 24:16
27:8, 27:11
42:3, 54:20
56:7, 89:20
ghetto 123:9
girlfriend 29:17
37:7, 95:12
girlfriend's 30:7
give 6:18, 45:17
48:14, 51:25
57:8, 65:20
101:21, 113:13
given 44:11
65:2, 89:8
125:9
gives 113:16
giving 56:4
59:4, 65:19
65:21, 66:4
66:6, 125:4
gloves 109:17
go 8:9, 8:12
13:17, 14:15
18:15, 29:21
32:2, 33:17
33:19, 34:3
37:10, 47:3
52:5, 58:19
61:16, 65:15
71:22, 73:13
74:18, 74:22
75:1, 81:15
82:20, 84:1
98:5, 101:17
101:18, 103:21
106:19, 109:17
going 6:6, 8:25

9:9, 13:13
13:14, 18:15
20:1, 23:2
24:13, 25:25
31:24, 31:25
32:1, 32:4
33:17, 34:14
39:14, 40:16
42:10, 51:3
52:5, 55:15
56:14, 62:2
64:13, 64:18
64:19, 65:16
66:23, 66:24
73:11, 73:13
73:22, 75:15
75:23, 82:8
96:4, 97:3
111:5, 114:3
115:16
good 5:10, 5:11
96:20, 99:11
goodness 118:19
Goose 52:21
gosh 9:16, 78:23
Gotcha 88:14
gotten 112:8
government
15:10
governs 95:4
grade 8:10
graduated 8:18
grandchildren
81:5
granddaughter
27:17, 31:12
31:15, 33:13
35:5
grandmother
81:5
grateful 94:1
green 2:4
106:12, 106:13
107:25, 108:1
108:2, 108:4
108:11, 109:3

grievance 98:6
112:16
grocery 11:2
Gross 2:2, 3:7
3:8, 3:9, 3:10
3:11, 3:12, 3:13
7:1, 37:10
37:16, 37:21
38:14, 47:2
57:15, 60:12
60:14, 69:25
81:14, 82:19
83:12, 83:25
84:11, 84:13
84:22, 84:24
85:5, 120:3
124:13
ground 6:3
guess 19:25
32:6, 32:24
54:4, 59:18
72:20, 75:14
92:1, 92:20
99:12, 102:7
102:13, 106:7
107:20, 109:3
109:4, 109:7
111:2, 113:19
117:20, 118:4
118:24
guy 96:18, 97:13
97:15, 97:15
97:16, 97:16
100:10, 108:15

**H**

hair 25:9, 52:2
53:20, 54:1
96:18
half 28:21
28:21
hand 125:14
handcuffs 44:3
51:10, 51:11
60:1, 60:7

117:22
handled 112:3
handling 94:18
hands 30:23
33:24
hanging 87:17
happen 7:16
35:8, 42:22
56:10
happened 24:17
29:16, 29:23
30:4, 30:6
33:22, 34:9
35:9, 36:17
37:2, 37:7
46:13, 50:13
55:3, 58:4
63:10, 67:6
67:13, 84:3
84:5, 91:16
114:13, 116:24
happens 42:24
52:20, 53:1
hard 36:19
50:18
harmed 77:4
77:5
head 50:11
50:17, 72:8
100:17, 103:15
healed 72:6
117:19
health 10:17
19:5, 19:6
22:12, 22:15
22:22, 23:3
23:4, 23:17
44:17, 61:8
61:11, 66:17
114:20, 114:21
114:22
healthy 110:18
hear 30:24
51:22
heard 66:10
94:13, 111:21

124:2
hearing 99:10
99:11
heart 10:15
17:16, 52:23
73:22, 107:15
Heights 8:1
held 35:3, 43:17
helping 53:15
53:15
helps 17:13
hereinafter 5:4
hereunto 125:14
high 8:11, 8:12
8:21, 10:18
hike 109:15
Hillcrest 90:25
91:1
hired 83:22
history 15:6
hit 50:17, 72:8
Hold 76:11
holding 113:3
hole 59:16
101:18, 101:19
hollering 95:13
home 11:19
15:20, 15:21
20:16, 20:23
29:21, 33:12
42:8, 61:16
honestly 80:7
hood 34:5, 34:7
hooked 57:6
hope 80:20
80:22, 105:15
107:9
hopefully 81:17
hoping 80:25
horrible 73:10
97:11, 97:24
hospital 21:18
29:15, 58:2
58:11, 58:14
58:17, 82:14
hot 52:17

Phyllis Davis 4/19/2022

108:17
**hotdog** 107:25
108:1, 108:2
108:4, 109:3
109:8, 109:10
109:11, 109:12
109:20
**hotdogs** 108:11
**hour** 66:21
**hours** 42:24
92:10, 93:24
**house** 20:17
24:8, 30:16
31:13, 98:17
**housed** 46:7
77:11, 80:9
80:12, 119:5
**HTZ** 17:5
**Hydrochloroth...**
16:20, 16:21

**I**

**idea** 32:1, 32:2
46:21, 47:5
48:14, 49:10
94:16, 99:5
107:9, 113:6
114:10, 114:10
115:7, 121:18
**identification**
40:21, 75:21
**identify** 41:12
59:11
**imagine** 57:20
**immediately**
12:12, 45:9
74:24
**impolite** 111:4
**important** 6:5
64:3
**impression** 67:3
**inability** 24:12
52:19
**inches** 47:18
88:21, 88:22

**incident** 30:10
32:10, 36:16
38:21, 38:24
39:6, 39:6, 50:2
59:25, 60:2
60:6
**incidents** 71:4
**including** 78:9
**income** 15:17
**incredibly** 111:4
**incriminate**
37:23
**independent**
68:16
**INDEX** 3:1
**indicated** 53:2
63:17, 68:10
75:10, 80:17
87:8
**Indicating** 21:7
**indictment**
37:25
**indifferent** 63:6
**individuals**
41:12, 63:24
**infested** 102:13
**information**
22:13
**inhuman** 92:9
**initial** 16:10
75:11
**initially** 23:24
39:25
**injuries** 72:2
89:12, 89:24
115:24, 116:14
116:16, 117:18
**injury** 116:1
116:3
**inmate** 97:18
97:19
**inmates** 79:15
79:15, 88:6
94:3, 94:14
121:17, 121:20
123:23

**inspections**
119:12, 119:18
**intake** 41:13
62:17, 62:23
63:25, 64:9
**intentionally**
67:8, 67:19
**interested**
125:11
**Interrogatory**
41:9
**interrupt** 47:24
65:24
**interrupting**
48:1
**investigated** 9:4
**invoke** 38:9
**involve** 10:24
37:1
**involved** 37:25
38:24, 53:11
54:16, 79:22
81:16, 81:21
**issue** 45:5, 54:17
63:19, 64:5
64:13, 71:14
72:17, 72:23
72:24, 73:2
73:15, 76:7
92:3, 92:6
92:17, 95:7
99:13, 100:1
100:2, 101:7
101:8, 103:9
117:4, 117:12
123:20
**issues** 37:22
47:10, 54:18
102:8, 103:19
105:3, 105:19
105:25, 109:22
116:18, 121:6
**items** 11:2, 11:2
11:2
**Ivey** 63:5, 77:22

**J**

**Jackson** 1:5, 7:6
7:7, 40:23, 41:1
48:20, 48:23
48:24, 49:1
49:1, 49:5, 49:7
49:11, 54:23
79:5, 79:11
79:12, 80:1
85:6, 85:7
85:14, 85:18
85:20, 94:11
94:13, 96:23
96:24, 96:25
97:1, 97:4
107:2, 120:15
120:24, 121:4
126:1, 126:12
127:1
**Jackson's** 62:3
93:14
**jail** 5:20, 27:1
32:25, 33:3
43:13, 44:6
44:10, 45:15
47:16, 48:15
49:18, 49:24
50:2, 54:2
54:15, 55:8
57:24, 59:24
68:2, 68:21
68:25, 69:3
69:15, 70:9
70:13, 71:4
72:21, 74:6
75:6, 78:6
78:19, 86:22
87:11, 87:17
90:6, 90:8
90:12, 91:16
94:7, 94:17
98:15, 99:4
99:10, 99:18
104:8, 104:15
105:11, 110:11

