## DECLARATION OF RANDY L. PRITCHETT

I, Randy L. Pritchett, hereby submit the following Declaration, under penalty perjury, based upon my personal knowledge of the following facts:

1. My name is Randy Pritchett. I am employed by Cuyahoga County as a Correction Officer at the Cuyahoga County Corrections Center ("CCCC"). I have been employed as a Correction Officer since April of 1998.

2. Over the more than two decades of time I have served as a Correction Officer, I have attended formal trainings in: Correction Officer Basic 120 Hour Training; Use of Force, Body Searches - Clothed and Unclothed; Report Writing; CPR; Basic Security Duties; Sexual Harassment and Abuse in Corrections; First Aid; Suicide Prevention - Detection, Interventions and Response; Fire Safety; Inmate Abnormal Behavior - the Officer's Responsibility; Inmate Supervision - the Role of the Correction Officer Fights, Riots and Disorders; Corrections Officer Safety and Liability Awareness; Creating and Maintaining a Positive Work Environment through the National Institute of Corrections. See Exhibit 1, which are my formal training records kept by Cuyahoga County.

3. My primary responsibilities involve maintaining security of the jail, ensuring inmate safety, proactively engaging with inmates to reduce the incidences of fighting and

1

other disturbances amount the inmate population, observing and influencing inmate behavior, conducting inspections for contraband, weapons and facility damage and ensuring Correction Officers follow all policies and procedures of the CCCC.

4. On December 10, 2018, I was on duty as a Corporal, serving as a first-line supervisor of the Correction Officers, within the CCCC.

5. While on duty on December 10, 2018, I responded to an altercation between Inmate Fatima Suleiman and Inmate Tabitha Jackson. When I arrived at the scene of the incident, Correction Officers Kimberly Brown-Wiggins and Nancy Muszynec had separated both inmates. See Exhibit 2 and Exhibit 3, which are Combination reports prepared by Officers Musynec and Brown-Wiggin. As the Corporal who responded to the situation, I signed the reports as the supervisor on duty and the supervisor who ensured that both inmates were seen by medical following an incident, consistent with procedures involving assaults between inmates.

6. After the threat of further violence was neutralized, inmate Jackson was seen in medical, where Nurse Zitello checked her vitals and completed a physical examination. Inmate Jackson was cleared to returned to her housing unit. See Exhibit 1. I did not observe any injuries on inmate Jackson.

7. Inmate Fatima Suleiman was also seen in medical. See Exhibit 1. Upon medical's examination of Inmate Suleiman, it was determined that Inmate Suleiman's injuries required treatment at Metrohealth systems. See Exhibit 1. Inmate Suleiman was transported to Metrohealth system by EMS.

8. I am aware of the Plaintiff in the *Jackson* case allegations against me regarding the incident that occurred on December 10, 2018 within the Cuyahoga County Correction Center.

9. I did not slam Inmate Jackson into a desk. I did not use unreasonable or excessive force against Inmate Jackson.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of January, 2023.

RANDY L. PRITCHETT

# Cuyahoga County Sheriff's Office
## Correction Center Training Report

### Employee Name: Pritchett, Randy

Sort Order: Emp Name, Training Start, Training Type

| Training Type | | Employee Name | Training Date | Hours | Instructor |
|---|---|---|---|---|---|
| Inmate Abnormal Behavior: The Officer's Responsibility | | Pritchett, Randy | 7/8/2008 | 1.5 | corrections article-mental healt |
| Interpersonal Communications | | Pritchett, Randy | 7/22/2008 | 1.5 | Wervey/McArthur |
| Subject Control Techniques | | Pritchett, Randy | 8/5/2008 | 1.5 | Ivey |
| Inmate Supervision: The Role of the Correction Officer | SRT physical training | Pritchett, Randy | 8/19/2008 | 1 | corrections article-gangs |
| Fights, Riots and Disorders | Emergency Restraint Chair | Pritchett, Randy | 11/30/2008 | 0.5 | Schwartz |
| Use of Force | | Pritchett, Randy | 12/7/2008 | 0.5 | Schwartz |
| Body Searches: Clothed and Unclothed | | Pritchett, Randy | 12/21/2008 | 0.75 | Schwartz |
| Subject Control Techniques | Cell Extraction Training | Pritchett, Randy | 1/4/2009 | 0.5 | Schwartz |
| Report Writing | | Pritchett, Randy | 1/11/2009 | 1 | Schwartz |
| Subject Control Techniques | SRT Physical Training | Pritchett, Randy | 1/13/2009 | 2 | Ivey |
| CPR | | Pritchett, Randy | 3/9/2009 | 1.5 | Matejka |
| Subject Control Techniques | calisthenics & cardio | Pritchett, Randy | 3/16/2009 | 1 | Schwartz |
| Subject Control Techniques | calisthenics, core work, running | Pritchett, Randy | 3/17/2009 | 1.5 | Schwartz |
| Subject Control Techniques | Calisthenics, Stretching, 30 Minutes Running | Pritchett, Randy | 5/11/2009 | 1.25 | Broeckel |

