IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TABATHA JACKSON, et al.,** | ) | **CASE NO. 1:20-CV-02649** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGE: CHARLES E. FLEMING** |
| | ) | |
| **CUYAHOGA COUNTY, OHIO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

Pursuant to Rule 83.9 of the Local Rules of the United States District Court for the Northern District of Ohio, the undersigned attorney hereby notifies the Court that Matthew P. Convery, currently listed as counsel of record for the Defendant Correction Officer Randy Pritchett, withdraws as counsel for Defendant in this case. Michael Stewart remains as lead counsel of record.

Respectfully submitted,

Michael C. O'Malley, Prosecuting Attorney of Cuyahoga County, Ohio

By: /s/ *Matthew P. Convery*
MATTHEW P. CONVERY (0095704)

Cuyahoga County Prosecutor's Office
The Justice Center, Court Tower
1200 Ontario Street, 8th Floor
Cleveland, OH 44113
Fax: (216) 443-7763

*Attorney for Defendants Cuyahoga County and Randy Pritchett*

### CERTIFICATE OF SERVICE

I certify that on August 31, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Matthew P. Convery
Matthew P. Convery
Assistant Prosecuting Attorney