# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TABATHA JACKSON, *et al.*, | ) | CASE NO. 1:20-CV-2649 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| CUYAHOGA COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, Defendants' motions for summary judgment are **GRANTED**. (ECF Nos. 53 and 54). Accordingly, this case is closed.

**IT IS SO ORDERED.**

**Date: September 30, 2024**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1