111:9, 111:15
111:25, 112:3
114:13, 119:12
119:19, 119:23
120:10, 121:9
121:12, 121:16
121:24, 122:2
122:19, 122:22
123:22
**jailhouse** 95:22
**jails** 118:17
**January** 110:16
**jeckart@prose...**
2:11
**jeez** 19:19
**jerking** 51:6
**Jesus** 22:16
**JILLIAN** 2:7
**job** 11:6, 11:7
11:13, 12:12
12:21
**joking** 46:5
**Joseph** 8:13
**judge** 1:8, 81:23
84:6
**June** 11:5, 29:17
30:1, 30:2, 30:6
30:11
**Justice** 1:20, 2:8

**K**

**keep** 59:2, 96:6
103:15
**Kenneth** 77:21
**kept** 23:25
65:17
**Kevin** 2:2, 84:11
**kgross_zipkin...**
2:5
**killed** 35:11
**killing** 89:25
**kind** 6:2, 6:13
8:4, 8:22, 10:1
10:2, 10:3
10:24, 14:3

Phyllis Davis 4/19/2022

| | | | | |
|---|---|---|---|---|
| 15:6, 20:23 | 67:16, 94:1 | 105:6, 105:9 | **lady** 48:23 | **light-skinned** |
| 21:17, 21:20 | **Knight** 20:25 | 105:10, 105:13 | 53:18, 54:1 | 96:2 |
| 24:1, 24:9 | 21:1 | 105:16, 106:2 | 64:23, 81:24 | **lighter** 113:2 |
| 25:15, 25:25 | **know** 6:8, 10:20 | 106:15, 107:7 | **late** 26:5, 26:21 | **lights** 47:21 |
| 26:10, 28:1 | 11:12, 11:14 | 107:10, 107:10 | 26:21, 27:2 | 73:20, 98:4 |
| 28:14, 28:25 | 14:2, 17:3, 18:4 | 107:12, 107:13 | 29:7, 84:14 | **limit** 75:1 |
| 29:2, 29:7 | 20:18, 20:22 | 107:19, 107:22 | 115:6 | **line** 21:20, 39:15 |
| 32:11, 32:15 | 22:3, 22:6, 23:7 | 108:16, 111:4 | **law** 44:25, 95:3 | 127:5 |
| 32:22, 33:7 | 26:13, 28:3 | 111:9, 111:11 | 99:7, 104:3 | **lingering** 71:18 |
| 35:6, 35:12 | 32:4, 32:6 | 111:12, 111:13 | 104:10, 105:7 | **list** 52:6, 86:21 |
| 36:3, 38:7 | 36:22, 37:2 | 111:14, 111:16 | 107:20, 112:23 | 102:14, 115:21 |
| 38:12, 39:14 | 37:14, 37:22 | 111:17, 111:18 | 115:11 | 120:16, 120:23 |
| 39:14, 42:1 | 40:7, 41:12 | 111:20, 111:24 | **lawsuit** 73:4 | **listed** 99:14 |
| 43:4, 44:13 | 44:23, 45:19 | 112:2, 112:5 | 83:1, 83:4 | 115:22 |
| 45:17, 49:7 | 47:9, 50:9 | 112:11, 112:19 | **lawyer** 5:25, 7:2 | **little** 16:24, 28:2 |
| 50:2, 51:2, 51:6 | 50:22, 51:5 | 112:21, 112:22 | **leads** 57:6 | 34:10, 34:16 |
| 51:25, 52:5 | 51:6, 51:18 | 112:24, 114:9 | **leak** 101:7 | 35:4, 66:24 |
| 52:11, 52:25 | 51:19, 52:7 | 115:3, 115:5 | **leaking** 100:2 | 97:14, 101:19 |
| 53:6, 53:11 | 52:12, 52:14 | 115:8, 115:10 | **learned** 123:3 | 101:21, 101:24 |
| 55:8, 55:18 | 52:16, 52:18 | 116:23, 118:10 | **leave** 28:24 | 106:19, 107:5 |
| 58:1, 66:25 | 52:22, 52:24 | 118:23, 119:6 | 58:8, 58:17 | 111:2, 112:8 |
| 67:4, 69:11 | 53:24, 54:12 | 119:9, 119:11 | 84:8, 93:18 | 113:2 |
| 70:23, 71:18 | 56:3, 56:10 | 119:15, 119:18 | 93:20 | **live** 7:24, 8:2 |
| 75:5, 81:10 | 56:14, 57:13 | 119:21, 120:8 | **led** 23:24, 37:19 | 32:16, 73:9 |
| 85:20, 86:24 | 59:3, 59:17 | 120:9, 120:15 | 38:1, 38:21 | 80:8, 102:13 |
| 88:18, 89:2 | 64:4, 66:23 | 121:2, 121:6 | 39:7, 58:4 | 108:18, 109:8 |
| 90:20, 91:21 | 67:17, 73:9 | 121:9, 121:19 | **left** 13:16, 22:23 | 109:12 |
| 92:11, 92:25 | 74:16, 74:17 | 121:21, 122:11 | 42:8, 61:13 | **lived** 8:6, 31:3 |
| 93:1, 98:22 | 78:1, 78:17 | 122:13, 122:14 | 71:4, 72:21 | 106:20 |
| 99:2, 99:14 | 78:25, 79:8 | 122:17, 123:22 | 74:6, 81:4, 94:7 | **lives** 15:19 |
| 99:17, 99:18 | 79:11, 81:23 | 123:25, 124:5 | 94:15, 104:15 | 15:21 |
| 100:21, 102:7 | 82:25, 83:6 | **knowledge** 95:6 | 105:10, 105:12 | **living** 24:17 |
| 102:23, 103:9 | 83:14, 86:8 | 119:2 | 115:15 | 73:10 |
| 103:23, 106:13 | 86:22, 89:7 | **known** 85:14 | **legal** 86:7 | **lock** 42:3 |
| 107:4, 107:19 | 90:19, 94:3 | **Kool-Aid** | **level** 98:15, 99:3 | **lockdown** 93:21 |
| 109:14, 109:22 | 94:5, 94:6 | 101:21 | 104:16 | **locked** 93:6 |
| 113:13, 113:17 | 94:11, 94:17 | | **Lewis** 84:11 | **long** 11:4, 14:5 |
| 113:20, 116:13 | 94:20, 94:24 | | **library** 9:5 | 25:24, 48:14 |
| 116:20, 119:2 | 94:25, 95:2 | **L** | **license** 42:6 | 50:1, 66:20 |
| **kinds** 15:10 | 95:4, 96:1, 96:6 | | **Liddell** 7:14 | 85:14, 112:8 |
| 57:13 | 98:25, 99:1 | **L-i-d-d-e-l-l** | 7:18, 7:19, 16:4 | 112:8 |
| **kitchen** 111:17 | 99:2, 99:6, 99:8 | 7:14, 16:6 | 16:5, 16:10 | **longer** 22:19 |
| **kite** 98:6, 98:10 | 100:13, 103:19 | 16:10 | **life** 34:21, 35:24 | 107:5 |
| 98:12, 112:16 | 103:25, 104:7 | **L-o-v-e** 14:20 | 110:25 | **look** 30:20, 41:9 |
| **kites** 98:8 | 104:12, 104:17 | **L-o-v-e-s** 14:21 | **light** 89:15 | 76:14, 86:16 |
| **knew** 28:23 | 105:1, 105:4 | **L.P.A** 2:3 | 89:23 | 86:24, 109:25 |
| | | **ladies** 108:4 | | |

Phyllis Davis   4/19/2022

looked 6:24
109:15
looking 52:25
81:7, 81:9, 82:4
82:5
looks 33:3
55:18, 118:11
lose 51:2, 51:4
53:2, 110:21
loss 72:18
114:12, 115:23
lost 53:6, 74:14
74:21, 80:22
106:8, 110:4
114:6
lot 28:2, 33:23
39:16, 101:13
101:15
Love's 14:15
14:19, 14:20
Lowe's 14:17
Lutheran 21:18
29:15, 32:8
70:17
Lynda 32:14
32:17
Lyndhurst
74:13

**M**

M-i-g-u-e-l-l
16:8
Ma'am 74:15
machine 107:14
maiden 7:10
7:15
Main 31:3
58:21, 59:10
90:24, 91:2
117:9
maintenance
97:7
male 47:7, 63:24
males 46:3
man 97:7