**Total Hours**



EXHIBIT
1

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)          County 0011412

# Employee Name: Pritchett, Randy

Sort Order: Emp Name, Training Start, Training Type

| Training Type | | Employee Name | Training Date | Hours | Instructor |
|---|---|---|---|---|---|
| subject Control Techniques | | Pritchett, Randy | 5/23/2013 | 1 | J.Kelley |
| Basic Security Duties | | Pritchett, Randy | 7/18/2013 | 7 | Kelley |
| | SRT Physical Training | | | | |
| cell and Living Area Searches | Pepperball training | Pritchett, Randy | 8/15/2013 | 6 | J.Kelley |
| subject Control Techniques | SRT Cell extractions | Pritchett, Randy | 8/15/2013 | 1 | J.Kelley |
| Sexual Harassment and Abuse in Corrections | SRT Physical Training | Pritchett, Randy | 11/12/2013 | 2 | Dan Clark |
| First Aid | Prea | Pritchett, Randy | 2/10/2015 | 1 | E. METZ (Dawn Program) |
| Suicide Prevention: Detection, Interventions and Response | ADMINISTRATION OF NALOXONE | Pritchett, Randy | 8/30/2015 | 1 | On-Line Training CCJ |
| Fire Safety | | Pritchett, Randy | 3/13/2016 | 2.5 | J.Kelley |
| Interpersonal Communications | Fire drills | Pritchett, Randy | 5/1/2016 | 1 | National Institute of Correction |
| Fire Safety | Creating and Maintaining a Positive Work Environment | Pritchett, Randy Louis | 6/12/2016 | 1 | Sgt. Toney |
| Body Searches: Clothed and Undothed | | Pritchett, Randy Louis | 3/17/2018 | 0.6 | D.Malejkja |
| Subject Control Techniques | Cross Gender Patdown | Pritchett, Randy Louis | 4/1/2018 | | Sean Potts |
| Training Overview and Orientation | Restraint chair training | Pritchett, Randy Louis | 12/3/2018 | 0.17 | Sgt. Branch |
| Interpersonal Communications | Overtime Tracking | Pritchett, Randy Louis | 12/4/2018 | 0.17 | D.Branch |
| | Telephone Etiquette | | | | |

**Total Hours**

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)

County 0011413

...........  ........                                                    Page 1 of 1



This certificate recognizes that

## RANDY PRITCHETT

has completed and passed the Restraint Training Test and is certified to operate the Safety Restraint Chair.

Certificate Valid Until:
**12/9/2022**

Agency Name: **Cuyahoga County Sheriff Dept.**
City / State: **Cleveland / Ohio**

SAFETY RESTRAINT CHAIR INC.
www.restraintchair.com



Jackson v. Cuyahoga County, et al. (1:20-cv-02649)          County 0011415



# CUYAHOGA COUNTY
# SHERIFF'S DEPARTMENT
-TRAINING DIVISION-

# CERTIFICATE OF TRAINING

This is to certify that

*Randy Pritchett*

Has successfully completed

## CORRECTIONS OFFICER SAFETY
## & LIABILITY AWARENESS

Instructors:

Sgt. Timothy O'Connor

*Date:* July 2, 2019

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)        County 0011416

Ecourse Certificate with 1 Training Hours



Print    Email    PDF

## Certificate of Completion

*RANDY PRITCHETT*

*has completed the online course*

*Creating and Maintaining a Positive Work Environment*

*Presented by the National Institute of Corrections*

*on May 1, 2016 with a score of 81%*

*Training hours: 1*

Jim Cosby, Director, NIC

County 0011417

Course Certificate with 1 Training Hours

🖨 Print    ✉ Email    📄 PDF



## Certificate of Completion

### RANDY PRITCHETT

*has completed the online course*

*Creating and Maintaining a Positive Work Environment*

*Presented by the National Institute of Corrections*

*on May 1, 2016 with a score of 81%*

*Training hours: 1*

Jim Cosby, Director, NIC

EMERGENCY CARE AND TRANSPORTATION OF AN INMATE

### SRT SKILL DRILL 011-012

**Task:** 1. Place a cervical collar on a patient
2. Place the patient on a long backboard.
3. Secure the patient and long backboard on a stretcher.
4. Ensure the stretcher is in a ready to move state.