Manjula 23:3
23:8, 64:15
mark 40:16
51:13
marked 40:21
62:3, 75:21
75:24
married 7:10
7:15, 7:17
Marshals 118:6
118:12, 118:16
118:21, 119:3
119:11, 119:19
Mary 1:18, 6:3
125:3, 125:19
mat 47:18, 48:7
49:20, 66:19
66:21, 66:24
87:8, 89:3, 89:9
89:11, 89:13
89:24, 91:21
92:10, 92:15
92:19, 92:20
92:22, 93:6
93:9, 93:15
93:19, 93:20
99:19, 99:25
match 25:10
material 88:19
mats 47:22, 48:2
87:6, 88:15
88:17, 88:18
91:4, 94:3, 94:6
94:15, 94:18
95:1, 95:2, 95:5
98:7
matter 98:4
Mayfield 24:17
24:19, 74:14
meal 101:22
106:23, 108:9
108:11, 108:12
108:23, 109:2
109:6
mean 7:2, 11:12
20:16, 35:18

44:6, 46:13
47:4, 48:24
64:8, 66:20
67:3, 69:11
74:5, 77:2
78:15, 85:10
92:11, 96:5
111:2, 112:25
114:25
meanest 96:3
means 77:3
83:18, 113:1
125:7
meant 26:16
26:16, 68:12
measure 98:16
measured 98:15
98:23
medical 18:25
19:16, 20:21
21:16, 44:14
44:20, 44:22
46:8, 46:14
46:22, 47:10
47:13, 48:4
48:8, 49:23
54:4, 54:5
55:13, 68:20
69:11, 69:21
70:8, 70:12
70:17, 71:13
87:23, 88:2
92:20, 92:23
93:1, 93:9, 96:8
96:11, 97:5
98:3, 103:6
103:7, 120:5
122:12, 122:22
123:3, 123:16
medicate 42:18
medication 6:14
17:15, 17:17
28:2, 28:4
31:14, 34:22
36:7, 38:25
39:3, 42:8

42:11, 42:14
45:6, 46:23
59:18, 73:2
120:10, 120:12
120:13, 121:7
medications
16:14
medicine 36:4
61:24, 67:9
medicines 27:11
36:13
meet 7:1
Melatonin 18:9
members 81:13
memory 55:20
71:20, 72:17
men 44:1, 45:22
45:25, 73:9
78:9
mental 10:17
11:15, 66:17
mentioned 45:9
mentioning
96:24
menu 111:19
menus 111:9
mess 74:21, 89:3
met 7:4, 7:5
33:25, 48:20
49:4, 77:24
84:12, 84:15
84:21, 85:15
85:16, 120:24
metally 113:13
meter 98:22
Metformin
17:19, 17:20
17:21
Metoprolol 17:2
17:6, 17:8
Metro 20:19
56:2, 56:12
56:16, 56:25
57:13, 57:23
58:10, 58:12
58:16, 58:24

61:13, 61:18
MetroHealth
19:7, 55:16
69:2, 92:2
Michael 2:7
5:17
mid 15:7, 26:21
middle 5:15
8:13, 16:10
30:18
Miguell 16:2
16:4, 16:8
Mike 37:16
milk 106:20
106:22, 108:9
110:1
milligrams
16:19, 16:20
16:25, 17:19
18:5, 18:7, 18:9
18:19, 25:17
25:21, 26:16
26:18, 26:18
26:25, 41:17
41:18, 63:2
63:3, 63:11
63:14, 65:2
65:3, 65:22
66:6
Mills 63:5
77:19, 77:21
mind 10:1
54:15, 54:25
55:8, 64:2
64:11, 95:25
96:14, 103:10
mine 112:7
miniature 8:5
minute 76:11
minutes 34:23
60:22
mirror 73:21
Mirtazapine
18:7, 19:11
19:12
misheard 67:4

missing 43:8
116:21
mistake 67:5
67:18, 80:24
mistreatment
80:11
mixed 24:16
Mm-hmm 13:12
14:10, 14:25
24:6, 36:20
41:11, 42:7
42:21, 52:10
53:9, 59:25
63:23, 64:7
65:18, 69:13
82:5, 86:18
87:7, 95:20
97:10, 98:19
102:2, 103:8
104:6, 106:18
118:3, 121:5
mold 106:9
106:11, 107:20
moldy 105:21
mom's 74:2
moment 83:18
money 10:8
80:25, 81:18
month 15:18
months 9:25
11:25, 12:1
23:14, 79:23
mood 28:7
mop 97:9, 97:17
97:22
morning 5:10
5:11, 18:2
18:13, 28:18
56:6, 97:8
mother 81:4
motor 36:21
move 46:17
52:19
moved 24:19
48:10
movements 51:7

MRDD 11:11
11:12, 13:22
14:3, 14:12
MRIs 90:20
mstewart@pro...
2:10
muffin 97:14
Muscle 52:15
muscles 51:7
52:11

**N**

name 5:12, 5:15
5:15, 5:17, 7:10
7:10, 7:15, 7:15
7:17, 8:16, 16:1
16:7, 16:10
17:5, 19:3
19:19, 22:8
22:16, 22:16
22:17, 23:5
23:15, 25:6
25:8, 25:11
32:13, 40:7
48:22, 51:19
55:4, 55:11
61:2, 81:25
82:2, 96:1
126:1, 127:1
named 48:23
48:24
names 7:10
7:20, 43:24
43:25, 77:18
nasty 102:11
navy/royal
88:24
near 33:12
necessary 126:8
need 10:19
17:18, 36:21
42:10, 83:19
98:10
needed 36:21
neighborhood

9:5
nervous 24:1
24:21
neurologist
57:18
never 8:20
49:15, 51:23
51:24, 63:7
72:14, 73:18
74:2, 87:13
88:11, 88:25
98:5, 108:4
110:19, 110:25
113:11
new 71:24
nice 74:20
night 18:4
18:13, 31:13
47:16, 48:7
48:9, 48:14
49:20, 50:3
50:4, 65:6
87:11, 87:23
89:16, 89:19
95:12, 95:13
96:10, 96:11
97:8, 98:4
100:11, 103:15
107:4
nights 49:10
49:16
nine 21:24
86:21, 86:24
115:21, 115:25
116:8
noise 89:23
97:25, 98:12
98:13, 98:15
99:3, 99:7
99:10, 103:17
103:22, 104:16
noisy 95:8
nonviolent
124:2
normal 27:15
28:9, 28:13

Northern 1:2
82:9
Northfield 7:25
nose 117:10
Notary 1:19
125:3, 125:19
notes 24:7
55:18
noticing 27:22
November 20:2
20:3, 20:7
number 41:9
62:15, 90:4
102:14, 118:12
123:22
nurse 23:12
23:22, 45:2
47:14, 64:21
69:11, 122:11
122:14
nurses 55:7
55:9, 57:19
57:22, 122:2
122:18
nursing 122:15
nutrition 112:20
112:23
nutritionist
110:10, 110:14
nutritionists
111:10

**O**

oath 6:17
oatmeal 108:11
108:12, 108:23
109:6
Objection 47:2
60:12, 69:25
81:14, 82:19
83:12, 83:25
120:3
OBJECTIONS
3:6
obligated 6:18

obtain 80:25
obviously 38:10
occur 39:6
occurred 50:2
86:22
October 21:15
29:14, 30:14
32:11, 70:20
71:2, 71:6
71:15, 72:22
77:7, 77:8
78:20, 78:20
odor 106:14
offenders 124:2
office 1:20, 2:8
23:20, 34:16
54:7, 54:8
65:11, 65:12
125:15
officer 5:19
34:16, 34:18
40:4, 40:8
41:16, 41:22
43:12, 48:22
48:22, 55:1
55:4, 56:19
62:22, 63:22
64:8, 73:22
96:20
officers 33:24
43:23, 66:13
official 95:1
99:2, 104:7
105:4, 107:11
115:9
oh 9:16, 19:19
32:18, 34:24
58:9, 66:7
78:23, 97:1
118:19, 118:19
Ohio 1:2, 1:8
1:17, 1:19, 2:4
2:10, 5:3, 8:1
77:17, 82:9
125:1, 125:15
126:1, 127:1

Phyllis Davis  4/19/2022

**okay** 7:1, 7:3
7:6, 7:9, 7:18
7:20, 8:25, 9:18
9:23, 10:13
10:16, 10:19
10:21, 10:22
11:6, 11:8
11:12, 11:20
11:23, 12:12
13:15, 13:23
14:2, 14:9
14:17, 15:22
16:12, 16:18
17:24, 18:1
18:6, 18:8
18:10, 18:12
18:18, 18:21
19:2, 19:4, 19:6
19:15, 19:21
19:23, 20:5
20:7, 20:16
21:5, 21:16
22:6, 22:11
22:15, 22:18
23:1, 23:6
23:10, 23:19
23:23, 24:18
24:20, 24:24
25:19, 25:21
26:2, 26:12
26:25, 27:6
27:10, 27:13
27:16, 27:21
27:25, 28:14
28:17, 28:20
28:22, 28:25
29:19, 29:22
30:3, 30:5, 30:8
30:21, 31:1
31:19, 31:23
32:6, 32:10
33:7, 33:10
33:15, 33:17
34:1, 34:7
34:12, 34:20
35:2, 35:4