**Conditions:** In a controlled environment and while given a cervical collar, long backboard, and stretcher correctly apply the C-collar, immobilize a patient to a long backboard, secure the long backboard with patient to a stretcher, and lift the stretcher.

**Standards:** Correctly apply the cervical collar, Properly immobilize a patient to a long board, properly secure the patient to a stretcher and ensure the stretcher is ready for movement.

**SRT OFFICER:** _R. Pritchett_  **DATE:** _01-11-16_

### Cervical Collar

| NO. | Task Steps | Test Comments | Pass | Fail |
|-----|------------|---------------|------|------|
| 1. | Apply in-line stabilization. | Displayed understanding of in-line stabilization. Task completed | ✓ | |
| 2. | Measure the proper collar size. | Task completed | ✓ | |
| 3. | Place the chin support first. | Appropriately completed task | ✓ | |
| 4. | Wrap the collar around the neck and secure the collar. | Appropriately completed task | ✓ | |
| 5. | Ensure proper fit and maintain neutral, in-line stabilization. | Task completed | ✓ | |

## EMERGENCY CARE AND TRANSPORTATION OF AN INMATE

### SRT SKILL DRILL 011-012

**Task:** 1. Place a cervical collar on a patient
2. Place the patient on a long backboard.
3. Secure the patient and long backboard on a stretcher.
4. Ensure the stretcher is in a ready to move state.

**Conditions:** In a controlled environment and while given a cervical collar, long backboard, and stretcher correctly apply the C-collar, immobilize a patient to a long backboard, secure the long backboard with patient to a stretcher, and lift the stretcher.

**Standards:** Correctly apply the cervical collar, Properly immobilize a patient to a long board, properly secure the patient to a stretcher and ensure the stretcher is ready for movement.

SRT OFFICER: _R. PRITCHETT_          DATE: _1-11-16_

## LONG BACKBOARD & STRETCHER

| NO. | TASK | TEST COMMENTS | PASS | FAIL |
|---|---|---|---|---|
| 1. | Rescuers kneel on one side of the patient and place hands on far side of the patient. | Task Completed | ✓ | |
| 2. | On command, rescuers roll the patient towards themselves, quickly examine the back, slide the backboard under the patient, and roll the patient onto the backboard. | Task Appropriately Completed | ✓ | |
| 3. | Center the patient on the board. | Task Completed | ✓ | |
| 4. | Secure the upper torso first. | Task Completed | ✓ | |
| 5. | Secure the chest, pelvis and upper legs. | Task Completed | ✓ | |
| 6. | Begin to secure the patient's head by using a commercial immobilization device or rolled towels. | Appropriately Completed Task | ✓ | |

EMERGENCY CARE AND TRANSPORTATION OF AN INMATE

**SRT OFFICER:** _R. F R ITCHETT_        **DATE:** _1-11-16_

## CONTINUE LONG BACKBOARD & STRETCHER

| NO. | TASK | TEST COMMENTS | PASS | FAIL |
|-----|------|---------------|------|------|
| 7. | If needed place tape across the patient's forehead | TASK COMPLETED | ✓ | |
| 8. | Check all straps and readjust as needed. Reassess distal functions in all extremities. | TASK COMPLETED | ✓ | |
| 9. | On command pick up the patient and long backboard and place it on a stretcher. | TASK COMPLETELY APPROPRIATELY | ✓ | |
| 10. | Using the straps provided on the stretcher secure the patient and on command lift the stretcher (placing the stretcher in a ready to move state). | TASK COMPLETED | ✓ | |

**Instructor:** _RAYMOND JONTONY_        **Instructor Signature:** _____

# PepperBall Technologies

## User Certification Certificate

*This is to certify that*

### OFFICER RANDY PRITCHETT

*Of the*

### CUYAHOGA COUNTY SHERIFF DEPARTMENT

*Has successfully completed the PepperBall Technologies User Certification Course*