35:10, 35:12
35:21, 36:2
36:6, 36:11
36:15, 36:18
36:25, 37:7
37:9, 38:4
38:15, 39:6
39:14, 39:21
39:23, 39:25
40:12, 40:14
40:16, 41:3
41:6, 41:21
42:2, 42:4, 42:9
42:19, 43:4
44:21, 45:2
45:4, 45:10
45:12, 45:22
46:2, 46:4, 46:6
46:9, 46:11
46:13, 46:18
46:21, 46:25
47:6, 47:20
48:7, 48:13
48:18, 48:21
49:4, 49:7, 50:1
50:4, 50:6
50:10, 50:12
50:16, 50:21
50:24, 51:15
51:25, 52:5
53:14, 53:16
53:22, 54:6
54:8, 54:10
54:23, 55:12
55:15, 55:22
56:2, 56:8
56:25, 57:23
58:1, 58:4
58:10, 58:13
59:6, 59:21
60:5, 60:16
60:18, 60:21
61:10, 61:23
62:5, 62:12
62:14, 62:21
63:1, 63:4

63:10, 63:12
63:24, 64:2
64:4, 64:11
64:13, 65:5
65:8, 66:3, 66:9
66:14, 66:18
66:24, 67:2
67:7, 67:15
67:17, 67:24
68:5, 68:8, 68:9
68:15, 69:2
69:7, 69:10
69:20, 70:21
71:3, 71:16
71:21, 72:2
72:11, 72:15
73:12, 73:15
73:19, 74:5
74:22, 76:10
76:10, 76:14
76:17, 76:19
76:21, 77:2
77:9, 77:12
77:15, 77:18
77:20, 78:24
79:10, 79:25
80:10, 80:17
81:3, 81:6
81:23, 82:1
82:10, 82:12
82:25, 83:5
83:8, 83:20
84:9, 85:16
86:9, 87:20
88:4, 88:20
88:23, 89:2
89:12, 89:17
89:21, 89:24
90:5, 90:14
91:3, 91:10
91:12, 91:18
91:21, 92:1
92:7, 93:12
93:23, 94:9
94:17, 94:25
95:3, 95:7

95:19, 95:25
96:8, 96:14
97:25, 98:6
98:9, 98:11
99:6, 99:9
99:12, 99:16
100:4, 100:12
100:15, 100:17
101:1, 101:9
101:16, 102:15
102:19, 102:22
102:25, 103:7
104:5, 104:10
106:6, 106:13
106:16, 107:17
108:10, 108:22
109:12, 109:14
109:16, 109:22
110:3, 110:10
111:8, 112:12
112:22, 112:25
113:3, 113:12
113:15, 113:17
114:5, 114:8
114:24, 115:8
115:11, 116:2
116:19, 117:1
117:15, 117:20
118:5, 118:10
119:8, 120:19
120:21, 120:24
121:4, 122:4
122:8, 122:21
123:1, 123:25
**old** 15:22, 15:24
**old's** 31:15
**older** 17:11
97:16
**once** 48:12
55:25
**one's** 69:22
95:14, 95:15
**ones** 9:14, 19:9
**ongoing** 71:16
72:16
**Ontario** 1:21

2:9
**open** 53:24, 88:7
88:11, 88:12
**openly** 80:7
**opinion** 122:5
122:6
**orangy-like**
113:1
**order** 83:18
**ordinance**
103:23
**original** 75:25
**originally** 22:3
**outside** 68:20
85:21
**overall** 60:10
**overcrowding**
123:13
**overflow** 101:10

**P**

**P-h-y-l-l-i-s**
5:14
**p.m** 39:24
**packet** 101:21
**page** 3:2, 4:2
41:7, 77:20
127:5
**paid** 83:11
83:15
**Paige** 112:10
**pain** 92:8
**Pamela** 1:8
82:2
**panic** 42:2
**paragraph**
62:15, 62:15
63:4, 63:4, 76:8
86:16, 115:22
118:2
**Paragraphs**
76:14
**parent** 80:22
**parking** 33:23
39:16

Phyllis Davis  4/19/2022

Parkinson
20:11, 20:12
20:14, 20:22
90:16, 90:17
part 10:23, 14:7
58:24, 73:14
77:11, 78:1
78:3, 79:6
106:22
part-time 12:6
12:9, 15:14
particular 29:2
64:2, 64:11
88:15, 89:12
95:25, 101:14
103:20, 104:1
113:9, 115:8
122:11, 122:14
122:18
particularly
60:5
party 30:7, 71:5
125:11
pass 17:11
54:21, 96:5
passed 22:9
22:19, 22:23
23:2, 29:18
29:24, 32:17
48:17
passing 53:23
53:24, 58:6
59:2, 65:17
96:7
patients 123:4
pay 82:23, 83:17
83:18, 83:20
paying 27:23
82:17, 82:21
Payne 8:17
Peck 1:18, 125:3
125:19
pending 82:3
penetration
117:13
people 31:13

44:16, 45:19
45:20, 45:22
47:7, 62:22
64:9, 68:2, 78:5
78:22, 87:17
108:5, 108:6
123:16
Percocet 36:10
39:5, 90:3, 90:5
90:10
period 8:22
11:20, 11:23
12:17, 29:3
56:15, 77:6
112:12
Perkins 11:9
person 41:19
41:20, 44:25
45:14, 45:18
62:24, 66:23
69:11, 79:21
personal 119:2
personally 79:9
79:11, 98:22
99:17, 104:23
105:1, 105:16
114:25, 115:10
118:20, 122:8
personnel 98:8
persons 11:15
77:16
pest 104:8
pharmacy 27:7
27:9, 27:10
phone 33:12
95:19, 95:22
95:23, 95:24
Phyllis 1:13
1:16, 5:1, 5:8
5:14, 7:9, 125:4
125:10, 126:2
127:2
physical 11:16
33:14, 40:10
41:14, 89:24
116:16, 117:18

physician 20:10
Physicians
20:15, 21:1
pick 11:19
33:16, 33:17
35:1, 35:3, 75:1
110:19
picked 38:22
39:15, 43:19
43:24
picture 100:17
pictures 44:12
pill 16:22, 17:4
pills 36:23, 39:9
pink 106:4
pinkish-tannish
106:5
Pinkney 63:5
77:19, 77:21
place 36:19
44:5, 44:6, 65:7
73:10, 104:22
125:10
Plaintiff 1:16
5:2, 62:17
Plaintiffs 1:6
2:1
planning 9:9
plans 75:8
planted 100:14
plates 74:23
play 80:15
plea 37:11, 38:2
38:6
please 5:13
31:22, 62:15
124:15
plumbing 100:3
100:5, 100:7
100:8
Plus 26:3
pod 46:8, 46:18
46:22, 47:11
47:13, 47:22
48:2, 48:4, 48:5
48:8, 48:11

48:16, 48:18
49:4, 49:14
49:17, 87:23
87:24, 88:2
88:2, 88:4
92:21, 92:23
93:1, 93:2, 93:7
93:10, 93:13
93:14, 93:18
96:9, 96:12
97:5, 99:20
103:5, 103:7
point 10:19
16:24, 16:25
21:17, 21:24
23:6, 24:2
29:14, 38:13
43:7, 43:18
44:9, 47:14
49:22, 55:15
56:3, 59:2, 70:5
94:7, 119:22
120:24
Pointe 19:22
29:20, 90:24
117:9
police 33:13
33:18, 33:19
33:23, 34:16
34:18, 35:7
39:16, 40:1
40:4, 41:16
41:22, 43:12
43:19, 43:23
62:22, 63:21
64:8, 73:16
74:3, 74:6
74:25, 116:4
116:5
policy 95:1, 95:2
99:3, 103:20
104:1, 104:7
105:4, 107:11
112:20, 115:9
121:10, 121:15
ponytail 96:2

poodle 8:5
pop 96:23
population
48:11, 48:16
48:18, 49:14
49:17, 87:24
88:1, 92:23
93:7, 93:13
93:14, 103:5
124:1
position 12:10
possibility 67:4
67:8
posted 58:1
potential 37:21
potentially 77:4
pounds 40:13
41:17, 110:4
111:7, 114:7
practice 19:4
19:21, 20:14
99:3, 103:20
104:8
practices 105:12
practitioner
23:12, 64:21
praying 28:2
pregnant 8:17
prepare 6:21
prepared
111:15
prescribe 19:10
prescribed
18:23, 22:4
22:6, 22:7, 25:6
25:16, 26:9
27:1, 28:15
41:13, 62:18
64:14, 90:9
120:11, 120:13
prescription
16:13, 21:14
21:21, 21:23
23:11, 23:24
24:10, 24:25
36:4, 36:6