Instructor: SGT. JOSEPH B. KELLEY

Date: JULY 18, 2013

# CUYAHOGA COUNTY SHERIFF'S OFFICE

FILE NO. _____                                    DATE  10/20/13

FROM   SRT OFC.                        TO   SGT. KELLEY

SUBJECT   POST OPRDERS

COPIES TO   AW IVEY

---

I OFC. _Pritchett Randy_    HAVE READ AND UNDERSTAND THE SRT POST ORDERS AS WELL AS THE FOLLOWING POLICIES AND PROCEDURES;

Incident Reporting and Investigation

Response to Resistance

Use of Video Recording Equipment/Emergency Response

Use of Video Recording Equipment in Disciplinary Unit

Securing The Property of Inmates in Disciplinary Isolation

Chemical Agents Policy

Cell Extraction

Correction Officers Manual of Instructions and Directions

_Randy Pritchett_  10/20/13

Sign and Date

CS35 Document Template.doc

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)          County 0011423



# PepperBall Technologies, Inc.

## USER CERTIFICATION

*This is to certify that*

### Randy Pritchett

*Of the*

### Cuyahoga County Sheriff

Has successfully completed a PepperBall Training Course on 5/3/2011 at the location of Mock Prison Riots

**Robert Baldwin**
Robert Baldwin, Instructor

**Monte Scott**
Monte Scott, Director of Training

Expires on 5/3/2013



# PepperBall Technologies, Inc.

## USER CERTIFICATION

*This is to certify that*

### Randy Pritchett

*Of the*

### Cuyahoga County Sheriff

Has successfully completed a PepperBall Training Course
on 5/3/2011 at the location of Mock Prison Riots

**Robert Baldwin**
Robert Baldwin, Instructor

Expires on 5/3/2013

**Monte Scott**
Monte Scott, Director of Training

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)     County 0011425

## THE MONADNOCK PR-24®
## CERTIFICATE OF COMPETENCY
## PR-24 ADVANCED COURSE

**This is to verify that**

Randy L. Pritchett

has been properly trained in the uses and concepts of the
MONADNOCK PR-24® POLICE BATON AND CONTROL DEVICES.

No. 2001-02

Date Certified 11/20/01

Certified Instructor

MONADNOCK POLICE TRAINING COUNCIL, INC., FITZWILLIAM, NH 03447

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)          County 0011426



# CUYAHOGA COUNTY SHERIFF'S DEPARTMENT

## Gerald T. McFaul, Sheriff

*This is to Certify that*

## RANDY PRITCHETT

*Has successfully completed the*
*Correction Officer Basic 120 Hour Training*
*compliant with Section 5120: 1-8-18 (D-1,2)of the*
*Minimum Jail Standards in Ohio*
*on this day, Friday, May 8,1998*

Gerald T. McFaul
Sheriff, Cuyahoga County

Robert B. Pace
Director of Corrections

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)          County 0011427

County 0001655

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)



# CUYAHOGA COUNTY SHERIFF'S OFFICE



## COMBINATION REPORT

FILE # 012043

☒ INCIDENT ☒ RESPONSE TO INCIDENT ☒ DISCIPLINARY

(PLEASE CHECK OFF THE APPROPRIATE BOX(ES) DESIGNATING THE REPORT TYPE

DATE: 12/10/2018    DAY: MONDAY    Page: 1    of: 1    Pages

REPORTING OFFICER: KIMBERLY BROWN-WIGGINS

NAME OF PERSONS INVOLVED: 3C8B SULEIMAN,FATIMA S0#0273933  BK# 20181210037
(INCLUDE LAST NAME, FIRST NAME, MIDDLE INITIAL, SO#)

2C1 4T JACKSON,TABITHA S0#0167552. BK# 20181026046

2C1 4T JACKSON TABITHA . SO# 0167552  BK# 20181026046

NAME OF PERSON CHARGED: 3C8B SULEIMAN,FATIMA S0#0273933 BK#20181210037
(INCLUDE LAST NAME, FIRST NAME, MIDDLE INITIAL, SO# and BOOKING#)

DATE OF INCIDENT: 12/10/2018    DAY OF INCIDENT: MONDAY

TIME OF INCIDENT: 1500HRS    LOCATION OF INCIDENT: MAIN MEDICAL

NARRATIVE: (WHO, WHAT, WHERE, WHEN, WHY, HOW & ACTION TAKEN)