Phyllis Davis 4/19/2022

36:12, 38:25
39:3, 39:10
39:12, 40:5
45:6, 64:20
120:10
**prescriptions**
11:3, 41:23
120:17
**present** 45:20
45:22
**pressure** 17:15
**pretty** 73:10
**previous** 63:17
**Price** 19:3, 19:4
114:17, 114:18
116:10, 116:11
**primary** 20:9
**Prince** 114:17
**prior** 20:10
43:7
**probably** 26:15
58:18
**problem** 42:17
63:13, 65:14
66:7, 71:19
74:22, 100:9
103:2, 110:22
113:5
**problems** 49:23
88:16, 99:9
115:6, 120:9
122:21
**Procedure** 1:18
5:4
**proceeded** 34:5
**process** 44:14
45:5, 46:6
**product** 108:20
**professional**
69:21, 70:8
70:12, 116:13
**professionalism**
123:6
**program** 9:4
9:19, 13:24
13:25, 21:18

**programs** 9:12
10:2
**prohibition**
121:19
**proposed** 80:1
**prosecute** 82:17
**prosecuting**
5:18, 82:25
83:9
**Prosecutor's**
1:20, 2:8
**proud** 81:17
**provided** 5:3
106:22
**provider** 71:13
**providers** 68:20
**psychiatrist**
18:25, 19:2
22:10, 53:18
54:1, 54:14
57:21, 65:4
65:8, 66:11
66:22, 67:11
68:23, 114:16
**psychiatrists**
68:20
**psychological**
44:17, 114:14
**public** 1:19
103:24, 125:3
125:19
**pulled** 33:23
74:13
**purpose** 5:2
40:21, 53:23
75:21
**purse** 34:5
34:11, 35:14
42:8
**pursuant** 125:9
**put** 17:16, 44:3
44:3, 51:9, 62:2
75:12, 75:23
89:8, 106:17
123:13

**Q**

**qualified** 125:3
**qualifies** 10:13
**quality** 115:9
115:12
**quarter** 34:24
42:10, 45:11
**question** 6:7
6:9, 28:5, 37:17
53:5, 70:1
72:20, 98:11
111:5, 113:21
**questioning**
39:15
**questions** 5:25
34:21, 37:15
38:7, 40:17
44:11, 44:16
44:19, 44:24
46:14, 70:6
124:10
**quickly** 38:23
**quite** 112:14

**R**

**Racing** 52:23
**rack** 87:18
**radiation** 92:8
**raggedy** 97:14
**raise** 117:4
**raised** 102:7
**Ramipril** 16:19
17:4, 17:14
**ran** 57:3, 73:21
**reach** 20:23
20:25
**read** 38:5, 75:10
118:20, 118:24
124:14, 126:7
**ready** 42:3
54:21
**real** 50:18
**realize** 108:7
**really** 11:14

17:11, 35:7
35:9, 36:23
50:11, 69:19
105:13, 107:15
109:24, 121:21
**rearview** 73:20
**reason** 67:9
67:19, 73:16
116:3
**recall** 58:10
**receive** 15:9
15:18, 81:18
81:21, 82:23
**recess** 38:18
60:24, 75:18
115:19
**recognize** 75:25
**recollection**
33:9
**record** 5:13
27:13
**records** 20:22
21:16, 55:18
120:5
**recover** 80:25
81:7, 81:9
**recovered** 81:22
**red** 59:19, 106:7
**reduce** 123:25
**reduced** 125:6
**referred** 85:2
**referring**
118:10
**refused** 110:7
113:8
**regarding** 5:20
37:22, 76:8
85:23, 98:7
107:11
**regular** 19:15
20:9, 36:12
83:4
**regularly** 29:2
**related** 37:11
52:6, 83:8, 85:7
98:12, 114:8

114:12, 116:8
123:7, 123:16
**relative** 85:12
125:11
**release** 22:13
58:11, 58:16
**released** 58:5
58:9, 58:12
58:13, 124:2
**remember** 9:16
22:8, 23:6
23:15, 25:6
25:15, 27:6
30:17, 32:13
35:18, 36:6
39:19, 43:13
43:15, 43:16
44:13, 44:18
44:19, 44:24
46:5, 48:18
48:20, 48:23
51:3, 51:5, 52:7
52:8, 53:7
53:10, 53:17
54:8, 54:18
55:1, 55:1, 55:2
55:2, 55:3, 55:4
55:9, 55:10
55:11, 57:3
58:4, 60:18
60:19, 77:19
81:24, 81:25
109:23, 120:1
120:4
**remembered**
61:2
**remembering**
55:24
**remind** 71:23
**replace** 107:16
**report** 118:7
118:12, 118:16
118:21, 119:3
119:13, 119:20
**reporter** 1:19
83:10

Phyllis Davis  4/19/2022

**reporting**
125:12
**represent** 5:19
62:12, 78:19
81:16
**representative**
80:5, 80:6
80:16
**representatives**
80:1
**representing**
77:3
**request** 20:21
**research** 68:16
**researched**
67:25
**respect** 98:11
**respects** 125:8
**respond** 30:25
**responding**
53:11, 54:16
**response** 41:25
66:12
**restrain** 51:14
**restraint** 50:23
55:10, 60:3
60:7
**result** 43:8
71:18, 72:2
72:17, 81:1
89:13, 89:24
91:4, 91:15
94:23, 99:10
110:5, 112:3
113:18, 115:25
124:1
**review** 76:5
**reviewed** 76:21
111:10, 118:20
**rice** 108:16
**Richmond** 23:4
**right** 5:23, 6:2
6:13, 6:17, 6:21
7:13, 7:22, 7:24
8:6, 8:11, 8:15
8:19, 9:3, 9:6

9:11, 9:14
11:10, 11:17
12:1, 12:4, 12:8
12:15, 12:17
12:20, 12:23
12:25, 13:8
13:11, 13:20
14:11, 14:22
15:9, 15:13
15:19, 16:9
16:11, 16:16
16:23, 17:1
17:6, 17:14
18:3, 18:14
18:23, 19:9
19:12, 19:18
19:23, 20:9
20:18, 20:21
21:23, 22:2
22:21, 24:15
25:3, 26:6
26:15, 26:19
27:4, 27:19
28:5, 28:10
28:12, 29:2
29:5, 29:10
29:13, 30:15
30:18, 31:5
32:8, 33:5, 33:6
33:19, 33:22
34:9, 35:23
37:23, 38:10
38:11, 39:3
39:9, 40:3, 40:7
40:10, 41:9
41:12, 42:12
42:20, 43:1
43:6, 43:11
43:22, 44:2
44:9, 45:8
45:14, 45:15
45:17, 47:13
47:16, 48:10
49:13, 49:16
50:4, 51:18
51:21, 52:15

52:21, 53:2
53:5, 54:13
54:25, 55:7
55:13, 55:16
56:13, 57:3
57:5, 57:10
57:18, 58:16
58:23, 59:1
59:8, 59:10
59:13, 59:14
60:8, 61:5, 61:7
61:20, 62:10
63:16, 63:21
64:22, 64:24
65:11, 65:13
66:11, 67:21
68:5, 68:6
68:13, 68:19
68:23, 69:5
70:12, 70:16
70:18, 70:25
71:12, 71:18
71:25, 72:6
72:8, 72:13
72:20, 73:2
73:6, 73:8
73:17, 74:1
74:8, 74:10
74:12, 74:13
74:18, 75:3
75:10, 76:5
76:7, 76:24
78:5, 78:10
78:18, 78:21
79:14, 80:14
80:20, 82:3
82:17, 83:17
83:24, 84:3
84:8, 84:12
84:17, 84:21
84:24, 85:2
85:4, 85:7, 86:1
86:12, 86:16
87:6, 87:13
88:6, 89:6, 90:1
90:8, 90:11