AT ABOUT 1455 HOURS I OFFICER BROWN-WIGGINS WAS ATTEMPTING TO HAVE THE NURSING STAFF DO INTAKE ON THE ELEVEN NEW COMMIT INMATES THAT HAD BEEN WAITING IN THE BULLPIN FOR OVER AND HOUR. AT THIS TIME MTA MCQUEEN RETURNED FROM LUNCH AND BEGAN TO INTAKE THE FEMALES WAITING. AS I SAT BACK DOWN AT THE MEDICAL ESCORT DESK I BEGAN TO HEAR THE NOISE LEVEL IN THE BULLPIN RISE. AS I OFFICER BROWN-WIGGINS WALKED OVER TO THE BULLPIN I OBSERVED INMATE 3C8B SULEIMAN,FATIMA S0#273933 TAKE HER RIGHT HAND AND SLAP INMATE 2C1 4T JACKSON,TABITHA S0#0167552 IN THE FACE. 2C1 JACKSON,T PUT HER HANDS UP TO BLOCK HER FACE AND ATTEMPTED TO MOVE BACK FROM INMATE 3C SULEIMAN,F. INMATE SULEIMAN THEN BALLED HER FIST UP AND HIT INMATE 2C1 JACKSON IN THE FACE AGAIN AS JACKSON WAS ATTEMPTING TO GET AWAY FROM HER. THE BULLPIN DOOR WAS OPEN AND AS MYSELF AND OFFICER MUSZYNEC CAME IN AND ATTEMPTED TO SECURE BOTH INMATES. INMATE 3C SULEIMAN,F CONTINUED TO TRY AND GET INMATE JACKSON. AT THIS TIME INMATE JACKSON GRABBED INMATE SULEIMAN AND STARTED TO HIT HER IN THE FACE. OFFICER DIRECTED JACKSON TO LET GO AND INMATE JACKSON DID SO. INMATE SULEIMAN CONTINUED TO ATTEMPT TO GET PAST ME. ONCE SULEIMAN WAS SECURED IN HANDCUFFS I OFFICER BROWN-WIGGINS THEN SECURED INMATE JACKSON IN HANDCUFFS. AT THIS TIME CPL. PRITCHETT RESPONDED AND TOOK OVER THE SITUATION.

1.



EXHIBIT

2

tabbies

# CUYAHOGA COUNTY SHERIFF'S OFFICE

**WAS THERE A RESPONSE TO RESISTANCE?** ☐ NO  ☒ YES

**IF YES, NARRATIVE OF RESPONSE USED:** Response to Resistance necessary to secure inmate Jackson's Hands in Handcuffs

**RESPONSE TO RESISTANCE REVIEWED:** _16c. H. th_

☐ **MINOR RULE(S) VIOLATION DISPOSITION REQUESTED (Not to exceed 120 hours)**
**CHARGES:**

☒ **MAJOR / SERIOUS RULE(S) VIOLATION REQUESTED–**
**CHARGES:** 2-2  2-19.

**FLOOR / AREA SUPERVISOR'S REVIEW:** Both Inmates were seen in Medical, inmate Jackson vitals were checked By Nurse Zitello Returned Back to Her Housing Unit. Advised Jackson Previously in lockup 24 HRT. Inmate Sulbman was seen By DR. Francis and was order by DR Francis to send inmate to Metro By EMS Due to Facial Inuries. CRS MD. Deputy Cok81 = Deputies Bedard Veccia IGSF was Place onto _____ Inmates

**REQUEST FOR DISCIPLINE, IF APPLICABLE, HAS BEEN REVIEWED & FORWARDED TO THE SGT FOR FURTHER ACTION?**
☒ YES  ☐ NO

**ALL SEGMENTS OF THIS REPORT ARE COMPLETE?**
☒ YES  ☐ NO

_Cpl _____
(FLOOR / AREA SUPERVISOR'S SIGNATURE)

☐ **MINOR RULE VIOLATION DISPOSITION APPROVED:** ☐ YES  ☐ NO

**DISCIPLINARY ISOLATION START:** _____ @ _____ ☐ AM ☐ PM
**END:** _____ @ _____ ☐ AM ☐ PM

☒ **REQUEST FOR MAJOR / SERIOUS DISCIPLINE HAS BEEN REVIEWED & APPROVED FOR FURTHER INVESTIGATION AND APPROPRIATE ADMINISTRATIVE ACTION?** ☒ YES  ☐ NO

**REPORT REVIEWED AND APPROVED:** ☒ YES  ☐ NO

**SERGEANT'S REVIEW:** _both inmates placed in AD.Seg lock up for _____ on both_

**SERGEANT'S SIGNATURE:** _16. H. th_  **DATE:** 12/10/18

2.