90:14, 90:19
91:10, 91:14
91:24, 92:12
92:25, 93:5
93:9, 93:25
94:6, 96:11
96:22, 97:20
98:25, 99:15
99:19, 99:21
99:21, 99:24
99:25, 100:24
101:9, 101:12
102:6, 102:7
102:8, 102:12
103:1, 103:9
103:12, 103:17
103:25, 105:3
105:10, 105:14
107:23, 108:3
108:19, 109:3
109:4, 109:7
110:17, 111:1
111:4, 111:19
112:6, 112:19
113:5, 113:9
114:2, 114:11
115:5, 116:16
116:23, 117:4
118:1, 119:6
119:22, 121:9
122:24, 123:5
123:10, 124:4
124:6
**ripped** 87:16
88:3
**roaches** 109:15
**Road** 2:4, 7:25
**rock** 36:19
**role** 80:6, 80:14
86:1, 86:3
**roles** 80:4
**room** 5:25, 57:1
92:12, 93:10
123:18
**roughly** 8:22
**Rule** 125:13

**rules** 1:17, 5:3
6:3
**runs** 77:16
**ruse** 35:6

**S**

**sanitation** 105:3
105:5, 105:8
105:12
**Saturday** 39:22
**Savings** 9:24
**saw** 46:25, 54:4
57:13, 59:18
88:25, 109:18
122:8
**saying** 6:5, 48:2
55:2, 76:12
91:15, 91:21
95:16
**says** 42:15
62:16, 118:12
**scan** 57:10
**scans** 57:10
**scared** 74:20
**school** 8:9, 8:11
8:12, 8:14, 8:17
8:20, 8:24
122:12, 122:15
**screaming**
42:13, 95:15
**screening** 44:14
44:20, 44:22
**scrubs** 45:2
**seal** 125:15
**seam** 100:21
**seat** 46:16
**second** 26:13
48:13
**Security** 10:9
10:10
**see** 21:16, 30:23
47:14, 57:18
57:19, 57:20
57:21, 62:10
65:4, 73:20

Phyllis Davis 4/19/2022

91:13, 96:1
118:8, 118:9
seeing 23:13
28:3, 64:15
116:12
seen 40:23, 41:4
62:6, 75:11
90:1, 107:25
108:1, 108:4
seizure 43:4
51:10, 52:6
54:17, 59:11
60:6, 70:3, 71:1
71:13, 71:19
72:17, 72:23
72:24
seizures 43:8
49:23, 50:7
50:22, 53:12
55:13, 59:23
69:14, 70:8
70:13, 70:23
71:3, 72:3
select 84:24
sell 34:14, 36:22
selling 36:3
36:7, 36:12
38:25, 39:4
send 31:24, 98:6
98:12
sending 98:10
Sensations
52:17
sent 13:24
40:17, 98:8
112:16
separate 101:7
101:8, 123:8
126:8
separately
99:14
September 9:8
9:9, 32:17, 39:8
series 22:20
served 108:2
108:23, 111:15

112:3
Services 11:7
11:21, 11:25
12:9, 12:13
15:4, 111:22
112:11
set 1:23, 125:6
125:14
seven 50:14
Severance 27:9
shackles 44:3
56:19
Shah 23:3, 23:8
23:10, 23:12
23:20, 23:21
64:15, 64:16
share 107:2
shared 107:5
sheet 126:8
127:4
sheriff 94:25
121:15
sheriff's 56:23
shift 96:10
96:11
shifting 72:20
short 17:5
38:16
shortly 32:22
shot 120:17
120:19, 120:20
121:2
showed 59:15
shower 29:24
30:4, 99:20
101:17, 102:10
102:16, 103:2
103:4, 113:10
113:25
showering
113:20
shut 95:16
side 90:4
116:21, 116:23
117:3
sides 123:14

signature 19:5
19:6, 41:7
61:11, 114:21
114:22, 126:5
similar 62:13
sink 101:23
sir 36:14, 40:9
62:24, 64:10
64:12, 105:13
107:12, 119:21
121:18, 121:21
122:16
sister 80:23
sit 6:13, 16:13
46:21, 67:10
72:15, 104:12
site 11:16
sits 89:18
situation 88:1
93:5, 93:12
situations 24:12
six 72:10, 90:4
sixth 46:11
sleep 47:17
65:7, 88:6
89:11, 89:14
89:20, 94:3
98:1
sleeping 66:17
66:19, 89:13
91:4, 91:21
slept 47:21, 48:7
87:8, 87:14
88:11, 88:12
88:16, 89:4
94:6, 94:14
94:15, 99:19
99:22
small 110:25
smell 96:21
99:15, 100:1
100:3, 100:5
100:6, 106:15
113:9, 113:12
113:16, 113:17
smelled 96:20

113:10, 113:14
sneaking 31:13
snort 28:25
Social 10:8
10:10
socialize 85:18
soiled 101:1
sold 39:9
solely 93:1
somebody 36:4
36:22, 39:1
85:2, 92:9, 96:8
117:15, 117:21
121:23
soon 54:21
99:19
sorry 22:8
29:25, 32:18
34:2, 36:16
47:24, 65:24
74:19, 93:18
sort 12:20, 22:3
23:23, 28:7
52:5, 54:16
93:10, 100:18
101:25, 113:1
123:7
sound 6:11, 33:5
33:6
sounds 24:9
35:16, 39:15
51:1, 60:5, 72:8
87:22, 89:2
105:24, 116:23
source 59:11
sources 15:17
South 2:4, 19:22
29:20, 90:24
117:9
space 14:11
52:25
spacy 50:11
Spanish 57:14
57:17
spare 10:7
speak 47:9

79:21, 85:23
speaking 43:11
63:12, 67:11
79:23
specific 25:24
79:6, 80:4
80:14, 86:21
95:3, 109:22
112:19, 112:22
121:10, 121:15
speed 75:1
spell 5:12
spelled 5:14
spells 23:25
24:12, 52:25
spent 41:1
49:10, 49:17
87:22
spigot 101:24
102:3
spoiled 105:21
107:23, 109:4
spoke 40:3, 47:6
62:23, 62:24
63:18, 66:13
spoken 110:10
sponge 97:17
SS 125:1
SSD 10:12
10:14, 15:9
15:13
SSI 10:10, 15:10
St 8:13
staff 122:22
staffing 92:17
stained 89:7
stand 54:11
102:10
standards 105:8
standing 101:19
Staring 52:25
start 87:6, 106:2
started 12:4
13:18, 19:25
23:2, 23:13
24:22, 27:22

Phyllis Davis  4/19/2022

28:1, 29:8
49:22, 50:18
110:18
starting 6:9
29:17
starts 9:7
state 1:19, 5:12
44:17, 95:3
99:6, 104:3
104:10, 105:7
107:19, 112:22
115:11, 125:1
125:3
statement 71:23
states 1:2, 82:8
118:16
station 33:13
33:18, 33:20
34:15, 35:7
40:3
stay 92:18
stayed 13:18
Staying 68:8
Stenographic
1:18
stenotypy 125:7
step 38:15
Stewart 2:7, 3:4
5:9, 5:17, 32:14
37:18, 38:4
38:15, 60:21
70:5, 75:14
115:14, 124:6
124:12
stick 66:25
sticker 74:18
sticky 24:7
stipulations
125:9
stomach 24:1
43:2
stone 35:11
stoop 50:19
stop 31:21, 68:4
stopped 13:20
30:19, 74:5

74:16
store 11:2
street 1:21, 2:9
32:15, 74:19
strike 120:10
stuff 18:5, 18:12
18:13, 71:23
75:2, 100:2
stung 103:14
styrofoam
101:20, 101:22
Subscribed
126:13
successful 81:19
suffered 89:12
115:24
suit 79:21, 81:20
sulfury 113:12
Summer 84:18
Superior 31:4
support 15:13
15:18
supposed 42:20
56:7, 58:9
88:19, 88:25
101:23, 102:1
sure 7:3, 31:17
35:25, 37:3
51:23, 59:3
69:19, 78:12
93:17, 94:8
104:11, 104:20
105:6, 105:9
107:18, 107:22
107:22, 112:21
114:19, 114:22
119:14, 121:14
123:24
suspect 81:20
sustained 72:2
switch 116:22
sworn 5:4
125:4, 126:13
symptoms 52:6
72:22
system 59:19