EXHIBIT
2
tabbies®

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)          County 0001653



# CUYAHOGA COUNTY SHERIFF'S OFFICE
## Clifford Pinkney, Sheriff



### COMBINATION REPORT

FILE # 012044

☒ INCIDENT     ☒ RESPONSE TO INCIDENT     ☒ DISCIPLINARY

(PLEASE CHECK OFF THE APPROPRIATE BOX(ES) DESIGNATING THE REPORT TYPE

DATE: 12-10-18     DAY: Monday     Page: 1 of: 1 Pages

REPORTING OFFICER: Muszynne Nancy     SIGNATURE: _____

NAME OF PERSONS INVOLVED: 3C8B Suliman Fatime 273933 - 2C1-4T Jackson
(INCLUDE LAST NAME, FIRST NAME, MIDDLE INITIAL, SO#)     20181100057
Tebitha  167552 - BK# 20181026046     2B1 #4

NAME OF PERSON CHARGED: 2C1-4T JACKSON TaBitha 167552 BK# 20181026046
3C8B Suliman Fatima SO# 273933 BK# 20181210057  2B1 #10
(INCLUDE LAST NAME, FIRST NAME, MIDDLE INITIAL, SO# and BOOKING#)

DATE OF INCIDENT: 12-10-18     DAY OF INCIDENT: Monday

TIME OF INCIDENT: 1500 Hrs     LOCATION OF INCIDENT: Main Medical

NARRATIVE: (WHO, WHAT, WHERE, WHEN, WHY, HOW & ACTION TAKEN)

December 10, 2018 at 1500hrs I assisted officer
Brown Wiggins with a altercation between 3C8B Suliman
Fatima 273933 and 2C1-4T Jackson Tabitha 167852 and
placed handcuffs on Inmate Jackson Tabitha 167852 after
the altercation was under control.

I.

EXHIBIT
3

Jackson v. Cuyahoga County, et al. (1:20-cv-02649)     County 0001654



## CUYAHOGA COUNTY SHERIFF'S OFFICE
### Clifford Pinkney, Sheriff

**WAS THERE A RESPONSE TO RESISTANCE?** ☐ NO ☑ YES

IF YES, NARRATIVE OF RESPONSE USED: *Response to resistance necessary*
*to secure inmate 3C3B Sillman Fatine 273333-Z018121008*

RESPONSE TO RESISTANCE REVIEWED: _____

☐ MINOR RULE(S) VIOLATION DISPOSITION REQUESTED (Not to exceed 120 hours)
CHARGES:

| | | | | |
|---|---|---|---|---|
| | | | | |

☑ MAJOR / SERIOUS RULE(S) VIOLATION REQUESTED
CHARGES:

| 2-2 | 2-19 | | | |
|---|---|---|---|---|
| | | | | |

FLOOR / AREA SUPERVISOR'S REVIEW: *Response to Resistance Report.*

REQUEST FOR DISCIPLINE, IF APPLICABLE, HAS BEEN REVIEWED & FORWARDED TO THE SGT FOR FURTHER ACTION?
☑ YES ☐ NO

ALL SEGMENTS OF THIS REPORT ARE COMPLETE?
☑ YES ☐ NO     _____ Cpl _____
(FLOOR / AREA SUPERVISOR'S SIGNATURE)

☐ MINOR RULE VIOLATION DISPOSITION APPROVED:     ☐ YES     ☐ NO

DISCIPLINARY ISOLATION START: _____ @ _____ ☐ AM ☐ PM
END: _____ @ _____ ☐ AM ☐ PM

☑ REQUEST FOR MAJOR / SERIOUS DISCIPLINE HAS BEEN REVIEWED & APPROVED FOR FURTHER INVESTIGATION
AND APPROPRIATE ADMINISTRATIVE ACTION? ☑ YES ☐ NO

REPORT REVIEWED AND APPROVED: ☑ YES ☐ NO

SERGEANT'S REVIEW: _____

SERGEANT'S SIGNATURE: _____     DATE: 12/10/18

3.

**EXHIBIT**
**3**