68:2, 77:14
Systems 77:17

**T**

Tabatha 1:5
7:6, 49:5, 49:7
54:18, 79:4
85:6, 94:10
126:1, 126:12
127:1
take 10:19
11:14, 11:19
17:7, 17:17
18:5, 18:12
18:13, 18:16
18:19, 21:10
26:8, 28:14
28:19, 28:21
34:25, 38:16
46:7, 46:16
55:13, 56:7
56:9, 60:21
61:14, 63:16
75:15, 101:20
102:9, 115:15
taken 5:23, 59:9
61:21, 68:3
69:3, 98:22
125:8, 126:3
127:3
talk 7:6, 24:2
24:12, 104:5
107:23, 108:12
talked 52:1
53:7, 72:23
76:7, 96:16
114:11
talking 8:22
12:1, 29:7
41:19, 53:25
54:19, 68:24
87:22, 92:20
92:25, 93:5
95:11, 95:12
95:19, 95:21

95:22, 103:7
112:12, 117:9
talks 6:5
tall 50:14, 52:3
52:4, 96:2
taste 113:5
116:20, 116:20
116:24, 117:12
117:13
tasting 117:1
taxi 12:24
12:25, 13:18
Tea 113:4
tears 43:3
teenager 27:24
33:14
teens 26:6
26:21, 26:21
teeth 51:12
tell 11:13, 16:16
25:15, 29:16
37:1, 40:7
42:17, 43:22
43:25, 45:8
47:4, 48:17
50:8, 53:15
56:2, 56:4, 58:7
59:6, 65:13
67:20, 69:7
73:6, 86:1
86:10, 86:25
88:15, 95:10
106:2, 106:3
106:11, 107:24
108:14, 110:17
116:19, 117:11
118:24, 122:1
122:21
teller 9:19, 9:21
telling 42:14
54:18, 86:14
96:6
ten 22:1, 22:2
76:17, 98:18
tenseness 52:15
tenth 8:10

terms 27:14
86:8, 103:1
105:10, 116:12
terrible 113:21
tested 114:25
testify 6:15
38:2, 125:5
testimony 6:18
Thank 10:22
41:21, 124:11
124:13
Thanks 111:8
124:9
thick 47:18
88:21
thing 14:23
18:11, 24:22
35:5, 64:18
67:6, 68:1
90:20, 99:15
105:7, 106:17
113:20, 116:13
121:21, 123:8
things 11:1
18:15, 105:15
106:19, 109:24
114:3, 123:2
think 7:4, 7:18
12:17, 13:8
14:9, 14:11
16:11, 16:25
17:15, 21:13
22:9, 22:17
22:24, 23:5
24:24, 24:25
25:8, 25:11
25:24, 29:13
33:7, 38:2, 45:5
46:1, 47:6
48:10, 49:16
50:1, 55:24
65:1, 67:11
68:5, 68:10
68:11, 68:12
70:25, 71:3

Phyllis Davis  4/19/2022

71:12, 72:3
74:11, 80:17
84:12, 84:21
91:2, 91:3
91:10, 92:9
93:16, 97:20
100:6, 102:6
103:17, 112:9
115:14, 116:7
119:22, 123:18
123:18, 123:20
124:6
**thinking** 24:5
67:10
**third** 48:13
48:17, 50:13
**thought** 8:25
26:16, 27:23
30:1, 46:23
53:21, 53:23
65:14, 66:22
97:11, 123:2
**thoughts** 79:24
**three** 18:16
18:19, 25:17
25:21, 26:3
26:5, 26:9
26:22, 26:25
33:23, 34:22
45:19, 45:19
45:22, 47:6
62:22, 63:24
64:8, 71:4
84:23, 103:19
105:24, 109:24
120:17
**three-times-a-d...**
18:11
**throat** 117:10
**throw** 34:5
**time** 6:6, 8:18
8:22, 10:7
10:23, 11:20
11:23, 12:6
12:17, 14:7
16:7, 21:13

21:20, 24:11
25:12, 27:11
29:3, 29:25
31:8, 31:16
35:24, 36:11
39:23, 46:11
46:22, 48:17
49:15, 49:17
50:9, 50:13
53:4, 59:20
61:20, 62:16
66:20, 70:6
70:25, 72:21
74:6, 77:6
87:23, 89:15
92:16, 93:3
102:23, 103:21
106:7, 106:20
108:25, 112:8
112:12, 114:6
114:13, 114:19
114:23, 121:11
125:9
**timeline** 24:9
25:5
**times** 18:16
18:19, 25:17
25:21, 26:9
34:22, 55:19
72:9, 72:10
84:19, 84:21
120:17
**tinge** 101:5
102:5
**tired** 58:6
**today** 6:3, 6:4
6:13, 6:18, 6:22
10:20, 15:7
15:13, 16:13
20:7, 23:6
32:24, 38:8
46:21, 67:10
70:23, 72:15
73:24, 78:2
78:4, 83:10
94:4, 96:5, 99:9

104:13, 107:8
107:14, 111:6
111:12, 115:6
123:23, 124:7
**toilet** 100:14
100:18, 100:22
101:2, 101:9
101:15, 101:15
102:4
**toilets** 101:13
**told** 34:22
41:17, 46:16
46:17, 51:8
54:11, 54:20
60:13, 60:15
63:2, 66:16
67:12, 67:14
69:1, 69:10
69:14, 70:8
70:12, 74:2
76:13, 92:16
94:11, 114:14
114:15, 114:23
117:16, 117:21
121:22, 121:23
**Tom** 112:10
**tongue** 59:16
59:16, 59:21
60:6, 72:4
116:18, 116:25
**top** 34:6, 87:16
87:18, 87:20
88:3
**total** 49:16
**totally** 123:8
**touch** 56:15
57:4
**towel** 103:15
**Tower** 1:21, 2:8
**town** 19:7
**trafficking** 36:1
37:12, 38:1
**training** 9:19
10:2, 10:3
13:24, 13:25
122:1, 122:3

122:18, 122:22
123:3, 123:16
123:19
**Tramadol** 34:11
**transcribed**
125:7
**transcript**
124:15, 126:7
126:9
**Transport** 11:7
11:21, 11:25
12:9, 12:13
15:3, 56:17
**Transportation**
12:14, 14:15
14:18, 15:2
**tray** 56:6, 108:6
108:6, 108:9
109:25
**trays** 105:21
106:3, 106:3
106:4, 107:7
107:8, 107:11
107:20, 107:21
**treat** 116:12
**treated** 80:8
**treatment** 71:16
**tried** 51:9, 51:14
59:25, 60:6
67:22
**Trinity** 111:21
**trip** 56:2
**trouble** 36:24
36:25, 96:4
112:8
**truly** 36:16
**trust** 58:24
**trustees** 97:21
**truth** 86:10
125:5, 125:5
125:5
**truthful** 6:18
**try** 38:22
113:21
**trying** 25:8
31:11, 51:15

51:17, 100:17
102:23, 117:21
**TUESDAY** 1:14
**turn** 41:6, 62:15
77:20, 105:18
118:1
**twice** 26:8
120:22
**Twitching** 52:13
**two** 13:9, 20:6
23:21, 26:3
26:5, 26:22
34:24, 35:11
42:24, 44:1
46:3, 47:7
47:18, 55:19
63:24, 79:23
88:21
**two-inch** 47:18
66:19
**Tylenol** 120:15
120:22
**type** 79:21
81:22
**types** 12:21

**U**

**uncomfortable**
89:22
**unconscious**
60:20
**underground**
44:4
**understand**
5:21, 6:17
21:12, 26:7
49:22, 76:24
79:25, 82:25
**understanding**
27:13, 86:1
120:16
**underwent**
122:2, 122:18
123:17
**uniform** 53:19

Phyllis Davis  4/19/2022

| | | | | |
|---|---|---|---|---|
| **uniformed** 44:25, 45:14 53:10 | 54:12 **want** 38:12 38:22, 51:23 | 54:13, 63:21 63:24, 71:19 72:18, 73:3 | **withdrawal** 32:4, 32:7, 43:9 **WITNESS** | **wrap** 38:23 **wrapped** 75:5 **wrist** 117:23 |
| **unit** 51:9, 51:20 **United** 1:2, 82:8 **University** 19:7 20:19 | 59:4, 61:12 63:16, 66:25 74:17, 86:13 89:10, 92:17 | 79:4, 79:4, 97:4 99:12, 103:17 105:18, 105:18 105:24, 109:3 | 37:14, 57:16 124:11, 125:14 126:5 **witnessed** 32:12 | **write** 24:4, 24:4 64:19 **writing** 6:4 125:7 |
| **unpack** 35:4 91:13 **Unprofessional** 123:6, 123:9 | 93:16, 95:8 99:12 **wanted** 20:21 80:17, 86:12 | 109:6, 115:23 116:16, 121:4 121:4 **weakness** 52:11 | 122:7 **woke** 50:17 50:23, 51:13 55:9 | **written** 23:11 **wrong** 59:3 66:10, 118:4 120:6, 120:11 |
| **upset** 91:22 **urine** 57:8 97:24, 99:13 99:18, 103:18 | 91:18, 92:12 110:1 **wants** 38:9 **warrant** 35:13 | **wean** 31:11 **weapons** 33:24 **week** 7:5, 7:7 31:25, 41:2 | **woman** 77:10 **women** 45:23 73:9, 77:4, 77:9 78:6, 78:7 | 120:13 |
| 105:3, 105:5 113:14 **use** 93:3, 95:4 99:23, 101:15 | 35:15, 35:16 35:19, 36:1 37:20, 38:21 39:7, 43:20 | **weigh** 111:6 111:7 **weight** 110:19 110:21, 114:12 | 78:11, 78:19 78:25, 79:6 79:23, 80:12 80:16, 95:13 | **X** |
| 101:23, 103:4 **usually** 116:22 | **Warrensville** 8:1, 33:11 **washed** 106:8 | 115:23 **weird** 88:18 116:23, 120:23 | 101:13, 108:7 **women's** 77:11 **wool** 89:8, 89:8 | **x-rays** 57:10 90:19 **Xanax** 21:6 21:13, 21:21 |
| **V** | **washing** 107:13 **watched** 120:22 **water** 16:22 | **went** 6:23, 7:18 7:19, 8:13, 8:16 8:20, 9:19 | **words** 30:19 **work** 10:6 10:23, 11:16 | 21:23, 22:4 23:11, 23:24 24:10, 24:23 |
| **van** 44:4, 56:21 56:23 | 17:4, 17:12 101:1, 101:2 101:4, 101:5 | 14:12, 14:24 15:3, 21:17 23:4, 23:9, 26:3 | 11:18, 13:2 13:4, 13:14 15:3, 15:6 | 24:25, 27:8 27:14, 29:16 31:8, 31:21 |
| **varied** 25:14 28:16 **vary** 25:12 | 101:19, 101:23 102:3, 102:4 102:6, 102:11 | 26:5, 26:8 26:22, 27:20 29:15, 44:13 | 15:14, 23:13 28:3, 36:21 101:14, 102:23 | 34:22, 39:10 40:4, 41:14 41:18, 41:23 |
| 28:15 **verbalize** 24:4 24:7 | 112:25, 113:1 113:23, 113:24 114:8, 114:25 | 48:15, 54:12 55:19, 55:25 57:23, 59:10 | **worked** 9:24 11:24, 12:8 12:14, 12:18 | 42:19, 42:23 43:8, 43:8, 59:9 61:14, 61:18 |
| **verbally** 21:10 **Visiting** 20:15 21:1 | 115:5, 115:9 115:12 **way** 13:14 | 61:1, 68:5 71:12, 73:21 92:2 | 13:8, 96:8 **working** 11:23 12:5, 12:12 | 61:23, 63:2 63:18, 64:5 64:19, 65:20 |
| **VPA** 90:18 **VS** 1:7 | 47:23, 52:8 59:22, 67:12 89:20, 104:12 | **WHEREOF** 125:14 **white** 54:1 | 26:4, 122:19 **worried** 42:6 **worry** 42:15 | 66:5, 66:5, 68:3 68:6, 68:12 68:12, 69:16 |
| **W** | 105:1, 105:16 111:14, 114:2 117:1, 119:6 | 97:15 **Whiting** 2:3, 2:3 **wide** 47:19 | **worse** 60:18 60:19 **worst** 35:24 | 69:23, 69:23 70:4, 70:14 76:13, 76:15 |
| **Wait** 76:10 **walk** 9:14, 33:7 42:1, 92:11 | 119:9 **we've** 14:9 29:13, 54:13 | 88:22 **wiped** 88:19 88:25, 89:1 | 60:10, 118:17 **wow** 118:19 **wrangling** 97:8 | 121:12, 121:17 121:20, 121:22 |
| 93:2, 99:20 **walked** 74:15 **wall** 54:11 | | | | **Y** |
| | | | | **yeah** 29:6, 36:23 |

Phyllis Davis  4/19/2022

78:16, 79:8
86:4, 110:23
118:12, 118:15
**year** 22:24, 29:4
29:6
**years** 8:23, 9:17
12:1, 21:24
26:1, 26:4, 68:1
71:24, 76:17
**yellowish** 101:4
102:5
**young** 17:12

## Z

**Zipkin** 2:3, 2:3
84:11, 84:15
84:25

## 0

**01** 25:1
**07** 25:1, 25:5

## 1

**1** 62:4, 77:20
118:2
**1:20-CV-2649**
1:7
**10** 63:11, 63:13
65:2, 65:22
66:6, 66:8
**100** 114:7
**10-milligram**
70:9
**11** 11:25
**11:00** 18:20
25:20
**12** 47:22
**120** 3:13
**1200** 1:21, 2:9
**15** 18:7
**15th** 33:4
**16** 22:25, 31:18
**16th** 125:15

**17** 23:8
**18** 29:7, 33:4
39:8, 78:20
88:22, 110:4
**18th** 39:20
**19** 1:14, 27:5
27:7, 29:7
32:19, 32:20
32:21, 74:11
74:11
**190** 40:13
**193** 111:7
**1962** 7:23
**1994** 7:19
**1999** 7:19

## 2

**2** 25:17, 25:21
26:18, 26:25
41:18, 42:10
63:2, 63:14
65:2, 66:8
**2,000** 78:25
**2.5** 16:19
**2:00** 26:11
39:24, 97:8
97:16
**20** 18:9, 74:10
74:11, 78:20
82:13, 82:13
82:15, 110:16
**200** 40:13, 41:17
**2001** 22:5, 24:10
24:23
**2003** 14:6, 14:9
14:11, 14:16
14:24
**2005** 14:16
14:24, 15:1
**2006** 13:4
**2006/2007** 12:19
**2007** 13:4, 14:12
24:19
**2007/2008** 12:3
**2008** 12:4

**201** 7:25
**2012** 10:17
20:11
**2017** 27:18
**2018** 27:2, 27:7
32:17, 32:25
38:22, 39:17
64:14, 77:7
79:2, 105:12
107:14, 111:10
115:6, 120:25
**2019** 21:15
25:22, 25:25
27:22, 29:9
29:14, 32:8
70:19, 71:2
71:15, 72:22
74:25, 82:11
82:15, 84:14
94:19
**2020** 77:8, 124:3
**2021** 20:11
**2022** 1:14
125:15, 126:13
**2026** 125:21
**20s** 9:17
**21** 11:5, 20:7
84:18
**216-732-9480**
21:4
**21st** 8:17
**22** 7:23, 92:10
93:24
**22nd** 29:12
**23** 86:17, 92:10
93:24, 105:18
115:22
**24** 15:25, 32:17
**24th** 56:1
**25** 16:24, 16:25
**27** 118:2, 118:12
**28** 118:2
**28(D** 125:13
**29th** 29:17
**2-milligram**
26:22, 26:23

## 3

**3** 105:21
**3:00** 18:20
25:20, 42:10
42:20, 97:8
97:17
**30** 125:21
**3310** 11:9
**36** 15:18
**3637** 2:4

## 4

**4** 16:19, 45:11
105:21
**4/19/22** 126:3
127:3
**40** 4:3, 41:16
**4335** 7:25
**44113** 2:10
**44122** 2:4
**45** 34:23
**47** 3:7

## 5

**5** 3:4, 105:21
**50** 18:5
**500** 17:19
**5'6** 40:11
**5'7** 40:11

## 6

**6** 4:3, 40:17
40:20, 41:17
63:2
**60** 3:8, 9:17
**600** 18:19
**66** 76:15
**69** 3:9, 76:15

## 7

**7** 4:4, 75:20

75:24, 86:16
118:4
**7:00** 18:20
25:20
**70** 62:15, 62:15
76:8
**71** 63:4, 76:8
**75** 4:4
**78** 8:24

## 8

**80s** 8:23
**81** 3:10
**82** 3:11
**83** 3:12
**8th** 1:21, 2:9

## 9

**9** 41:10, 102:14
**9:30** 1:22
**90s** 8:23, 15:7
**92** 112:13
**94** 13:3, 13:10
13:11
**98** 13:9
**99** 13:3, 13:4
13:9, 13:10
13:11, 13:16
14:6